IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| SRAM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 9:21-cv-80581 RKA |
| | ) |
| PRINCETON CARBON WORKS INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Michael J. Hickey of the law firm of Lewis Rice LLC, 600 Washington Ave., Suite 2500, St. Louis, Missouri, 63101, (314) 444-7600, for purposes of appearance as co-counsel on behalf of Plaintiff, SRAM, LLC, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Michael J. Hickey to receive electronic filings in this case, and in support thereof states as follows:

  1.  Michael J. Hickey is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Missouri.  He is also admitted to practice in the following courts: The Illinois Bar, U.S. District Court for the Eastern District of Missouri, U.S. District Court for the Northern District of Illinois (General Bar), U.S. District Court for the Southern District of Illinois, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Eighth Circuit Court of Appeals, U.S. Court of Appeals for the Federal Circuit, the

Patent Bar and the Supreme Court of the United States.

2. Movant, Eric C. Christu, Esquire, of the law firm of Shutts & Bowen LLP, 525 Okeechobee Blvd., Suite 1100, West Palm Beach, Florida 33401, (561) 835-8500, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Michael J. Hickey has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Michael J. Hickey, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Michael J. Hickey at email address: mhickey@lewisrice.com.

**WHEREFORE**, Eric C. Christu, Esq., moves this Court to enter an Order for Michael J. Hickey to appear before this Court on behalf of Plaintiff, SRAM, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Michael J. Hickey.

Dated: March 26, 2021

Respectfully submitted,

SHUTTS & BOWEN LLP
525 Okeechobee Boulevard
Suite 1100
West Palm Beach, FL 33401
Telephone:   561-835-8500
Facsimile:   561-650-8530

By: /s/ *Eric C. Christu*
   Eric C. Christu, Esq.
   Florida Bar No. 434647
   echristu@shutts.com

   *Attorneys for Plaintiff,*
   SRAM, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| SRAM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 9:21-cv-80581 RKA |
| | ) |
| PRINCETON CARBON WORKS INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATION OF MICHAEL J. HICKEY**

Michael J. Hickey, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of Missouri; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

_____
Michael J. Hickey