**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| SRAM, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PRINCETON CARBON WORKS INC.,<br><br>    Defendant. | Case No. 9:21-cv-80581 RKA |

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF <u>ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Matthew S. Galica, of the law firm of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., One Financial Center, Boston, Massachusetts, 02111, (617) 542-6000, for purposes of appearance as co-counsel on behalf of Defendant Princeton Carbon Works Inc., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Matthew S. Galica to receive electronic filings in this case, and in support thereof states as follows:

  1.  Matthew S. Galica is not admitted to practice in the Southern District of Florida and is a member in good standing of the Commonwealth of Massachusetts. He is also admitted to practice in the following courts: The United States District Court for the District of Massachusetts and the United States Court of Appeals for the Federal Circuit.

  2.  Movant, David S. Brafman, Esquire, of the law firm of AKERMAN LLP, 777 S. Flagler Drive, Suite 1100, West Palm Beach, FL 33414; Tel.: (561) 653-5000, is a member in

good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Matthew S. Galica has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Matthew S. Galica, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Matthew S. Galica at email address: MSGalica@mintz.com.

**WHEREFORE,** David S. Brafman, Esq., moves this Court to enter an Order for Matthew S. Galica to appear before this Court on behalf of Defendant Princeton Carbon Works Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Matthew S. Galica at MSGalica@mintz.com.

Dated: April 19, 2021 Respectfully submitted,

/s/ David S. Brafman
David S. Brafman (Florida Bar No. 68289)
Email: david.brafman@akerman.com
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Tel:

*Of Counsel*

James M. Wodarski (applying *pro hac vice*)
Andre H. DeVoogd (applying *pro hac vice*)
Matthew S. Galica (applying *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC
Boston, MA 02111
Tel: (617) 542-6000
Facsimile: (617) 542-2241
JWodarski@mintz.com
AHDeVoogd@mintz.com
MSGalica@mintz.com

*Counsel for Defendant Princeton Carbon Works Inc.*