UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

SRAM, LLC,

          Plaintiff,

v.

PRINCETON CARBON WORKS INC.,

          Defendant.

Case No. 9:21-cv-80581 RKA

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF <u>ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of James M. Wodarski, of the law firm of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., One Financial Center, Boston, Massachusetts, 02111, (617) 542-6000, for purposes of appearance as co-counsel on behalf of Defendant Princeton Carbon Works Inc., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit James M. Wodarski to receive electronic filings in this case, and in support thereof states as follows:

    1.    James M. Wodarski is not admitted to practice in the Southern District of Florida and is a member in good standing of the Commonwealth of Massachusetts. He is also admitted to practice in the following courts: the United States Courts of Appeals for the First Circuit and the United States District Court for the District of Massachusetts.

    2.    Movant, David S. Brafman, Esquire, of the law firm of AKERMAN LLP, 777 S. Flagler Drive, Suite 1100, West Palm Beach, FL 33414; Tel.: (561) 653-5000, is a member in

good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, James M. Wodarski has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. James M. Wodarski, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to James M. Wodarski at email address: JWodarski@mintz.com.

**WHEREFORE,** David S. Brafman, Esq., moves this Court to enter an Order for James M. Wodarski to appear before this Court on behalf of Defendant Princeton Carbon Works Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to James M. Wodarski at JWodarski@mintz.com.

Dated: April 19, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ David S. Brafman*
　　　　　　　　　　　　　　　　　　　　David S. Brafman (Florida Bar No. 68289)
　　　　　　　　　　　　　　　　　　　　Email: david.brafman@akerman.com
　　　　　　　　　　　　　　　　　　　　AKERMAN LLP
　　　　　　　　　　　　　　　　　　　　777 South Flagler Drive
　　　　　　　　　　　　　　　　　　　　Suite 1100, West Tower
　　　　　　　　　　　　　　　　　　　　West Palm Beach, FL 33401
　　　　　　　　　　　　　　　　　　　　Tel:

　　　　　　　　　　　　　　　　　　　　*Of Counsel*

　　　　　　　　　　　　　　　　　　　　James M. Wodarski (applying *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Andre H. DeVoogd (applying *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Matthew S. Galica (applying *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
　　　　　　　　　　　　　　　　　　　　AND POPEO PC
　　　　　　　　　　　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　　　　　　　　　　　Tel: (617) 542-6000
　　　　　　　　　　　　　　　　　　　　Facsimile: (617) 542-2241
　　　　　　　　　　　　　　　　　　　　JWodarski@mintz.com
　　　　　　　　　　　　　　　　　　　　AHDeVoogd@mintz.com
　　　　　　　　　　　　　　　　　　　　MSGalica@mintz.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Princeton Carbon Works Inc.*