**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| SRAM, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PRINCETON CARBON WORKS INC., <br><br> Defendant. | Case No. 9:21-cv-80581 RKA |

**PRINCETON CARBON WORKS INC.'S CERTIFICATE OF**
**INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order Requiring Scheduling Report and Certificates of Interested Parties (Dkt. No. 17), Defendant Princeton Carbon Works Inc., by and through undersigned counsel, hereby gives notice of filing and serving its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

Defendant Princeton Carbon Works Inc. states that it has no parent corporation, and there is not a publicly-held corporation owning 10% or more of its stock.

The names of all known persons, association of persons, firms, partnerships, and corporations that have a financial interest in the outcome of this case—including subsidiaries, conglomerates, affiliates, parent corporations, and all other identifiable legal entities related to any party in the case are as follows:

    Defendant Princeton Carbon Works Inc. – Defendant

    Martin Crotty – CFO of Princeton Carbon Works Inc.

    Harrison Macris – CEO of Princeton Carbon Works Inc.

    Brad Werntz – Shareholder of Princeton Carbon Works Inc.

    Rowing Ventures – Shareholder of Princeton Carbon Works Inc.

Paul Daniels – Shareholder of Princeton Carbon Works Inc.

Richard Furchgott – Shareholder of Princeton Carbon Works Inc.

Dated: May 21, 2021								Respectfully submitted,

/s/ David S. Brafman
David S. Brafman (Florida Bar No. 68289)
Email: david.brafman@akerman.com
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000

*Of Counsel*

James M. Wodarski (admitted *pro hac vice*)
Andre H. DeVoogd (admitted *pro hac vice*)
Matthew S. Galica (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC
Boston, MA 02111
Tel: (617) 542-6000
Facsimile: (617) 542-2241
JWodarski@mintz.com
AHDeVoogd@mintz.com
MSGalica@mintz.com

*Counsel for Defendant Princeton Carbon Works Inc.*