**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| SRAM, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PRINCETON CARBON WORKS INC.,<br><br>　　　　　　Defendant. | Case No. 9:21-cv-80581 RKA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404**

　　Defendant Princeton Carbon Works Inc. respectfully moves to transfer this action to the United States District Court for the District of Connecticut, a far more convenient venue for the parties and witnesses in accordance with 28 U.S.C. § 1404(a).

　　The grounds for this motion are set forth more fully in the attached memorandum incorporated by reference herein.

**REQUEST FOR HEARING**

　　Because the disposition of this motion may have a significant impact on the substance and procedure of this matter, pursuant to Local Rule 7.1(b)(2), Defendant Princeton Carbon Works Inc. respectfully requests a hearing on this motion. Defendant estimates oral argument will take less than one hour.

## CERTIFICATE OF GOOD FAITH CONFERENCE; CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION

Counsel for Defendant conferred via telephone with Plaintiff's counsel on May 20, 2021, in a good faith effort to resolve the issues raised in the above motion. Plaintiff's counsel later represented that Plaintiff does not consent to the relief sought and will oppose the motion.

Dated: May 21, 2021

Respectfully submitted,

/s/ David S. Brafman
David S. Brafman (Florida Bar No. 68289)
Email: david.brafman@akerman.com
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000

*Of Counsel*

James M. Wodarski (admitted *pro hac vice*)
Andre H. DeVoogd (admitted *pro hac vice*)
Matthew S. Galica (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC
Boston, MA 02111
Tel: (617) 542-6000
Facsimile: (617) 542-2241
JWodarski@mintz.com
AHDeVoogd@mintz.com
MSGalica@mintz.com

*Counsel for Defendant Princeton Carbon Works Inc.*