# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| SRAM, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 9:21-cv-80581 RKA |
| ) | |
| PRINCETON CARBON WORKS INC., ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF DR. LAURENS HOWLE**

I, Laurens Howle, declare as follows:

1.      My name is Laurens "Lars" Howle.  I have been retained as a technical expert in the field of engineering and mechanical devices by Plaintiff SRAM, LLC ("Plaintiff" or "SRAM") in the matter of *SRAM, LLC v. Princeton Carbon Works Inc.* before the District Court for the Southern District of Florida to investigate and provide opinions on certain issues related to certain claims of U.S. Patent No. 9,610,800 B2 ("the '800 patent") and U.S. Patent No. 10,611,188 B2 ("the '188 patent").

2.      I make this declaration in support of SRAM's Opening Claim Construction Brief in the above-captioned-matter.  I have personal knowledge of the facts set forth below, and, if called upon as a witness, I could and would testify to such facts under oath.

3.      I am an engineer and Associate Professor of Mechanical Engineering and Materials Science at Duke University ("Duke"), an Associate Professor of Radiology at Duke's Medical Center, and an Associate Professor of Marine Science & Conservation at Duke's Marine Laboratory.  I received an undergraduate degree (B.S.E.) in Mechanical Engineering from Duke in 1989.  I received a master's degree (M.S.) in Mechanical Engineering from Duke in 1991.

I received a Ph.D. in Mechanical Engineering from Duke in 1993.  I have substantial experience in the fields of, *inter alia*, mechanical engineering, aerodynamics, fluid delivery devices, heat transfer, thermal and fluids engineering, chemical systems, and product design.

4.     From 1980 to 1983, I served in the 82nd Airborne Division of the United States Army and was honorably discharged in 1986.  From 1983 to 1989, I was Vice President of manufacturing and Plant Manager at Kaye Products Inc.  At Kaye Products, I was directly involved in the design and testing of the collapsible supportive furniture for handicapped children manufactured by that company.  From 1993 to 2000, I was an Assistant Professor of Mechanical Engineering and Materials Science at Duke. From 2000 to the present, I have held my current position as an Associate Professor.  From 2013 to the present, I have also held the position of Associate Professor of Radiology at the Duke University Medical Center.  From 2018 to the present, I have also held the position of Associate Professor of Marine Science and Conservation at the Duke University Marine Laboratory.  In addition, from 2008 to the present, I have been owner and Manager-Member of BelleQuant Engineering, PLLC, a North Carolina based and licensed professional engineering consulting firm (license number P-0774).

5.     For the past two decades, I have served as an engineering consultant for a number of companies, government agencies, and other organizations. I am licensed as a Professional Engineer in the state of North Carolina. My North Carolina Professional Engineering license number is 035790.

6.     In 2020, I was named as a Fellow of the Undersea and Hyperbaric Medical Society. In 2012, I was named as a Fellow of the American Society of Mechanical Engineers.  In 2011, a New Product Award was granted at the MCEE expo in Montreal for a product that I designed.  In

2009, I was a finalist for a design award from "INDEX: Design to Improve Life," a Danish nonprofit organization.

7.     I am the lead inventor on United States Patent No. 9,884,166, titled "Jetless Intravenous Catheters and Mechanical Assist Devices for Hand Injection of Contrast Media During Dynamic Computer Tomography and Methods of Using Same".

8.     A true and accurate copy of my current CV is attached hereto as Howle Exhibit 1. I am being compensated at the rate of $ 500 per hour for my time in preparing this Declaration, independent of any outcome related to this matter.  A list of cases in which I have testified at trial or by deposition during the previous four or more years is attached as Howle Exhibit 2.

9.     Based on my education and experience, I am qualified to provide opinions and analysis on the subjects set forth in this Declaration.

10.    In reaching the opinions set forth herein, I have examined and analyzed the '800 and '188 patents, their respective prosecution file histories, as well as each of the cited prior art references therein.  I have also reviewed the parties' proposed claim constructions and the extrinsic dictionary definitions relating to the same.  A true and accurate listing of the materials I have considered in providing my opinions set forth herein is attached as Howle Exhibit 3.  I have also relied on my experience, education, and expertise.

**Level of Ordinary Skill in the Art at the Time of the Invention**

11.    I understand that, in determining the level of ordinary skill in the art at the time of the invention (*i.e.*, the effective filing date) of the '800 and '188 patents, I may consider, among other factors, (1) the educational level and background of the inventor, (2) the type of problems encountered in the art, (3) prior art solutions to those problems, (4) the rapidity with which

innovations are made, (5) the sophistication of the technology, and (6) the educational level of active workers in the field.

12.     On April 4, 2017, the United States Patent and Trademark Office ("USPTO") issued the '800 patent, titled "BICYCLE WHEELS" and identifying Dimitrios Katsanis as the sole inventor.  The '800 patent issued from U.S. Patent App. No. 13/809,615 ("the '615 application"), filed on January 11, 2013.  The '615 application was the National Stage entry of PCT App. No. PCT/GB2012/050166, itself filed on January 26, 2012.  The '800 patent in turn claims priority to U.S. Provisional App. No. 61/530,087, filed on September 1, 2011, UK Patent App. No. 1101417.2, filed on January 27, 2011, and UK Patent App. No. 1112995.4, filed on July 28, 2011.  *See* '800 Patent, cover page.

13.     On April 7, 2020, the USPTO issued the '188 patent, also titled "BICYCLE WHEELS" and identifying Dimitrios Katsanis as the sole inventor.  The '188 patent issued from U.S. Patent App. No. 15/472,933, filed on March 29, 2017, as a continuation of U.S. Patent App. No. 13/809,615, filed on January 11, 2013, now the '800 Patent.  *See* '188 patent, cover page.  As indicated above, the '615 application was the National Stage entry of PCT App. No. PCT/GB2012/050166, itself filed on January 26, 2012.  The '188 patent in turn claims priority to U.S. Provisional App. No. 61/530,087, filed on September 1, 2011, UK Patent App. No. 1101417.2, filed on January 27, 2011, and UK Patent App. No. 1112995.4, filed on July 28, 2011.  *See* '188 patent, column 1, lines 6–15.

14.     Accordingly, I understand the earliest possible priority date of the '800 and '188 patents to be January 27, 2011, and the date for assessing the level of one of ordinary skill in the art.

15.     Here, the relevant field of the '800 and '188 patents relates to the aerodynamic design of bicycle wheels.  In my opinion and in view of the context of the '800 and '188 patents, a person of ordinary skill in the art in early 2011 would have at least (1) a bachelor's degree in mechanical engineering or an equivalent degree in the aerodynamics or fluid dynamics fields plus one or more years of experience in the design work related to aerodynamics or fluid dynamics or bicycle component design relating to aerodynamics; (2) a Master's or Ph.D. degree in mechanical engineering or in the fields of aerodynamics or fluid dynamics plus a strong understanding of mechanical design principles; or (3) the equivalent work experience in the fields of aerodynamics or fluid dynamics or bicycle component design relating to aerodynamics.

16.     Based on my formal education and experience, I consider myself to have at least all of the necessary qualifications of a person having ordinary skill in the art at the time of Mr. Katsanis' inventions.

### Technical Overview and Background Regarding the '800 and '188 Patents

17.     I expect that most individuals are well aware of the look and construction of conventional bicycle wheels:  a round wheel with spokes connected from a center hub to the radially inner edge of a circular rim, as shown below in Figure 12(a) of the '800 and '188 patents:



18.     As described in the '800 and '188 patents, these conventional bicycle wheels may suffer a variety of problems, including with respect to aerodynamics and stability.  For example, this conventional wheel design sometimes results in a large amount of drag on the wheel, reducing the speed of the bicycle.  *See* '800 patent, column 1, lines 23-26; '188 patent, column 1, lines 37-40.  As further described in the patents, side winds can result in transverse forces acting on the wheel causing the wheel to steer away from the desired path and requiring the bicycle rider to apply a steering input to counteract these forces.  The patents identify that the point of action of this force on the wheel is known as the center of pressure.  As noted by Mr. Katsanis, typically, the closer the center of pressure to the hub, the less force causing the front wheel to turn or "yaw" experienced by the cyclist.  As a result, the cyclist does not need to apply as large a steering input to counteract the effects of this force.  *See* '800 patent, column 1, lines 26-40; *id.*, column 10, lines 47-51; '188 patent, column 1, lines 40-54; *id.*, column 10, lines 60-64.

19.     The '800 and '188 patents disclose novel and unique solutions to overcome or substantially mitigate some or all of these prior art problems and disadvantages, utilizing a design with an undulating or wavelike configuration for the radially inner edge of the wheel rim.  An example of such an undulating configuration shown in Figure 1 of the '800 and '188 patents:



20.     As disclosed in the patents, Mr. Katsanis used computational fluid dynamics analysis to compare a conventional, non-undulating bicycle wheel with his novel bicycle wheel having an undulating configuration.  The result of that analysis:  reduced drag in the case of the wheel having an undulating rim, over a variety of anticipated wind angles, and at racing speeds comparable to those achieved by high level cyclists.  *See* '800 patent, column 1, line 62 – column 2, line 2; '188 patent, column 2, lines 9–17.  Further, Mr. Katsanis found that one of his undulating configurations (Figure 12(c)) favorably moved the center of pressure closer to the hub than a wheel with a conventional, non-undulating configuration, with the result of significant stability benefits to the cyclist, who in turn does not require as much steering force to counteract side winds.  *See* '800 patent, column 10, lines 45-59; '188 patent, column 10, line 58 – column 11, line 5.

21.     In view of this unique undulating configuration, Mr. Katsanis obtained two separate patents, issued over nearly 40 different prior art references.

22.     Both the '800 and '188 patents are directed to bicycle wheels with peaks and troughs forming an undulating configuration on the spokes and/or rims. In the remainder of this section, I will discuss in great detail the novelty of the '800 patent but this discussion applies equally to the '188 patent.

23.     The '800 patent is directed to bicycle wheels with leading-edge and/or trailing-edge undulations on the spokes and/or rims that exploit the relatively newly-identified, fluid dynamic effect based on the biomimetic application of the undulating leading-edge geometry found uniquely on the leading edge of humpback whale (*Megaptera novaeangliae*) pectoral flippers. I will discuss this fluid dynamic feature, which has become known as the "tubercle effect" in more detail in a following section.

24.     The invention of the '800 patent incorporates the tubercle effect by exploiting specially designed peaks and troughs in an undulating configuration on the radially inner edge of the rim and/or on the spokes.  One embodiment showing the undulating configuration on the rim is shown in Figure 1 of the '800 patent (duplicated below).



25.     The Abstract of the '800 patent teaches of a bicycle wheel wherein "[t]he rim and/or one or more of the spokes have a **leading** and/or **trailing** edge, at least part of which has an undulating configuration."  The '800 patent further teaches of the benefit of incorporating the undulating configuration:

> It has been found that having leading and/or trailing edges of the rim, and/or one or more of the spokes, with an undulating configuration provides aerodynamic advantages, in use.

'800 patent, col. 1, lines 48-51.

26.     The '800 patent invention is the first instance of a device that exploits the tubercle effect that operates <u>simultaneously</u> on the leading and trailing edges of the <u>same undulating configuration</u>.  Annotated Figure 1 from the '800 patent (below) shows this novel feature.



27.    An additional feature of the invention of the '800 patent is the fact that the peaks and troughs of the undulating configuration also operate in crossflow when transitioning from leading-edge flow on the rear of the bicycle wheel to trailing-edge flow on the front of the bicycle wheel. This feature is also shown in the figure above.

28.    In addition to the aerodynamic benefits of a bicycle rim with an undulating configuration consisting of peaks and valleys, the '800 patent also teaches on the mechanical and energetic benefits derived from the improved aerodynamics. This mechanical and energetic benefit is clearly described in the '800 patent:

> In use, conventional wheel rims may suffer aerodynamic problems. For example, conventional wheel rim designs may result in a large amount of drag on the wheel, reducing the speed of the bicycle. Furthermore, movement of ambient air, travelling at a non-zero yaw angle relative to the general direction in which the bicycle is travelling, may cause a transverse resultant force to be applied to the wheel. If this force is applied at a location forward or rearward of the hub, the force will create a moment about the center of the wheel, which, in the case of the front wheel, will act to cause the wheel to steer away from the desired path. The rider must apply a steering input to counteract this. The point of action of this force on the wheel is known as the center of pressure. In particular, the center of pressure is defined as the point at which the moment about the vertical and horizontal axes in the plane of the wheel is zero (i.e. zero yaw and zero roll).

'800 patent, col. 1, lines 23-41.  The '800 patent further teaches that:

> [t]he analysis showed that, at the yaw angles 0°, 5°, 10°, 15° and 20°, the center of pressure was located closer to the hub in the case of the wheel having a rim with an undulating configuration than in the case of the wheel having a conventional, non-undulating rim.

'800 patent, col. 3, lines 30-35.

29.    The method by which the invention of the '800 patent accomplishes this mechanical and energetic benefit is best demonstrated by the use of annotated Figure 2 from the '800 patent



(rotated and annotated above). Consider this figure showing a bicycle wheel from above. In this orientation, take the steering pivot axis to be located on the centerline of the wheel above and slightly behind the hub. Now consider a traditional bicycle wheel without peaks and troughs forming an undulating configuration. The blue relative airflow arrow shows the wheel encountering flow at a nonzero angle. The lift and drag forces on the front and rear portions of the bicycle wheel combine to give a resultant force on the front and rear portions of the bicycle wheel and are shown in green in the figure. As these resultant forces act over the indicated moment arms, they combine to create a yawing moment that the bicycle rider must counteract.

10

30.     Next, consider the bicycle wheel of the '800 patent with peaks and troughs arranged in an undulating configuration on the radially inner edge of the rim as shown in the second annotated Figure 2 from the '800 patent shown below. With the undulating configuration of peaks and troughs on the radially inner edge, the drag forces experienced by those regions are diminished. This produces smaller resultant forces on those sections of the wheel compared to the conventional bicycle wheel. These smaller resultant forces acting over the same moment arms produce a smaller yaw moment for the rider to counteract. This is one of the more novel features of the device disclosed in the '800 patent.



### Further Background on the Aerodynamics of Leading-Edge Tubercles

31.     In this section, I provide a brief background on the aerodynamics of flows on lifting surfaces with leading-edge protuberances.  The idea that the leading-edge protuberances might have an evolutionary hydrodynamic benefit was first conceived by Dr. Frank E. Fish, a Professor of Biology at West Chester University in Pennsylvania.  Professor Fish is a leading expert in area of aquatic propulsion of marine animals, particularly cetaceans (whales, porpoises, and dolphins). Professor Fish first published his measurements of the morphology of the pectoral flipper of the humpback whale (*Megaptera novaeangliae*) in his 1995 paper (Fish & Battle, 1995).

32.      In 2001 Professor Fish and I attended the same conference during which I saw him present his work with Phil Watts (Watts & Fish, 2001). Professor Fish and I then began a collaboration to investigate leading-edge tubercles with more rigor and in more detail.  Together, with Professors Miklosovic and Murray of the United States Naval Academy (Miklosovic *et al*. 2004), we investigated lift and drag on idealized models of the humpback whale flipper with and without leading-edge tubercles.  In our study, we made the surprising discovery that leading-edge tubercles can enhance lift and reduce drag at higher lift angles without incurring a drag penalty at lower lift angles.  The images below show a humpback whale pectoral flipper and the idealized wind tunnel models we used for those experiments.  This paper is the most highly-cited paper on the topic with 568 citations (Google Scholar 12/28/2021).



33.      In 2007, Johari *et al*. published a paper in which they investigated the effect of leading-edge tubercle amplitude and wavelength on the lift-drag performance of modified wing

sections.   In that study, they found that the perturbation amplitude had a distinct effect on performance but the wavelength had a lesser effect.   Figure 3 from that study is shown below:



**Fig. 3   Photographs of the baseline and modified airfoils with leading-edge protuberances.**

34.      In an article titled *A whale of a tale* published May 14, 2007, Tyler Hamilton described the wind turbine blade "Wenvor" that I developed for the Canadian company WhalePower Corporation for use with a 30kW pitch-regulated, two-bladed wind turbine (Howle 2007). An image of that wind turbine blade is shown in the figure below. Of note is that this wind turbine blade included only <u>leading-edge</u> protuberances.

