# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

SRAM, LLC,

               Plaintiff,

v.

PRINCETON CARBON WORKS INC.,

               Defendant.

Case No. 9:21-cv-80581 RKA

**JURY TRIAL DEMANDED**

**DECLARATION OF DR. RONALD HANSON, Ph. D. IN SUPPORT OF**
**PRINCETON CARBON WORK INC.'S OPENING CLAIM CONSTRUCTION BRIEF**

_____

Signed by: Dr. Ronald E. Hanson, January 24, 2022

## TABLE OF CONTENTS

I.     INTRODUCTION ................................................................................................1

II.    LEGAL PRINCIPLES ........................................................................................2

    A.    The Claims of a Patent Govern ..............................................................2

    B.    Lexicography, Disclaimer, and Prosecution History Estoppel ..............2

    C.    Intrinsic Evidence is the Best Evidence ................................................3

    D.    Extrinsic Evidence Should Be Used Only In Limited Circumstances ..............3

    E.    Indefiniteness ..........................................................................................3

III.    BACKGROUND AND QUALIFICATIONS ......................................................4

IV.    OVERVIEW OF THE ASSERTED PATENTS ................................................7

V.    SKILL LEVEL OF A PERSON OF ORDINARY SKILL IN THE ART ...................9

VI.    MATERIALS CONSIDERED ..........................................................................10

VII.    SUMMARY OF OPINIONS ............................................................................10

VIII.    CLAIM CONSTRUCTION OF THE DISPUTED TERMS ............................10

    A.    "continuously varies" ..........................................................................12

    B.    "convex exterior profile" ......................................................................17

    C.    "convex profile" ....................................................................................21

    D.    "convex region" ....................................................................................30

    E.    "peaks" / "troughs" ..............................................................................32

    F.    "radius" ..................................................................................................36

IX.    CONCLUSION ................................................................................................39

I, Dr. Ronald Hanson, declare and state as follows:

## I.        INTRODUCTION

1.        My name is Ronald E. Hanson. I have been retained by counsel for Princeton Carbon Works Inc. (Princeton Carbon Works) as an expert in this Litigation to determine the proper construction of disputed claim terms in the U.S. Patent Nos. 9,610,800 and 10,611,188 (the Asserted Patents). This declaration sets forth my opinions on the proper construction of disputed claim terms in the Asserted Patents.

2.        I reserve the right to revise, amend, or supplement this declaration and my opinions set forth in this declaration if I become aware of additional evidence or information, including documents or deposition testimony that were not available for review as of the date of this report.

3.        I am being compensated at my hourly rate of $450. I am also being reimbursed for reasonable and customary expenses associated with my work and testimony in this Litigation. My compensation does not depend in any way on the outcome of this Litigation or the particular opinions I express or the testimony I give. I have no ownership or financial interest in PCW or SRAM.

4.        This declaration is based on my own personal knowledge and experience, as well as information currently available to me. I intend to continue my investigation and analysis, which may include a review of documents and information that may yet be produced, as well as deposition testimony from depositions for which transcripts are not yet available or that may yet be taken in this Litigation. I expressly reserve the right to expand or modify my opinions as my investigation and analysis continue, and to supplement my opinions in response to any additional information that becomes available to me, any matters raised by SRAM, and/or other opinions provided by SRAM's experts, or in light of any relevant orders from the Judge or other

authoritative body. Moreover, I reserve the right to use demonstratives and the right to provide rebuttal testimony regarding any analyses and opinions raised in opposition to my report.

## II.   LEGAL PRINCIPLES

5.      I am not an attorney, and I will not offer opinions of the law. However, I have been informed by attorneys for PCW of several principles concerning claim construction that I used in arriving at my conclusions. Below I reiterate my understanding of the legal principles that have particular relevance to my supplemental report.

### A.   The Claims of a Patent Govern

6.      I understand that claim construction is a question of law, to be determined by the court. I further understand that the claims of a patent define the scope of the right to exclude, and the claims themselves are a primary source for construction of a term. I also understand that the words of a claim are generally given their ordinary and customary meaning, which is the meaning that the term would have to a person of ordinary skill in the art (POSITA) in question at the time of the invention.

### B.   Lexicography, Disclaimer, and Prosecution History Estoppel

7.      I understand that there are two exceptions to this general rule that a claim receives its ordinary and customary meaning: 1) when a patentee sets out a definition and acts as his own lexicographer, or 2) when the patentee disavows the full scope of a claim term either in the specification or during prosecution.

8.      I understand that, when the patentee acts as his own lexicographer, any special definition given to a word must be clearly set forth in the specification. I further understand that, where an applicant limits claim scope during prosecution through a clear disavowal of claim coverage, such as an amendment to overcome a rejection, the well-established doctrine of

prosecution disclaimer precludes patentees from recapturing through claim interpretation specific meanings disclaimed during prosecution.

### C.     Intrinsic Evidence is the Best Evidence

9.     I understand that, in arriving at the plain and ordinary meaning, a court is to look first and foremost to the "intrinsic evidence," which consists of the patent's claim language, the specification and written description, and the prosecution history, to determine the meaning of disputed claim terms. I further understand that, unless otherwise compelled, the same claim term in the same patent or related patents carries the same construed meaning.

### D.     Extrinsic Evidence Should Be Used Only In Limited Circumstances

10.     I understand that when the intrinsic record fails to shed light on the meaning of the claim terms, extrinsic evidence such as expert testimony, dictionaries, and treatises may be used. However, while extrinsic evidence can shed useful light on the relevant art, I understand that it is less significant than the intrinsic record in determining the meaning of claim language. I also understand that extrinsic evidence at odds with the intrinsic record should be given little to no weight.

### E.     Indefiniteness

11.     I understand that indefiniteness is a question of law and in effect part of claim construction. I understand that a patent is invalid for indefiniteness if its claims, read in light of the specification delineating the patent, and the prosecution history, fail to inform, with reasonable certainty, those skilled in the art about the scope of the invention. I understand the burden of establishing invalidity based on indefiniteness rests on the party asserting invalidity and must be proven by clear and convincing evidence.

12.     I understand that it is not enough to identify some standard for measuring the scope of a phrase, nor does a patent satisfy the definiteness requirement merely because a court can

ascribe some meaning to a patent's claims. Rather, I understand that the claims, when read in light of the specification and the prosecution history, must provide objective boundaries for those of skill in the art.

## III.   BACKGROUND AND QUALIFICATIONS

13.   My CV (which summarizes my qualifications and provides a list of my publications) is attached as Appendix A. In addition, I provide the following information relevant to my qualifications for this case.

14.   My education background includes a Bachelor of Engineering from McMaster University in Mechanical Engineering in 2005 and a Master of Applied Science in 2007 in Mechanical Engineering from McMaster University, as well. I obtained a Doctor of Philosophy in 2013 in Aerospace Science and Engineering from the University of Toronto.

15.   My research and work experience related to my academic career began with the Aeroacoustics Research Group led by the late Professor Samir Zaida at McMaster University in 2004 while an undergraduate student, and I continued to work in the Aeroacoustics Research Group as a Masters student. I also worked with the Turbulence Research Group in Newcastle, Australia, led by Professor Robert Antonia, between my Undergraduate and Masters' degrees.

16.   Following the completion of my PhD, I worked as a Post-Doctoral Fellow at the University of Southampton in the United Kingdom under the supervision of Professor Ganapathisubramani in the Aerodynamics & Flight Mechanics Group from 2013 to 2015. I also taught an Aerodynamics course at the University of Toronto in 2014 on a contract basis while working remotely in Canada for a period during 2014.

17.   I founded Applied Fluid Dynamics Inc. in 2015 and performed contract work for industry related to mechanical or aerospace engineering. In 2016, I was also employed as a Post-Doctoral Researcher with the University of Toronto. During 2017, I was the lead aerodynamicist

with Cervelo Cycles in Toronto. Later that year, I joined the Department of Mechanical Engineering at York University, in Toronto, Ontario, at the rank of Assistant Professor as a tenure-track faculty member.

18.     I have conducted research activities related to the control and reduction of aerodynamic drag in Canada, the United States, the United Kingdom, and Australia throughout my studies and academic roles. I have published 14 journal articles and over 40 conference papers/presentations in top forums of my field, such as the Journal of Fluid Mechanics, Experiments in Fluids, and Physics of Fluids. I am the third most-cited author in Canada in the field of flow manipulation (control), actuators, and plasma actuation, with overall h-index of 12 and over 500 citations of my research. I was recipient of NSERC-CGS-M/PGS-D Scholarships, NSERC-PDF Fellowship, and the G.N. Patterson Award for the top graduating PhD. Since joining York University, I was awarded an NSERC Discovery Grant, NSERC Engage Grant, multiple NSERC Alliance Grants, Northern Contaminants Program, and Grants and Contributions with Environment Canada. I have given invited research seminars at several different universities, such as Southampton (UK), McGill, Waterloo, Michigan State (USA), and the Harbin Institute of Technology (Shenzhen, China).

19.     My current research is focused on the wall-bounded and separated flow phenomena with relevance to aerospace and sport-based applications with a primary motivation to reduce aerodynamic drag. This motivation builds from a parallel focus on fundamental flow dynamics and instabilities as a precursor to their control, which forms a close nexus with the development of technology (active and passive) to enable favorable alteration of boundary layer and wake flows. Another branch of my research relates to transport of pollutants in the environment, especially focusing on their aerodynamic characteristics in various atmospheric conditions.

20.     I founded the Fluid Mechanics and Flow Control Laboratory at York University. This is an experimental aerodynamics-based laboratory that houses a closed-loop wind tunnel to study turbulent and unsteady flow conditions.

21.     At York University, I have also developed four new courses at both the senior undergraduate and graduate engineering student level. The courses include one in aerodynamics, another based on theory and application of simulation tools such as computation fluid dynamics, another on advanced technologies, and finally one at the graduate level in fluid dynamics. Beyond regular teaching, I am actively involved with undergraduate activities. For example, I was the faculty director of the human powered vehicle team at York University in 2018/19 and led the team to compete in an ASME event at Michigan State University. I have also supervised eight undergraduate capstone teams with mostly projects I proposed since 2017.

22.     I serve, or have served, on several committees at York University, including committees for the Undergraduate Program, the Graduate Program, Planning and Resources, Planning, Academic Resources & Research, and The Lassonde College of Internal Peer Review Committees. Outside of York University, I also serve on the Downsview Aerospace Innovation and Research Workgroup. I am a topic board editor for the journal "Aerospace" and am a reviewer for many other journals in my field. I hold membership with the Professional Engineers Ontario, American Institute of Aeronautics and Astronautics, American Physics Society, and the Canadian Society for Mechanical Engineers.

## IV.  OVERVIEW OF THE ASSERTED PATENTS

23.    The Asserted Patents explain that conventional bicycle wheel rims suffer aerodynamic problems, such as "a large amount of drag on the wheel, reducing the speed of the bicycle." ('800 Patent, 1:22-25).[1]

24.    To increase aerodynamic performance of a wheel, the Asserted Patents disclose using "leading and/or trailing edges of the rim, and/or one or more of the spokes, with an undulating configuration." ('800 Patent, 1:38-41).

25.    The Asserted Patent disclose several different embodiments of wheels incorporating the undulating configuration. A first embodiment is shown in Figure 1, below, in which a bicycle wheel 1 has a tire 6, an annular rim 2, elongate spokes 3, and a central hub 4. The rim 2 has a radially inner surface 5 and side surfaces 7, 8, and the inner surface 5 "defines the inner periphery of the rim 2, i.e. it faces inwardly, towards the central hub 4." ('800 Patent, 7:49-57).



26.    The Asserted Patents explain that "[t]he inner surface 5 of the rim 2 defines a plurality of elevations," including support elevations 9 that each "connects to a spoke 3." ('800 Patent, 8:22-26).

---

[1] Because the '800 Patent and the '188 Patent include the same specification and the '188 Patent is a continuation of the '800 Patent, I cite only to the '800 Patent (SRAM-P 00001) for ease of reference. However, the citations apply equally to the '188 Patent (SRAM-P 00025).

27.     The side surfaces 7, 8 of the rim 2 are symmetrical to each other. ('800 Patent, 7:58-66). As illustrated in Figure 4, above, each of the side surfaces 7, 8 are curved in a plane orthogonal to that in which the wheel lies, curving laterally outwards and then inwards before meeting at a radially inner edge on the inner surface 5 of the rim 2. ('800 Patent, 7:58-66).

28.     In another embodiment shown in Figure 8, provided below, a wheel 301 has a rim, a hub, and four wide spokes 316. Undulations 319 are arranged on the rim and on the spokes 316. ('800 Patent, 9:11-15). The Asserted Patents explain that "the undulations 319 are defined on the long edges of the spokes 316 which lie in the plane of the wheel 301," and "[t]he undulating surface of the spokes 316 has also been found to provide aerodynamic advantages." ('800 Patent, 9:15-19).

