UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| SRAM, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>PRINCETON CARBON WORKS INC.,<br><br>                Defendant. | Case No. 9:21-cv-80581 RKA<br><br>**JURY TRIAL DEMANDED**<br><br>FILED BY MtG  D.C.<br>MAY 16 2022<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. – W.P.B. |

**NOTICE OF CONVENTIONAL FILING**

Please take notice that a thumb drive containing the following video files is being filed conventionally pursuant to the Court's Paperless Order [ECF No. 111, attached]:

    1.      Exhibit Q to the Declaration of Matthew S. Galica [ECF No. 107] (Video Exhibit J to the Initial Expert Report of Dr. Howle, served on December 14, 2021);

    2.      Exhibit S to the Declaration of Matthew S. Galica [ECF No. 107], (Video Exhibit K to the Initial Expert Report of Dr. Howle, served on December 14, 2021);

    3.      Exhibit U to the Declaration of Matthew S. Galica [ECF No. 107], (Video Exhibit B to the Rebuttal Expert Report of Dr. Hanson, served on December 28, 2021);

    4.      Exhibit V to the Declaration of Matthew S. Galica [ECF No. 107], (Video Exhibit C to the Rebuttal Expert Report of Dr. Hanson, served on December 28, 2021); and

    5.      Exhibit W to the Declaration of Matthew S. Galica [ECF No. 107], (Video Exhibit D to the Rebuttal Expert Report of Dr. Hanson, served on December 28, 2021).

1

Dated: May 16, 2022                                Respectfully submitted,

*signature*

David S. Brafman (Florida Bar No. 68289)
Email: david.brafman@akerman.com
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000

*Of Counsel*

James M. Wodarski (admitted *pro hac vice*)
Andre H. DeVoogd (admitted *pro hac vice*)
Matthew S. Galica (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, PC
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Facsimile: (617) 542-2241
JWodarski@mintz.com
AHDeVoogd@mintz.com
MSGalica@mintz.com

*Counsel for Defendant Princeton Carbon Works Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2022, a true and correct copy of the foregoing was served via email upon the following:

| | |
|---|---|
| Richard B. Walsh, Jr.<br>Michael J. Hickey<br>LEWIS RICE LLC<br>600 Washington Ave., Suite 2500<br>St. Louis, Missouri 63101<br>Telephone: (314) 444-7600<br>Facsimile: (314) 241-6056<br>Email: rwalsh@lewisrice.com<br>Email: mhickey@lewisrice.com<br><br>*Attorneys for Plaintiff SRAM, LLC* | Eric Christu<br>SHUTTS & BOWEN LLP<br>525 Okeechobee Boulevard<br>Suite 1100<br>West Palm Beach, FL 33401<br>Telephone: (561) 650-8556<br>Facsimile: (561) 671-5900<br>Email: EChristu@shutts.com<br><br>*Attorneys for Plaintiff SRAM, LLC* |

_____
David S. Brafman (Florida Bar No. 68289)

| | |
|---|---|
| From: | cmecfautosender@flsd.uscourts.gov |
| Sent: | Thursday, May 12, 2022 7:17 AM |
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Subject: | Activity in Case 9:21-cv-80581-RKA SRAM, LLC v. Princeton Carbon Works Inc. Order on Motion for Miscellaneous Relief |

[External to Akerman]

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 5/12/2022 at 7:17 AM EDT and filed on 5/12/2022
**Case Name:** SRAM, LLC v. Princeton Carbon Works Inc.
**Case Number:** 9:21-cv-80581-RKA
**Filer:**
**Document Number:** 111(No document attached)

Docket Text:
**PAPERLESS ORDER granting [97] the Defendant's Motion for Leave to Conventionally File a Thumb Drive. Signed by Judge Roy K. Altman on 5/12/2022. (mg01)**


**9:21-cv-80581-RKA Notice has been electronically mailed to:**

Andrew H. DeVoogd     AHDeVoogd@mintz.com

David S Brafman     david.brafman@akerman.com, claudia.rodriguez@akerman.com

Edward T. Pivin     epivin@lewisrice.com

Eric Christu     EChristu@shutts.com, aarce@shutts.com, livory@lewisrice.com, lmcnesby@shutts.com

James Wodarski     JWodarski@mintz.com

Matthew S. Galica     MSGalica@mintz.com

Michael J. Hickey     mhickey@lewisrice.com

Richard B. Walsh , Jr    rwalsh@lewisrice.com

9:21-cv-80581-RKA Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:

**United States District Court**
**Southern District of Florida**

Case Number: ___21cv80581

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must **not** be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

_x_ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

\*\* All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: __5/16/2022_____

Revised: 2/20/2019

