UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80581-CIV-ALTMAN/Reinhart

**SRAM, LLC,**

    *Plaintiff*,

v.

**PRINCETON CARBON WORKS, INC.,**

    *Defendant*.

_____/

**AMENDED SCHEDULING ORDER**

This matter is before the Court on our *sua sponte* review of the docket and the Amended Scheduling Order [ECF No. 164] in this case. To effectuate the orderly progression of this case, we hereby **ORDER and ADJUDGE** as follows:

**THIS MATTER** is set for trial during the Court's two-week trial calendar beginning on **February 13, 2023**. Counsel for all parties shall also appear at a calendar call at **1:45 p.m.** on **February 7, 2023**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 12-4 at the U.S. Courthouse, 400 North Miami Avenue, Miami, Florida.

All other deadlines shall remain as ordered in our Amended Scheduling Order [ECF No. 164].

**DONE AND ORDERED** in the Southern District of Florida on November 17, 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record