13



35.     Several hundred additional studies could be cited (see, for example, the publications citing the Miklosovic *et al*. 2004 study).  But for perhaps a handful of studies, the studies address <u>leading-edge</u> modifications.  While there exist modifications to trailing-edge geometry, such as ripples, that can be used in an effort to delay stall, these devices operate differently than tubercles (protuberances).  This type of trailing-edge device will not operate correctly if the flow is reversed, that is, if the trailing edge becomes the leading edge. The rim of the '800 and '188 patents is the first instance of a tubercle-enhanced device that can operate properly as either a trailing edge or a leading edge.

### Disputed Claim Terms in the '800 and '188 Patents

36.     I understand that the asserted claims of the '800 and '188 patents include certain claim terms that Princeton contends require claim construction and are being briefed to the Court. In particular, I understand that at least the following claim terms and phrases remain in dispute between the parties, with the parties' proposed constructions as follows:

14

| **Claim Term** | **SRAM's Construction** | **Princeton's Construction** |
|---|---|---|
| "undulating configuration" <br><br> (*'800 Patent, claims 1-2, 7-8, and 17-18*) | Plain meaning. <br><br> If restatement is necessary, "wavelike configuration" | "wavelike configuration of alternating concave and convex surfaces where the convex surface has a constantly varying thickness" |
| "undulating curve configuration" <br><br> (*'188 Patent, claims 1-3, 5-6, and 10-11*) | Plain meaning. <br><br> If restatement is necessary, "rounded wavelike configuration" | "wavelike configuration of alternating rounded concave and convex surfaces where the convex surfaces have a constantly varying thickness" |
| "continuously varies" <br><br> (*'800 Patent, claims 1 and 17*) | Plain meaning. <br><br> If restatement is necessary, "changes without interruption" | "is not the same for any two abutting points on the radially inner edge" |
| "peaks" <br><br> (*'800 Patent, claims 1, 9-11, 17-18, and 22*) <br><br> (*'188 Patent, claims 1, 3, 5, 8, and 10-11*) | Plain meaning. <br><br> If restatement is necessary, "elevations" | "point on the radially inner edge of the rim that is radially further from the outer edge of the rim than any abutting point" |
| "troughs" <br><br> (*'800 Patent, claims 1, 9-11, 17-18, and 22*) <br><br> (*'188 Patent, claims 1, 3, 8, and 10-11*) | Plain meaning. <br><br> If restatement is necessary, "recesses" | "point on the radially inner edge of the rim that is radially closer to the outer edge of the rim than any abutting point" |
| "convex exterior profile" <br><br> (*'800 Patent, claim 1*) | Plain meaning. <br><br> If restatement is necessary, "outer side view having a rounded or curved form bulging toward the wheel's center" | Indefinite <br><br> Alternative construction: <br><br> "outer side view having a rounded or curved form that bulges toward the wheel's center and does not include any portion of constant thickness or constant radial distance" |

15

| Claim Term | SRAM's Construction | Princeton's Construction |
|---|---|---|
| "convex profile"<br><br>('188 Patent,<br>claims 1, 5-6, and 13-15) | Plain meaning.<br><br>If restatement is necessary,<br>"side view having a rounded<br>or curved form bulging<br>toward the wheel's center" | Indefinite<br><br>Alternative construction:<br><br>"side view having a rounded<br>or curved form that bulges<br>toward the wheel's center and<br>does not include any portion<br>of constant thickness or<br>constant radial distance" |
| "convex regions"<br><br>('800 Patent, claim 4)<br><br>('188 Patent,<br>claims 1, 4, 6, and 15) | Plain meaning.<br><br>If restatement is necessary,<br>"areas having a rounded or<br>curved form bulging toward<br>the wheel's center" | Indefinite<br><br>Alternative construction:<br><br>"area having a rounded or<br>curved form that bulges<br>toward the wheel's center and<br>does not include any portion<br>of constant thickness or<br>constant radial distance" |
| "a radius"<br><br>('800 Patent, claim 17)<br><br>('188 Patent,<br>claims 7 and 10-11) | Plain meaning.<br><br>If restatement is necessary,<br>"a straight line drawn<br>between a circle's center and<br>any point on its<br>circumference" | "the distance from any point<br>on a circular arc to the center<br>of that circle" |

37.    As an initial matter, based upon my review of the '800 and '188 patents and their respective claims, specifications, and prosecution histories, I do not understand that any of these terms or phrases require claim construction.  These terms as used in the asserted claims of the '800 and '188 patents would be readily understood by one of ordinary skill in the art at the time of the invention, without need for any further restatement or interpretation.

38.    However, to the extent any restatement or construction is necessary, the plain and ordinary meaning of these claim terms should control in all instances, consistent with the understanding of one of ordinary skill in the art.  In particular, it is my opinion that one of ordinary

skill in the art, reading these claim terms in the context of the claims, the specifications, and the prosecution histories, and referring to extrinsic evidence such as dictionary definitions to the extent necessary, would readily understand these claim terms to have a plain and ordinary meaning requiring no special definition or restatement. Further, I see no special definitions or clear disclaimers of scope in the patents or their respective prosecution histories that would cause one of ordinary skill in the art to understand these terms to have a meaning different than their plain and ordinary meaning. Based on my understanding of the '800 and '188 patents and to the extent any restatement was deemed necessary, one of ordinary skill in the art at the time of the invention would understand that restated plain meaning to be as follows:

- "*undulating configuration*" = "wavelike configuration"

- "*undulating curve configuration*" = "rounded wavelike configuration"

- "*continuously varies*" = "changes without interruption"

- "*peaks*" = "elevations" and "*troughs*" = "recesses"

- "*convex exterior profile*" = "outer side view having a rounded or curved form bulging toward the wheel's center"

- "*convex profile*" = "side view having a rounded or curved form bulging toward the wheel's center"

- "*convex regions*" = "areas having a rounded or curved form bulging toward the wheel's center"

- "*a radius*" = "a straight line drawn between a circle's center and any point on its circumference"

I will discuss my understanding of each of the disputed claim terms further herein.

a.    "*undulating configuration*" / "*undulating curve configuration*"

39.    Regarding the phrases "undulating configuration" and "undulating curve configuration", it is my opinion that a person of ordinary skill in the art at the time of the filing of the patents would understand these phrases to have a plain meaning requiring no further construction.  In view of the context of the claims, the specifications, and the file histories, one of ordinary skill in the art would further reject Princeton's additional structural limitation that the configuration include "alternating concave and convex surfaces where the convex surface has a constantly varying thickness".

40.    First, "undulating" and "curve" have clear meanings and should not require reinterpretation or restatement.  To the extent any restatement is needed, "undulating" simply means "wavelike" and "curve" is plainly understood as referring to something as "rounded."  I note that Princeton itself does not seem to dispute these plain meanings of these two terms and adopts the very same plain meaning as SRAM, except that Princeton adds further structure, namely the requirement of "alternating concave and convex surfaces where the convex surface has a constantly varying thickness."  There is no support in the claims of the '800 and '188 patents or their prosecution histories for this additional structure and indeed the patents teach something without such a structure.

41.    The patents disclose multiple embodiments of an "undulating configuration".  For example, an "undulating configuration" can be smooth in form, with a series of alternating concave and convex regions, like the embodiments of Figures 1 and 12(c):



**Figure 1**            **Figure 12(c)**

Alternatively, the undulating configuration can be made of a series of concave regions separated by an angular apex, as shown in Figures 9 and 12(b):



**Figure 9**            **Figure 12(b)**

The patents describe <u>both</u> the smooth and angular forms as having an "undulating configuration", including when describing the fluid dynamics testing on Wheels (b) and (c).  *See* '800 patent, column 10, lines 27-59.  Based on this alone, Princeton's proposed construction is necessarily wrong because it requires alternating concave and convex surfaces as part of the "undulating configuration", even though the wheels in Figures 9 and 12(b) contain no such convex surfaces and therefore would be improperly excluded from Princeton's overly narrow definition of "undulating configuration".  In this regard, I note that later limitations of the patent claims require the peaks to have convex profiles or be in convex regions of the rim, which is the reason that I

understand that Figures 9 and 12(b) are ultimately not covered by the asserted patent claims. Said another way, Figures 9 and 12(b) are unclaimed embodiments not because they lack an undulating configuration but because, among other things, they lack the required convex profiles or convex regions of the patent claims.

42.    With respect to both "undulating configuration" and "undulating curve configuration", I further believe that Princeton's proposed construction incorrectly adds structural elements of "surfaces" with "constantly varying thickness" even though the Patents and their file histories contain no such special definitions. Frankly, I do not understand what "thickness" of "surfaces" Princeton is trying to refer to here. I do understand that Mr. Katsanis added limitations about a radial distance (which I understand the parties to have agreed means "distance from a point on the radially inner edge of the rim to the center of the wheel") that "continuously varies" between adjacent peaks and troughs of the undulating configuration in order to distinguish over cited prior art for the '800 patent only (and not for the '188 patent), as discussed further herein. However, I believe it is improper to add such structure into the plain meaning of "undulating configuration" or "undulating curve configuration" where Mr. Katsanis did not specially define these terms or otherwise disavow their scope in unequivocal statements about the prior art. I also believe that adding Princeton's proposed structure to these terms would render the subsequent claim language in the '800 patent claims about a continuously varying radial distance meaningless. Likewise, I note that dependent claim 4 of the '188 patent already includes language about alternating convex and concave regions, which would similarly be rendered meaningless based on Princeton's restrictive structural additions.

43.    In short, I see nothing in the specifications or prosecution histories of the '800 and '188 patents to suggest that Mr. Katsanis created a specialized definition of "undulating

configuration" or "undulating curve configuration" or clearly disavowed scope in a way that one of skill in the art would understand these terms to have a meaning different than their respective plain meanings of "wavelike configuration" and "rounded wavelike configuration".

44.     My understanding as one of ordinary skill in the art is further supported by dictionary definitions, which all confirm that "undulate" is commonly understood to mean "wavelike" and that "curve" refers to a part or region as being "rounded".  *See* THE AMERICAN HERITAGE DICTIONARY 357, 1319 (2d Coll. Ed. 1991) ("AMERICAN HERITAGE") (defining "undulate" as "to have a wavelike appearance or form"; defining "undulated" as "[h]aving a wavy outline or appearance"; defining "undulation" as "[a] wavelike form, outline, or appearance"; defining "curve" as "a rounded part, object, or region"); WEBSTER'S ENCYCLOPEDIC UNABRIDGED DICTIONARY OF THE ENGLISH LANGUAGE 1547 (1989) ("WEBSTER'S") (defining "undulate" as "to have a wavy form or surface; bend with successive curves in alternate directions"; defining "undulation" as "wavy form or outline" and "one of a series of wavelike bends, curves, or elevations").

**b.     "*continuously varies*"**

45.     I do not believe a restatement of this plain meaning phrase is necessary but if one is required, SRAM's proposed construction is consistent with the ordinary and customary meaning of both "continuously" and "varies" as used in the '800 Patent and its file history.  In contrast, Princeton's definition improperly attempts to impose a theoretical geometric limitation on a physical product, even though no such limitation is found in the intrinsic evidence here, and therefore Princeton's construction should be rejected.

46.     In the context of the '800 patent claims, "continuously varies" describes the fact that the radial distance changes without interruption between adjacent peaks and troughs, a

limitation added by the inventor to distinguish certain prior art.  This uninterrupted change in radial distance is described in the '800 patent claims and specification and is clearly shown in the patent's Figures.  For example, both claims 1 and 17 of the '800 patent state that "at least part of the radially inner edge [of the bicycle wheel rim] has … a radial distance that continuously varies between adjacent peaks and troughs of the undulating configuration".  '800 patent, column 10, line 66 – column 11, line 3; *id.*, column 12, lines 20-23.  That radial distance clearly changes in an uninterrupted



manner between adjacent peaks and between adjacent troughs, as disclosed by Figure 1 above (red lines added to depict continuously changing radial distance between adjacent troughs, green lines added to depict continuously changing radial distance between adjacent peaks).

47.    I understand that this limitation of a radial distance that "continuously varies" between adjacent peaks and troughs was added during the prosecution of the '800 patent to distinguish the claimed invention's features compared to the cited prior art references of U.S. Patent Nos. 6,402,256 to Mercat ("Mercat") and 5,975,645 to Sargent ("Sargent").  In particular, Mercat was identified as having an unchanging radial distance in regions between adjacent peaks, whereas Sargent was identified as having a continuously consistent (*i.e.*, unchanging) radial distance over the whole of the rim.  *See* '800 Patent File History, Amendment After Final, dated Nov. 10, 2016, at SRAM-P00087-88.  The addition of this limitation was accepted by the Patent Office as clearly distinctive, resulting in the issuance of the '800 Patent.  I further note that no such requirement of a radial distance that "continuously varies" appears in the claims of the '188 patent, which were distinguished from the prior art on other grounds.

48.    In my opinion, Princeton's proposed construction is an overly narrow definition that requires distinguishable differences in radial distance between "two abutting points", even though the '800 patent claims and file history make no reference to such "abutting points" and which points could be infinitely small strictly from a geometric perspective, making differences in radial distance physically impossible to measure.  Creating such a physical impossibility was clearly not within the intentions of an inventor like Mr. Katsanis based on the plain language of the '800 patent claims.

49.    My understanding as one of ordinary skill in the art is further supported by dictionary definitions, which note that "continuous" refers to something happening "without interruption" and that "vary" means "to change".  *See* AMERICAN HERITAGE 317, 1138 (defining "continuous" as "[e]xtending or prolonged without interruption or cessation"; defining "vary" as "[t]o make or cause changes in characteristics or attributes; modify or alter"); WEBSTER'S 316, 1581 (defining "continuous" as "happening without interruption or cessation"; defining "vary" as "to change or alter, as in form, appearance, character, substance, etc.").

**c.    "*peaks*" / "*troughs*"**

50.    In my opinion, the terms "peaks" and "troughs" have clear and ordinary meanings in the context of the '800 and '188 patents and are not limited to specific points as Princeton would improperly construe them.

51.    My opinion is that "peaks" and "troughs" are sufficiently recognizable terms to laypersons so there is no need to construe these terms at all, other than to reject Princeton's proposed limitations restricting them to particular points compared to the outer edge of the rim (which outer edge structure is not even mentioned in the patent claims and therefore is further

added structure to the claim).  If a construction is necessary, I would maintain that "peaks" be construed as "elevations" and "troughs" as "recesses", consistent with their usages in the patents.

52.     I note that the '800 and '188 patents interchangeably use the terms "peak" and "elevation" (and likewise, "trough" and "recess") to describe the corresponding levels of the novel undulating or wavelike configuration.  *See* '800 patent, column 2, lines 3-60; *id.*, column 8, lines 54-65; *id.*, column 9:23-52; '188 patent, column 2, line 18 – column 3, line 8; *id.*, column 9, lines 1-12; *id.*, column 9, lines 36-65.  Those peaks/elevations and troughs/recesses are clearly shown in Figs. 1, 3, 5, 7-9, 11, 12(b), and 12(c).  Notably, the peaks are further described in the patent claims and specification as having "convex exterior profiles" and "convex profiles" in the plane of the bicycle wheel.  *See* '800 patent, claim 1; '188 patent, claims 1, 5-6, and 13-15; *see also* '800 patent, column 4, lines 36-38 (the support portion or elevation "may have a convex profile, in the plane of the wheel, to each side of the apex, i.e., generally dome-shaped"); *id.*, column 5, lines 7-10 (the ancillary formations or elevations most preferably "have a convex profile in the plane of the wheel, and are preferably generally dome-shaped"); *id.*, column 8, lines 27-29 ("Both support **9** and ancillary **10** elevations have a generally dome-shape configuration."); *see* parallel references at '188 patent, column 4, lines 51-53; *id.*, column 5, lines 20-26; *id.*, column 8, lines 41-43.  Thus, when viewed from the side, the "peaks" have rounded or curved forms bulging toward the wheel's center.

53.     Princeton's construction improperly limits "peaks" and "troughs" to individual points, which makes it impossible for such "peaks" to have a profile, let alone a convex profile.  In other words, a single point cannot physically have a profile, let alone a convex profile.  Thus, Princeton's construction makes no sense in the context of the claims themselves.

54.     Moreover, Princeton's special definition would mean any point that was marginally further away from the outer edge of the rim than any abutting point would somehow qualify as a "peak", even at the micron level.  Likewise, Princeton's restrictive language would mean that any point that was marginally closer to the outer edge of the rim than any abutting point would be a "trough", again even at the microscopic level.  This is absurd because everyone skilled in the art knows that all surfaces have varying degrees of roughness and indentations at the visible and microscopic level, such that Princeton's overly restrictive definition is clearly not what the inventor intended with the plain meaning of this claim language.

55.      I therefore do not believe that Princeton's proposed construction makes any sense in the context of the patent claims, specifications, or prosecution histories and therefore should be rejected.