*Figure 8*



29.     Figure 9, provided below, has an inner surface 105 that defines a plurality of support elevations 111, and each support elevation 111 has an angular apex that connects to a spoke 103. ('800 Patent, 9:22-44).

Figure 9



The support portion for each spoke "may reduce the stress experienced in the rim at the point at which the spoke is mounted." ('800 Patent, 3:57-60). The support portion also advantageously reduces weight. ('800 Patent, 4:10-18).

## V.    SKILL LEVEL OF A PERSON OF ORDINARY SKILL IN THE ART

30.    I understand that meaning of a patent's claim terms should be interpreted the way a POSITA would have interpreted them at the time of invention.

31.    I understand that the "time of invention" for the Asserted Patents is the date that the inventors filed their earliest patent application— January 27, 2011.

32.    I understand that the POSITA is a hypothetical person who is assumed to be aware of all the pertinent information that qualifies as prior art.

33.    I understand that the factors considered in determining the ordinary level of skill in the art include the level of education and experience of persons working in the field, the types of problems encountered in the field, and the sophistication of the technology.

34.    Based on my analysis of the Asserted Patents and the prior art references, in my opinion a POSITA within the field of the Asserted Patents, which is directed to improving the aerodynamic performance of bicycle wheels, around the 2011 time period would have a master's

degree or Ph.D. in mechanical or aerospace engineering or a related field, or would have equivalent work experience in the field of aerodynamics.

35.     I was a person of at least ordinary skill in the art at the time of the alleged invention of the Asserted Patents.

## VI.     MATERIALS CONSIDERED

36.     My list of materials considered is attached as Appendix B.

## VII.    SUMMARY OF OPINIONS

37.     In my opinion, a POSITA, having reviewed the specification and prosecution history of the '800 and '188 Patents, and being familiar with the usage of these terms in the art, would construe the terms to have the meanings set forth by Princeton Carbon Works.

## VIII.   CLAIM CONSTRUCTION OF THE DISPUTED TERMS

38.     I understand that the parties dispute the construction of certain claim terms and have exchanged proposed constructions for those terms.

| Term | PCW's Construction | SRAM's Construction |
|---|---|---|
| "continuously varies" (claims 1, 17 of the '800 Patent) | "is not the same for any two abutting points on the radially inner edge" | "changes without interruption" |
| "convex exterior profile" (claim 1 of the '800 Patent) | Indefinite.<br><br>However, if the Court determines this term is amenable to construction, PCW proposes the following construction: "outer side view having a rounded or curved form that bulges toward the wheel's center and does not include any portion of constant thickness or constant radial distance" | "outer side view having a rounded or curved form bulging toward the wheel's center" |

| Term | PCW's Construction | SRAM's Construction |
|------|-------------------|---------------------|
| "convex profile" (claims 1, 5, 6, 13, 14 and 15 of the '188 Patent) | Indefinite.<br><br>However, if the Court determines this term is amenable to construction, PCW proposes the following construction: "side view having a rounded or curved form that bulges toward the wheel's center and does not include any portion of constant thickness or constant radial distance" | "side view having a rounded or curved form bulging toward the wheel's center" |
| "convex region" (claim 4 of the '800 Patent, and claims 1, 4, 6, and 15 of the '188 Patent) | Indefinite.<br><br>However, if the Court determines this term is amenable to construction, PCW proposes the following construction: "area having a rounded or curved form that bulges toward the wheel's center and does not include any portion of constant thickness or constant radial distance" | "areas having a rounded or curved form bulging toward the wheel's center |
| "peak(s)" (claims 1, 9, 10, 11, 17, 18 and 22 of the '800 Patent and claims 1, 3, 5, 8, 10 and 11 of the '188 Patent) | "point on the radially inner edge of the rim that is radially further from the outer edge of the rim than any abutting point" | "highest levels"*<br><br><br>*In his initial report, Dr. Howle said this term means "elevations" |
| "a radius" (claims 14, 15, 17, 21 of the '800 Patent and claims 7, 10, and 11 of the '188 Patent) | "the distance from any point on a circular arc to the center of that circle" | "a straight line drawn between a circle's center and any point on its circumference" |
| "radial distance" (claims 1, 17, 18 of the '800 Patent, and claim 6 of the '188 Patent) | "distance from a point on the radially inner edge of the rim to the center of the wheel" | "distance from a point on the radially inner edge of the rim to the center of the wheel" |

| Term | PCW's Construction | SRAM's Construction |
|------|-------------------|---------------------|
| "trough(s)" (claims 1, 9, 10, 11, 17, 18 and 22 of the '800 Patent of claims 1, 3, 8, 10 and 11 of the '188 Patent) | "point on the radially inner edge of the rim that is radially closer to the outer edge of the rim than any abutting point" | "lowest levels"*<br><br><br>* In his initial report, Dr. Howle said this term means "recesses" |
| "undulating configuration" (claims 1, 2, 7, 8, 17 and 18 of the '800 Patent) | "wavelike configuration of alternating concave and convex surfaces where the convex surface has a constantly varying thickness" | "arrangement with a wavelike form or appearance" |
| "undulating curve configuration" (claims 1, 2, 3, 5, 6, 10 and 11 of the '188 Patent) | "wavelike configuration of alternating, rounded concave and convex surfaces where the convex surfaces have a constantly varying thickness" | "arrangement with a rounded wavelike form or appearance" |

39.     The reasons for my opinions are set forth below:

**A.     "continuously varies"**

| Term | PCW's Construction | SRAM's Construction |
|------|-------------------|---------------------|
| "continuously varies" (claims 1, 17 of the '800 Patent) | "is not the same for any two abutting points on the radially inner edge" | "changes without interruption" |

40.     A POSITA reviewing the '800 patent and its prosecution history would understand the claim term "continuously varies" means "is not the same for any two abutting points on the radially inner edge."

41.     As a preliminary matter, it is important to understand the context in which the claim language appears:

1. A wheel for use with a bicycle, the wheel comprising:
a hub for mounting the wheel to a bicycle;
a rim about which a tire is mountable; and
a plurality of spokes extending between the hub and the rim,

wherein the rim has a radially inner edge, and wherein at least part of the radially inner edge has an undulating configuration and a ***radial distance that continuously varies between adjacent peaks and troughs*** of the undulating configuration, each peak of the undulating configuration having a convex exterior profile in a plane of the wheel.

17. A wheel for use with a bicycle, the wheel comprising:
a hub for mounting the wheel to a bicycle;
a rim about which a tire is mountable, the rim having a radially inner edge and side surfaces meeting at the radially inner edge;
a plurality of spokes extending between the hub and the rim; and
wherein at least part of the radially inner edge has an undulating configuration and a ***radial distance that continuously varies between adjacent peaks and troughs*** of the undulating configuration, and wherein an exterior cross-sectional profile of the side surfaces at the radial inner edge of the rim has a radius of at least 5 mm.

'800 Patent, Claims 1 and 17 (emphasis added).

42.     As seen in the claims above, it is the "radial distance"[2] that must "continuously var[y]" and that must occur "between adjacent peaks and troughs." Visually, this is depicted below where the radial distance (blue) must continuously vary (not be the same at any point) in between adjacent peaks (red) and troughs (green).



---

[2] The Parties originally proposed differing constructions for "radial distance." SRAM and its expert, Dr. Howle, have since adopted PCW's construction of "radial distance," which means "distance from a point on the radially inner edge of the rim to the center of the wheel."

43.     The specification does not recite the phrase "continuously varies." Instead, the specification states that "[t]he radially inner edge with an undulating configuration preferably has a ***radial distance that varies*** between the peaks and troughs of the undulating configuration." '800 Patent, 2:13-15. Because the specification recites "varies"—not "continuously varies"—it is clear that the patentee knew how to distinguish between the two terms. The patentee could have attempted to claim "varies," "partially varies," or "substantially varies," but the patentee specifically chose "continuously varies." This indicates to a POSITA that the patentee meant to claim "continuously varies," and not another type of "vary[ing]," like "partially" or "substantially" varying.

44.     The prosecution history confirms my understanding of the claims and specification, and reveals that, in view of prior art, the patentee ***had to*** claim "continuously varies." Specifically, during the prosecution of the '800 patent, the patentee added the "continuously varies" limitation, without qualification, to overcome prior art, U.S. Patent No. 6,402,256 ("*Mercat*"), which has a portion of unchanging radial distance on the inner edge of its rim. SRAM's expert, Dr. Howle, agrees. *See, e.g.*, Howle Validity Rpt., ¶89 ("Notably, this limitation of a radial distance that continuously varies between adjacent peaks and troughs was added during the prosecution of the '800 patent to distinguish over the *Mercat* reference, which, among other differences, had a radial inner edge with a trough area having an unchanging radial distance. *See* SRAM-P 00087."). The patentee did not amend its claims in a way that attempted to claim a rim that has a "substantially" varying radial distance or a rim that has "partially" varying radial distances. Instead, in a final office action before allowance, the applicant amended the independent claims to include "continuously varies."

---

**Response after final action / Claim Amendments (11/10/2016)**

1.      (Currently amended)  A wheel for use with a bicycle, the wheel comprising:

a hub for mounting the wheel to a bicycle;

a rim about which a tire is mountable; and

a plurality of spokes extending between the hub and the rim,

wherein the rim has a radially inner edge, and wherein at least part of the radially inner edge has an undulating configuration and a radial distance that ==continuously varies== between adjacent peaks and troughs of the undulating configuration, each peak of the undulating configuration having a convex exterior profile in a plane of the wheel.

57.      (Currently amended)  A wheel for use with a bicycle, the wheel comprising:

a hub for mounting the wheel to a bicycle;

a rim about which a tire is mountable, the rim having a radially inner edge and side surfaces meeting at the radially inner edge;

a plurality of spokes extending between the hub and the rim; and

wherein at least part of the radially inner edge has an undulating configuration and a radial distance that ==continuously varies== between adjacent peaks and troughs of the undulating configuration, and wherein an exterior cross-sectional profile of the side surfaces at the radial inner edge of the rim has a radius of at least 5 mm.

---

Ex. B at SRAM-P00082-84. This amendment, alone, indicates to a POSITA that the patentee claimed a radial distance that "continuously" varies in order to overcome prior art.

45.      However, the patentee went beyond simply amending the claims and argued that this amendment overcame *Mercat* because "[t]he radial distance" in *Mercat* "is ***unchanging*** between the broken lines shown in FIG. 2, below." *Id.* at SRAM-P00087. (emphasis added)."

> Mercat does not teach or suggest "at least part of the radially inner edge has an undulating configuration and a radial distance that continuously varies between adjacent peaks and troughs of the undulating configuration."  As shown below in Mercat's FIGS. 2 and 4, Mercat discloses a radially inner edge that has a continuous radial distance except for intervals shown at 24, 26 and 25, 27 where boring zones exist. The radial distance is unchanging between the broken lines shown in FIG. 2, below.
>
> 

Ex. B, SRAM-P00087. Like the amendment, this argument, alone, indicates to a POSITA that the patentee meant to claim a "continuously" varying radial distance that did not include portions (of any size) of constant radial distance. This amendment and argument, as the prosecution history explicitly reveals, was necessary to overcome *Mercat*.

46.     Following this amendment (which added the limitation of "continuously" varying radial distance) *and* argument (which stated that *Mercat* has zones of constant radial distance which do not fall in the scope of patentee's amended claims), the examiner allowed the claims. *Id.* at SRAM-P00064-72. A POSITA would understand, based on the amendment and argument, alone or in combination, that the applicant disclaimed any and all regions of unchanging radial distance, without regard to the size of those regions. Accordingly, it is my opinion that the "continuously varies" limitation means the radial distance "is not the same for any two abutting points on the radially inner edge" between adjacent peaks and troughs, as a radial inner edge with any portion of constant radial distance was disclaimed to overcome *Mercat*.

B.      "convex exterior profile"

| Term | PCW's Construction | SRAM's Construction |
|------|--------------------|--------------------|
| "convex exterior profile" (claim 1 of the '800 Patent) | Indefinite.<br><br>However, if the Court determines this term is amenable to construction, PCW proposes the following construction: "outer side view having a rounded or curved form that bulges toward the wheel's center and does not include any portion of constant thickness or constant radial distance" | "outer side view having a rounded or curved form bulging toward the wheel's center" |

47.      A POSITA reviewing the claim term "convex exterior profile" in light of the specification and the prosecution history, would not be informed with reasonable certainty about the scope of the claim term.

48.      The claim language here requires a "peak" to have a "convex exterior profile."

1. A wheel for use with a bicycle, the wheel comprising:
a hub for mounting the wheel to a bicycle;
a rim about which a tire is mountable; and
a plurality of spokes extending between the hub and the rim,
wherein the rim has a radially inner edge, and wherein at least part of the radially
   inner edge has an undulating configuration and a radial distance that continuously
   varies between adjacent peaks and troughs of the undulating configuration, each
   **peak** of the undulating configuration **having a convex exterior profile** in a plane
   of the wheel.