**d.     "*convex exterior profile*" / "*convex profile*" / "*convex regions*"**

56.     In my opinion, the term "convex" as used in each of the disputed phrases has a plain meaning in the context of the patent claims, specifications, and prosecution histories and refers to a rounded or curved form bulging toward the wheel's center.  The patents here use "convex" in association with other common terms (such as "exterior profile", "profile", and "regions"), in a manner that one of ordinary skill in the art would readily understand.

57.     As I stated above, the specifications repeatedly refer to the "convex" profile of the peaks or elevations as being "dome-shaped".  *See* '800 patent, column 4, lines 36-38; *id.*, column 5, lines 8-10; *id.*, column 8, lines 27-29; '188 patent, column 4, lines 51-53; *id.*, column 5, lines 24-26; *id.*, column 8, lines 41-43.  The patent Figures show the convex profiles and regions of the rim, including Figures 1, 3, 5, 7, 8, and 12(c).  Similarly, the prosecution histories identify the convex profiles and regions claimed in the patents.  *See, e.g.*, '188 Patent File History, Response to Office

Action dated June 27, 2019, at SRAM-P00846 (identifying "convex" portions having heights H1 and H2); *id.* at SRAM-P00850-52 (distinguishing Mercat and Herting prior art references as not having convex profiles in convex regions of the rim, the convex regions including peaks of an undulating curve configuration); *id.*, Office Action dated Aug. 28, 2019 at SRAM-P00835 (allowing claims with convex limitations over previously cited Mercat and Herting prior art references).

58.     I understand that Princeton asserts that the disputed phrases cannot be understood or construed and therefore should be regarded as indefinite.  Princeton's expert, Dr. Hanson, previously provided no facts supporting this opinion, so I am honestly not sure how Princeton can maintain such a position.  I further note that Princeton uses the same "convex" term in its restrictive constructions of "undulating configuration" and "undulating curve configurations", so my opinion would be that Princeton knows the plain meaning of what "convex" means and how it is used in the '800 and '188 patent claims and specifications.  To the extent Princeton proffers new arguments about this indefiniteness position, I reserve the right to provide a response thereto.

59.     Indeed, Princeton's alternative construction does not dispute the plain meaning of "convex" as "having a rounded or curved form that bulges toward the wheel's center", which is the same plain meaning that I ascribe to the term.  However, in my opinion, Princeton has improperly added another structural limitation not found in the plain meaning of the term, requiring the convex profiles or regions to "not include any portion of constant thickness or constant radial distance."

60.     This structural limitation proposed by Princeton is not part of the plain meaning of "convex".  Moreover, the inventor of the '800 and '188 patents did not define "convex" to include such a limitation.

61.     I am further not clear what the inclusion of "any portion of constant thickness" refers to or how this relates to the use of the term "convex" as used in the patent specifications and prosecution histories.

62.     With respect to Princeton's proposed addition of "constant radial distance", I note that a radial distance that "continuously varies" is already a limitation of claims 1 and 17 of the '800 patent.  Therefore, I do not understand why Princeton proposes to narrow the plain meaning of "convex" that seems to parallel limitations already found in the '800 patent claims.  As it relates to the '188 patent, no such continuously varying radial distance requirement appears in its independent claim, and, in fact, dependent claim 6 already includes the limitation that "the convex regions do not comprise a region of constant radial distance".  '188 Patent, col. 11, lines 34-37.  In my opinion, this means both that (1) independent claim 1 of the '188 Patent is necessarily broader than dependent claim 6 (and does not necessarily include a limitation regarding "constant radial distance"; and (2) Princeton's proposed inclusion of this structural limitation in independent claim 1 of the '188 patent would render dependent claim 6 meaningless.  This cannot be correct viewing the claim terms in the context of the claims themselves.

63.     I further believe that SRAM's proposed constructions of the "convex" phrases are consistent not only with the understanding of one of skill in the art but also with relevant dictionary definitions.  *See* AMERICAN HERITAGE 320, 479, 989, 1041 (defining "convex" as "[h]aving a surface or boundary that curves or bulges outward, as the exterior of a sphere"; defining "exterior" as "[o]uter; external"; defining "profile" as "[a] side view of an object or structure, esp. of a human head", "[a] representation of an object or structure seen from the side", and "[a]n outline of an object"; defining "region" as "[a] large, usually continuous segment of a surface or space; area"); WEBSTER'S 320, 504, 1148-1149, 1208 (defining "convex" as "having a surface that is curved or

rounded outward"; defining "exterior" as "outer; being on the outer side"; defining "profile" as "an outlined view, as of a city or mountain"; defining "region" as "an extensive, continuous part of a surface, space, or body"); MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS 729 (3d ed. 1984) ("MCGRAW-HILL") 212 (defining "convex" as "[h]aving a curved form which bulges outward, resembling the exterior of a sphere or cylinder or a section of these bodies").

e.   **"*a radius*"**

64.   On the last disputed term, I understand that the differences between SRAM's and Princeton's proposed constructions may appear slight.  My objection to Princeton's proposed definition is that it adds a reference to a "circular arc" not present in the claim language or specifications of the '800 and '188 patents and frankly makes things more confusing to a jury member.  Princeton's definition later acknowledges that it is talking about a radius in the context of a circle, so I do not understand why Princeton would not agree to SRAM's plain meaning construction.

65.   SRAM's proposed construction of "a radius" as "a straight line drawn between a circle's center and any point on its circumference" is the plain meaning of the term and is the most consistent with the understanding of one of ordinary skill in the art in view of the usage of this term in the claims and specifications of the Patents.  This construction also matches conventional dictionary definitions of the term.  *See* AMERICAN HERITAGE 1022 (defining "radius" as "[a] line segment that joins the center of a circle with any point on its circumference" and "[t]he length of any such line segment"); WEBSTER'S 1186 (defining "radius" as "a straight line extending from the center of a circle or sphere to the circumference or surface" and "the length of such a line"); MCGRAW-HILL 729 (defining "radius" as "[a] line segment joining the center and a point of a circle or sphere" and "[t]he length of such a line segment").

I declare under penalty of perjury under the laws of the United States of America that the foregoing are my opinions in this case.

EXECUTED January 24, 2022.

Laurens E. Howle, Ph.D., P.E.

# HOWLE EXHIBIT 1

# Laurens "Lars" Edward Howle, Ph.D., P.E., F.ASME, F.UHM

Associate Professor of Mechanical Engineering
and Materials Science
Associate Professor of Marine Science
and Conservation
Associate Professor of Radiology
Box 90300
Duke University
Durham, NC 27708-0300
+1 919.660.5331
laurens.howle@duke.edu

CEO, Manager-Member
BelleQuant Engineering, PLLC
7813 Dairy Ridge Rd.
Mebane, NC 27302-9281 USA
+1 919.210.3056
www.bellequant.com
leh@bellequant.com

## Google scholar listing

https://scholar.google.com/citations?hl=en&user=iu7Z18YAAAAJ

## Professional History

2000-present   Associate Professor of Mechanical Engineering, Duke University

1993-2000      Assistant Professor of Mechanical Engineering, Duke University

1989-1993      Research Assistant, Duke University

1983-1989      V.P. of Manufacturing and Plant Manager, Kaye Products, Hillsborough, NC

1980-1983      U.S. Army, 82nd Airborne (Honorable discharge 1986)

## Additional Experience (partial listing)

2018-present   Associate Professor of Marine Science and Conservation, Duke University, Beaufort, NC

2013-present   Associate Professor of Radiology, Duke University Medical Center, Durham, NC

2013-present   Founding Member, Pelagic Scientific, PLLC, Durham, NC

2008-present   Owner/CEO, BelleQuant Engineering, PLLC, Mebane, NC

2008-present   Founding Member, Technovation Consulting Group, Durham, NC

2007-2010      Chief Science Officer, Whalepower Corp, Toronto, ON, Canada

2007-2008      Visiting Professor, United States Naval Academy, Annapolis, MD

2003-2004      Chairman, Engineering Faculty Council, Duke University, Durham, NC

2001-2004      Associate Chair & DGS, Mechanical Engineering, Duke University, Durham, NC

2001-2002    Visiting Professor, United States Naval Academy, Annapolis, MD

1995-present  Board of Directors, Franklin Sis Corporation, Durham, NC

## Honors and Awards

2020        Fellow in Undersea and Hyperbaric Medicine

2012        Fellow of the American Society of Mechanical Engineers

2011        New Product Award, HVLS Fan Design for Envira-North, MCEE, Montreal.

2009        INDEX: Design Award, Finalist, Design to Improve Life, Copenhagen.

1999        Office of Naval Research Young Investigator Award, $328,071.

## Education

Ph.D.        Mechanical Engineering      Duke University        1993

M.S.        Mechanical Engineering      Duke University        1991

B.S.E.        Mechanical Engineering      Duke University        1989

## Professional Certifications

Professional Engineer, North Carolina, 035790

Professional Engineer, Maryland, 37985 (inactive)

Dive Master (PADI)

Master Diver (PADI)

Technical Deep Diver (DSAT)

## Professional Memberships

Fellow of the American Society of Mechanical Engineers

American Physical Society

Underwater and Hyperbaric Medical Society

Professional Engineers of North Carolina

National Society of Professional Engineers

## Research Interests

Transport in thermal, chemical, and biological systems.  Probabilistic pharmacokinetics and pharmacodynamics.  Decompression sickness.  Oxygen toxicity.  Experimental and computational fluid dynamics.  Nonlinear and complex systems.  Stability of fluid motions.  Econophysics.   Wind

power.  Advanced computational methods for big data, complex systems, and stochastic systems. Expert witness testimony.

## REFEREED PUBLICATIONS

Total Citations: 2394
h-index: 23
i10-index: 38

1.  Wu, C.-Y., Nowacek, D.P., Nousek-McGregor, A.E, McGregor, R. & Howle, L.E. "Computational fluid dynamics of a 10m North Atlantic right whale (*Eubalaena glacialis*). *Marine Mammal Science*. 2021: 1-17. https://doi.org/10.1111/mms.12798 [IF 2.018]

2.  Schwartz, F.R., Douglas, S.L., King, A.E., Murphy, F.G., Howle, L.E., Kim, C.Y. & Nelson, R.C. "Hemodialysis catheter integrity during mechanical power injection of iodinated contrast medium for computed tomography angiography". *Abdominal Radiology.* 2021. doi.org/10.1007/s00261-020-02905-9. [IF 2.429]

3.  Di Muro, G., Murphy, G.F., Vann, R.D. & Howle, L.E. "Are interconnected compartmental models more effective at predicting decompression risk?". *Informatics in Medicine Unlocked*. 2020. doi.org/10.1016/j.imu.2020.100334 [IF 2.110, 1 citation]

4.  King, A.E. & Howle, L.E. "Tetranomial decompression sickness model using serious, mild, marginal, and non-event outcomes". *Informatics in Medicine Unlocked.* 2020. doi.org/10.1016/j.imu.2020.100371. [IF 2.110, 1 citation]

5.  King, A.E., Andriano, N.R. & Howle, L.E. "Trinomial decompression sickness model using full, marginal, and non-event outcomes". *Computers in Biology and Medicine.* 2020. doi.org/10.1016/jcompbiomed.2020.103640. [IF 2.408, 2 citations]

6.  Dunford, R.G., Denoble, P.D., Forbes, R., Peiper, C.F., Howle, L.E. & Vann, R.D. "A study of decompression sickness using recorded depth-time profiles". *Undersea and Hyperbaric Medicine.* 2020. **47(1)**: 83-98. [IF 0.822]

7.  Howle, L.E., Nowacek, D.P., Kraus, S.D. & Werner, T.B. "Simulation of the entanglement of a North Atlantic right whale (*Eubalaena glacialis*) with fixed fishing gear". *Marine Mammal Science.* 2019. **35(3)**: 760-778. [IF 2.018, 8 citations]

8.    Murphy, F.G., Swingler, A.J., Gerth, W.A. & Howle, L.E. "Iso-risk air no decompression limits after scoring marginal decompression sickness cases as non-events". *Computers in Biology and Medicine.* **92**: 110-117. 2018. [IF 2.408, 4 citations]

9.    Murphy, F.G., Hada, E.A., Doolette, D.J. & Howle, L.E. "Probabilistic pharmacokinetic models of decompression sickness in humans, Part 2: Coupled perfusion-diffusion models". *Computers in Biology and Medicine.* **92**: 90-97. 2018. [IF 2.408, 4 citations]

10.   King, A.E., Murphy, F.G. & Howle, L.E. "Bimodal decompression sickness onset times are not related to dive type or event severity". *Computers in Biology and Medicine.* **91**: 59-68. 2017. [IF 2.408, 6 citations]

11.   Murphy, F.G., Hada, E.A., Doolette, D.J. & Howle, L.E. "Probabilistic pharmacokinetic models of decompression sickness in humans, Part 1: Coupled perfusion-limited compartments". *Computers in Biology and Medicine.* **86**: 55-64. 2017. [IF 2.408, 7 citations]

12.   Howle, L.E., Weber, P.W., Hada, E.A., Vann, R.D. & Denoble, P.J. "The probability and severity of decompression sickness". *PLoS ONE.* **12(3)**: e0172665 doi:10.1371/journal.pone.0172665 2017. [IF 3.234, 22 citations]

13.   Fiore, G., Anderson, E., Garborg, C.S., Murray, M., Johnson, M., Moore, M., Howle, L. & Shorter, K.A. "From the track to the ocean: Using flow control to improve marine bio-logging tags for cetaceans".  *PLoS ONE.* 12(2): e0170962 doi:10.1371/journal.pone.0170962. 2017. [IF 3.234, 14 citations]

14.   Howle, L.E., Weber, P.W. & Nichols, J. "Bayesian approach to decompression sickness model parameter estimation". *Computers in Biology and Medicine.* **82:** 3-11. 2017. [IF 2.408, 11 citations]

15.   Weber, P.W., Howle, L.E., Murray, M.M., Reidenberg, J.S. & Fish, F.E. "Hydrodynamic performance of the flipper of large-bodied cetaceans in relation to locomotor ecology". *Marine Mammal Science.* **30(2):** 413-432.  2014. [IF 2.018, 16 citations]

16.   Shorter, K.A., Murray, M.M., Johnson, M., Moore, M. & Howle, L.E. "Drag of suction cup tags on swimming animals: modeling and measurement". *Marine Mammal Science.* **30(2):** 726-746. 2014. [IF 2.018, 23 citations]

17.   Balmer, B.C., Wells, R.S., Howle, L.E., Barleycorn, A.A., Irvine, A.B., McLellan, W.C., Pabst, D.A., Rowles, T.K., Schwacke, L.H., Townsend, F.I., Westgate, A.J. & Zolman, E.C.

"Advances in cetacean telemetry: a review of single-pin transmitter attachment techniques on small cetaceans". *Marine Mammal Science*. **30(2):** 656-673. 2014. [IF 2.018, 12 citations]

18. Howle, L.E. "Analytic gain in probabilistic decompression sickness models". *Computers in Biology and Medicine*. **43(11)**: 1738-1747. 2013. [IF 2.408, 12 citations]

19. Howle, L.E., McGehee, C. & Mann, B.P. "An object-oriented library for real-time processing of NASDAQ order book data". *Journal of Computer Engineering & Information Technology*. **1(2):** 1-5, 2012. [4 citations]

20. Husarik, D.B., Bashir, M.R., Weber, P.W., Nichols, E.B., Howle, L.E., Merkle, E.M. & Nelson, R.C. "Contrast-enhanced MR angiography: First pass arterial enhancement as a function of gadolinium-chelate concentration, and the saline chaser volume and injection rate". *Investigative Radiology*. **47(2):** 121-127, 2012. [IF 5.460, 9 citations]

21. Bashir, M. R., Weber, P.W., Husarik, D.B., Howle, L.E. & Nelson, R. C. "Improved aortic enhancement in CT angiography using slope-based triggering with table speed optimization: A pilot study". *International Journal of Cardiovascular Imaging.* **28(6)**: 1533-1543, 2012. [IF 2.648, 2 citation]

22. Fish, F.E., Weber, P.W., Murray, M.M. & Howle, L.E. "Marine applications of the biomimetic humpback whale flipper". *Marine Technology Society Journal*. **45(4):** 198-207, 2011. [35 citations].