As explained in Section VIII.E, a "peak" is the single highest point on the undulation. Because "peak" is a single point, in my opinion, it cannot have a profile of any type. Since the claim is written to require that a single point ("peak") has a "convex exterior profile," a POSITA would not be informed with reasonable certainty as to what the claim "convex exterior profile" means.

49.      However, if it is determined that a "peak" is not the single highest point, a POSITA reviewing the '800 patent and its prosecution history would understand that the claim term "convex

exterior profile" means "outer side view having a rounded or curved form that bulges toward the wheel's center and does not include any portion of constant thickness or constant radial distance." I understand that SRAM and Dr. Howle agree that "convex exterior profile" means, at least, "outer side view having a rounded or curved form bulging toward the wheel's center." Plaintiff SRAM, LLC's Exchange of Preliminary Claim Constructions and Extrinsic Evidence for U.S. Patent Nos. 9,610,800 and 10,611,188, (September 10, 2021); Howle Infringement Report, ¶36. This means that, when viewed from the side, the profile of the claimed rim must (1) be rounded or curved and (2) bulge toward the center of wheel—due to its convex nature. This is visually depicted below:



The entire section of the "peak" is rounded or curved and bulges towards the center of the wheel. Keeping with the requirements of the "convex" term as SRAM attempts to articulate, then, there can be no portions of concavity that bulge away from the center of the wheel.

50.     Reviewing the prosecution history of the '800 patent further informed me as to how the patentee understood the claim language "convex exterior profile," including through his disclaimer of certain claim scope. As a preliminary matter, Dr. Howle acknowledges that the patentee's statements in the prosecution of the '800 patent distinguished the claimed "convex exterior profile" from *Mercat*. Ex. E (Dr. Howle Suppl. Infringement Rpt.), ¶21 ("The function of this claim limitation of a "convex exterior profile" for each peak of the undulating configuration is to form or create a peak profile for the wavelike configuration that has a rounded or curved form that bulges towards the wheel's center, *as distinguished from the prior art reference of Mercat that*

*lacks this claim limitation*.")  To the naked eye, Figure 4 of *Mercat* clearly appears to disclose the claimed peaks as having "convex exterior profiles."



Fig. 4, Mercat (annotated)

51.     However, the patentee stated that the "peaks" of *Mercat* are ***not*** convex. In the prosecution history, the patentee explains why *Mercat's* peaks are not convex. Specifically, the patentee explains that "the zones of spoke attachment taught by *Mercat*, which forms 'peaks' of the 'undulating configuration,' are conventional sections of a wheel rim, which follow an annular path and ***are concave in profile*.*" Ex. B at SRAM-P00123 (emphasis added).



Fig. 2, Mercat (annotated).

52.     Despite *Mercat's* disclosures of "peaks," the patentee clearly explained that, if the "peak" includes ***any*** concave profile—as *Mercat's* "zones of spoke attachment" do—that configuration is not, and cannot be, within the scope of the "convex exterior profile" as claimed. The patentee concluded by stating that "Mercat provides no teaching or motivation to alter the zones of spoke attachment, and thus a person skilled in the art is taught by Mercat to provide ***'peaks' having a concave profile, <u>which is the opposite to the convex profile</u> defined by the amended independent claim 1***." *Id.* (emphasis added).

53.     In my opinion, a POSITA understands all of this to mean that the patentee explicitly disclaimed from the meaning of "convex exterior profile" a "peak" having any portions of constant thickness, constant radial distance, or concavity. This is visually depicted below.

54.     Accordingly, it is my opinion that Princeton Carbon Work's proposed construction is correct.

### C.    "convex profile"

| Term | PCW's Construction | SRAM's Construction |
|------|-------------------|---------------------|
| "convex profile" (claims 1, 5, 6, 13, 14 and 15 of the '188 Patent) | Indefinite.<br><br>However, if the Court determines this term is amenable to construction, PCW proposes the following construction: "side view having a rounded or curved form that bulges toward the wheel's center and does not include any portion of constant thickness or constant radial distance" | "side view having a rounded or curved form bulging toward the wheel's center" |

55.     A POSITA reviewing the claim term "convex profile" in light of the specification and the prosecution history, would not be informed with reasonable certainty about the scope of the claim term.

56.     The claim language here requires a "***convex*** profile."

1. A wheel for use with a bicycle, the wheel comprising:
a hub for mounting the wheel to a bicycle;
a rim about which a tire is mountable; and
a plurality of spokes extending between the hub and the rim,
wherein at least part of a radially inner edge of the rim has an undulating curve
    configuration, the undulating curve configuration having peaks and troughs, and
wherein the radially inner edge has ***convex profiles*** in convex regions of the rim,
    the convex regions including the peaks.

'188 Patent, Claim 1 (emphasis added).

57.     As explained in Section VIII.E, a "peak" is the single highest point on the undulation. Because "peak" is a single point, in my opinion it cannot have a "convex profile," or any type of profile for that matter. Since the claim is written to require that a single point ("peak") has a "convex profile," a POSITA would not be informed with reasonable certainty as to what the claim means.

58.     However, if it is determined that a "peak" is not the single highest point, a POSITA reviewing the '800 patent and its prosecution history would understand that the claim term "convex exterior profile" means "side view having a rounded or curved form that bulges toward the wheel's center and does not include any portion of constant thickness or constant radial distance." I understand that SRAM and Dr. Howle agree that "convex profile" means, at least, "side view having a rounded or curved form bulging toward the wheel's center." Plaintiff SRAM, LLC's Exchange of Preliminary Claim Constructions and Extrinsic Evidence for U.S. Patent Nos. 9,610,800 and 10,611,188, (September 10, 2021); Howle Infringement Rpt., ¶36. Based on this construction, when viewed from the side, the profile of the rim must (1) be rounded or curved and (2) bulge toward the center of wheel as a result of its convex nature. This is visually depicted below:



59.     The entire section of the "peak" is rounded or curved and bulges towards the center of the wheel. There are no portions of concavity that bulge away from the center of the wheel.

60.     Reviewing the prosecution history of the '188 patent further informed me as to the meaning of "convex profile" and, in particular, what the patentee disclaimed from the meaning of "convex profile" in view of prior art.[3] Ex. E (Dr. Howle Suppl. Infringement Rpt.), ¶31. In the

---

[3] I understand from counsel that claim scope disclaimed during prosecution of a preceding patent is also disclaimed in a later, related patent. As discussed with respect to the '800 patent, a POSITA understands that the patentee disclaimed from the meaning of "convex exterior profile" any portions of constant thickness, constant radial distance or concavity. *See* Section VIII.B. A POSITA understands that the same is disclaimed from "convex profile."

prosecution history of the '188 patent, the patentee explained, in response to an office action, what constitutes a "convex" peak and what does not. Specifically, the patentee explained that "a ***convex peak would have <u>an apex</u> that is radially further from the radially outer edge than <u>other points of the peak</u>***." Ex. C at SRAM-P00965. The patentee concluded by stating that *Mercat* "only discloses a peak with a constant radial distance" and, as a result, "*Mercat* does not disclose a peak having a convex exterior profile." *Id.* From this argument, the patentee made clear to me as one skilled in art that a "convex profile" must have a ***single point*** that is further from the radially outer edge of the rim than any other points on the alleged peak. The patentee also made clear that the "convex" profile cannot include any portion of constant radial distance (i.e., concavity[4]) that bulges away from the center of the wheel like *Mercat*. Based on my understanding of these statements to the examiner, in my opinion such a configuration is ***not*** a "convex" profile and was disclaimed from the meaning of "convex" profile.

---

[4] The patentee described the constant radial distance of *Mercat's* boring zones as being "concave" profiles. Ex. C at SRAM-P00851.

**Rejections under 35 U.S.C. § 102**

Claims 1-7, 12-15 stand rejected under 35 U.S.C. § 102(b) in view of U.S. Patent No. 6,402,256 ("Mercat").

The Examiner contends that Mercat has alternating concave and convex regions. Mercat relates to a rim formed by a drawing or extruding process which is then machined to form machined zones, median zones, and non-machined zones. The non-machined zones of Mercat maintain the extruded profile of the rim. A non-machined zone of Mercat is not a peak having a convex profile.

The point the Examiner may be making is that the term "convex" may be defined with reference to a certain perspective. The amendment to claim 1 seeks to clarify that the term convex is relative to the positive space of the rim rather than the negative airspace.

Further, concavity may be defined with reference to slope. The convex peak may be defined as being disposed between inflection points where the slope of the profile transitions between increasing and decreasing.

Mercat discloses a radially inner edge having peaks with concave, or at least non-convex, exterior profiles relative to the radially outer edge of the rim. A convex peak would have an apex that is radially further from the radially outer edge than other points of the peak. Mercat only discloses a peak with a constant radial distance from the radially outer edge of the rim. Therefore, Mercat does not disclose a peak having a convex exterior profile.

Applicant submits that the claims are not anticipated by Mercat and are in condition for allowance.

Applicant accordingly requests that the rejection of claims 1-7, 12-15 under 35 U.S.C. § 102(b) be reconsidered and withdrawn.

*Id.*

61.     In a subsequent amendment, the patentee modified the claims as follows:

---

**LISTING OF THE CLAIMS**

**Please amend the claims as follows:**

1. (Currently Amended) A wheel for use with a bicycle, the wheel comprising:

a hub for mounting the wheel to a bicycle;

a rim about which a tire is mountable; and

a plurality of spokes extending between the hub and the rim,

wherein at least part of a radially inner edge of the rim has an undulating configuration, the undulating configuration having peaks and troughs, the peaks having a convex exterior profile relative to a radially outer edge of the rim, and wherein the radially inner edge has convex profiles in convex regions of the rim, respectively, the convex regions including the peaks, respectively

---

*Id.* at SRAM-P00906. The patentee went on to argue why certain prior art references—*Mercat* and *Herting*—do not disclose the claimed "convex profiles." Similar to the patentee's previous arguments, the patentee emphasized that, despite having "peaks," *Mercat* does not disclose "convex profiles" because its "peaks" include portions of "constant thickness" which "define concave profiles."



In the vicinity of holes within the rim 1 (e.g., boring zones), the thickness of the lower bridge 10 is equal to a nominal thickness of a wall produced by a die. *See*, col. 4, lines 2-3. The boring zones extend around the holes, along the perimeter of the rim 1. *See*, col. 4, lines 4-7. Between the boring zones, the lower bridge 10 has zones of reduced thickness. *See*, col. 4, lines 12-13. The reduction in thickness is progressive in that a zone 29 of reduced thickness located between adjacent boring zones has a median portion 29a of minimum thickness that is edged with two transitional zones 29b and 29c with the adjacent zones of nominal thickness. *See*, col. 4, lines 15-18. Mercat discloses a median portion 29a of minimum thickness of the rim 1 that **extends along** an inner circumference of the rim, and a boring zone of maximum thickness of the rim 1 that **extends along** an inner circumference of the rim 1. The constant thicknesses of the median portion 29a and the boring zone of the rim 1 define concave profiles, respectively. Accordingly, neither the median portion 29a nor the boring zone of the rim 1 define a convex profile.

*Id.* at SRAM-P00914. In my opinion, a POSITA clearly understands this to mean that "peaks" having portions of concavity, constant radial distance, or constant thickness (all of which bulge away from the center of the wheel) define ***concave*** profiles, not the claimed ***convex*** profiles.

According to the statements of the patentee himself to the examiner, "peaks" with portions of constant radial distance, constant thickness, or concavity are expressly ***not*** within the scope of "convex profiles."

62.     In the same argument of the prosecution history, the patentee explains why *Herting* does not disclose convex profiles. Despite disclosing a rim configuration with apexes that are radially further from the outer edge than other points of the peaks (which the patentee previously said characterized a convex peak), the patentee explains that *Herting's* apexes are not convex profiles because they are formed at the intersection of two concave profiles. Put another way, though necessary for a convex profile, it is not enough to have an apex that is radially further from the outer edge than any other point.

Therefore, Mercat does not teach or disclose that "the radially inner edge has convex profiles in the convex regions, respectively, the convex regions including the peaks, respectively," as recited in independent claim 1.

Herting does not fill the gaps. As shown in Figure 3 (reproduced below), ==Herting discloses a radially inwardly extending flange 34 of a rim of varying radial extent around a circumference of the rim.== *See*, col. 2, lines 59-62.



FIG. 3

The flanges 34 are of scalloped configuration to define alternating peaks and valleys 36, 38. *See*, col. 2, lines 63-65. ==Due to the scalloped configuration, each of the peaks 36 is formed at an intersection of two scalloped profiles (e.g., two concave profiles); thus, the peaks 36 are not convex profiles.== Accordingly, Herting does not teach or disclose that "the radially inner edge has convex profiles in the convex regions, respectively, the convex regions including the peaks, respectively," as recited in independent claim 1.