23. Fish, F.E., Weber, P.W., Murray, M.M. & Howle, L.E. "The tubercles on humpback whales' flippers: Application of bio-inspired technology. *Integrative and Comparative Biology*. **51(1):** 203-213, 2011. [IF 3.023, 249 citations]

24. Weber, P.W., Howle, L.E., Murray, M.M. & Miklosovic, D.S. "Computational evaluation of the performance of lifting surfaces with leading edge protuberances". *Journal of Aircraft*. **48(2):** 591-600. 2011. [IF 0.591, 103 citations]

25. Weber, P.W., Howle, L.E., Murray, M.M. & Corless, J.M. "A simplified mass transfer model for visual pigments (opsins) in amphibian retinal cone outer segments". *Biophysical Journal*. **100:** 525-534. 2011. [IF 4.390, 2 citations]

26. Weber, P.W., Howle, L.E. & Murray, M.M. "Lift, drag, and cavitation onset on rudders with leading-edge tubercles". *Marine Technology and SNAME News*. **47(1):** 27-36. 2010. [IF 0.419, 89 citations]

27. Coursey, C.C., Nelson, R.C., Weber, P.W., Howle, L.E., Nichols, E.B., Marin, D. & DeLong, D. "Contrast material administration protocols for 64-MDCT Angiography:  Altering volume and rate and use of a saline chaser to better match the imaging window - physiologic flow phantom study".  *American Journal of Roentgenology*. **193(6):** 1568-1575. 2009. [IF 2.897, 20 citations]

28. Weber, P.W., Murray, M.M., Howle, L.E. & Fish, F.E. "Comparison of real and idealized cetacean flippers". *Bioinspiration & Biomimetics*. **4(4):** 046001. 2009. [IF 2.412, 12 citations]

29. Macha, D., Howle, L.E., Nelson, R., Hollingsworth, J.W. & Schindera, S.T. "Central venous catheter integrity during mechanical power injection of iodinated contrast media". *Radiology*. **253(3):** 870-878. 2009. [IF 6.867, 22 citations]

30. Howle, L.E., Weber, P.W. & Vann, R.D. "A computationally advantageous system for fitting probabilistic decompression models to empirical data".  *Computers in Biology and Medicine*. **39(12):** 1117-1129. 2009. [IF 2.408, 15 citations]

31. Weber, P.W., Coursey, C.C., Howle, L.E., Nelson, R.N., Nichols, E.B. & Schindera, S.T. "Modifying peripheral IV catheters with side holes and side slits results in favorable changes in the fluid dynamic properties during the injection of iodinated contrast materials". *American Journal of Roentgenology*. **193(4):** 970-977. 2009. [IF 2.897, 32 citations]

32. Howle, L.E., Weber, P.W., Vann, R.D. & Campbell, M.C. "Marginal DCS events: Their relation to decompression and use in DCS models". *Journal of Applied Physiology*. **107(5):** 1539-1547. 2009. [IF 3.732, 23 citations]

33. Weber, P.W., Howle, L.E., Murray, M.M.  & Fish, F.E. "Lift and drag performance of odontocete cetacean flippers". *Journal of Experimental Biology*. **212(14):** 2149-2158. 2009. [IF 3.200, 46 citations]

34. Vann, R.D., Denoble, P.J., Howle, L.E., Weber, P.W., Freiberger, J.J. & Pieper, C.F. "Resolution and severity in decompression illness".  *Aviation Space and Environmental Medicine*.  **80(5):** 466-471. 2009. [IF 0.990, 43 citations]

35. Schindera, S.T., Nelson, R.C., Howle, L.E., Nichols, E., Delong, D.M. & Merkle, E.M. "Effect of varying injection rates of saline chaser on aortic enhancement in CT

angiography: phantom study". *European Radiology.* **18(8):** 1683-1689. 2008. [IF 4.014, 30 citations]

36.   Fish, F.E., Howle, L.E. & Murray, M.M. "Hydrodynamic flow control in marine mammals". *Integrative and Comparative Biology*. **48(6):** 788-800. 2008. [IF 3.023, 178 citations]

37.   Miklosovic, D.S., Murray, M.M.  & Howle, L.E. "Experimental evaluation of sinusoidal leading edges". *AIAA Journal of Aircraft.* **44(4):** 1404-1408. 2007. [IF 1.207, 232 citations]

38.   Miklosovic, D.S., Murray, M.M., Howle, L.E. & Fish, F.E. "Leading-edge tubercles delay stall on humpback whale (*Megaptera novaeangliae*) flippers". *Physics of Fluids*. **16(5):** L39-L42. 2004. [IF 2.232, 533 citations]

39.   Murray, M.M.  & Howle, L.E. "Spring stiffness influence on an oscillating propulsor". *Journal of Fluids and Structures.* **17(7):** 915-926. 2003. [IF 2.051, 48 citations]

40.   Wagner, B.A., Bertozzi, A.L. & Howle, L.E. "Positive feedback control of Rayleigh-Bénard convection". *Discrete and Continuous Dynamical Systems. – Series B.* **3(4):** 619-642. 2003. [IF 1.099, 4 citations]

41.   Hasik, M., Kim, D. Howle, L. Needham, D. & Frush, D. "Evaluation of synthetic phospholipid contrast agents". *Ultrasonics*. **40(9):** 973-982. 2002. [IF 2.028, 46 citations]

42.   Howle, L.E. "The effect of boundary properties on controlled Rayleigh-Bénard convection". *Journal of Fluid Mechanics*. **411:** 39-58. 2000. [IF 2.82, 31 citations]

43.   Craciunescu, O.I., Howle, L.E. & Clegg, S.T. "Experimental evaluation of the thermal properties of two phase equivalent phantom materials". *International Journal of Hypertherma*. **15(6):** 509-518. 1999. [IF 2.645, 18 citations]

44.   Gustafson, M.R. & Howle, L.E. "Effects of anisotropy and boundary plates on the critical values of a porous medium heated from below". *International Journal of Heat and Mass Transfer.* **42(18):** 3419-3430. 1999. [IF 2.315, 5 citations]

45.   Howle, L., Schaeffer, D.G., Shearer, M., & Zhong, P. "Lithotripsy: The treatment of kidney stones with shock waves". *SIAM Review.* **40(2):** 356-371. 1998. [IF 5.757, 25 citations]

46.   Howle, L.E. "Linear stability analysis of controlled Rayleigh-Bénard convection using shadowgraphic measurement". *Physics of Fluids*. **9(11):** 3111-3113. 1997. [IF 2.232, 42 citations]

47.   Howle, L.E. "Active control of Rayleigh-Bénard convection". *Physics of Fluids*. **9(7):** 1861-1863. 1997. [IF 2.232, 67 citations]

48.   Howle, L.E. "Control of Rayleigh-Bénard convection in a small aspect ratio container". *International Journal of Heat and Mass Transfer.* **40(4):** 817-822, 1997. [IF 2.315, 57 citations]

49.   Howle, L.E., Behringer, P.R., & Georgiadis, J.G.  "Convection and flow porous media, Part 2: Visualization by shadowgraph". *Journal of Fluid Mechanics.* **332:** 247-262. 1997. [IF 2.82, 31 citations]

50.   Murray, M.M., Tong, H., Howle, L.E. & Zhong, P. "Response to a lithotripter shock wave of a cavitation bubble surrounded by a viscoelastic membrane". *Proceedings of the 1997 ASME Fluids Engineering Division Summer Meeting*. Seattle, WA. 1997.

51.   Gustafson, M.R., Murray, M.M.  & Howle, L.E. "Active control of Rayleigh-Bénard convection is a moderate aspect ratio container". *Proceedings of the 1997 ASME Fluids Engineering Division Summer Meeting*. Seattle, WA. 1997.

52.   Howle, L.E. "A comparison of the reduced Galerkin and pseudo-spectral methods for simulation of two-dimensional Rayleigh-Bénard convection".  *International Journal of Heat and Mass Transfer.* **39(12):** 2401-2407. 1996. [IF 2.315, 20 citations]

53.   Gustafson, M.R. & Howle, L.E. "Control of Rayleigh-Bénard convection in small aspect ratio container". *Unsteady Flows*. W.L. Keith et al.  (eds.), AMSE FED, 216**:** 77-81. 1995.

54.   Howle, L.E. "Efficient implementation of a finite difference Galerkin method for simulation of large aspect ratio convection". *Numerical Heat Transfer, B: Fundamentals*. **26:** 105-114. 1994. [IF 1.282, 5 citations]

55.   Howle, L.E. & Georgiadis, J.G. "Natural convection in porous media with anisotropic dispersive thermal conductivity". *International Journal of Heat and Mass Transfer.* **37(7):** 1081-1094. 1994. [IF 2.315, 24 citations]

56.   Howle, L.E., Behringer, R.P. & Georgiadis, J.G. "Visualization of convective fluid flow in a porous medium". *Nature.* **362(7):** 230-232. 1993. [IF 40.137, 47 citations]

57.   Howle, L.E., Behringer, J.G. & Georgiadis, J.G. "Visualization of natural convection in ordered and disordered porous layers". *Experimental and Numerical Flow Visualization*, B. Khalighi et al. (eds.), ASME FED, **172:** 387-395. 1993. [2 citations]

58.    Howle, L.E., Georgiadis, J.G. & Behringer, J.G. "Shadowgraphic visualization of natural convection in rectangular-grid porous layers". *Topics in Heat Transfer*.  M.  Keyhani et al.  (eds.), ASME HTD, **206:** 17-23. 1992. [14 citations]

## PEER-REVIEWED PAPERS IN PRESS

## PEER-REVIEWED PAPERS IN REVIEW

1.    Wu, C.-Y., Nowacek, D.P. & Howle, L.E. "Computational fluid dynamic analysis of gliding North Atlantic right whale models with variable body shapes". *Marine Mammal Science.* 2021. [IF 2.018]

## BOOK CHAPTERS

1.    Howle, L.E. "Convection in ordered and disordered porous layers". <u>Transport Phenomena in Porous Media, Second Edition</u>. D.B. Ingham and I. Pop (eds). Pergamon. 2002. [3 citations].

## CONTRIBUTED PAPERS

1.    Vann, R., Hada, E., Murphy, G., Swingler, A. & Howle, L. "Vascular gas emboli and probabilistic decompression models".  *Patent Foramen Ovale and Fitness to Dive Workshop Consensus Workshop Proceedings.* Undersea and Hyperbaric Medical Society. Jun. 2015, 64-73. Montreal, Canada.

2.    Vann, R.D., Howle, L.E., Dunford, R.G. & Denoble, P.D. "The optimal path". *Decompression and the Deep Stop Workshop Proceedings.* P.B. Bennett, B. Wienke & S.J. Mitchell (eds.) Undersea and Hyperbaric Medical Society (invited). Jun. 2008, 235-248. Salt Lake City, UT.

3.    Murray, M.M., Fish, F.E., Howle, L.E. & Miklosovic, D.S. "Stall delay by leading edge tubercles on humpback whale flipper at various sweep angles". *14th International Symposium on Unmanned Untethered Submersible Technology*. Aug. 2005. Durham, NH. [5 citations]

4.  Murray, M.M., Miklosovic, D.A., Fish, F. & Howle, L.E. "Effects of leading edge tubercles on a representative whale flipper model at various sweep angles". *14th International Symposium on Unmanned Untethered Submersible Technology*. Aug. 2005. Durham, NH. [31 citations]

5.  Martin, J.I., Howle. L.E. & Murray, M.M. "Optimization of undulatory flap propulsors". *12th International Symposium on Unmanned Untethered Submersible Technology*. Aug. 2001. Durham, NH.

6.  Moore, N.J., Howle. L.E. & Murray, M.M. "Controlling an output wave shape during undulatory swimming". *12th International Symposium on Unmanned Untethered Submersible Technology*. Aug. 2001. Durham, NH.

7.  Murray, M.M. & Howle, L.E. "Response of compliant foils to dynamic loadings produced by oncoming vorticies". *12th International Symposium on Unmanned Untethered Submersible Technology*. Aug. 2001. Durham, NH.

8.  Howle, L.E. "Undulatory Flap Propulsion". *11th International Symposium on Unmanned Untethered Submersible Technology.* pp. 487-493. Aug. 1999. Durham, NH. [2 citations]

9.  Chen, D., Wang, H.O. & Howle, L.E. "Bifurcation control of Rayleigh-Bénard convection". *1999 IEEE International Conference on Control Applications.* Aug. 1999. Hawaii, HI. [Cited 1 time]

10. Chen, D., Wang, H.O., Howle, L.E., Gustafson, M.R. & Meressi, T. "Amplitude control of bifurcations and chaos with applications to Rayleigh-Bénard convection". *37th IEEE Conference on Decision and Control* pp. 1951-1956. Dec. 1998. Tampa, FL. [15 citations]


## REPORTS (EXCLUDING EXPERT WITNESS REPORTS)

1.  Howle, L.E., Freiberger, J.J., Diehl, S., Natoli, M., King, A.E., Vann, R.D. "Transfer of Duke Dive Trial Data to U.S. Navy – Vol. 1 MK15 UBA Dive Trials – Rev. A." Report to Deep Submergence Biomedical R&D Program, Naval Sea Systems Command, 00CM, U.S. Navy. 2019. **1049 pages**.

2.  Howle, L.E., Freiberger, J.J., Diehl, S., Natoli, M., King, A.E., Vann, R.D. "Transfer to Duke Dive Trial Data to U.S. Navy – Vol. 2 – Fife Deep Air Dive Trials – Rev. A". Report to Deep Submergence Biomedical R&D Program, Naval Sea Systems Command, 00CM, U.S. Navy. 2019. 14 pages.

3. Howle, L.E., Freiberger, J.J., Diehl, S., Natoli, M., King, A.E., Vann, R.D. "Transfer to Duke Dive Trial Data to U.S. Navy – Vol. 3 – SIO2 Dive Trials – Rev. A". Report to Deep Submergence Biomedical R&D Program, Naval Sea Systems Command, 00CM, U.S. Navy. 2019. 44 pages.

4. Howle, L.E., Freiberger, J.J., Diehl, S., Natoli, M., King, A.E., Vann, R.D. "Transfer to Duke Dive Trial Data to U.S. Navy – Vol. 4 – NOAA Dive Trials – Rev. A". Report to Deep Submergence Biomedical R&D Program, Naval Sea Systems Command, 00CM, U.S. Navy. 2019. 29 pages.

5. Howle, L.E., Freiberger, J.J., Diehl, S., Natoli, M., King, A.E., Vann, R.D. "Transfer to Duke Dive Trial Data to U.S. Navy – Vol. 5 – Ascent Rate Trials – Rev. A". Report to Deep Submergence Biomedical R&D Program, Naval Sea Systems Command, 00CM, U.S. Navy. 2019. 38 pages.

6. Howle. L.E., Dunford, R., Denoble, P., King, A.E., Vann, R.D. "Transfer to Duke Dive Trial Data to U.S. Navy – Vol. 6 – Project Dive Exploration – Rev. A". Report to Deep Submergence Biomedical R&D Program, Naval Sea Systems Command, 00CM, U.S. Navy. 2019. **8675 pages**.

7. Howle, L.E., King, A.E., Vann, R.D. "Transfer to Duke Dive Trial Data to U.S. Navy – Vol. 7 – NMRC-99 augmented with Perceived Severity Index – Rev. A" Report to Deep Submergence Biomedical R&D Program, Naval Sea Systems Command, 00CM, U.S. Navy. 2019. 19 pages.

8. Howle, L.E. "Aeroelastic Analysis of the Dakota Turbines DT-30 Wind Turbine". Dakota Turbines. 2014. **545 pages**.

9. Howle, L.E. "Water Tunnel Testing and Computational Fluid Dynamics Simulations of Wildlife Computers Dart Tags – Final Report". Alaska SeaLife Center. 2013. 20 pages.

10. Howle, L.E. "Modeling of Right Whale Entanglement Events – Progress Report". New England Aquarium. 2013. 9 pages.

11. Howle, L.E. "Design and Development of a 30kW Wind Turbine Blade for Dakota Turbines". Dakota Turbines. 2013. 100 pages.

12. Howle, L.E. & Nowacek, D.P. "Modeling Right Whale Entanglement – NOAA Grant 2571 Final Report".  New England Aquarium.  2012. 19 pages.

13.   Howle, L.E. "Comparative Efficiency Analysis of Small Fan Models BQE18, BQE26, BQE32, BQE34 with Baseline Fan".  WhalePower Corp.  2011. 18 pages.

14.   Howle, L.E. "Fan Law Comparison of Small Fan Models BQE18, BQE26, BQE32, BQE34, and Baseline".  WhalePower Corp.  2011. 13 pages.

15.   Howle, L.E. "Performance Measurement of a Baseline (unmodified) Computer Cooling Fan".  WhalePower Corp.  2011. 13 pages.