Mercat and Herting do not teach or disclose the limitations discussed above. Therefore, independent claim 1 is allowable over the cited references because Mercat and Herting, either alone or in combination, fail to teach or disclose the claimed subject matter.

*Id.* at SRAM-P00915. This is because, as the patentee describes in a subsequent amendment and interview, the apex must also be on a rounded or curved configuration that bulges towards the center of the wheel as opposed to being formed at the intersection of two concave profiles.

63.     Specifically, in an applicant-initiated interview, the patentee explained that a "convex profile" has a "rounded or circular shape." The patentee explained that *Herting's* scalloped shape is not "convex" because it includes "angular points where the scallops meet." To overcome *Herting*, the patentee added the term "curved" to the phrase "undulating configuration" to "more clearly define that the surface of the rim has rounded concave and convex surfaces." Patentee also explained, here, that a "convex profile" has a "rounded or circular shape."

> Applicant stated that the claims are attempting to define the convex profile as the common definition (having a rounded or circular shape). Applicant feels that the scalloped shape of Herting isn't "convex" and instead includes angular points where the scallops meet. Discussed that adding the term "curved" to the phrase "undulating configuration" should more clearly define that the surface of the rim has rounded concave and convex surfaces. Furthermore search and/or consideration may be required.

*Id.* at SRAM-P00862. The patentee's final claim amendment captures this modification.

> 1. (Currently Amended) A wheel for use with a bicycle, the wheel comprising:
>
> a hub for mounting the wheel to a bicycle;
>
> a rim about which a tire is mountable; and
>
> a plurality of spokes extending between the hub and the rim,
>
> wherein at least part of a radially inner edge of the rim has an undulating curve configuration, the undulating curve configuration having peaks and troughs, and
>
> wherein the radially inner edge has convex profiles in convex regions of the rim, the convex regions including the peaks.

*Id.* at SRAM-P00840.

64.     A POSITA understands all of this to mean that a "convex profile" must be entirely rounded or curved, bulge towards the center of the wheel, and include an apex that is radially further from the outer edge than other points. This is visually depicted below.



65.    A POSITA also understands all of this to mean that the patentee disclaimed from the meaning of "convex profile" any portions of constant thickness, constant radial distance, or concavity, because such a configuration would bulge away from the center of the wheel, like patentee argued *Mercat* does. This is visually depicted below.

66.    Accordingly, it is my opinion that Princeton Carbon Work's proposed construction is correct.

### D.    "convex region"

| Term | PCW's Construction | SRAM's Construction |
|---|---|---|
| "convex region" (claim 4 of the '800 Patent, and claims 1, 4, 6, and 15 of the '188 Patent) | Indefinite.<br><br>However, if the Court determines this term is amenable to construction, PCW proposes the following construction: "area having a rounded or curved form that bulges toward the wheel's center and does not include any portion of constant thickness or constant radial distance" | "areas having a rounded or curved form bulging toward the wheel's center |

67.     A POSITA reviewing the claim term "convex region" in light of the specification and the prosecution history, would not be informed with reasonable certainty about the objective boundaries of the scope of the claim term.

68.     Comparing claim 1 of the '188 patent with claim 1 of the '800 patent underlines the confusion for a POSITA:

> 1. A wheel for use with a bicycle, the wheel comprising:
> a hub for mounting the wheel to a bicycle;
> a rim about which a tire is mountable; and
> a plurality of spokes extending between the hub and the rim,
> wherein at least part of a radially inner edge of the rim has an undulating curve configuration, the undulating curve configuration having peaks and troughs, and wherein **the radially inner edge has convex profiles in convex regions of the rim, the convex regions including the peaks**.

'188 Patent, Claim 1 (emphasis added).

> 1. A wheel for use with a bicycle, the wheel comprising:
> a hub for mounting the wheel to a bicycle;
> a rim about which a tire is mountable; and
> a plurality of spokes extending between the hub and the rim,
> wherein the rim has a radially inner edge, and wherein at least part of the radially inner edge has an undulating configuration and a radial distance that continuously varies between adjacent peaks and troughs of the undulating configuration, **each peak of the undulating configuration having a convex exterior profile in a plane of the wheel**

'800 Patent, Claim 1 (emphasis added). As seen above, Claim 1 of the '188 patent requires the "convex regions" of the radially inner edge to include "peaks" and "convex profiles." However, in Claim 1 of the '800 patent, it is the "peak," not a "convex region," that is required to include the "convex exterior profiles." Since "convex regions" and "peaks" are required to include "convex profiles" and "convex exterior profiles," respectively, it is unclear what the difference is between "peaks" and "convex regions" since claim 1 of the '188 patent requires "convex regions" to also include "peaks."

69.     However, if it is determined that "convex region" is amenable to construction, a POSITA reviewing the '800 patent and its prosecution history would understand that the claim

term "convex region" means "area having a rounded or curved form that bulges toward the wheel's center and does not include any portion of constant thickness or constant radial distance." I understand that SRAM and Dr. Howle agree that "convex region" means, at least, "area having a rounded or curved form bulging toward the wheel's center." Plaintiff SRAM, LLC's Exchange of Preliminary Claim Constructions and Extrinsic Evidence for U.S. Patent Nos. 9,610,800 and 10,611,188, (September 10, 2021); Howle Infringement Rpt., ¶36. Based on this construction, inner edge of the rim has an area that (1) is rounded or curved and (2) bulges toward the center of wheel as a result of its convex nature.

70.    For the reasons above with respect to "convex exterior profile" and "convex profile," a POSITA also understands that the patentee disclaimed from the meaning of "convex region" any portions of constant thickness, constant radial distance, or concavity, because such a configuration would bulge away from the center of the wheel, like patentee argued *Mercat* does. Accordingly, it is my opinion that Princeton Carbon Work's proposed construction is correct.

E.    "peaks" / "troughs"

| Term | PCW's Construction | SRAM's Construction |
|---|---|---|
| "peak(s)" (claims 1, 9, 10, 11, 17, 18 and 22 of the '800 Patent and claims 1, 3, 5, 8, 10 and 11 of the '188 Patent) | "point on the radially inner edge of the rim that is radially further from the outer edge of the rim than any abutting point" | "highest levels"* <br><br><br> *In his initial report, Dr. Howle said this term means "elevations" |
| "trough(s)" (claims 1, 9, 10, 11, 17, 18 and 22 of the '800 Patent of claims 1, 3, 8, 10 and 11 of the '188 Patent) | "point on the radially inner edge of the rim that is radially closer to the outer edge of the rim than any abutting point" | "lowest levels"* <br><br><br> * In his initial report, Dr. Howle said this term means "recesses" |

71.     A POSITA reviewing the '800 and '188 patents' intrinsic evidence would understand that the claim term "peak" means "point on the radially inner edge of the rim that is radially further from the outer edge of the rim than any abutting point." A POSITA reviewing the '800 and '188 patents' intrinsic evidence would understand that the claim term "trough" means "point on the radially inner edge of the rim that is radially closer to the outer edge of the rim than any abutting point." In a more general sense, a POSITA understands that the claimed "peak" and "trough" need to be single points—not regions with undefined boundaries. A review of the claims in each patent makes this clear.

72.     In the '800 patent, Claims 10 and 11 require a differential height measurement to be taken between the "peaks" and "troughs." The '188 patent includes an identical requirement in claim 8.

> 10. A wheel as claimed in claim 1, wherein *the difference in radial height between the peaks and troughs of the undulations is at least 10 mm*.

> 11. A wheel as claimed in claim 10, wherein *the difference in radial height between the peaks and troughs of the undulations is at least 20 mm*.

> 18. A wheel as claimed in claim 17, wherein a radial distance that varies between peaks and troughs of the undulating configuration and *the difference in radial height between the peaks and troughs of the undulations is at least 5 mm*.

'800 Patent at Claims 10, 11, and 18 (emphasis added).

> 8. The wheel as claimed in claim 1, wherein a *difference in radial height between the peaks and the troughs is at least 5 mm, at least 10 mm, or at least 20 mm*.

'188 Patent at Claim 8 (emphasis added).

73.     If the "peaks" and "troughs" are simply "elevations" and "recesses," a POSITA would not know how to take the differential height measurement between the two. The "peaks" and "troughs" would not have objectively-defined boundaries. Put another way, a POSITA would not be able to answer: "between which two points on the undulating configuration is the differential height measurement taken?" It would be completely arbitrary.

74.     Similarly, the claims of the '800 patent require a "continuously vary[ing]" radial distance "*between* adjacent peaks and troughs." '800 Patent at Claims 1 and 17. If the "peaks" and "troughs" are not defined points with objective boundaries, a POSITA would not be able to determine where the radial distance must "continuously vary."[5]

75.     Finally, claims in the '188 patent state that "peaks" and "troughs" are *points* of maximum and minimum radius, respectively.

> *the peaks* of the undulating curve configuration *are points* of minimum radius of the undulating curve configuration.

> *the troughs* of the undulating curve configuration *are points* of maximum radius of the undulating curve configuration.

'188 Patent, Claim 10 and 11 (emphasis added). Accordingly, "peak" and "trough" have to be points.

76.     Accordingly, it is my opinion that Princeton Carbon Work's proposed constructions of "peaks" and "troughs" are correct. "undulating configuration" / "undulating curve configuration"

| Term | PCW's Construction | SRAM's Construction |
| --- | --- | --- |
| "undulating configuration" (claims 1, 2, 7, 8, 17 and 18 of the '800 Patent) | "wavelike configuration of alternating concave and convex surfaces where the convex surface has a constantly varying thickness" | "arrangement with a wavelike form or appearance" |
| "undulating curve configuration" (claims 1, 2, 3, 5, 6, 10 and 11 of the '188 Patent) | "wavelike configuration of alternating, rounded concave and convex surfaces where the convex surfaces have a constantly varying thickness" | "arrangement with a rounded wavelike form or appearance" |

---

[5] SRAM and Dr. Howle propose the same construction for "peaks" and "troughs" when used in the '800 and '188 patents.  Accordingly, I understand that SRAM and Dr. Howle believe the terms mean the same thing in both the '800 and '188 patents.

77.    A POSITA reviewing the '800 and '188 patents' intrinsic evidence would understand that the claim term "undulating configuration" means "wavelike configuration of alternating concave and convex surfaces where the convex surface has a constantly varying thickness." A POSITA reviewing the '800 and '188 patents' intrinsic evidence would understand that the claim term "undulating curve configuration" means "wavelike configuration of alternating, rounded concave and convex surfaces where the convex surfaces have a constantly varying thickness."

78.    As a preliminary matter, with respect to "undulating configuration," the shared specification recites that its "radially inner edge may comprise a series of alternating concave and convex regions." '800 Patent at 2:16-18. This indicates to a POSITA that "undulating configuration" and "undulating curve configuration" includes alternating concave and convex surfaces. For the reasons previously stated with respect to "convex exterior profile" and "convex profile," the "convex surface" of the undulating configuration cannot include a constant thickness, because that would be a *concave* profile. *See* Sections VIII.B-D. Accordingly, "undulating configuration" should be construed as Princeton Carbon Works proposes.

79.    In addition to the previously referenced citations from the shared specification, the prosecution history of the '188 patent confirms that "undulating curve configuration" should be construed as Princeton Carbon Works proposes. Specifically, in an applicant-initiated interview, the patentee explained that a "convex profile" has a "rounded or circular shape." To overcome *Herting*, the patentee added the term "curved" to the phrase "undulating configuration" to "more clearly define that the surface of the rim has rounded concave and convex surfaces."

> Applicant stated that the claims are attempting to define the convex profile as the common definition (having a rounded or circular shape). Applicant feels that the scalloped shape of Herting isn't "convex" and instead includes angular points where the scallops meet. Discussed that adding the term "curved" to the phrase "undulating configuration" should more clearly define that the surface of the rim has rounded concave and convex surfaces. Furthermore search and/or consideration may be required. .

*Id.* at SRAM-P00862. The patentee's final claim amendment captures this modification.

> 1. **(Currently Amended)** A wheel for use with a bicycle, the wheel comprising:
>
> a hub for mounting the wheel to a bicycle;
>
> a rim about which a tire is mountable; and
>
> a plurality of spokes extending between the hub and the rim,
>
> wherein at least part of a radially inner edge of the rim has an undulating <u>curve</u> configuration, the undulating curve configuration having peaks and troughs, and
>
> wherein the radially inner edge has convex profiles in convex regions of the rim, the convex regions including the peaks.

*Id.* at SRAM-P00840. Accordingly, "undulating [curve] configuration" should be construed as Princeton Carbon Works proposes.