16.   Howle, L.E. "Performance Measurement of BQE18 Computer Cooling Fan Design".  WhalePower Corp.  2011. 14 pages.

17.   Howle, L.E. "Performance Measurement of BQE26 Computer Cooling Fan Design".  WhalePower Corp.  2011. 14 pages.

18.   Howle, L.E. "Performance Measurement of BQE32 Computer Cooling Fan Design".  WhalePower Corp.  2011. 14 pages.

19.   Howle, L.E. "Performance Measurement of BQE34 Computer Cooling Fan Design".  WhalePower Corp.  2011. 14 pages.

20.   Di Muro, G., Howle, L.E. & Vann, R.D. "Partitioned risk analysis of NAVY decompression dives".  NAVSEA.  2010. **818 pages**.

21.   Howle, L.E.  "Computational Fluid Dynamics Comparison of a Tubercle and Smooth 48 Inch Diameter Cooling Fan – A final report documenting computational fluid dynamics simulations of large fans with and without leading edge tubercles.  American Cooling Systems.  2010. 12 pages.

22.   Howle, L.E. "Computational Fluid Dynamics Simulations of Fans in the American Cooling Systems Wind Tunnel - A final report documenting computation fluid dynamics simulations of large fans in the American Cooling Systems wind tunnel facility.  American Cooling Systems.  2010. 16 pages.

23.   Howle, L.E. & Weber, P.W. "Experimental evaluation of sinusoidal leading edges (tubercles) on computer fan blades.  WhalePower Corporation.  2010. 16 pages.

24.   Howle, L.E. "American Cooling Systems - WhalePower 48 Inch Fan Design - A report documenting the design of a 48 in nominal diameter cooling fan incorporating leading edge tubercles".  American Cooling Systems. 2010. **635 pages**.

25.     Howle, L.E. "WhalePower Wenvor Blade.  A report in the efficiency of a WhalePower Corp. 5-meter prototype wind turbine blade".  WhalePower Corporation.  2009. 16 pages.  [20 citations].

## PUBLISHED ABSTRACTS

1.      Blogg, S.L., Lance, R., Tillmans, F., Brent, K., Bouak, F., Howle, L., Medson, K., Moon, R., Papadopoulou, V. & Lindholm, P. *An echo from the past; building a Doppler repository for big data in diving research*. Undersea and Hyperbaric Society Scientific Meeting. New Orleans, LA. 2021.

2.      Wu, C., Howle, L.E. & Nowacek, D.P. *Minimum drag on a three-dimensional North Atlantic right whale model via neutral trim pose.* Society for Integrative & Comparative Biology. Washington, DC. 2021.

3.      Werner, T.B., Howle, L.E. & Nowacek, D.P. *Applications of a virtual computer model for studying fishing gear modifications to prevent large whale entanglements*. World Marine Mammal Science Conference. Barcelona, Spain. 2019.

4.      Wu, C.-Y., Howle, L.E., Nousek, A.E., McGregor, R. & Nowacek, D.P. *Computational fluid dynamics analysis of gliding North Atlantic right whale with variable body shape*. World Marine Mammal Science Conference. Barcelona, Spain. 2019.

5.      King, A.E., Andriano, N.R., Howle, L.E. & Vann, R.D. *Tetranomial probabilistic modeling of serious, mild, marginal, and no decompression sickness*. Undersea and Hyperbaric Society Scientific Meeting. Rio Mar, Puerto Rico. 2019.

6.      Howle, L.E. *Probabilistic models of oxygen toxicity*. ONR Undersea and NAVSEA Deep Submergence Biomedical Development Program Review. Durham, NC. 2019.

7.      Howle, L.E., Freiberger, J.J., Diehl, S., Natoli, M., King, A.E. & Vann, R.D., *Transfer of Duke dive trial data to U.S. Navy*. ONR Undersea and NAVSEA Deep Submergence Biomedical Development Program Review. Durham, NC. 2019.

8.      Moon, R.E., Weis, T.W., Natoli, M.J., Freiberger, J.J., Lance, R.M., Derrick, B.J. & Howle, L.E. *Altitude Diving*. ONR Undersea and NAVSEA Deep Submergence Biomedical Development Program Review. Durham, NC. 2019.

9.    Wu, C.-Y., Howle, L.E., Nousek-McGregor, A.E., McGregor, R. & Nowacek, D.P. *Computational fluid dynamics simulations of a 10m North Atlantic right whale (Eubalaena glacialis)*.  North Atlantic Right Whale Consortium Annual Meeting. New Bedford, MA. 2018.

10.   Howle, L.E. *Advances in Probabilistic Decompression Models and Decompression Scheduling.* Undersea Medicine Program Review. San Diego, CA. 2017.

11.   Howle, L.E. *Evaluation of and Advances in Oxygen Toxicity Models.* Undersea Medicine Program Review. San Diego, CA. 2017.

12.   Howle, L.E., Murphy, F.G. & King, A.E. *Fast, near-optimal ascent algorithm for air and enriched air dives*. 2017 Annual Scientific Meeting of the Undersea and Hyperbaric Medical Society. Naples, FL. 2017.

13.   Murphy, F.G., Swingler, A.J., Gerth, W.A. & Howle, L.E. *Probabilistic models for predicting the incidence and onset time of DCS after scoring marginal DCS cases as non-events*. 2017 Annual Scientific Meeting of the Undersea and Hyperbaric Medical Society. Naples, FL. 2017.

14.   King, A.E., Murphy, F.G. & Howle, L.E. *Decompression sickness onset time bimodality is not related to dive type or severity*. 2017 Annual Scientific Meeting of the Undersea and Hyperbaric Medical Society. Naples, FL. 2017.

15.   Werner, T.B., Howle, L.E., Nowacek, D.P. & Kraus, S.D. *Using the Virtual Whale Entanglement Simulator to model collisions between a North Atlantic right whale and fishing buoy lines of variable breaking strength*. 22nd Biennial Conference on the Biology of Marine Mammals. Halifax, Nova Scotia. 2017.

16.   Wu, C.-Y., Howle, L.E. & Nowacek, D.P. *Estimating the induced forces on an entangled North Atlantic right whale (Eubalaena glacialis)*. 22nd Biennial Conference on the Biology of Marine Mammals. Halifax, Nova Scotia. 2017.

17.   Lewis, D.S., King, A., Murphy, F.G., Kim, C.Y., Nelson, R.C. & Howle, L.E. *Hemodialysis catheter integrity during mechanical power injection of iodinated contrast medium*. Scientific Assembly and Annual Meeting of the Radiological Society of North America. Chicago, IL. 2017.

18.   Wilbur, J., Knaus, D., Ramsey, M., McEnaney, K., Magari, P., Moon, R., Vann, R., Howle, L., Buckey, J., Anderson, A., Fellows, A., Sevick, J., Stump, D. & Deal, D. *Advanced

*technologies for reducing decompression obligation in extreme dives.* ONR-NAVSEA Program Review Meeting. Buffalo, NY. 2015.

19.    Howle, L.E. *Advances in probabilistic decompression models and decompression modeling.* ONR-NAVSEA Program Review Meeting. Buffalo, NY. 2015.

20.    Howle, L.E., *Probabilistic decompression modeling.* ONR-NAVSEA Program Review Meeting. Buffalo, NY. 2015.

21.    Vann, R.D., Hada, E.A., Murphy, F.G. & Howle, L.E. *Arterial gas emboli and probabilistic decompression modeling*. 2015 Annual Scientific Meeting of the Undersea and Hyperbaric Medical Society. Montreal, Canada. 2015.

22.    Hada, E.A., Murphy, F.G. & Howle, L.E. *Delay differential equations as an explicit method of aligning DCS model prediction with dive trial outcome.* 2015 Annual Scientific Meeting of the Undersea and Hyperbaric Medical Society. Montreal, Canada. 2015.

23.    Murphy, F.G., Hada, E.A. & Howle, L.E. *The case for mixed pharmacokinetic models as a descriptor of decompression sickness.* 2015 Annual Scientific Meeting of the Undersea and Hyperbaric Medical Society. Montreal, Canada. 2015.

24.    Marin, D., Howle, L.E., Murphy, F.G., Hada, E.A., Nichols, E.B. & Nelson, R.C. *Comprehensive evaluation of the correlation between anatomical variates and enhancement in contrast-enhanced abdominal MDCT.* Annual Meeting of the Society of Abdominal Radiology. Coronado, CA. 2015.

25.    Hada, E.A., Howle, L.E. & Murphy, F.G. *Depth scaling of several gas super-saturation models.* Proceedings of the 2014 Undersea and Hyperbaric Medical Society Meeting.  St. Louis, MO. 2014.

26.    Murphy, F.G., Hada, E.A. & Howle, L.E. *Perfusion-diffusion gas content models as a predictor of decompression sickness.* Proceedings of the 2014 Undersea and Hyperbaric Medical Society Meeting.  St. Louis, MO. 2014.

27.    Nelson, R.D., Howle, L.E. & Nichols, E. *Comprehensive evaluation of a novel patient-specific algorithm for determining the dose of iodinated contrast material for abdominal CT.* 100th Scientific Assembly and Annual Meeting of the Radiological Society of North America. Chicago, IL. 2014.

28.    Nowacek, D.P., Bowers, M. Cannon, A., Hindell, M., Howle, L.E., Murray, M.M., Rittschof, D., Shorter, K.A. & Moore, M. *The next generation of multi-sensor acoustic tags: sensors, applications, and attachments.* 5th International Bio-Logging Science Symposium. Strasbourg, France. 2014. [cited 1 time].

29.    Shorter, K.A., Giovanni, F., Murray, M.M., Johnson, M., Moore, M. & Howle, L.E. *Reducing impact: design features to minimize hydrodynamic forces for suction cup tags on swimming animals.* 5th International Bio-Logging Science Symposium. Strasbourg, France. 2014.

30.    Andrews, R.D., Baird, R., Hanson, B.M., Howle, L., Mittal, R., Schorr, G. & Wilton, S. *Improving attachments of remotely-deployed dorsal fin-mounted tags: tissue structure, hydrodynamics, in-situ performance, and tagged-animal follow-up.* Proceedings of the 5th International Bio-Logging Science Symposium. Strasbourg, France. 2014.

31.    Howle, L.E. & Nowacek, D.P. *Virtual Simulation of Right Whale Entanglement in Fishing Gear.* Proceedings of the 2013 North Atlantic Right Whale Consortium Meeting. New Bedford, MA. 2013.

32.    Nowacek, D.P., Hindell, M., Shorter, K.A., Bowers, M., Rittschof, D., Howle, L.E., Murray, M. & Moore, M. *The next generation for multi-sensor acoustic tags: sensors, applications attachments.* Proceedings of the 166th meeting of the Acoustical Society of America. San Francisco, CA. 2013.

33.    Wells, R.S., Balmer, B.C., Howle, L.E., Scott, M.D., Fauquier, D.A., Barlycorn, A.A., McHugh, K.A., Allen, J.B., Irvine, A.B., Townsend, F.I., Sweeney, J.C. & Wilton, S. *Experimental tests of small electronic tags for dolphins.* Proceedings of the 2013 meeting of the Society for Marine Mammalogy. Denedin, New Zealand. 2013.

34.    Wells, R.S., Balmer, B.C., Howle, L.E., Scott, M.D., Fauquier, D.A., Barlycorn, A.A., McHugh, K.A., Allen, J.B., Irvine, A.B., Townsend, F.I., Sweeney, J.C. & Wilton, S. *Experimental tests of small electronic tags for dolphins.* Proceedings of the 2013 meeting of the International Association for Aquatic Animal Medicine. Sausalito, CA. 2013.

35.    Andrews, R.D., Baird, R.W., Durban, J.W., Hanson M.B., Howle, L.E., Matkin, C.O., Mittal, R., Raverty, S. & Schorr, G.S., *The limpet tag and its use on small to medium-sized cetaceans.* Proceedings of the 2013 meeting of the International Association for Aquatic Animal Medicine. Sausalito, CA. 2013.

36.     Murray, M.M., Shorter, A.K., Howle, L.E., Johnson, M. & Moore, M. *Numerical and experimental analysis of suction cup bio-logging tag designs for marine mammals.* Proceedings of the 2012 American Physical Society Division of Fluid Dynamics Meeting. San Diego, CA. 2012.

37.     Howle, L.E. & Nowacek, D.P. *Computer modeling of Right Whale entanglements.* Proceedings of the 2012 North Atlantic Right Whale Consortium Meeting. New Bedford, MA. 2012.

38.     Howle, L.E., Di Muro, G., Doolette, D.J. & Vann, R.D. *New classes of interconnected compartmental DCS models.* Proceedings of the 2012 Undersea and Hyperbaric Medical Society Meeting.  Phoenix, AZ. 2012.

39.     Hobbs, G.W., Murphy, F.G., Gault, K.A., Hexdall, E., Howle, L.E. & Walker, J.R. *Decompression risk evaluation for trimix dives derived from commercially available desktop decompression algorithms.* Proceedings of the 2012 Undersea and Hyperbaric Medical Society Meeting.  Phoenix, AZ. 2012.

40.     Vann, R.D. & Howle. L.E. *Describing decompression sickness (DCS) of the brain, spine, and joints by multinomial probability.* Proceedings of the 2012 Undersea and Hyperbaric Medical Society Meeting.  Phoenix, AZ. 2012.

41.     Vann, R.D., Howle, L.E., Pollock, N.W. & Moon, R.D. *Do arterialized VGE initiate cerebral or spinal decompression sickness (DCS)?* Proceedings of the 2012 Undersea and Hyperbaric Medical Society Meeting.  Phoenix, AZ. 2012.

42.     Howle, L.E., Weber, P.W. & Nichols, J.M. *Bayesian approach to decompression sickness model parameter estimation.*  Proceedings of the 2011 Undersea and Hyperbaric Medical Society Meeting.  Fort Worth, TX.  2011.

43.     Shorter, K., Howle, L., Johnson, M. Nowacek, D., Hurst, T., Bocconcelli, A. & Moore M. *Modeling and analysis of fluid flow around a suction cup bio-logging tag.* Society for Marine Mammalogy. 19th Biennial Conference on the Biology of Marine Mammals. Tampa, FL. 2011.

44.     Fish, F.E., Weber, P.W., Howle, L.E., Murray, M.M. & Reidenberg, J.S. *Hydrodynamic performance of the flippers of large-bodied cetaceans.* Secondary Adaptation of Tetrapods to Life in Water. San Diego, CA. 2011.

45.    Husarik, D.B.B., Mashir, M.S.R., Weber, P.W., Nichols, E.B., Merkle, E.M., Howle, L.E. & Nelson, R.C. *Gadolinium-enhanced MR angiography: Effects of the contrast media dose on peak signal intensity relative to the injection rate of saline chaser.* 97th Scientific Assembly and Annual Meeting of the Radiological Society of North America.  Chicago, Il. 2010.

46.    Husarik, D.B.B., Bashir, M.S.R., Weber, P.W., Nichols, E.B., Howle, L.E. & Nelson, R.C. *Gadolinium-enhanced MR Angiography: Effects of volume and rate of the saline chaser on peak aortic signal intensity.* 97th Scientific Assembly and Annual Meeting of the Radiological Society of North America.  Chicago, Il. 2010.

47.    Husarik, D., Nelson, R., Weber, P., Howle, L.E., Nichols, E., Boll, D. & Marin, D. *Low kVp contrast-enhanced CT: Can imaging closer to the k-edge of iodine allow for a reduction in contrast media?* 110th Annual Meeting of the American Roentgen Ray Society. San Diego, CA. 2010.

48.    Walker, J.R., Hobbs, G.W., Gault, K.A., Howle, L.W. & Freiberger, J.J. *The effect of final oxygen decompression stop depth in DCS risk: 20fsw vs. 10fsw.* Proceedings of the 2010 Undersea and Hyperbaric Medical Society Meeting. St. Pete Beach, Florida, 2010.

49.    Walker, J.R., Hobbs, G.W., Gault, K.A., Howle, L.W. & Freiberger, J.J. *Decompression risk analysis comparing oxygen and 50% nitrox decompression stops.* Proceedings of the 2010 Undersea and Hyperbaric Medical Society Meeting. St. Pete Beach, Florida, 2010.

50.    Vann, R.D., Weber, P.W., Di Muro, G. & Howle, L.E. *Adding venous gas emboli (VGE) to the linear-exponential (LE) decompression model*. Proceedings of the 2010 Undersea and Hyperbaric Medical Society Meeting. St. Pete Beach, Florida, 2010.