### F.    "radius"

| Term | PCW's Construction | SRAM's Construction |
|---|---|---|
| "a radius" (claims 14, 15, 17, 21 of the '800 Patent and claims 7, 10, and 11 of the '188 Patent) | "the distance from any point on a circular arc to the center of that circle" | "a straight line drawn between a circle's center and any point on its circumference" |

80.    A POSITA reviewing the '800 and '188 patents' intrinsic evidence would understand that the claim term "radius" means "the distance from any point on a circular arc to the center of that circle." My understanding of this claim term is informed by the claims themselves.

14. A wheel as claimed in claim 1, wherein the rim has side surfaces that meet at the radially inner edge of the rim, an ***exterior cross-sectional profile of the side surfaces*** at the radial inner edge of the rim ***having a radius of at least 5 mm***.

15. A wheel as claimed in claim 1, wherein the *exterior cross-sectional profile of the side surfaces* at the radial inner edge of the rim *has a radius of at least 10 mm*.

17. A wheel for use with a bicycle, the wheel comprising:
a hub for mounting the wheel to a bicycle;
a rim about which a tire is mountable, the rim having a radially inner edge and side surfaces meeting at the radially inner edge;
a plurality of spokes extending between the hub and the rim; and
wherein at least part of the radially inner edge has an undulating configuration and a radial distance that continuously varies between adjacent peaks and troughs of the undulating configuration, and wherein an *exterior cross-sectional profile of the side surfaces* at the radial inner edge of the rim *has a radius of at least 5 mm*.

21. A wheel as claimed in claim 17, wherein the *exterior cross-sectional profile of the side surfaces* at the radial inner edge of the rim *has a radius of at least 10 mm*.

'800 Patent, Claims 14, 15, 17, and 21 (emphasis added).

7. The wheel as claimed in claim 1, wherein the rim comprises side surfaces, and an *exterior cross-sectional profile of the side surfaces* at the radially inner edge of the rim *has a radius of at least 5 mm*.

'188 Patent, Claim 7 (emphasis added).[6] As the claims show, the "radius" is of the "exterior cross-sectional profile of the side surfaces." Accordingly, the claimed "radius" defines a circle that overlaps with a circular arc of the "exterior cross-sectional profile of the side surfaces." Put another way, the "exterior cross-section profile of the side surfaces" must have a circular arc that is defined by the claimed "radius."

81.     The specification supports my understanding. The specification explains that "[t]he side surfaces 7, 8 of the rim 2 are symmetrical about the plane in which the wheel 1 lies, as shown in FIG. 4." '800 Patent, 7:58-59. The specification also confirms that "[t]he exterior cross-sectional profile of the side surfaces" meet "at the radial inner edge of the rim" and "preferably have a radius of at least 5 mm, and most preferably at least 10 mm." '800 Patent, 3:22-25. This confirms my understanding that the claimed "radius" defines a circle that overlaps with a circular arc of the

---

[6] In reviewing Claims 10 and 11 of the '188 patent, it is my opinion that "radius" means "radial distance."

"exterior cross-sectional profile of the side surfaces." I have annotated Figure 4 to illustrate my understanding.



82.     The exterior cross-sectional profile is not a single point, and, accordingly, the claimed "radius" does not define a circle that intersects with a single point of the exterior cross-sectional profile. If that were the case, any circle, with any radius, would intersect a single point of the exterior cross-sectional profile, and the claim limitation would be rendered meaningless.  I provided an annotated version of Figure 4 depicting four different circles, defined by different radii, that all intersect with a single point where the side surfaces meet.



This configuration or interpretation would render the claimed "radius" meaningless, because a circle of any size, and any radius, could intersect with a single point where the side surfaces meet. A circle defined by the claimed "radius" must overlap with a circular arc of the exterior cross-sectional profile. Accordingly, "radius" should be construed as Princeton Carbon Works proposes.

## IX.    CONCLUSION

83.    In my opinion, a POSITA, having reviewed the specification and prosecution history of the '800 and '188 Patents, and being familiar with the usage of these terms in the art, would construe the terms to have the meanings set forth by Princeton Carbon Works..

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

SRAM, LLC,

                Plaintiff,

v.

PRINCETON CARBON WORKS INC.,

                Defendant.

Case No. 9:21-cv-80581 RKA

**JURY TRIAL DEMANDED**

**Appendix A**

**DECLARATION OF DR. RONALD HANSON, Ph. D. IN SUPPORT OF**
**PRINCETON CARBON WORKS INC.'S OPENING CLAIM CONSTRUCTION BRIEF**

# Ronald E. Hanson

York University                                    Email: hansonre@yorku.ca
Lassonde School of Engineering
Department of Mechanical Engineering
Bergeron Centre for Engineering Excellence, Rm 435B
700 Keele Street, Toronto, Ontario, Canada
M3J 1P3

## 1   Education

**Ph.D. Aerospace Science and Engineering**                                    2013
University of Toronto, Institute for Aerospace Studies, Toronto, Ontario, Canada
Supervisor: Dr. Philippe Lavoie

**M.A.Sc. Mechanical Engineering**                                    2007
McMaster University, Department of Mechanical Engineering, Hamilton, Ontario, Canada
Supervisor: Dr. Samir Ziada

**B. Eng. Mechanical Engineering**                                    2005
McMaster University, Department of Mechanical Engineering, Hamilton, Ontario, Canada

## 2   Honours

NSERC Postdoctoral Fellowship (PDF)                                    2013 - 2015
Canada-United Kingdom Millennium Research Award                        2013 - 2015
Nominee for the Governor General's Gold Medal Award                    2014
Gordon N. Patterson Award                                              2013
Graduate Student Endowment Fund Scholarship                            2012
Queen Elizabeth II Graduate Scholarship in Science and Technology      2011
NSERC Postgraduate Scholarship                                         2008 - 2010
NSERC Canada Graduate Scholarships                                     2006
Ontario Graduate Scholarship, declined                                 2006
University Senate Scholarship                                          2006
McMaster Graduate Scholarship                                          2005
McMaster Marauder Scholar                                              2003, 2004
NSERC Undergraduate Student Research Award                             2004
John Lennie Memorial Scholarship                                       2000
Dr. W.C Powell Scholarship                                            2000

## 3   Fields of Interest and Key Words (alphabetical)

Actuator/Sensor development, Aeroacoustics, Aerodynamics, Boundary layers, Cycling aerodynamics, Experimental fluid dynamics, Flow control, Non-equilibrium boundary Layers, Optimization, Stability, Sports Aerodynamics, Transition, Turbulence, Wake flows

*Ronald E. Hanson*

## 4 Professional Appointments and Employment

| | |
|---|---:|
| **Assistant Professor** (Tenure-track) | Sept 2017 - present |
| York University, Department of Mechanical Engineering, Toronto, Ontario, Canada | |
| Advanced to Pre-Candidacy, 2019 | |
| **Lead Aerodynamicist** | Jan 2017 - Aug 2017 |
| Cervelo Cycles Inc., Toronto, Ontario, Canada | |
| **Founder** | 2015 - present |
| Applied Fluid Dynamics Inc., Oakville, Ontario, Canada | |
| **Post-Doctoral Fellow / Research Engineer** | 2016 |
| The University of Toronto, Institute for Aerospace Studies, Toronto, Ontario, Canada | |
| Supervisor: Dr. Philippe Lavoie | |
| **NSERC Post-Doctoral Fellow** | 2013 - 2015 |
| The University of Southampton, Highfield Campus, Southampton, United Kingdom | |
| Aerodynamics and Flight Mechanics Research Group | |
| Supervisor: Dr. Bharathram Ganapathisubramani | |
| **Lecturer** | Fall, 2014 |
| AER307F Aerodynamics, University of Toronto, Toronto, Ontario, Canada | |
| **Visiting Academic** | During 2008-2012 |
| Michigan State University, Department of Mechanical Engineering, East Lansing, USA | |
| Flow Physics and Control Laboratory | |
| Supervisor: Dr. Ahmed Naguib | |
| **Teaching Assistant Positions** | |
| AER307: Aerodynamics, University of Toronto, Canada | 2008 - 2011 |
| MIE210: Thermodynamics, University of Toronto, Canada | 2011 |
| MECH3440: Mechanics of Solids, University of Newcastle, Australia | 2005 |
| MECHENG 4P03: Composite Laboratory, McMaster University, Canada | 2005, 2006 |
| ENG1C03: Graphical Visualization, McMaster University, Canada | 2002 - 2005 |
| **Visiting Scientist** | Fall, 2007 |
| The University of Newcastle, School of Engineering, Newcastle, Australia | |
| Materials Engineering Research Group | |
| Supervisor: Dr. Erich Kisi | |
| **Research Assistant** | Summer, 2005 |
| The University of Newcastle, School of Engineering, Newcastle, Australia | |
| Turbulence Research Group | |
| Supervisor: Dr. Robert Antonia | |
| **Research Assistant (USRA)** | Summer, 2004 |
| McMaster University, Department of Mechanical Engineering, Hamilton, Ontario, Canada | |
| Aeroacoustic Research Laboratory | |
| Supervisor: Dr. Samir Ziada | |
| **Engineering Student, Mining Division** | Summer, 2001-03 |
| Georgia Pacific, Caledonia, Ontario, Canada | |

*Ronald E. Hanson*                                                                                                          3

## 5   Activities

### 5.1   Student Supervision
(First line format: Student Name, Student Affiliation, My Role, Date)

**PhD Supervision**

Hossein Khanjari, York University, Principle supervisor                          March 2021 - present
*Topic*: Input output response of turbulent boundary layer to a synthetic jet at the wall

Amirhossein Hamidi, York University, Principle supervisor                         May 2021 - present
*Topic*: Settling of microfibers in turbulent flow

Vahid Esfahani, York University, Principle supervisor                             Sept. 2017 - present
*Topic*: Unsteady fluid dynamics of a cylinder in cross-flow undergoing yaw oscillations at
sub-critical Reynolds numbers
2021 Mech 6000 Presentation PhD Award 2nd Place
2020 Mech Teaching Assistant Award
2019 Mech 6000 Presentation PhD Award 1st Place

Eda Dogan, University of Southampton, Post-doc mentor                             2013 - 2017
*Topic*: Effect of free-stream conditions on the turbulent boundary layer
Zonta International Foundation and the Amelia EarhartFellowship

Sean Fabbro, University of Toronto, Post-doc mentor                              2016
*Topic*: Robustness of plasma actuators for flow manipulation

**MASc Supervision**

Andrew Shin, York University                                                     Accepted for 09/2021
*Topic*: Acceleration effect of flow past inclined circular cylinders

Michael Varacalli, York University                                               May 2021 - present
*Topic*: Fourier-based forcing of boundary layer streaks for active control in a boundary layer

Daniel Daramsing, York University, Co-Supervisor, M. Gordon                       Sept. 2020 - present
*Topic*: Characterization of the settling velocity of fibres in air
2021 Mech 6000 Presentation MASc Honorable Mention

Eric Ward, York University, Co-Supervisor, M. Gordon                              Sept. 2020 - present
*Topic*: Atmospheric modelling of fibre transport to the Arctic

Vidushan Rajavarothaym, York University, Principle supervisor                     Sept. 2020 - present
*Topic*: Drag reduction by roughened textiles and trips

Joshua Marques, York University, Principle supervisor                            Sept. 2020 - present
*Topic*: Characterization of the turbulent structure created by active grid systems
2021 Mech 6000 Presentation MASc Award 2nd Place

Germiel Cacho, York University, Principle supervisor                             Sept. 2020 - present
*Topic*: Characterization of an unsteady yawing system for an automotive wind tunnel
OGS Award Recipient 2021/22 and Mech Eng Entrance Award 2020
2021 Mech 6000 Presentation Honorable Mention

Tejas Alva, York University, Principle supervisor                                Defended March 2021
*Topic*: Body force generation by plasma actuators for flow manipulation

Hossein Khanjari, York University, Principle supervisor                          Defended Feb. 2021
*Topic*: Dynamics of streamwise streaks in opposition of Bypass transition in a laminar
boundary layer
MASc Research Award 2019/20

Luke Osmokrovic, University of Toronto, PhD Student mentor                        2011 - 2012
*Topic*: Transient growth instability induced by plasma actuators

## Undergraduate Supervision, Summer Research

Roozbeh Alishanian, York University, Principle supervisor     Summer, 2021
*Topic*: Aerodynamics of microplastics in turbulent flow
LURA program

Roozbeh Alishanian, York University, Principle supervisor     Summer, 2020
*Topic*: Aerodynamics of microplastics
LURA program

Constantinos Kandias, York University, Principle supervisor     Summer, 2020
*Topic*: Design and manufacture of wind tunnel turning sections for closed-loop design
LURA program

Nilotpal Chakraborty, York University, Principle supervisor     Summer, 2019
*Topic*: Time resolved PIV using a scanning CW laser
MITACS Globalink Research Internship Award