51.    Husarik, D.B., Weber, P.W., Bashir, M.S.R., Nichols, E.B., Merkle, E.M., Howle, L.E. & Nelson, R.C. *Gadolinium-enhanced MR angiography: Optimization of contrast media doses for imaging patients with compromised renal function.* Society of Computed Body Tomography and Magnetic Resonance Meeting. San Diego, California. 2010.

52.    Murray, M., Weber, P., Howle, E. & Fish, F. *Comparison of real and idealized cetacean flippers* American Physical Society Division of Fluid Dynamics Meeting. Minneapolis, Minnesota. 2009.

53.    Howle, L.E., Weber, P.W., Vann, R.D., Denoble, P.J. & Campbell, M.C. *Probabilistic DCS models using hierarchical outcome severity*. Proceedings of the 2009 Undersea and Hyperbaric Medical Society Meeting. Las Vegas, Nevada. 2009.

54.    Howle, L.E., Weber, P.W., Vann, R.D., Denoble, P.J. & Campbell, M.C. *The role of marginal outcomes in the fitting of probabilistic DCS models*. Proceedings of the 2009 Undersea and Hyperbaric Medical Society Meeting. Las Vegas, Nevada. 2009.

55.    Vann, R.D., Denoble, P.J., Howle, L.E., Weber, P.W., Freiberger, J.J., Pieper, C.F. & Nord, D. *Decompression illness (DCI) and survival analysis*. Proceedings of the 2009 Undersea and Hyperbaric Medical Society Meeting. Las Vegas, Nevada. 2009.

56.    Coursey, C., Nelson, R.C., Weber, P.W., Nichols, E., Marin, D. & Howle, L.E. *Ultrafast multidetector CT angiography of the chest and abdomen: How do alterations in rates of contrast media and saline chaser injection and alterations in cardiac output effect peak aortic enhancement?* 94th Scientific Assembly and Annual Meeting of the Radiological Society of North America. Chicago, Il. 2008.

57.    Murray, M., Weber, P., Howle, L. & Fish, F. *Lift and Drag of Cetacean Flippers* 61st Annual Meeting of the APS Division of Fluid Dynamics, San Antonio, Texas. 2008.

58.    Nichols, E., Nelson, R.C., Schindera, S.T. & Howle, L.E. *Mechanical power injection of iodinates contrast media: quantitative assessment of angiocatheter exit jet dynamics*. 37th Annual Postgraduate Course and Scientific Meeting of the Society of Gastrointestinal Radiologists. Rancho Mirage, California. 2008.

59.    Nichols, E., Nelson, R.C., Schindera, S.T. & Howle, L.E. *Mechanical power injection of iodinated contrast media: quantitative assessment of angiocatheter exit jet dynamics using different injection rates and catheter sizes*. 104th Annual Meeting of the American Roetgen Ray Society. Washington, DC. 2008.

60.    Dunford, R.G., Denoble, P.J., Vann, R.D., Shannon, J.S., Pollock, N.W. & Howle, L.E. *The relationship of age and BMI to Doppler-detected bubble grades*. Proceedings of the 2008 Underwater and Hyperbaric Medical Society Meeting. Salt Lake City, Utah. 2008.

61.    Vann, R.D., Dunford, R.G., Denoble, P.D. & Howle, L.E. *The probabilities of DCS and VGE after nitrogen-oxygen diving.*  Proceedings of the 2008 Undersea and Hyperbaric Medical Society Meeting. Salt Lake City, Utah. 2008.

62.     Howle, L.E., Weber, P.W. & Vann, R.D. *Is marginal DCS ("niggles") real or random noise?* Proceedings of the 2008 Undersea and Hyperbaric Medical Society Meeting. Salt Lake City, Utah. 2008.

63.     Vann, R.D., Howle, L.E., Pieper, C.F., Denoble, P.D., Freiberger, J.J. & Moon, R.E. *Statistical prediction of residual DCI symptoms after decompression.* Proceedings of the 2008 Undersea and Hyperbaric Medical Society Meeting. Salt Lake City, Utah. 2008.

64.     Howle, L.E., Weber, P.W. & Vann, R.D. *A parameter estimation system with computational advantages for fitting probabilistic decompression models to empirical data.* Proceedings of the 2007 Undersea and Hyperbaric Medical Society Meeting. Maui, Hawaii. 2007.

65.     Weber, P.W., Howle, L.E., Vann, R.D. & Pieper, F.C. *Probability models of mild and serious decompression sickness (DCS).* Proceedings of the 2007 Undersea and Hyperbaric Medical Society Meeting. Maui, Hawaii. 2007.

66.     Howle, L.E., Lebental, S. & Vann, R.D. *An object-oriented system for optimizing probabilistic decompression models to empirical decompression data.* Proceedings of the 2006 Undersea and Hyperbaric Medical Society Meeting. Orlando, Florida. 2006.

67.     Vann, R.D., Lebental, S. & Howle, L.E. *The relative roles of surface tension and the oxygen window in bubble resolution.* Proceedings of the 2006 Undersea and Hyperbaric Medical Society Meeting. Orlando, Florida. 2006.

68.     Murray, M. & Howle, L.E. *Cavitation inception on rudder models with smooth and scalloped leading edges.* APS Division of Fluid Dynamics Meeting, Chicago, Illinois. 2005.

69.     Fish, F.E., Miklosovic, D.S., Murray, M.M. & Howle, L.E. *Delayed stall due to leading edge tubercles of the humpback whale flipper.* Integrative and Comparative Biology. 43(6): 903, 2003.

70.     Murray, M., Miklosovic, D., Fish, F. & Howle, L. *Stall delay by leading edge tubercle in humpback whale flipper.* APS Division of Fluid Dynamics Meeting, East Rutherfordton, New Jersey. 2003.

71.     Howle, L.E. *Undulatory Flap Pair Propulsion.* APS Division of Fluid Dynamics Meeting, New Orleans, Louisiana. 1999.

72.  Hasik, M.J., Howle, L.E. & Needham, D. *Effect of Contrast Agent's Lipid Carbon Chain Length on Backscattered Ultrasound Amplitude*. APS Division of Fluid Dynamics Meeting, New Orleans, Louisiana. 1999.

73.  Gustafson, M.R. & Howle, L.E. Experimental *Control of Horton-Rogers-Lapwood Convection using Shadowgraphic Input*. APS Division of Fluid Dynamics Meeting, New Orleans, Louisiana. 1999.

74.  Murray, M.M. & Howle, L.E. *Translational Spring Stiffness Influence on an Oscillating Propulsor*. APS Division of Fluid Dynamics Meeting, New Orleans, Louisiana. 1999.

75.  Gustafson, M.R. & Howle, L.E. *Boundary Effects on the Onset of Convection in Porous Media*. APS Division of Fluid Dynamics Meeting, Philadelphia, Pennsylvania. 1998.

76.  Murray, M.M. & Howle, L.E. *Reduced Order Hydroelasticity Modeling of a Flexible Propulsor*. APS Division of Fluid Dynamics Meeting, Philadelphia, Pennsylvania. 1998.

77.  Howle, L.E. *Boundary Effects in Controlled Rayleigh-Bénard Convection*. APS Division of Fluid Dynamics Meeting, Philadelphia, Pennsylvania. 1998.

78.  Meressi, T. & Howle, L.E. *Linear and Nonlinear Control of Rayleigh-Bénard Convection*. APS Division of Fluid Dynamics Meeting, Philadelphia, Pennsylvania. 1998.

79.  Howle, L.E. & Behringer, R.P. *Floquet Stability Analysis of the Onset of Convection in Periodic Porous Media*. APS Division of Fluid Dynamics Meeting, Syracuse, New York. 1996.

80.  Howle, L.E. *Suppression of Natural Convection in Small Aspect Ratio Containers*.  APS Division of Fluid Dynamics Meeting, Atlanta, Georgia. 1994.

81.  Howle, L.E., Behringer, R.P. & Georgiadis, J.G. *Convection in Porous Media: Visualization by a Novel Shadowgraphic Technique.*  APS Division of Fluid Dynamics Meeting, Tallahassee, Florida. 1992.

82.  Howle, L.E., Behringer, R.P. & Georgiadis, J.G. *Shadowgraphic Visualization of Natural Convection in Rectangular-Grid Porous Media.*  ASME National Heat Transfer Conference, San Diego, California. 1992.

## RESPONSE TO LETTERS TO THE EDITOR

1.     Macha, D.B., Nelson, R.C., Howle, L.E., Hollingsworth, J.W. & Scindera, S.T. *Radiology*. **255(2)**: 662. 2010.

In response to:

Halpenny, D.F., Doody, O., McNeill, G. & Torreggiani, W.C. *Central venous catheter care during contrast-enhanced CT.* Radiology **255(2)**: 662. 2010.

## FUNDING HISTORY

Number of Grants: 33
Total Funding: $6,572,188

02/01/21-01/31/24   NAVSEA/OOC. *Probabilistic Decompression Sickness Model Development.* $862,267. Lars Howle, P.I.

02/01/21-01/31/23   NAVSEA/OOC. *Perfluromethane to Reduce Decompression Sickness after Heliox Dives.* $894,910. Richard Moon, P.I.

10/01/17-09/30/18   NAVSEA/OOC. *Transfer of Duke University Dive Trial Data to U.S. Navy.* $147,069. Lars Howle, P.I.

10/01/17-09/31/20   NAVSEA/OOC. *Altitude Diving Tables.* $961,773. Richard Moon, P.I.

02/01/17-01/31/20   NAVSEA/OOC. *Evaluation of and Advances in Oxygen Toxicity Models.* $523,211. Lars Howle, P.I.

06/01/14-05/31/15   DARPA. *Advanced Technologies for Reducing the Probability of Decompression Sickness.* $280,000. Richard Moon, P.I.

10/01/13-09/30/17   ONR. *Pre-doctoral Fellowship to Strengthen Navy Capabilities in Probabilistic Decompression Modeling.* $313,542. Lars Howle, P.I.

07/08/13-07/06/16   NAVSEA/OOC. *Advances in Probabilistic Decompression Models and Decompression Scheduling.* $935,252. Lars Howle, P.I.

06/01/13-05/31/14   DARPA. *Accelerated Decompression with Multiple Inert Gases.* $10,000. Richard Moon, P.I.

12/01/10-05/31/12   MGT Nemoto International. *Innovative Catheter Designs for Reducing Extravasation Risk During Injection of Iodinated Contrast Media.* $90,703. Lars Howle, P.I.

04/01/09-07/31/09   NAVSEA/ONR. *Partitioned Decompression Risk Analysis.* $17,414. Lars Howle, P.I.

02/17/09-09/30/12   NAVSEA/ONR. *Probabilistic Models of Decompression Sickness (DCS).* $758,331. Lars Howle, P.I.

10/01/08-09/30/09   Bracco Diagnostics, Inc. *Comprehensive Evaluation of the Effects of the Sequential Power Injection of Iodinated Contrast Media and Saline with Vascular Enhancement: Further Studies.* $100,000. Rendon Nelson, P.I.

05/20/08-05/19/08   The Lord Foundation. *Generating Energy from Ocean Waves.* $13,345. Brian Mann, P.I.

05/08/07-05/09/09   DARPA. *Enhancement of Oscillatory Flap Propulsors in Low-Speed Flows in Water.* $99,999. Lars Howle, P.I.

04/01/07-03/31/09   National Science Foundation. *Comparative Experimental Hydrodynamics of Cetacean Flippers: Ecomorphology on an Aquatic Control Surface.* $270,000. Frank Fish, P.I.

04/17/06-10/16/07   Bracco Diagnostics, Inc. *Comprehensive Evaluation of the Effects of the Sequential Power Injection of Iodinated Contrast Media and Saline with Vascular Enhancement.* $100,000. Lars Howle, P.I.

04/01/06-03/31/09   NAVSEA/ONR. *Development of an Object-Oriented Numerical Modeling System for the Study and Development Decompression Models.* $414,575 Richard Vann, P.I.

01/01/03-12/31/03   DARPA. *Morphing Aircraft Structures.* $150,104. Robert Clark, P.I.

05/01/03-12/31/03   The Lord Foundation. *3rd Annual Engineering Design Contest.* $10,000. Robert Kielb, P.I.

05/01/02-12/31/02   The Lord Foundation. *Wing Test Stand and Instrumentation.* $5,000. Lars Howle, P.I.

05/01/00-12/31/01   The Lord Foundation. *Improving the Undergraduate Experience: Multipurpose Experimentation, Design and Presentations Laboratory Project.* $15,000. Michael Gustafson, P.I.

07/01/00-12/31/01   North Carolina Biotechnology Center. *Triggered Release of Contents from Liposomes using Ultrasound.* $55,000. David Needham, P.I.

01/01/00-12/31/00   National Science Foundation. *Investigations into Micro-Scale Heat Transfer and CAD Tools for Thermal Management in Deep-Submicron Integrated Circuits.* $30,421. Krish Chakrabarty, P.I.

| | |
|---|---|
| 07/01/99-06/30/00 | The Lord Foundation. *Innovations in Medical Ultrasound Imaging*. $15,310. Lars Howle, P.I. |
| 05/01/99-04/30/02 | Office of Naval Research. *Undulatory Flap Propulsion - Reduction to Practice.* **ONR Young Investigator Award**. $328,071. Lars Howle, P.I. |
| 04/01/99-03/31/02 | The Whitaker Foundation. *Imaging Methods for Ultrasound Contrast Agents*. $205,895. Lars Howle, P.I. |
| 05/01/98-09/30/98 | North Carolina Space Grant Consortium. *Investigation of g-Jitter in Surface-Tension-Driven Convection in Micro-Gravity*. $5,000. Lars Howle, P.I. |
| 03/03/98-03/02/99 | Nekton Technologies, Inc. *Analytical Study of Nektor Propulsion*. $42,536. Lars Howle, P.I. |
| 02/01/98-01/30/99 | Mallinckrodt, Inc. *Stabilization of Ultrasound Contrast Agents*. $42,536. Lars Howle, P.I. |
| 09/01/97-08/31/99 | Petroleum Research Fund. *Active Control of Convection in Porous Media*. $25,000. Lars Howle, P.I. |
| 05/01/97-09/30/97 | North Carolina Space Grant Consortium. *Active Control of Surface-Tension-Driven Convection in Micro-Gravity*. $5,000. Lars Howle, P.I. |
| 07/01/96-06/30/97 | The Lord Foundation. *Undergraduate Laboratory Renovations*. $38,273. Lars Howle, P.I. |
| 07/01/96-06/30/97 | The Lord Foundation. *Duke University Mechanical Engineering Wind Tunnel Repairs*. $20,000. Lars Howle, P.I. |

## INVITED PRESENTATIONS (EXCLUDING VIRTUAL PRESENTATIONS)

| | |
|---|---|
| 06/10/21 | *Decompression Modeling*.  Undersea and Hyperparic Medical Society Annual Scientific Meeting. **Plenary Presentation**. Virtual. |
| 05/04/21 | *Probabilstic DCS Model Development*. 2021 ONR Undersea Medicine and NAVSEA Deep Submergence Biomedical Development Program Review. Virtual. |
| 05/04/21 | *Update on Advances in Oxygen Toxicity Predition Models*. 2019 ONR Undersea Medicine and NAVSEA Deep Submergence Biomedical Development Program Review. Virtual. |

06/19/19     *The Whale Simulator: A Potential Tool for Predicting Entanglement Risk for Offshore Aquaculture*. **Saltonstall Kennedy Lecture**.  NOAA Southwest Fisheries Science Center. La Jolla, CA.

06/21/19     *The Whale Simulator: A Potential Tool for Predicting Entanglement Risk for Offshore Aquaculture*. NOAA Offshore Aquaculture Gear/Protected Species Interaction Workshop. NOAA Southwest Fisheries Science Center. La Jolla, CA.

05/16/19     *Transfer of Duke University Dive Trial Data to U.S. Navy*. 2019 ONR Undersea Medicine and NAVSEA Deep Submergence Biomedical Development Program Review. Durham, NC.

05/14/19     *Evaluation of and Advances in O2 Toxicity Models.* 2019 ONR Undersea Medicine and NAVSEA Deep Submergence Biomedical Development Program Review.

03/11/19     *The whale simulator: A tool for predicting entanglement risk for offshore aquaculture*. Aquaculture 2019. New Orleans, LA.

06/19/18     *Virtual Whale Entanglement Simulator.* **Lowell Lecture.**  New England Aquarium. Boston, MA.

06/14/18     *Evaluation of and Advances in CNS Oxygen Toxicity and Decompression Sickness Models.* ONR-NAVSEA Undersea Medicine Program Review. Arlington, Washington, DC.