Affan Behzad, York University, Principle supervisor     Summer, 2019
*Topic*: Evaluation of skin suits for aerodynamic drag reduction
Lassonde Undergraduate Research Award (LURA)

Amanda Capacchione, York University, Principle supervisor     Summer, 2019
*Topic*: Research and development of a towing tank system
Research at York (RAY) program

Constantinos Kandias, York University, Principle supervisor     Summer, 2019
*Topic*: Design of expanding corners for a closed-loop wind tunnel
Lassonde Undergraduate Research Award (LURA)

Reuben Haklander, McMaster University, Principle supervisor     Summer, 2018
*Topic*: The effect of limb motion on flow dynamics
Lassonde Undergraduate Research Award (LURA)

Affan Behzad, York University, Principle supervisor     Summer, 2018
*Topic*: Surface pressure measurement for dynamic motion
James Wu Research Award Recipient

Maximillian Kopstein, University of Toronto, Principle supervisor     Summer, 2018
*Topic*: Design of a three dimensional water tunnel contraction

Abhay Rampal, Undergraduate, Ryerson University, Principle supervisor     Summer, 2018
*Topic*: Design of a wind tunnel contraction and test section

2 Summer Students, University of Toronto, Co-supervisor     Summer, 2016
*Topic*: Design and optimization of a force balance for bicycle drag

## Undergraduate Supervision, Fall/Winter Term Research

Roozbeh Alishanian, York University, Principle supervisor     09/2020 - present
*Topic*: Aerodynamics of micro plastics
RAY program

Amanda Capacchione, York University, Principle supervisor     09/2019 - 04/2020
*Topic*: Towing tank system manufacture and commissioning
Research at York (RAY) program

Constantinos Kandias, York University, Principle supervisor     09/2019 - 04/2020
*Topic*: Design and manufacture of wind tunnel turning sections for closed-loop design
Research at York (RAY) program

Amanda Capacchione, York University, Principle supervisor     09/2018 - 04/2019
*Topic*: Towing tank system design
Research at York (RAY) program

| | |
|---|---|
| Constantinos Kandias, York University, Principle supervisor<br>*Topic*: Wind tunnel system manufacturing and validation<br>Research at York (RAY) program | 09/2018 - 04/2019 |
| Constantinos Kandias, York University, Principle supervisor<br>*Topic*: Simulation and design of a closed-loop wind tunnel<br>Research at York (RAY) program | 09/2018 - 04/2019 |

**Undergraduate Supervision, Capstone Teams**

| | |
|---|---|
| Capstone 2020/21, York University, Principle supervisor<br>*Topic*: Golf ball launch and tracking system<br>6 Undergraduate students, Mechanical and ESSE | 2020/21 |
| Capstone 2019/20 Team O, York University, Principle supervisor<br>*Topic*: Human Powered Vehicle, Hand Driven<br>5 Mechanical Engineering Undergraduate students | 2019/20 |
| Capstone 2019/20 Team N, York University, Principle supervisor<br>*Topic*: Human Powered Vehicle, hybrid e-bike<br>5 Mechanical Engineering Undergraduate students | 2019/20 |
| Capstone 2018/19 Team P, York University, Principle supervisor<br>*Topic*: Hybrid Rocket Engine<br>5 Mechanical Engineering Undergraduate students | 2019/20 |
| Capstone 2018/19 Team A, York University, Principle supervisor<br>*Topic*: Aerodynamic fairing design for a human powered vehicle<br>5 Mechanical Engineering Undergraduate students | 2018/19 |
| Capstone 2018/19 Team M, York University, Principle supervisor<br>*Topic*: Frame design for a human powered vehicle<br>5 Mechanical Engineering Undergraduate students | 2018/19 |
| Capstone 2018/19 Team L, York University, Principle supervisor<br>*Topic*: Alternative wheel chair propulsion by rowing motion<br>5 Mechanical Engineering Undergraduate students<br>Awarded the PEO York Chapter Prize | 2018/19 |
| Capstone 2017/18 Team L, York University, Principle supervisor<br>*Topic*: Velocity sensor design for on-board vehicle aerodynamic testing<br>Multi-disciplinary team, 1 Mechanical, 1 Electrical and 1 Space Engineering Undergraduate<br>students | 2017/018 |
| Joel Kimelman, University of Toronto, Co-supervisor<br>*Topic*: Extended run degradation of SDBD plasma actuators | Summer, 2011 |

**Secondary Student Supervision** (2 - Primary)

| | |
|---|---|
| 2 - Grade 11 Students, Names Withheld<br>Women in Engineering: Summer Research and Mentorship Program York University<br>Topic: Aerodynamic simulation and wind tunnel testing for design | Summer, 2018 |

## 5.2  *Supervisory Committee of Other Students*

| | |
|---|---|
| MASc Committee, Arma Khan<br>Supervisor: Prof. Marina Freire-Gormaly | 2020 - present |
| MASc Committee, Behdad Rezanejad Zanjani<br>Supervisor: Prof. Paul O'Brien | 2020 - present |
| MASc Committee, Abhinav Goyal<br>Supervisor: Prof. Garrett Melenka | 2020 - present |

*Ronald E. Hanson*                                                                                          6

| | |
|---|---|
| PhD Committee, Arsalan Nikdoost<br>Supervisor: Prof. Pouya Rezai | 2018 - present |
| PhD Committee, Mohamed Abdelhamid<br>Supervisor: Prof. Aleksander Czekanski | 2018 - present |
| MASc Committee, Reza Yaghoubi Emami<br>Supervisor: Prof. Alidad Amirfazli | 2018 - present |

## 5.3   External Examiner

| | |
|---|---|
| Stephen Wilkins, PhD Student<br>Supervisor: Prof. Joseph Hall, University of New Brunswick, Mechanical Engineering<br>Title: Dynamics of coherent structures in turbulent flow over a backward-facing step | 2019 |

## 5.4   Editorial Activities

| | |
|---|---|
| Topics Board Editor, Aerospace | 2020 - present |

## 5.5   Peer-Review Activities

| | |
|---|---|
| Journal Referee, Part C: Journal of Mechanical Engineering Science | 2020 - present |
| Journal Referee, Applied Physics Review | 2018 - present |
| Journal Referee, Journal of Fluid Mechanics | 2016 - present |
| Journal Referee, Physics of Fluid | 2016 - present |
| Journal Referee, Sensors | 2016 - present |
| Journal Referee, Int. Journal of Heat and Fluid Flow | 2015 - present |
| Journal Referee, Experiments in Fluids | 2014 - present |
| Journal Referee, AIAA Journal | 2014 - present |

## 5.6   Conference Administation

| | |
|---|---|
| Session Chair, Unsteady flows and separation<br>Thousand Islands Fluid Dynamics Meeting, Gananoque, Ontario | April 26-28, 2019 |

## 5.7   Committee Memberships

| | |
|---|---|
| Faculty Member, The Lassonde College of Internal Peer Review, (Faculty level, Invited) | 2021 - present |
| Faculty Member, DAIR Academic Workgroup, (Faculty level) | 2019 - present |
| Faculty Member, Faculty Hiring Committee, (Faculty level) | 2018 - 2019 |
| Faculty Member, Planning, Academic Resources and Research Committee, (Faculty level) | 2018 - present |
| Faculty Member, Planning and Resources Committee, (Department level) | 2019 - present |
| Faculty Member, Undergraduate Program Committee, (Department level) | 2017 - 2019 |
| Faculty Member, Graduate Program Committee, (Department level) | 2017 - 2018 |
| Substitute Faculty Member, Academic Petitions and Appeals Committee, (Faculty level) | 2017 |
| Student Member, Heath and Safety Committee, (Department level) | 2009 - 2012 |
| Student Member, Academic Planning McMaster University, (Department level) | 2006 - 2007 |

*Hanson is active in service in the department and faculty at large. He acts on several committees and on the recent hiring committee, where the first two female faculty were successfully hired.*

## 5.8   Teaching

| | |
|---|---|
| Course Director, ME4202 Aerodynamics | 2020 - present |
| Course Director, ME6105 Advanced Fluid Mechanics | 2019 - present |
| Course Director, ME4402 Simulation Tool for Design and Analysis | 2017 - present |
| Course Director, ME4510 Advanced Mechanical Technologies | 2017 - 2020 |
| Course Director, ME6900 Directed Study, Fluid Mechanics | 2017, 2018 |

*Hanson developed the all course content of each of the courses ME4202, ME6105, ME4402, and ME4510. Hanson was the first to teach each of these courses at Lassonde. For ME4402 and ME4510, an existing course proposal was provided. For ME6105 Hanson began development starting with the course proposal.  Hanson has instructed ME4402 a total of 3 times, ME4402 a total of 3 times, and ME6105 a total of 2 times in addition to serval instances of ME6900, a fluid dynamics reading course.*

*In particular, for ME4402, Hanson obtained licensing and then introduced a new software tool to support a fully multi-disciplinary design-based project in this course that was highly successful in the most recent term.  Hanson obtained licensing that allowed students to access software remotely given feedback from students in the first year of the course. ME4402 was further developed by Hanson to include a significant design-based project of purposefully created practical problems with high regard by students.*

## 5.9   Other Teaching Services

| | |
|---|---|
| Faculty Director, Human Powered Vehicle Club | 2018 - 2019 |

*This club is dedicated to designing, building and testing a human powered vehicle to compete in ASME HPV competition.  The team was highly successful, producing a viable vehicle and competing in the US at Michigan State University in April of 2019.  My role as the Faculty Director included:*

· *Aided in establishing the new club at Lassonde*
· *Provided technical assistance, help to organize events, and funding.*
· *Oversee longevity of the club, and recruitment of team members.*
· *Supported and led the team at the international event.*

| | |
|---|---|
| External Examiner, TEP4160 - Aerodynamics | 2019 |

*Acted as an external examiner for an appeal of a final examination grade in the course TEP4160 - Aerodynamics at the Norwegian University of Science & Technology.*

## 5.10   Professional Memberships

| | |
|---|---|
| Full Member, Professional Engineers Ontario | 2019 - present |
| Member, Ontario Society of Professional Engineers | 2020 - present |
| Member, American Physics Society | 2009 - present |
| Member, American Institute of Aeronautics and Astronautics | 2004 - present |
| Member, Canadian Society of Mechanical Engineers | 2018- present |

Professional Licensing Status:
*Hanson became a member of the Professional Engineers Ontario (PEO) in July of 2019, current status: Practicing.*

### 5.11   Collaborations

**International**

Postdoctoral Researcher Member, University of Toronto                                    2016

As part of an AIRBUS AIRNet funded project, I collaborated with researchers at the University of Southampton, United Kingdom. The project aim was toward manipulating near wall turbulence. My role as the lead post-doctoral researcher was implementing the experimental program. A researcher from the UK, who focused synthetic jet design, came to Toronto for training in time-resolved measurements of turbulent flows using hot-wire anemometry. In parallel, I was trained in the design of synthetic jets. Together we conducted research on synthetic jet manipulation of turbulence. The product of this research is ongoing.

Postdoctoral Researcher Member, University of Southampton                                 2013

The objective of this collaboration was to predict the drag penalty due to bio-fouling in a fullscale system (ship). In collaboration researchers from the University of Melbourne, the Defence Science and Technology Organization, Melbourne, Australia, and the University of Southampton, UK, my role was to assist in experiments to quantify the effects of roughness. Realistic calcareous tube worm fouling was assessed experimentally using a test coupon immersed in Hobson?s Bay for two months during the Australian summer, which was then scaled for wind tunnel testing.

PhD Student Member, University of Southampton                                             2013

Supported by funding by the National Science Foundation (US) a collaborative research project between researchers at Princeton University, Michigan State University, and the University of Toronto. My role was as a PhD student to implement the experimental portion of the project and interact with my PhD counterparts in the US. The multi-university research addressed fundamental questions in fluid and system dynamics, and control systems, with the goal of demonstrating robust feedback control of bypass boundary layer transition.

**Canadian**

Co-Investigator, York University                                                        2019-present

Hanson, M. Gordon (ESSE) and Liisa Jantunen (ECCC) are seeking funding cross disciplinary work on the transport and modelling of plastic pollutants in air.

Co-Investigator, University of Toronto                                                  2019-present

Hanson and P. Lavoie of the University of Toronto and engaged on a sports-aerodynamics project focused on skin suit development for cycling. One of Hanson's LURA students completed research at UTIAS during the summer of 2019. At this time a funding commitment by industry is made and an Alliance application was submitted in January of 2021, results pending.

Co-Investigator, University of Toronto                                                  2018-present

Hanson and A. Ekmecki of the University of Toronto are in active collaboration on a problem related to the unsteady aerodynamics of bluff bodies at moderate Reynolds numbers. Research is conducted by Hanson's PhD student at UTIAS.