04/04/18     *Entanglement of Right Whales with Fixed Fishing Gear.*  NOAA Whale release, Gear marking feasibility subgroup meeting. Warwick, RI.

06/31/17     *Fast, Near Optimal Iso-Risk Ascent Profile Algorithm for Air and Enriched Air Dives.* Naples, FL.

05/03/17     *Advances in Probabilistic Decompression Models and Decompression Scheduling.* ONR-NAVSEA Undersea Medicine Program Review. San Diego, CA.

05/01/17     *Evaluation of and Advances in Oxygen Toxicity Models.* Undersea Medicine Program Review. San Diego, CA.

05/12/16     *Decompression models – where are we? Where do we need to go from here?* Office of Naval Research Decompression Sickness and Hyperbaric Oxygen Toxicity Workshop. Arlington, VA.

08/05/15    *Probabilistic decompression modeling.* ONR-NAVSEA Undersea Medicine Program Review. Buffalo, NY.

08/06/15    *Advances in probabilistic decompression models and decompression modeling.* ONR-NAVSEA Undersea Medicine Program Review. Buffalo, NY.

08/05/14    *Patient-specific dosing for CT contrast studies.* Nemoto-Kyorindo Co, Ltd. Tokyo, Japan.

02/28/14    *Entanglement of North Atlantic right whales with fishing gear.* Maine Fishermen's Forum.  Rockland, ME.

09/25/13    *Entanglement of North Atlantic right whales with fishing gear.* Duke University Marine Lab. Beaufort, NC.

08/16/12    *Optimal blade design for a 30kW variable-pitch, constant tip speed ratio wind turbine.* Dakota Turbines. Cooperstown, ND.

03/25/12    *Modeling and analysis of fluid flow around a suction cup bio-logging tag.* Northwest Fisheries Service Center. Seattle, WA.

03/24/12    *Modeling and water tunnel testing of cetacean dart-mount data-logging tags.* Northwest Fisheries Service Center. Seattle, WA.

02/16/11    *Modeling Whale Entanglements (**Plenary Presentation**).* Dynamics of Large Whale Entanglements Workshop. Woods Hole Oceanographic Institution. Woods Hole, MA.

11/29/10    *Innovations in Contrast Enhanced Imaging.* MGT Nemoto International.  Chicago, IL.

10/25/10    *Mathematical Modeling of Whale Entanglement Events.*  New England Aquarium - Federal Reserve Bank.  Boston, MA.

08/05/10    *Probabilistic Models of Decompression Sickness (DCS).* NAVSEA. ONR. NMRC (BUMED) Undersea Medicine Program Review.  Seattle, WA.

11/16/09    *Hydro-biomimetics.* Chief of Naval Operations Strategic Studies Group. Durham, NC.

03/17/09    *Marine Hydromechanics.* ONR Cetacean Tagging Workshop. Arlington, VA.

07/15/08    *Predicted DCS probability, dive conditions, and DCS severity.* NAVSEA. ONR. NMRC (BUMED) Undersea Medicine Program Review.  Arlington, VA.

04/30/08    *Technology Brief: Tubercle Technology.* General Dynamics - Electric Boat. Groton, CT.

01/10/08    *Fluid Dynamics Research Collaboration between Radiology and Engineering.* Department of Radiology Grand Rounds. Duke University Medical Center. Durham, NC.

07/18/07    *Predicted DCS Probability, Dive Conditions, and DCS.* NAVSEA. ONR. NMRC (BUMED). Undersea Medicine Program Review.  Groton, CT.

04/27/07    *A Parameter Estimation System for fitting Probabilistic Decompression Models to Empirical Data.* University of Massachusetts at Dartmouth.  Dartmouth, MA.

01/12/07    *Computer Aided Design and Manufacture of Hydrodynamic Control Surfaces.* Deka Research, LLC.  Manchester, NH.

10/06/06    *Undulatory Propulsion.* Deka Research, LLC. Manchester, NH.

06/20/06    *Predicting DCS Severity, Dive Conditions and DCS.* ONR Underwater Medicine Program Review. Durham, NC.

05/30/06    *Hydrodynamic Propulsion.* Deka Research, LLC. Manchester, NH.

05/12/06    *Optimization of Probabilistic Decompression Sickness Models.* Oceanic, Inc. Durham, NC.

11/21/03    *Morphing Aircraft Structures – Systems integration and Control.* DARPA MAS. University review. Arlington, VA.

10/09/01    *Active control of convection*, United States Naval Academy. Annapolis, MD.

10/16/01    *Control of underwater gliding vehicles*. United States Naval Academy. Annapolis, MD.

10/20/00    *Biomimetic Propulsion Studies for Navy Applications*. United States Naval Academy. Annapolis, MD.

10/05/00    *Active control of Rayleigh-Bénard Convection*. CNCS-CNLS Workshop. Duke University. Durham, NC.

11/02/99    *Boundary Effects on Controlled Rayleigh-Bénard Convection*. Applied Math Seminar. Duke University. Durham, NC.

08/25/99    *Undulatory Flap Propulsion*. 11th International Symposium on Unmanned Untethered Submersible Technology. Durham, NH.

01/27/98    *Boundary Effects on Controlled Rayleigh-Bénard Convection*. Differential Equations Seminar. North Carolina State University. Raleigh, NC.

08/18/98    *Visualization and Control of Buoyancy-Driven Convection*. Shriners Burn Hospital, Massachusetts General Hospital, and Harvard Medical School. Boston, MA.

09/01/97    *Pattern Formation in Convection in Porous Media* Max Plank Institute. Dresden, Germany.

10/10/95    *Control of Rayleigh-Bénard Convection.* Center for Nonlinear and Complex Studies. Duke University. Durham, NC.

10/24/94    *Control of Buoyancy-Driven Convection*.  University of Massachusetts at Dartmouth. Dartmouth, MA.

02/25/94    *Pattern Formation in Porous Media Convection.* Mechanics and the Environment. Duke University, Durham, NC.


## CONFERENCE AND OTHER PRESENTATIONS

11/07/13    *Virtual Simulation of Right Whale Entanglement in Fishing Gear.* North Atlantic Right Whale Consortium Meeting. New Bedford, MA.

11/13/12    *Computer modeling of wright whale entanglements.* North Atlantic Right Whale Consortium Meeting. New Bedford, MA.

06/21/12    *New classes of interconnected compartmental DCS models.* Undersea and Hyperbaric Medical Society Meeting.  Phoenix, AZ.

06/15/11    *Bayesian approach to decompression sickness model parameter estimation*. Undersea and Hyperbaric Medical Society Meeting.  Fort Worth, TX.

11/03/10    *Computer modeling of right whale entanglement events.* North Atlantic Right Whale Consortium Meeting. New Bedford, MA.

06/25/09    *Probabilistic DCS models using hierarchical outcome severity*. Undersea and Hyperbaric Medical Society. Las Vegas, NV.

06/28/08    *Is marginal DCS ("niggles") real or random noise?* Undersea and Hyperbaric Medical Society.  Salt Lake City, UT.

06/07/06    *Predicting DCS Severity, Dive Conditions and DCS*.  Undersea and Hyberbaric Medical Society. Orlando, FL.

01/14/04    *Computational Fluid Dynamics in a Multidisciplinary context.* DARPA Helicopter Quieting Proposer's Day Meeting. Arlington, VA.

08/27/01    *Kinematics of Fish Midline Models*. Unmanned Underwater Submersible Technologies, 12th International Symposium. Durham, NH.

| | |
|---|---|
| 11/23/99 | *Undulatory Flap Pair Propulsion*. APS Division of Fluid Dynamics Meeting. New Orleans, LA |
| 11/23/98 | *Boundary Effects in Controlled Rayleigh-Bénard Convection*. APS Division of Fluid Dynamics Meeting. Philadelphia, PA. |
| 11/23/98 | *Linear and Nonlinear Control of Rayleigh-Bénard Convection*. APS Division of Fluid Dynamics Meeting. Philadelphia, PA. |
| 11/23/96 | *Floquet Stability Analysis of the Onset of Convection in Periodic Porous Media*. APS Division of Fluid Dynamics Meeting. Syracuse, NY. |
| 11/22/94 | *Suppression of Natural Convection in Small Aspect Ratio Containers*.  APS Division of Fluid Dynamics Meeting. Atlanta, GA. |
| 11/30/93 | *Visualization of Natural Convection in Ordered and Disordered Porous Layers*. ASME Winter Annual Meeting. New Orleans, LA. |
| 11/23/92 | *Convection in Porous Media: Visualization by a Novel Shadowgraphic Technique.* APS Division of Fluid Dynamics Meeting. Tallahassee, FL. |
| 08/10/92 | *Shadowgraphic Visualization of Natural Convection in Rectangular-Grid Porous Media.*  ASME National Heat Transfer Conference. San Diego, CA. |

## PATENTS

Laurens Howle, Rendon Nelson, Eli Nichols, Sebastian Shindera, Courtney Coursey, & Paul Weber. *Jetless Intravenous Catheters and Mechanical Assist Devices for Hand-Injection of Contrast Media During Dynamic Computer Tomography and Methods of Using Same*.  US 9,884,166. 02/06/2018.

## CONSULTANT FOR (ABBREVIATED LISTING):

- Advanced Dynamics, Inc.  Lexington, KY.
- Alaska Sealife Center.  Seaward, AK.
- Alston & Bird, LLP.  New York, NY, Charlotte, NC.
- American Cooling Systems, LLC.  Grand Rapids, MI.
- Atlantic Productions, Ltd.  London, UK.
- Bakos & Kritzer. New York, NY.
- Chicago Zoological Society.  Brookfield, IL.
- Dakota Turbines. Cooperstown, ND.

- DeLio, Peterson & Curcio, LLC. New Haven, CT.
- Defense Advanced Research Projects Agency. Alexandria, VA
- Envira-North Systems, Ltd.  Seaforth, ON.
- Flexxaire.  Edmonton, AB.
- Hendershot, Cannon & Hisey, P.C. Houston, TX.
- Lineage Logistics. Colton, CA.
- Lowe Graham Jones, PLLC. Seattle, WA.
- Mann Law Group. Seattle, WA.
- Mei & Mark, LLP. Washington, DC.
- Mote Marine Laboratory & Aquarium.  Sarasota, FL.
- National Marine Fisheries Service. Washington, DC.
- National Oceanographic and Atmospheric Administration, Washington, DC.
- New England Aquarium.  Boston, MA.
- Office of Naval Research. Alexandria, VA.
- PL MFG. Cooperstown, ND.
- SethLaw, LLP. Houston, TX.
- Shearwater Research, Inc.  Vancouver, BC.
- SPX Cooling Technologies, Inc. Overland Park, KS.
- Strategic Analysis, Inc.  Arlington, VA.
- Technology Development Associates, LLC.  East Greenwich, RI.
- Triangle Research Labs. Raleigh, NC.
- University of Alabama – Huntsville.  Huntsville. AL.
- Williams Mullen Hofheimer Nusbaum.  Norfolk, VA.
- WhalePower Corporation.  Toronto, ON.
- Wildlife Computers. Bellevue, WA.
- Woods Hole Oceanographic Institution.  Woods Hole, MA.

## MEDIA COVERAGE (ABBREVIATED LISTING)

- "These whales will be extinct in 25 years scientists say – unless we act now to save them".  Sarah Kaplin. The Washington Post. https://www.washingtonpost.com/national/health-science/these-whales-will-be-extinct-in-25-years-scientists-say--unless-we-act-now-to-save-them/2018/04/20/57bf89b2-4320-11e8-8569-26fda6b404c7_story.html?utm_term=.00fff052d37a
- "Predicting how bad the bends will be". EurekAlert! https://www.eurekalert.org/pub_releases/2017-03/du-phb031517.php March 15, 2017.

- "Predicting how bad the bends will be. Model warns deep-sea divers on severity of decompression sickness". Duke University. http://pratt.duke.edu/about/news/predicting-how-bad-bends-will-be  March 15, 2017,
- "Large Whale Entanglements". Consortium for Wildlife Bycatch Reduction. http://www.bycatch.org/research/consortium/large-whale-entanglements. 2014.
- The Field Museum, Chicago.  Two wind tunnel models on eight-year loan for the traveling exhibition "*The Machine Inside: Biomechanics*".  2013.
- "Large Whale Entanglement Simulator". http://www.youtube.com/watch?v=u7pa5XDqAgs. July 09, 2012.
- "How a whale's fin inspired a better turbine blade". *Globe and Mail.* Sharon Oosthek. April 20, 2012.
- "Single-pin satellite-linked transmitter design and testing". *Sarasota Dolphin Research Program.* http://sarasotadolphin.org/2012/01/17/single-pin-satellite-linked-transmitter-design-and-testing/. January 07, 2012.
- B. Balmer, R. Wells, L. Howle "*Single-pin satellite-linked transmitter design and testing".  Nicks n Notches*: Annual summary of the activities and findings of the Sarasota Dolphin Research Program, a collaborative component of the Chicago Zoological Society's Dolphin Research and Conservation Institute. Chicago Zoological Society. January 2012.
- "From Whales to Fans". *Mechanical Engineering*.  Alan S. Brown. **Cover Article**. May, 2011.
- "Engineers Are Designing Underwater Turbines Inspired by Whales".  Design Corner. http://designcorner.blinkr.net/tag/whalepower/. December 01, 2010.
- "Whale of an Idea". Design Engineering. http://www.canadianmanufacturing.com/design-engineering/case-studies/11724-11724.  November 01, 2010.
- "Mimicking Mother Nature". Wendee Holtcamp. National Wildlife.  48(1). Dec/Jan 2010 http://www.nwf.org/NationalWildlife/article.cfm?issueID=133&articleID=1789.
- "Dolphin's Flippers Act Like Aerofoils".  The Journal of Experimental Biology Highlights 2009. Kathryn Knight.
- "Flipper Forms Follow Function". Natural History Magazine. http://www.naturalhistorymag.com/samplings/281763/flipper-forms-follow-function October 01, 2009.
- "Whale Fins Influence Wind Turbine Design". Windpower Engineering. http://www.windpowerengineering.com/2009/09/14/whale-fins-influence-wind-turbine-design/ September 14, 2009.
- "Wind Turbine that Imitates Flippers Could Increase Efficiency". Discover. http://discovermagazine.com/2008/sep/15-wind-turbine-that-imitates-flippers-could-increase-efficiency. August 15, 2009.

- "10 Wind Turbines That Push the Limits of Design". Popular Mechanics. http://www.popularmechanics.com/technology/industry/4324331.html?nav=RSS20&src=syn&dom=yah_buzz&mag=pop July 09, 2009.
- "The secret right under our (bottle) noses: What dolphins can teach us about hydrodynamics".  Scientific American. http://www.scientificamerican.com/blog/60-second-science/post.cfm?id=the-secret-right-under-our-bottleno-2009-06-29 June 29, 2009.
- "Dolphins get a Lift from Delta Wing" National Science Foundation Science 360 News Service. Technology". http://news.science360.gov/archives/20090629.aspx June 29, 2009.
- "Dolphins get a Lift from Delta Wing Technology".  The R&D Daily. http://www.rdmag.com/ShowPR.aspx?PUBCODE=014&ACCT=1400000101&ISSUE=0906&RELTYPE=TEST&PRODCODE=00000000&PRODLETT=PT&CommonCount=0 June 29, 2009.
- "Triangles go Underwater and Supersonic". Richard Merritt. http://www.dukenews.duke.edu/2009/06/flippers.html June 29, 2009
- "Dolphins get a Lift From Delta Wing Technology". Science Daily. http://www.sciencedaily.com/releases/2009/06/090626091127.htm June 28, 2009.
- "Dolphins' Flippers act like Aerofoils" Inside JEB. http://jeb.biologists.org/cgi/reprint/212/14/iii June 26, 2009.
- "Dolphins get a Lift From Delta Wing Technology". Eureka Alert. Katherine Knight. http://www.eurekalert.org/pub_releases/2009-06/tcob-dga061809.php June 26, 2009.
- INDEX: Design Award. Finalist. Community category. http://www.indexaward.dk/index.php?option=com_content_custom&view=article&id=168:whalepower-tubercle-technology&catid=10:finalists-2009&Itemid= May, 2009.
- "Predator X"  History. Atlantic Productions, Limited.  Lucie Ridout, Producer.  March 29, 2009.
- "Promising Test Results From First Humpback Whale Inspired Air Foils". Reuters. http://www.reuters.com/article/pressRelease/idUS244054+22-Jan-2009+PRN20090122. January 22, 2009.
- "Defining Good or Bad Design".  The New York Times. http://dealbook.blogs.nytimes.com/2009/01/31/defining-good-or-bad-design/.
- "Wind Turbine That Imitates Flippers Could Increase Efficiency". Discover. August 15, 2008. http://discovermagazine.com/2008/sep/15-wind-turbine-that-imitates-flippers-could-increase-efficiency.
- "Wind Turbine That Imitates Flippers Could Increase Efficiency".  Now Public. http://www.nowpublic.com/tech-biz/wind-turbine-imitates-flippers-could-increase-efficiency. August 16, 2008.
- "Whale Fin Tech". Discovery Chanel Daily Planet. April 14, 2008.