Ronald E. Hanson

9

*5.12   Funding History*

**Funding Held or Past Awarded**

NSERC Alliance (Medium sized, Peer Reviewed), Grantee Applicant, Awarded
Topic: Testing of the drag reduction mechanism of skinsuit materials for design

2021-present

NSERC Alliance (Medium sized, Peer Reviewed), Principle Applicant, Awarded
Topic: Research and development of an active unsteady flow and turbulence generation system
for wind tunnels

2021-present

Grants and Contributions, ECCC Awarded
Topic: Atmospheric transport of microplastics in Canadian Arctic

2020-present

Northern Contaminates Research Program, Co-Applicant, Awarded
Topic: Atmospheric transport of micro plastics in Canadian Arctic

2020-present

Junior Faculty Fund, Principal, Awarded
Topic: Motion of irregular particles falling in turbulence

2020

Lassonde Innovation Fund, Principal, Awarded
Topic: Aerodynamics characterization of micro plastic materials

2020

NSERC Engage Grant, Principal, Awarded
Topic: Aerodynamic design and testing dimpled spheres for drag reduction

2019

NSERC Discovery Grant, Principal, Awarded
Topic: Aerodynamic drag reduction, from science to control strategies in aerospace and sport

2018-2023

Junior Faculty Fund, Principal, Awarded $923
Topic: Development of time resolved particle image velocimetry for unsteady aerodynamic
testing

2018

University Start-Up Fund, Principal, Awarded
Topic: Start up costs associated with research and construction of experimental facility

2017-2021

**Funding Applied For**

Northern Contaminates Research Program 2021/22, Co-Applicant
Topic: Aerodynamic characterization of microplastics for predicting long-range atmospheric
transport to the Arctic region and the effects of turbulence

applied

## 6   Research Publications

### *Journal Publications*

· *Dogan, E., Hearst, J., Hanson, R.E., and Ganapathisubramani, B., "Spatial characteristics of a zero-pressure-gradient turbulent boundary layer in the presence of free-stream turbulence". *Applied Physics Review*. Vol. 4, 084601, 2019.

· *Dogan, E., Hanson, R.E., and Ganapathisubramani, B., "Interactions of Large-Scale Free-Stream Turbulence with Turbulent Boundary Layers". *Journal of Fluid Mechanics*. Vol 802, pp. 79-107, 2016.

· Hanson, R.E. and Ganapathisubramani, B., "Development of Turbulent Boundary Layers Past a Step Change in Wall Roughness". *Journal of Fluid Mechanics*. Vol 795, pp. 494-523, 2016.

· Bade, K., Hanson, R.E., Belson, B.A., Lavoie, P., Naguib, A.M., and Rowley, C.W., "Active Control of Isolated Unsteady Streaks in a Laminar Boundary Layer". *Journal of Fluid Mechanics*. Vol 795, pp. 808-846, 2016.

· Monty, J.P., Dogan, E., Hanson, R.E., Scardino, A.J., Ganapathisubramani, B., and Hutchins, N. "An Assessment of the Ship Drag Penalty Arising From Light Calcareous of Tubeworm Fouling". *Biofouling: The Journal of Bioadhesion and Biofilm Research*, 32:4, 2016.

· Osmokrovic, L.P., Hanson, R.E., and Lavoie, P., "Receptivity of Laminar Boundary Layers to Spanwise-Periodic Forcing by an Array of Plasma Actuators". *AIAA Journal*, 53:3, 2015.

· Hanson, R.E., Houser, N.M., and Lavoie, P., "Dielectric Material Degradation Monitoring of Dielectric Barrier Discharge Plasma Actuators". *Journal of Applied Physics*, 115, 043301, 2014.

· Hanson, R.E., Bade K., Belson, B.A., Lavoie P., Naguib, A.M., and Rowley, C.W. "Feedback Control of Slowly-Varying Transient Growth by an Array of Plasma Actuators". *Physics of Fluids*, 26, 024102, 2014.

· *Houser, N.M., Gimeno, L., Hanson, R.E., Goldhawk, T., Simpson, T., and Lavoie, P. "Microfabrication of Dielectric Barrier Discharge Plasma Actuators for Flow Control". *Sensors and Actuators A: Physical*, 201, 2013.

· Hanson, R.E., Buckley, H.P., and Lavoie P., "Aerodynamic Optimization of the Flat Plate Leading Edge for Experimental Studies of Laminar and Transitional Boundary Layers". *Experiments in Fluids*, 53:4, 2012.

· Hanson, R.E., and Ziada, S., "Effect of Acoustic Resonance on the Dynamic Lift of Tube Arrays". *Journal of Fluids and Structures*, 27:3, 2011.

· Hanson, R.E., Lavoie, P., Naguib, A.M., and Morrison, J.F., "Transient Growth Instability Cancellation by a Plasma Actuator Array". *Experiments in Fluids*, 49:6, 2010.

· Hanson, R.E., Mohany, A., and Ziada, S., "Flow-Excited Acoustic Resonance of Two Side-By-Side Cylinders in Cross-Flow". *Journal of Fluids and Structures*, 10:1, 2009.

· Hanson, R.E., Kisi, E.H., Goodshaw, H.J., and Forrester, J.S., "Microcavity Formation in Alumina Using Ti Templates II: Mechanism and Kinetics". *Journal of the American Ceramic Society*, 92:6, 2009.

· Goodshaw, H.J., Forrester, J.S., Hanson, R.E., Kisi, E.H., and Suaning, G.J., "Microcavity Formation in Alumina Using Ti Templates I: Formation Conditions". *Journal of the American Ceramic Society*, 92:6, 2009.

### *Conference Proceedings*

· *Khanjari, H. and Hanson R.E. "Higher order response of the laminar boundary layer to a step input". 73nd Annual Meeting of the APS Division of Fluid Dynamics, November 23-26, 2020.

· *Esfahani, N. and Hanson R.E. "Dynamic response of the flow to yaw oscillation of a circular cylinder - modulation of vortex shedding". 73nd Annual Meeting of the APS Division of Fluid Dynamics, November 23-26, 2020.

· *Alva, T. and Hanson R.E. "Plasma actuator body force - direct surface drag and phase resolved integral approach". 1000 Islands Fluid Dynamics Meeting, Gananoque, 2020.

· *Khanjari, H. and Hanson R.E. "Flow response of the laminar boundary layer subject to impulse streamwise vortex forcing ". 1000 Islands Fluid Dynamics Meeting, Gananoque, 2020.

· *Esfahani, N. and Hanson R.E. "Dynamic response of the flow to yaw oscillation of a circular cylinder - a phase resolvent approach to flow structure identification". 1000 Islands Fluid Dynamics Meeting, Gananoque, 2020.

· *Khanjari, H. and Hanson R.E. "Laminar boundary layer response to impulse forcing by an array of plasma actuator vortex generators". 72nd Annual Meeting of the APS Division of Fluid Dynamics, November 23-26, 2019.

· Karimpour, S., Kwong, R., and Hanson R.E. "A review of Transport Pathways of aquatic microplastics"., Submitted to River Flow 2020 in Delft.

· *Khanjari, H. and Hanson R.E. "Impulse response of the laminar boundary layer to forcing by a spanwise array of plasma actuators". CSME-CFDSC Congress, London, 2019.

· *Alva, T. and Hanson R.E. "Plasma actuator body force using a phase resolved integral approach". 1000 Islands Fluid Dynamics Meeting, Gananoque, 2019.

· *Khanjari, H. and Hanson R.E. "Laminar boundary layer response to forcing by a spanwise array of plasma actuators". 1000 Islands Fluid Dynamics Meeting, Gananoque, 2019.

· *Kandias, C. and Hanson R.E. "Analysis of an expanding corner flow with turning vanes". 1000 Islands Fluid Dynamics Meeting, Gananoque, 2019.

· *Esfahani, N. and Hanson R.E. "PIV study of end conditions on flow topology from a circular cylinder in sub-critical flow". 1000 Islands Fluid Dynamics Meeting, Gananoque, 2019.

· *Esfahani, N., Khoury, E., Ekmecki, A. and Hanson R.E. "Comparative analysis of end conditions on vortex shedding from a circular cylinder in sub-critical flow". 71st Annual Meeting of the APS Division of Fluid Dynamics, 2018.

· *Esfahani, N. and Hanson R.E. "Comparative assessment of image pair processing using open source PIV tools". 1000 Islands Fluid Dynamics Meeting, Gananoque, 2018.

· Hanson, R.E. and Lavoie, P. "Temporal and Spatial Response of a Turbulent Boundary Layer to Forcing by Synthetic Jets". *69th Annual Meeting of the APS Division of Fluid Dynamics*, Portland, OR, Nov 2016.

· *Dogan, E., Hearst, R.J., Hanson, R.E. and Ganapathisubramani, B.,"Comparison of Spatial and Temporal Characteristics of a Turbulent Boundary Layer in the Presence of Free-stream Turbulence". *69th Annual Meeting of the APS Division of Fluid Dynamics*, Portland, OR, Nov 2016.

· Hearst, R.J., Hanson, R.E. and Ganapathisubramani, B.,"Internal Interfaces Over a Step Change in Wall Roughness". *69th Annual Meeting of the APS Division of Fluid Dynamics*, Portland, OR, Nov 2016.

· *Dogan, E., Hanson, R.E., and Ganapathisubramani, B., "Effects of External Disturbances on Turbulent Boundary Layers". *15th European Turbulence Conference 2015*, August 15 - 28th, Delft, The Netherlands, 2015.

· Hanson, R.E., and Ganapathisubramani, B., "Internal Structure and Interaction Within Turbulent Boundary Layers Following a Change in Surface Roughness". *68th Annual Meeting of the APS Division of Fluid Dynamics*, November 22-24, 2014.

· Hanson, R.E., and Ganapathisubramani, B., "Effects of Sudden Change in Surface Roughness on Turbulent Boundary Layers". *The Ninth Symposium on Turbulence and Shear Flow Phenomena (TSFP-9)*, June 30 - July 3, Melbourne, 2015.

· Hanson R.E., and Ganapathisubramani, B., "Effects of Sudden Change in Surface Roughness on Turbulent Boundary Layers". *67th Annual Meeting of the APS Division of Fluid Dynamics*, November 23-25, 2014.

· *Dogan, E., Hanson R.E., and Ganapathisubramani, B., " Effects of External Disturbances on Turbulent Boundary Layers". *67th Annual Meeting of the APS Division of Fluid Dynamics*, November 23-25, 2014.

· Bade, K., and Naguib A.M., Hanson R.E., Lavoie P., Belson, B., and Rowley, C. " Real-Time Control of the Boundary Layer Disturbance Induced by a Dynamic Isolated Roughness Element Using Plasma Actuators". *66nd Annual Meeting of the APS Division of Fluid Dynamics*, November 24-26, 2013.

· *Houser, N.M., Hanson, R.E., and Lavoie, P., "Robustness of Dielectric Barrier Discharge Plasma Actuator: Health Monitoring". *In Proceedings of the CASI 60th Aeronautics Conference and AGM*, Toronto, Ontario, April, 2013.

- Hanson, R.E., Kimelmann, J., and Lavoie P., "Effect of Dielectric Degradation on Dielectric Barrier Discharge Plasma Actuator Performance". *In Proceedings of the 52nd AIAA Fluid Dynamics Conference*, Grapevine, Texas, January, 2013.

- *Osmokrovic, L.P., Hanson R.E., and Lavoie P., "Effect of DBD Plasma Actuator Geometry and Excitation for Producing Transient Growth Modes in a Laminar Boundary Layer". *In Proceedings of the 51st AIAA Fluid Dynamics Conference and Exhibit*, New Orleans, Louisiana, June 25-28, 2012.

- Hanson, R.E., Lavoie, P., Bade, K., and Naguib, A.M., "Quasi-Steady Closed-Loop Control of Bypass Boundary Layer Transition Using Plasma Actuators". *In Proceedings of the 50th AIAA Aerospace Sciences Meeting*, Nashville, Tennessee, Jan 9-12, 2012.

- Belson, B.A., Hanson, R.E., Palmeiro, D., Lavoie, P. and Rowley, C.W., "Comparison of Plasma Actuators in Simulations and Experiments". *In Proceedings of the 50th AIAA Aerospace Sciences Meeting*, Nashville, Tennessee, Jan 9-12, 2012.

- Lavoie, P., Hanson, R.E., Bade, K., Naguib, A.M., Belson, B., and Rowley, C. " Closed-Loop Control of Unsteady Transient Growth Disturbances in a Blasius Boundary Layer using DBD Plasma Actuators". *65th Annual Meeting of the APS Division of Fluid Dynamics*, November 18-20, 2012.

- Hanson, R.E., Lavoie, P., Bade, K., and Naguib, A.M., " Towards Feedback Control of Bypass Transition Using Plasma Actuators". *64th Annual Meeting of the APS Division of Fluid Dynamics*, November 20-22, 2011.