- Whalepower - A Top 100 Energy Technology - http://peswiki.com/index.php/Directory:WhalePower_Corp.
- "A whale of a tale". The Star. Tyler Hamilton. http://www.thestar.com/article/213475.
- Directory: WhalePower Corp. http://peswiki.com/index.php/Directory:WhalePower_Corp.
- "Research on biomimetic application of humpback whale tubercle technology to wind turbine technology highlighted". Canadian Broadcasting Company telecast from Prince Edward Island.
- "WEICan begins tests on WhalpPower Corp's novel wind turbine blade, modeled on the fin of a humpback whale". North Cape. http://www.weican.ca/news/2007/070802-whalepower-tests.php.
- "Whale Flippers and Wings". Biomimicry Clips. WorldChanging. http://www.worldchanging.com/archives/006012.html.  February 5, 2007.
- "Whale-Inspired Wind Turbines. Mimicking the bumps on humpback-whale fins could lead to more efficient wind turbines". MIT Technology Review. http://www.technologyreview.com/Energy/20379/?nlid=918
- Canadian Broadcasting Corporation radio interview on "Quirks and Quarks" http://www.cbc.ca/quirks/archives/03-04/jun12.html.
- Science Update radio interview http://www.scienceupdate.com/june04.html.
- "Designed for Flight". *The Herald-Sun.* May 30, 2004.
- "Ocean Envy". *Science News*.  **166(10):** 154-156, September 4, 2004.
- "Bumpy Flying". *Scientific American.* **291(2):** 18-20, August, 2004.
- "Flippered Flight". *Science.* **304(5674):**1106, 21 May, 2004.
- "The shape of the humpback's flippers might hold the secret to more maneuverable submarines". *Natural History.* 24-25, June, 2004.
- "Hvalens luffer gav idé til ny flyvinge" *Illustreret VINDENSKAB* **15/2004:** 21, 14 Oct – 3 Nov, 2004.
- "Mimicking Humpback Whale Flippers May Improve Airplane Wing Design" *Science Daily* http://www.sciencedaily.com/releases/2004/05/040512044455.htm
- "Fluid Dynamics - Humpback's bumpy flippers". Journal of Experimental Biology **207(21):** iv, 2004.
- "Whale of a Rudder". PRISM – American Society of Engineering Education. **14(4):** 13, December, 2004.
- "Mimicking humpback whale flippers may improve airplane wing design". Eureka Alert http://www.eurekalert.org/pub_releases/2004-05/du-mhw051104.php
- "Mimicking humpback whale flippers may improve airplane wing design" *Innovations Reports* http://www.innovations-report.de/html/berichte/verfahrenstechnologie/bericht-29118.html

- "Wings Get Help From Whales" Science a GoGo.
  http://www.scienceagogo.com/news/20040412020237data_trunc_sys.shtml
- "New Airplane Wing Mimics Humpback Whale Flippers" AquaNews.
  http://www.vanaqua.org/aquanew/fullnews.php?id=1284
- "How Whales Swim" Abelard. http://www.abelard.org/news/science040515.asp
- "Biochemist: Mimicking Humpback Whale Flippers May Improve Airplane Wing Design;
  'No One Had Ever Analyzed Them'" UnderwaterTimes.com
  http://www.underwatertimes.com/whales/whales.php
- "Mimicking Humpback Whale Flippers May Improve Airplane Wing Design"
  *Apologetics.org* http://www.apologetics.org/phpBB2/viewtopic.php?t=1215
- "Mimicking Humpback Whale Flippers May Improve Airplane Wing Design" Tell Me
  About Directory http://www.tellmeabout.co.uk/directory/m/mimicking/readme.htm.

## TEACHING EXPERIENCE

ME555.03 Introduction to Scientific Computing (graduate)

ME639.01 Computational Fluid Dynamics and Heat Transfer (graduate)

ME555.08 Probabilistic Pharmacokinetics and Pharmacodynamics (graduate)

ME490.07 Design and Analysis of Wind Turbines (undergraduate)

ME265.05 Introduction to Scientific Computing (graduate)

ME265.01 Advanced Computational Fluid Dynamics (graduate)

ME229 Computational Fluid Dynamics and Heat Transfer (graduate)

CNS201 Topics in Nonlinear Dynamics (graduate survey course)

ME391.04 Short time scale dynamics of the NASDAQ equities market (undergraduate)

ME321.01 Analysis for Mechanical Design (undergraduate, with recitation)

ME165.02 Advanced Manufacturing Engineering (undergraduate, with laboratory)

ME165.01 Manufacturing Engineering (undergraduate, with laboratory)

ME150L Heat and Mass Transfer (undergraduate, with laboratory)

ME141L Mechanical Design and Machine Components (undergraduate, with laboratory)

ME131R Analysis for Mechanical Design (undergraduate, with recitation)

ME126L Fluid Mechanics (undergraduate, with laboratory)

ME125L Modeling and Control of Dynamical Systems (undergraduate, with laboratory)

## RESEARCH CENTER ACTIVITIES

Center for Nonlinear and Complex Systems Seminar Series Organizer, 1997-1998.
Center for Nonlinear and Complex Systems steering committee, 1999-2003.

## REVIEWER FOR

National Science Foundation

*Physica D*

*Journal of Aerospace Engineering*

*Journal of Applied Physiology*

*Journal of Applied Biotechnology & Bioengineering*

*Journal of Biomedical Engineering*

*International Journal of Heat and Mass Transfer*

*Numerical Heat Transfer*

*Journal of Heat Transfer*

*Physics of Fluids*

*Journal of Fluid Mechanics*

*Journal of Fluids & Structures*

*Euro Physics Letters*

*Experimental Thermal and Fluid Science*

*Experiments in Fluids*

*Undersea and Hyperbaric Medicine*

*Marine Mammal Science*

*PLoS One*


## GRADUATE STUDENTS MENTORED AND DEGREES AWARDED

Gianluca DiMuro, Ph.D. (anticipated 2022)

Chen-Yi Wu, Ph.D. (co-advised with Prof. Doug Nowacek)

Amy King, Ph.D.

Francis Gregory Murphy IV, Ph.D.

Ashleigh Swingler, Ph.D.

Ethan Hada, Ph.D.

Clark McGehee, Ph.D. (co-advised with Prof. Brian Mann)

Paul Weber, M.S., Ph.D.

Rebecca Simmons, Ph.D.

Michael R. Gustafson, M.S., Ph.D.

Mark M. Murray, M.S., Ph.D.

Nicholas Andriano, M.S.

Jacob Cornman, M.S.

Han Li, M.S.

Mark Campbell, M.S.

Sidney Lebental, M.S.

Jessica McClay, M.S.

Jennifer Niedermeyer, M.S.

Matthew Hasik, M.S.

John Shannon, M.S.

Eric Frandrup, M.S.

Jason, Martin, M.S.

Nancy Moore, M.S.

Last update: 08/31/2021

# HOWLE EXHIBIT 2

**<u>Listing of All Cases in Which, During the Previous Four or More Years,
Dr. Howle Testified as an Expert at Trial or by Deposition</u>**

Case: Certain beverage brewing capsules, components thereof, and products containing the same
Case number:  337-TA-929
Represented: Respondent Solofill
Law Firm: Mei & Mark, LLP
Type of Action: Alleged patent infringement/invalidity.
Role: Expert, deposed, testified at trial.

Case: Certain beverage brewing capsules, components thereof, and products containing the same
Case number:  337-TA-929 (Enforcement and Rescission Proceeding)
Represented: Respondent (counterclaim Claimant) Eko Brands
Law Firm: Lowe Graham Jones, LLP
Type of Action: Alleged patent infringement/invalidity
Role: Expert, testified at trial.

Case: Eko Brands, LLC v. Adrian Rivera Maynez Enterprises, Inc., et al.
Case number: C15-0522RSL
Represented: Plaintiff Eko Brands
Law Firm: Lowe Graham Jones, LLP
Type of Action: Alleged patent infringement/invalidity
Role: Expert, testified at trial.

Case: Certain Collapsible and Portable Furniture
Case number: 337-TA-1178
Represented: Respondent
Law Firm: Mei & Mark, LLP
Type of Action: Alleged patent infringement/invalidity
Role: Expert, deposed, testified at trial

Case: Wrapping Material and Methods for use in Agricultural Applications
Case number: 337-TA-1210
Represented: Respondent
Law Firm: Mei & Mark, LLP
Type of Action: Alleged patent infringement/invalidity
Role: Expert, deposed, testified at trial

# HOWLE EXHIBIT 3

**Asserted Patents and Prosecution Histories:**

- U.S. Patent No. 9,610,800 B2 (SRAM-P 00001 – SRAM-P 00024)

- U.S. Patent No. 10,611,188 B2 (SRAM-P 00025 – SRAM-P 00048)

- Prosecution History for U.S. Patent No. 9,610,800 B2
  (SRAM-P 00049 – SRAM-P 00797)

- Prosecution History for U.S. Patent No. 10,611,188 B2
  (SRAM-P 000798 – SRAM-P 01358)

**Pleadings and Discovery Documents:**

- Complaint for Patent Infringement, dated March 19, 2021

- SRAM, LLC's Initial Identification of Claim Terms and Elements for Claim Construction, dated August 13, 2021

- Defendant Princeton Carbon Works Inc.'s Preliminary Identification of Terms for Construction, dated August 13, 2021

- SRAM, LLC's Exchange of Preliminary Claim Constructions and Extrinsic Evidence for U.S. Patent Nos. 9,610,800 and 10,611,188, dated September 10, 2021 (including dictionary excerpts)

- SRAM, LLC's Preliminary Claim Construction Charts for U.S. Patent Nos. 9,610,800 and 10,611,188, dated September 10, 2021

- Princeton Carbon Works Inc.'s Preliminary Claim Constructions and Extrinsic Evidence, dated September 10, 2021 (including dictionary excerpts)

- Letter dated December 13, 2021, from Matthew S. Galica to Michael Hickey regarding "Proposed Constructions"

- Expert Report of Ronald E. Hanson, Ph.D. Regarding Invalidity of U.S. Patent Nos. 9,610,800 and 10,611,188 (with respect to Princeton's assertions of claim term indefiniteness)

**Other Documents:**

- U.S. Patent No. 452,649 to Powell (SRAM-P 07366 – SRAM-P 07371)

- U.S. Patent No. 521,385 to Mosely (SRAM-P 07372 – SRAM-P 07373)

- U.S. Patent No. 1,402,003 to Miller (SRAM-P 07374 – SRAM-P 07380)

- U.S. Patent No. 4,793,659 to Oleff et al. (SRAM-P 07381 – SRAM-P 07388)

- U.S. Patent No. 5,088,665 to Vijgen et al. (SRAM-P 04185 – SRAM-P 04198)

- U.S. Patent No. 5,975,645 to Sargent (SRAM-P 05193 – SRAM-P 05204)

- U.S. Patent No. 6,402,256 to Mercat (PCW_0000318 – PCW_0000324)

- U.S. Patent No. 6,425,641 to Herting (PCW_0000325 – PCW_0000330)

- U.S. Patent No. 6,991,298 to Ording (SRAM-P 07389 – SRAM-P 07409)

- U.S. Patent No. 7,029,073 to Chen (SRAM-P 07410 – SRAM-P 07423)

- U.S. Patent No. 7,114,785 to Ording et al. (SRAM-P 04526 – SRAM-P 04547)

- U.S. Patent No. 7,140,695 to Passarotto (SRAM-P 07424 – SRAM-P 07440)

- U.S. Patent No. 7,562,940 to D'Aluisio (SRAM-P 03260 – SRAM-P 03292)

- U.S. Patent No. 8,757,733 to Smart (SRAM-P 07441 – SRAM-P 07473)

- U.S. Patent No. 8,888,195 to Hed (SRAM-P 02930 – SRAM-02936)

- U.S. Patent Pub. No. 2003/0127907 to Chen (SRAM-P 02861 – SRAM-P 02868)

- U.S. Patent Pub. No. 2007/0200422 to Davis et al. (SRAM-P 03586 – SRAM-P 03617)

- U.S. Patent Pub. No. 2008/0296962 to Tsai (SRAM-P 03664 – SRAM-P 03675)

- U.S. Patent Pub. No. 2009/0236902 to Zibkoff (SRAM-P 03664 – SRAM-P 03675)

- U.S. Patent Pub. No. 2009/0322145 to Rinard (SRAM-P 03439 – SRAM-P 03445)

- CA 1041917 to Schroeder (SRAM-P 01003 – SRAM-P 01020)

- DE 3536308 to Lafloer (SRAM-P 00466 – SRAM-P 00473)

- DE 8904773 to Roedel (SRAM-P 00293 – SRAM-P 00314, SRAM-P 00474 – SRAM-P 00483, SRAM-P 04221 – SRAM-P 04234)

- DE 20202273 to Alex Machine (SRAM-P 00484 – SRAM-P 00490, PCW_0000206 – PCW_0000228)

- EP 0368480 to Du Pont (SRAM-P 00491 – SRAM-P 00496)

- EP 0808728 to Dennis (SRAM-P 00497 – SRAM-P 00504)

- EP 1262334 to Alex Machine (SRAM-P 00315 – SRAM-P 0321)

- EP 1428685 to Marchisio (SRAM-P 00322 – SRAM-P 00328)

- EP 1894745 to Campagnolo (SRAM-P 00505 – SRAM-P 00555)

- FR 2536705 to Oleff (SRAM-P 00453 – SRAM-P 00465)

- JP2002240504 to Herting (SRAM-P 01021 – SRAM-P 01036)

- JP 2008056234 to Urbani (SRAM-P 00130 – SRAM-P 00189)

- WO 98/57812 to Nimble (SRAM-P 00556- SRAM-P 00575)

- WO 2004/091937 to Vuelta (SRAM-P 00576 – SRAM-P 00592)

- WO 2011/124342 to Nicol (SRAM-P 00593 – SRAM-P 00620)

- Flow past a square-section cylinder with a wavy stagnation face by Rupad M. Darekar and Spencer J. Sherwin; Department of Aeronautics, Imperial College of Science, Technology and Medicine, London, UK (Received Mar. 6, 2000 and in revised form Aug. 4, 2000); J. Fluid Mech. (2001), vol. 426, pp. 263-295.  (SRAM-P 07474 – SRAM-P 07506)

- Hydrodynamic Design of the Humpback Whale Flipper; Frank E. Fish and Juliann M. Battle, Department of Biology, West Chester University, West Chester, PA; Journal of Morphology 225:51-60 (1995).  (SRAM-P 07507 – SRAM-P 07517, SRAM-P 07550 – SRAM-P 07559)

- The Influence of Passive, Leading Edge Tubercles on Wing Performance; P. Watts, Applied Fluids Engineering, Inc., Long Beach, CA; and F. E. Fish, West Chester University, Department of Biology, West Chester, PA; Aug. 2001. (PCW_0004348 – PCW_0004356, SRAM-P 07574 – SRAM-P 07582)

- A Report on the Efficiency of a Whalepower Corp. 5 Meter Prototype Wind Turbine Blade; Laurens E. Howle, Bellequant, LLC, Durham, NC; January 24, 2009. (SRAM-P 07518 – SRAM-P 07533, SRAM-P 07534 – SRAM-P 07549)

- Leading-edge tubercles delay stall on humpback whale (*Megaptera novaeangliae*) flippers; D.S. Miklosovic, M.M. Murray, L.E. Howle, et al.; Physics of Fluids 16, L39 (2004) (SRAM-P 07569 – SRAM-P 07573)

- Effects of Leading-Edge Protuberances on Airfoil Performance; H. Johari, Worcester Polytechnic Institute, Worcester, MA; C. Henoch, Naval Undersea Warfare Center, Newport, RI; D. Custodio and A. Levshin, Worcester Polytechnic Institute, Worcester, MA; AIAA Journal Vol. 45, No. 11 (Nov. 2007) (SRAM-P 07560 – SRAM-P 07568)

**Production Documents:**

SRAM-P 02093 – SRAM-P 02153

PCW_0000490 – PCW_0000666