- Hanson, R.E. and Lavoie, P. , "Experimental Investigation of the Boundary Layer Receptivity to Control Forcing by Spanwise Plasma Actuator Arrays". *In Proceedings of the 14th CASI Aerodynamics Symposium*, April, 2011.

- Naguib, A., Bade, K., Hanson R., Lavoie, P., Belson, B., and Rowley, C., "Experimental and Numerical Investigations of Laminar Boundary Layer Response to Dynamic Roughness and Pulsed Plasma Forcing". *NSF Engineering Research and Innovation Conference*, January, 2011.

- Hanson, R.E., Buckley, H.P., and Lavoie P., "Leading Edge Design by Aerodynamic Optimization". *In Proceedings of the 49th Aerospace Sciences Meeting*, Orlando, Florida, AIAA 2011-1173, January, 2011.

- Hanson, R.E., Lavoie, P., and Naguib, A.M, "Effect of Plasma Actuator Excitation for Controlling Bypass Transition in Boundary Layers". *In Proc of the 48th AIAA Aerospace Sciences Meeting*, Orlando, AIAA 2010-1091, January 2010, Orlando, Florida.

- Bade, K., Naguib, A.M., Hanson, R.E., and Lavoie, P., "Towards Feedback Control of Bypass Transition: Experiments on Laminar Boundary Layer Response to Dynamically Actuated Roughness". *63rd Annual Meeting of the APS Division of Fluid Dynamics*, November 22-24, 2010.

- Hanson, R.E., Lavoie, P., and Naguib, A.M., "Towards Feedback Control of Bypass Transition: Experiments on Laminar Boundary Layer Response to a Pulsed Plasma Actuator". *63rd Annual Meeting of the APS Division of Fluid Dynamics*, November 22-24, 2010.

- Hanson, R.E., and Lavoie, P., "Laminar Boundary Layer Response to a Pulse by a Streamwise Plasma Actuator". *1000 Islands Fluid Mechanics Meeting*, Gannanoque, Ontario, May 1 - 3, 2010.

- Hanson, R.E., Lavoie, P., and Naguib A.M., Morrison J. F., "Control of Transient Growth Induced Boundary Layer Transition Using Plasma Actuators". *IUTAM Symposium on Laminar-Turbulent Transition*, 23-26 June 2009, Stockholm, Sweden.

- Hanson, R.E., Lavoie, P., and Naguib, A.M., "Effect of Actuation Parameters on Opposition Control of Transient Growth in a Blasius Boundary Layer Using Plasma Actuators". *62nd Annual Meeting of the APS Division of Fluid Dynamics*, November 22-24, 2009.

- Hanson, R.E., and Ziada, S., "Effect of Acoustic Resonance on the Dynamic Lift in Square Tube Arrays". *9th International Conference on Flow-Induced Vibrations*, 30 June - 3 July, Prague, Czech Republic, 2008.

- Hanson, R.E., Rajagopalan, S., and Antonia, R.A., "Characteristics of the Wake of Tandem Cylinders with Different and Equal Diameters".  *In Proceedings of the 37th AIAA Fluid Dynamics Conference and Exhibit*, June 2007, Miami Florida.  AIAA-2007-4501.

- Hanson, R.E., Mohany, A., and Ziada, S., "Flow Excited Acoustic Resonance of Two Side-By-Side Cylinders in Cross-Flow"., *ASME 6th International Symposium on Fluid-Structure Interaction, Induced Vibration and Noise*, PVP2006-ICPVT11-93087, July 23-27,Vancouver, Canada, 2006.

## Technical Reports

· *Cacho, G., *Marques, J. and Hanson, R.E., "Existing Technologies in Wind Tunnels". *Aiolos Engineering Project*, August, 2020.

· Hanson, R.E., "Aerodynamics Assessment of a New Golf Ball Design". *KQS Funded Project, NSERC Engage Report*, July, 2019.

· Behzad, A., Lavoie, P., and Hanson, R.E., "Skin Suit Aerodynamics: Initial Results and Discussion". *KQS Funded Project*, August, 2019.

· Lavoie, P., Berger, Z., and Hanson, R.E., "Parametric Study of Synthetic Jet Forcing in a Turbulent Boundary Layer: Initial Results and Discussion". *An AIRBUS AIRNet funded activity.*, April, 2016.

· Hanson, R.E., Lavoie, P., and Pimentel, R., "Experimental Characterization of Dielectric Barrier Discharge Actuator". *Defence R&D Canada - Valcartier. Technical Memorandum TM 2012NNN*, January, 2012.

## Invited Presentations

· Hanson, R.E., "Aerodynamic Behaviour of Microplastics: Toward Improved Understanding of Atmospheric Transport Mechanism". A presentation to the Atmospheric Research Group, Earth and Space Science and Engineering Department, York University, February 11th, 2020.

· Hanson, R.E., "Synthetic large scale manipulation of turbulence". International workshop on Reynolds number effect: implications for understanding and controlling turbulence, Harbin Institute of Technology, Shenzhen, China, March, 2019.

· Hanson, R.E., "Closed-Loop Control of Bypass Boundary Layer Transition Using Plasma Actuators". A presentation to the Aerodynamics and Flight Mechanics Group, University of Southampton, UK, Feb. 27, 2013.

· Hanson, R.E., Buckley, H. P., and Lavoie P., "Leading Edge Design by Aerodynamic Optimization". *AIAA 40th Fluid Dynamics Conference and Exhibit*, 28 Jun - 1 Jul, Chicago, 2010. Invited by W. Saric for the open forum on transition.

## Poster Presentations

· *Alishahian, R. and Hanson, R.E., "Long-range Transport Mechanisms of Microplastics through the Atmosphere: How Geometry of Fibrous Microplastics Influences the Settling Velocity". *Lassonde Undergraduate Research Conference*, August, 2020.

· *Kandias, C. and Hanson, R.E., "Development of a Subsonic, Closed Loop Wind Tunnel". *Lassonde Undergraduate Research Conference*, August, 2019.

· *Haklander, R. and Hanson, R.E., "Motion on Flow Mechanics and the Validity of a Steady-State Assumption". *Lassonde Undergraduate Research Conference*, August, 2018.

· *Ho, C. and Hanson, R.E., "Reducing Vortex Formation Around Airplanes". *Lassonde Undergraduate Research Conference*, August, 2018.

## Under Review or Accepted

· *Esfahani, N., Hanson R.E. and Ekmecki, A. "Near-Wake of a Yaw-Oscillating Circular Cylinder at Subcritical Flow ". Manuscript Number: YJFLS-D-21-00243. Submitted to Journal of Fluids and Structures, Under Review, May 4, 2021.

· *Varacalli,M., *Khanjari, H. and Hanson R.E. "Temporal Response of the Laminar Boundary Layer to Step Input Plasma Vortex Generators of Varying Streamwise Extent ". Submitted to the 2022 American Institute of Aeronautics and Astronautics SciTech Forum.

· *Khanjari, H. and Hanson R.E. "Streamwise vortex development and decay in the laminar boundary layer to a step input". Submitted to 74th Annual Meeting of the APS Division of Fluid Dynamics.

· *Esfahani, N., Hanson R.E. and Ekmecki, A. "Role of end condition and reduced frequency on the near-wake of a yaw-oscillating circular cylinder ". Submitted to 74th Annual Meeting of the APS Division of Fluid Dynamics.

*Ronald E. Hanson*                                                                                        14

## 7   Laboratory, Diagnostics and Facilities

The new laboratory is located at 4751 Keele Street in a building leased adjacent to the campus. The planned laboratory (see Figure 1) will house the wind tunnel (Figure 2), a towing tank (to be completed near end of Fall of 2021), and other bench top experiments ready for the lab currently. I was granted early access to begin installing equipment in the unfinished building in late May of 2021. I installed the tunnel (as is shown in Figure 2) in June of 2021 and funded the electrical installation. I have outfitted the laboratory with a range of flow diagnostics systems. For example I have recently purchased a 200 mJ evergreen laser for PIV, timing unit and acquisition software from LaVision, and hot wire anemometer equipment.



Figure 1: Schematic of the proposed laboratory configuration (not to scale) showing the wind tunnel, towing tank and other work areas.



Figure 2: Assembled wind tunnel in place in the lab.

Last updated: July 30, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

SRAM, LLC,

                Plaintiff,

v.

PRINCETON CARBON WORKS INC.,

                Defendant.

Case No. 9:21-cv-80581 RKA

**JURY TRIAL DEMANDED**

**Appendix B**

**DECLARATION OF DR. RONALD HANSON, Ph. D. IN SUPPORT OF**
**PRINCETON CARBON WORKS INC.'S OPENING CLAIM CONSTRUCTION BRIEF**

## MATERIALS CONSIDERED

**A.     Pleadings:**

1.     D001, Complaint for Patent Infringment (March 19, 2021)

**B.     Patents and File Histories:**

1.     **SRAM-P 00001** - U.S. Patent No. 9,610,800
2.     **SRAM-P 00025** - U.S. Patent No. 10,611,188
3.     **SRAM-P 00049** - U.S. Patent No. 9,610,800 File History
4.     **SRAM-P 00789** - U.S. Patent No. 10,611,188 File History

**C.     Contentions:**

1.     SRAM's Preliminary Infringement Contentions (July 30, 2021)
2.     SRAM's Updated Preliminary Infringment Contentions (September 15, 2021)

**D.     Expert Report Materials**

1.     Plaintiff SRAM, LLC's Opening Expert Report of Dr. Laurens Howle Regarding Defendant Princeton Carbon Works Inc.'s Infringement of U.S. Patent Nos. 9,610,800 B2 and 10,611,188 B2
2.     Exhibits A-O to Plaintiff SRAM, LLC's Opening Expert Report of Dr. Laurens Howle Regarding Defendant Princeton Carbon Works Inc.'s Infringement of U.S. Patent Nos. 9,610,800 B2 and 10,611,188 B2
3.     Plaintiff SRAM, LLC's Supplemental Expert Report of Dr. Laurens Howle Regarding Defendant Princeton Carbon Works Inc.'s Infringement of U.S. Patent Nos. 9,610,800 B2 And 10,611,188 B2
4.     Plaintiff SRAM, LLC's Rebuttal Expert Report of Dr. Laurens Howle Regarding the Validity of U.S. Patent Nos. 9,610,800 B2 And 10,611,188 B2
5.     Exhibits A-C to Plaintiff SRAM, LLC's Rebuttal Expert Report of Dr. Laurens Howle Regarding the Validity of U.S. Patent Nos. 9,610,800 B2 And 10,611,188 B2
6.     All other documents cited in the reports above.

**E.     Deposition Transcripts:**

1.     Deposition of Brian Benzer, December 28, 2021
2.     Deposition of Martin Crotty, January 7, 2022
3.     Deposition of Paul Daniels, January 5, 2022
4.     Deposition of Brian Gause, January 6, 2022
5.     Deposition of Dimitris Katsanis, January 11, 2022
6.     Deposition of Harrison Macris, January 10, 2022
7.     Deposition of Joshua Poertner, January 5, 2022
8.     Deposition of Lisa Serdynski, January 7, 2022
9.     Deposition of Kevin Wesling, January 6, 2022
10.    Deposition of Bradley Werntz, January 17, 2022 (Rough Transcript)
11.    Deposition of Ben Chen, January 17, 2022

12.     Deposition of Michael Hall, January 13, 2022 (Rough Transcript)

13.     Deposition of Jason Fowler, January 14, 2022 (Rough Transcript)

**F.     Other Documents:**

1.     Plaintiff SRAM, LLC's Initial Identification of Claim Terms and Elements for Claim
       Construction (August 13, 2021)

2.     Defendant Princeton Carbon Works Inc.'s Preliminary Identification of Terms for
       Construction (August 13, 2021)

3.     Plaintiff SRAM, LLC's Exchange of Preliminary Claim Constructions and Extrinsic
       Evidence for U.S. Patent Nos. 9,610,800 and 10,611,188, (September 10, 2021)

4.     Plaintiff SRAM, LLC's Preliminary Claim Construction Charts for U.S. Patent Nos.
       9,610,800 and 10,611,188 (September 10, 2021)

5.     Defendant Princeton Carbon Works Inc.'s Preliminary Claim Constructions and Extrinsic
       Evidence (September 10, 2021)

6.     December 13, 2021 letter from Matthew S. Galica to Michael Hickey regarding
       Refinements to Proposed Constructions

7.     Defendant Princeton Carbon Works Inc.'s Supplemental Objections and Response to
       Plaintiff SRAM, LLC's First Set of Interrogatories (Nos. 2-3) (December 13, 2021)

8.     Any materials cited in Appendix A to the Expert Report of Ronald E. Hanson, Ph.D.
       Regarding Invalidity of U.S. Patent Nos. 9,610,800 and 10,611,188

9.     Any other material cited in this declaration.