# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

|  |  |
|---|---|
| SRAM, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>PRINCETON CARBON WORKS INC.,<br><br>                Defendant. | Case No. 9:21-cv-80581 RKA<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S TRIAL EXHIBIT LIST

Pursuant to Local Rule 16.1(e) and this Court's Amended Scheduling Orders (ECF Nos. 91, 147, 154, and 164), Defendant Princeton Carbon Works Inc. ("Defendant" or "PCW") respectfully submits its trial exhibit list with Plaintiff SRAM, LLC's ("Plaintiff" or "SRAM") objections.  PCW reserves the right to rely on and use any exhibit identified by Plaintiff, as well as the right to add to its exhibit list, and include any exhibit that Plaintiff withdraws from its exhibit list.  Per agreement with SRAM's counsel, PCW will provide SRAM with an identification of any exhibits it intends to add or delete from the following exhibit list at least seven (7) days before January 13, 2023.  PCW reserves the right to modify the designation of exhibits as either "expects to use" or "may use" at trial.

| Presiding Judge:<br>Hon. Roy K. Altman | Plaintiff's Attorneys:<br>Richard B. Walsh, Jr. Esq.<br>Michael J. Hickey, Esq.<br>Edward T. Pivin, Esq.<br>Lewis Rice LLC<br>600 Washington Ave., Suite 2500<br>St. Louis, MO 63101<br><br>Eric Christu, Esq.<br>525 Okeechobee Blvd., Suite 1100<br>West Palm Beach, FL 33401 | Defendant's Attorneys:<br>James M. Wodarski, Esq.<br>Andrew H. DeVoogd, Esq.<br>Matthew S. Galica, Esq.<br>Mintz, Levin, Cohn, Ferris,<br>Glovsky & Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br><br>David S. Brafman, Esq.<br>Akerman LLP<br>777 South Flagler Drive<br>Suite 1100, West Tower<br>West Palm Beach, FL 33401 |
| TRIAL DATE: 08/29/2022 | Court Reporter: | Courtroom Deputy: |

Dated: November 21, 2022

Respectfully submitted,

*/s/ David S. Brafman*
David S. Brafman (Florida Bar No. 68289)
Email: david.brafman@akerman.com
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000

*Of Counsel*

James M. Wodarski (admitted *pro hac vice*)
Andrew H. DeVoogd (admitted *pro hac vice*)
Matthew S. Galica (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, PC
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Facsimile: (617) 542-2241
JWodarski@mintz.com
AHDeVoogd@mintz.com
MSGalica@mintz.com

*Counsel for Defendant Princeton Carbon Works
Inc.*

SRAM, LLC v. Princeton Carbon Works Inc.
Case No. 9:21-cv-80581-RKA
Defendant's Exhibit List with Plaintiff's Objections

| Exhibit No. | Document Description | BegBates | EndBates | Expects to Use | May Use | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D-1 | U.S. Patent No. 10,611,188 | SRAM-P 00025 | SRAM-P 00048 | X | | |
| D-2 | U.S. Patent No. 10,611,188 - File History | SRAM-P 00798 | SRAM-P 01358 | X | | |
| D-3 | U.S. Patent No. 9,610,800 | SRAM-P 00001 | SRAM-P 00024 | X | | |
| D-4 | U.S. Patent No. 9,610,800 - File History | SRAM-P 00049 | SRAM-P 00797 | X | | |
| D-5 | 2021-09-07 SRAM's Answers to Princeton Carbon Works' First Set of ROGs (Nos. 1-17) | N/A | N/A | X | | |
| D-6 | 2021-09-07 SRAM's Responses to Princeton Carbon Works' First Set of RFPs (Nos. 1-34) | N/A | N/A | X | | |
| D-7 | 2021-09-15 SRAM's Supplemental Answers to PCW's First Set of ROGs (Nos. 2, 3, 5, 10 and 14) | N/A | N/A | X | | |
| D-8 | 2021-10-15 PCW's Responses to SRAM's First Set of RFPs (Nos. 1-36) | N/A | N/A | X | | |
| D-9 | 2021-10-15 PCW's Responses to SRAM's First Set of ROGs (Nos. 1-10) (CBI) | N/A | N/A | X | | |
| D-10 | 2021-11-11 PCW's Supplemental Response to SRAM's First Set of ROGs (No. 3) (CBI) | N/A | N/A | X | | |
| D-11 | 2021-11-29 SRAM's Supp. Responses to RFPs (Nos. 1,2,4,7,12,13,18,22,25,26, and 31) | N/A | N/A | X | | |
| D-12 | 2021-12-03 SRAM's Supplemental Answers to PCW's First Set of ROGs (No. 5, 10, 12 and 13) | N/A | N/A | X | | |
| D-13 | 2021-12-13 PCW's Supplemental Response to SRAM's First Set of ROGs (Nos. 2 & 3) (CBI) | N/A | N/A | X | | |
| D-14 | 2021-12-13 PCW's Supplemental Responses to SRAM's First Set of RFPs (Nos. 1, 2, 27, and 29) | N/A | N/A | X | | |
| D-15 | 2021-12-15 SRAM's Answers to PCW's Second Set of ROGs (Nos. 18-20) | N/A | N/A | X | | |
| D-16 | 2021-12-15 SRAM's Responses to PCW's Second Set of RFPs (Nos. 35-40) | N/A | N/A | X | | |
| D-17 | 2021-12-15 SRAM's Supp. Resp. to PCW's First Set of RFPs (Nos. 4, 7, 9, 22, 23, 26, and 27) | N/A | N/A | X | | |
| D-18 | 2021-12-15 SRAM's Supp. Resp. to PCW's First Set of ROGs (Nos. 2, 3, 10, and 11) | N/A | N/A | X | | |
| D-19 | 2021-12-23 SRAM's Respone to PCWs RFAs (Nos. 1-90) | N/A | N/A | X | | |

SRAM, LLC v. Princeton Carbon Works Inc.
Case No. 9:21-cv-80581-RKA
Defendant's Exhibit List with Plaintiff's Objections

| Exhibit No. | Document Description | BegBates | EndBates | Expects to Use | May Use | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D-20 | 2022-01-03 PCW's Suppl. Objs. and Responses to SRAM's First Set of ROGs (Nos. 2, 3 & 9) (CBI) | N/A | N/A | X | | |
| D-21 | 2022-01-11 PCW's Supplemental Objs. and Responses to SRAM's First Set of ROGs (CBI) | N/A | N/A | X | | |
| D-22 | PWC's Notice of Deposition of Lisa Serdynski | N/A | N/A | | X | |
| D-23 | U.S. Patent 9,950,561 | N/A | N/A | X | | |
| D-24 | U.S. Patent 10,576,781 | N/A | N/A | X | | |
| D-25 | Plaintiff SRAM, LLC's Responses to Defendant Princeton Carbon Work, Inc.'s First Set of Requests for Production | N/A | N/A | X | | |
| D-26 | Plaintiff SRAM, LLC's Answers and Objections to Defendant Carbon Works Inc.'s First Set of Interrogatories | N/A | N/A | X | | |
| D-27 | U.S. Patent 9,610,800 | SRAM-P00001 | SRAM-P00024 | X | | Duplicate of D-3 |
| D-28 | U.S. Patent 10,611,188 | SRAM-P00025 | SRAM-P00048 | X | | Duplicate of D-1 |
| D-29 | License Agreement | SRAM-P01393 | SRAM-P01395 | X | | |
| D-30 | E-mail string ending 5/25/16 from Wesling to Panes | SRAM-P06109 | SRAM-P06118 | | X | |
| D-31 | E-mail string ending 7/8/16 from Serdynski to Katsanis | SRAM-P07212 | SRAM-P07224 | | X | |
| D-32 | Amendment No. 1 to License Agreement | SRAM-P01396 | SRAM-P01396 | X | | |
| D-33 | Amendment to License Agreement | SRAM-P01397 | SRAM-P01398 | X | | |
| D-34 | PCW's Notice of Rule 30(b)(6) Deposition of SRAM | N/A | N/A | | X | |
| D-35 | Defendant Princeton Carbon Works Inc.'s Notice of Deposition of Brian Gause | N/A | N/A | | X | |
| D-36 | 2021-09-07 SRAM's Answers to Princeton Carbon Works' First Set of Interrogatories (Nos. 1-17) | N/A | N/A | X | | Duplicate of D-5 |
| D-37 | License Agreement | SRAM-P01393 | SRAM-P01395 | X | | Duplicate of D-29 |
| D-38 | E-mail string ending 9/14/18 from Gause to Chen | SRAM-P06632 | SRAM-P06635 | X | | |
| D-39 | U.S. Patent 6,991,298 | SRAM-P07389 | SRAM-P07409 | | X | |
| D-40 | U.S. Patent 7,114,785 | SRAM-P07583 | SRAM-P07604 | | X | |
| D-41 | U.S. Patent 9,656,516 | SRAM-P07640 | SRAM-P07650 | | X | |
| D-42 | E-mail chain dated 8-24-11 | SRAM-P05814 | SRAM-P05816 | X | | |
| D-43 | E-mail dated 9-22-11 | SRAM-P05817 | SRAM-P05817 | X | | |
| D-44 | U.S. Patent 7,464,994 | SRAM-P05818 | SRAM-P05833 | | X | |
| D-45 | E-mail chain, top e-mail dated 2-16-12 | SRAM-P05854 | SRAM-P05855 | X | | |

SRAM, LLC v. Princeton Carbon Works Inc.
Case No. 9:21-cv-80581-RKA
Defendant's Exhibit List with Plaintiff's Objections

| Exhibit No. | Document Description | BegBates | EndBates | Expects to Use | May Use | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D-46 | Document entitled "Wavo Wheels, 1-15-13, Dimitris Katsanis" | SRAM-P05903 | SRAM-P05907 | X | | |
| D-47 | E-mail re Wavo wheels dated 2-14-13 | SRAM-P05881 | SRAM-P05881 | X | | |
| D-48 | Document entitled "Bicycle Wheel, A New Approach" | SRAM-P05882 | SRAM-P05902 | X | | |
| D-49 | E-mail chain re: WT trip dated 2-14-2013 | SRAM-P05914 | SRAM-P05917 | X | | |
| D-50 | E-mail chain re: can we have data for Dimitris by tomorrow? dated 3-4-13 | SRAM-P05923 | SRAM-P05923 | X | | |
| D-51 | Excel spreadsheet | SRAM-P05924 | SRAM-P05924 | X | | |
| D-52 | Excel spreadsheet | SRAM-P05925 | SRAM-P05925 | X | | |
| D-53 | E-mail dated 3-6-13 | SRAM-P05926 | SRAM-P05926 | X | | |
| D-54 | Series of graphs, top graph titled "404 Depth Wheel Study" | SRAM-P05927 | SRAM-P05934 | X | | |
| D-55 | E-mail chain, top e-mail dated 3-7-13 | SRAM-P05938 | SRAM-P05939 | X | | |
| D-56 | E-mail chain dated 3-6-13 | SRAM-P05935 | SRAM-P05935 | X | | |
| D-57 | E-mail chain dated 3-7-13 | SRAM-P05951 | SRAM-P05951 | X | | |
| D-58 | E-mail chain, top e-mail dated 4-2-13 | SRAM-P05977 | SRAM-P05979 | X | | |
| D-59 | E-mail chain, top e-mail dated 6-4-13 | SRAM-P05986 | SRAM-P05988 | X | | |
| D-60 | E-mail chain, top e-mail dated 7-18-13 | SRAM-P05995 | SRAM-P05998 | X | | |
| D-61 | E-mail chain dated 7-22-13 | SRAM-P05999 | SRAM-P06000 | X | | |
| D-62 | CFD case for SideWave | SRAM-P06001 | SRAM-P06006 | X | | |
| D-63 | E-mail chain, top e-mail dated 7-29-13 | SRAM-P06010 | SRAM-P06012 | X | | |
| D-64 | E-mail chain, top e-mail dated 8-8-13 | SRAM-P06017 | SRAM-P06022 | X | | |
| D-65 | E-mail chain | SRAM-P06023 | SRAM-P06030 | X | | |
| D-66 | Defendant Princeton Carbon Works Inc.'s Notice of Deposition of Michael Hall | N/A | N/A | | X | |
| D-67 | Defendant Princeton Carbon Works Inc.'s Notice of Rule 30(b)(6) Deposition of SRAM, LLC. | N/A | N/A | | X | Duplicate of D-34 |
| D-68 | U.S. Patent 9,950,561 | SRAM-P07674 | SRAM-P07695 | X | | Duplicate of D-23 |
| D-69 | Plaintiff SRAM, LLC's Answers and Objections to Defendant Princeton Carbon Works Inc.'s First Set of Interrogatories | N/A | N/A | X | | Duplicate of D-5 |
| D-70 | Email chain February-March 2016 | SRAM-P06078 | SRAM-P06080 | X | | |
| D-71 | Email chain February, May and June 2018 | SRAM-P06308 | SRAM-P06310 | X | | |
| D-72 | Email September 4, 2018 | SRAM-P06332 | SRAM-P06332 | X | | |
| D-73 | ARC Wind Tunnel Test, August 22-24, 2018 | SRAM-P06333 | SRAM-P06333 | X | | |

SRAM, LLC v. Princeton Carbon Works Inc.
Case No. 9:21-cv-80581-RKA
Defendant's Exhibit List with Plaintiff's Objections

| Exhibit No. | Document Description | BegBates | EndBates | Expects to Use | May Use | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D-74 | Curriculum Vitae Dimitris Katsanis | N/A | N/A | | X | |
| D-75 | E-mail Subject: Re: Wheels | DKATSANIS_000238 | DKATSANIS_0002339 | X | | |
| D-76 | E-mail Subject: Wheels | DKATSANIS_000300 | DKATSANIS_0003000 | X | | |
| D-77 | Summary A New Approach for a Wheel Dimitris Katsanis Eurobike 2011 | DKATSANIS_000270 | DKATSANIS_0002884 | X | | |
| D-78 | Confidentiality Agreement | DKATSANIS_000637 | DKATSANIS_0006637 | | X | |
| D-79 | Screenshot | DKATSANIS_000642 | DKATSANIS_0006642 | | X | |
| D-80 | PowerPoint Bicycle Wheel A New Approach Dimitris Katsanis | DKATSANIS_000850 | DKATSANIS_0008871 | X | | |
| D-81 | Meeting dated 26th September 2012 Proposed Agenda | DKATSANIS_000872 | DKATSANIS_0008872 | X | | |
| D-82 | E-mail Subject: RE: Wavo wheels results | SRAM-P05953 | SRAM-P05954 | X | | |
| D-83 | E-mail Subject: Re: Wavo wheels | SRAM-P05975 | SRAM-P05976 | X | | |
| D-84 | E-mail Subject: RE: Wavo Wheels Project | SRAM-P05983 | SRAM-P05984 | X | | |
| D-85 | E-mail Subject: RE: Wavo wheel | SRAM-P06017 | SRAM-P06022 | X | | Duplicate of D-64 |
| D-86 | E-mail Subject: RE: Wave-O Wheel | SRAM-P06078 | SRAM-P06080 | X | | Duplicate of D-70 |
| D-87 | E-mail Subject: RE: Wavo Wheel | SRAM-P06083 | SRAM-P06086 | X | | |
| D-88 | License Agreement | SRAM-P01393 | SRAM-P01395 | X | | Duplicate of D-29 |
| D-89 | E-mail Subject: RE: Princeton CarbonWorks | SRAM-P06526 | SRAM-P06527 | X | | |
| D-90 | Defendant Princeton CarbonWorks Inc.'s Notice of Rule 30(b)(6) Deposition of SRAM, LLC. | N/A | N/A | | X | Duplicate of D-34 |
| D-91 | Excel spreadsheet 026, April 2021 Aftermarket Lead Time Estimates | SRAM-P08005 | SRAM-P08005 | X | | |
| D-92 | Excel spreadsheet 001, SRAM Revenue Costs Gross Profits and Volumes by Model | SRAM-P05760 | SRAM-P05760 | X | | |
| D-93 | Excel spreadsheet 002, Sawtooth Wheel FGs | SRAM-P01407 | SRAM-P01407 | X | | |
| D-94 | Excel spreadsheet 005, Metron Q2 2021 royalty | SRAM-P01450 | SRAM-P01450 | X | | |
| D-95 | Printout from SRAM website | PCW_0013035 | PCW_0013038 | X | | |
| D-96 | Printout from SRAM website | PCW_0013020 | PCW_0013031 | X | | |
| D-97 | Email chain April 2014 | SRAM-P06035 | SRAM-P06037 | X | | |
| D-98 | Email chain, June 1, 2018 | SRAM-P06301 | SRAM-P06301 | X | | |

SRAM, LLC v. Princeton Carbon Works Inc.
Case No. 9:21-cv-80581-RKA
Defendant's Exhibit List with Plaintiff's Objections

| Exhibit No. | Document Description | BegBates | EndBates | Expects to Use | May Use | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D-99 | Email chain, June 2018 | SRAM-P07065 | SRAM-P07067 | X | | |
| D-100 | Email chain, June 2018 | SRAM-P07061 | SRAM-P07064 | X | | |
| D-101 | Email March 25, 2019 | SRAM-P06511 | SRAM-P06511 | X | | |
| D-102 | PowerPoint presentation "Zipp Wheel Finder," April 14, 2020 | SRAM-P07914 | SRAM-P07929 | X | | |
| D-103 | Handwritten notes | N/A | N/A | | X | Assuming Fowler Ex. 14, no objections |
| D-104 | Chart Zipp MY21 Road Wheels | SRAM-P07932 | SRAM-P07935 | X | | |
| D-105 | Excel spreadsheet, Wheel Share 2021_December | SRAM-P07913 | SRAM-P07913 | X | | |
| D-106 | Excel spreadsheet, Wheel Share Model - MY20_November | SRAM-P07868 | SRAM-P07868 | X | | |
| D-107 | Email September 4, 2018 | SRAM-P06332 | SRAM-P06332 | X | | Duplicate of D-72 |
| D-108 | ARC Wind Tunnel Test, August 22-24, 2018 | SRAM-P06333 | SRAM-P06365 | X | | Duplicate of D-73 |
| D-109 | Printout from DT Swiss website | PCW_0013000 | PCW_0013019 | X | | |
| D-110 | Defendant Princeton CarbonWorks Inc.'s Notice of Rule 30(b)(6) Deposition of SRAM, LLC. | N/A | N/A | | X | Duplicate of D-34 |
| D-111 | Chart of Wesling 30(b)(6) Topics | N/A | N/A | | X | |
| D-112 | Declaration of Kevin Wesling in the case Fox Factory, Inc. vs SRAM, LLC and Sandleford Limited | N/A | N/A | X | | |
| D-113 | United States Patent No. 9,610,800 | SRAM-P00001 | SRAM-P00024 | X | | Duplicate of D-3 |
| D-114 | United States Patent No. 10,611,188 | SRAM-P00025 | SRAM-P00048 | X | | Duplicate of D-1 |
| D-115 | E-mail(s) re: Wavo Wheel [4020/4158A] | SRAM-P06109 | SRAM-P06118 | X | | Duplicate of D-30 |
| D-116 | E-mail(s) re: Wheels | SRAM-P05812 | SRAM-P05813 | X | | |
| D-117 | Plaintiff SRAM, LLC's Answers and Objections to Defendant Princeton CarbonWorks, Inc.'s First Set of Interrogatories | N/A | N/A | X | | Duplicate of D-5 |
| D-118 | E-mail(s) re: possible prior art on serrated rim design | SRAM-P05817 | SRAM-P05817 | X | | Duplicate of D-43 |
| D-119 | United States Patent No. 7,464,994 | SRAM-P05818 | SRAM-P05833 | X | | Duplicate of D-44 |
| D-120 | E-mail(s) re: WT trip | SRAM-P05910 | SRAM-P05913 | X | | |
| D-121 | E-mail(s) re: Update | SRAM-P05995 | SRAM-P05998 | X | | Duplicate of D-60 |
| D-122 | United States Patent No. 9,950,561 | SRAM-P07674 | SRAM-P07695 | X | | Duplicate of D-23 |
| D-123 | E-mail(s) re: Wave-O Wheel | SRAM-P06078 | SRAM-P06080 | X | | Duplicate of D-70 |
| D-124 | License Agreement between Metron IP Limited and SRAM, LLC | SRAM-P01393 | SRAM-P01395 | X | | Duplicate of D-29 |

SRAM, LLC v. Princeton Carbon Works Inc.
Case No. 9:21-cv-80581-RKA
Defendant's Exhibit List with Plaintiff's Objections

| Exhibit No. | Document Description | BegBates | EndBates | Expects to Use | May Use | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D-125 | Amendment to License Agreement between Metron IP Limited and SRAM, LLC | SRAM-P01397 | SRAM-P01398 | X | | Duplicate of D-33 |
| D-126 | May 29, 2018 letter to Princeton CarbonWorks from Richard B. Walsh, Jr. re U.S. Patent No. 9,610,800 | PCW_0002411 | PCW_0002436 | X | | |
| D-127 | 7/31/2018 E-mail(s) re: Follow up | SRAM-P05772 | SRAM-P05772 | X | | |
| D-128 | Sublicense Agreement | SRAM-P01399 | SRAM-P01399 | X | | |
| D-129 | Red-lined Sublicense Agreement | SRAM-P06579 | SRAM-P06585 | X | | |
| D-130 | E-mail(s) re: Princeton CarbonWorks | SRAM-P06506 | SRAM-P06508 | X | | |
| D-131 | E-mail(s) re: Princeton CarbonWorks | SRAM-P06518 | SRAM-P06523 | X | | |
| D-132 | E-mail(s) re: Princeton CarbonWorks | SRAM-P06526 | SRAM-P06527 | X | | Duplicate of D-89 |
| D-133 | E-mail(s) re: Princeton CarbonWorks | SRAM-P06538 | SRAM-P06540 | X | | |
| D-134 | E-mail(s) re: Carbotec meeting | SRAM-P06592 | SRAM-P06593 | X | | |
| D-135 | 58 of the Best Road Bike and Gravel Bike Wheels in 2021 from road.cc | SRAM-P06663 | SRAM-P06713 | X | | |
| D-136 | 2021-11-15 PCW's Notice of Deposition of Brian Benzer | N/A | N/A | | X | |
| D-137 | 2021-11-15 PCW's Notice of Rule 30(b)(6) Deposition of SRAM | N/A | N/A | | X | Duplicate of D-34 |
| D-138 | Cease and Desist Letter from Lewis Rice to Princeton CarbonWorks | PCW_0002411 | PCW_0002436 | | X | Duplicate of D-126 |
| D-139 | Expert Report of Ronald E. Hanson, Ph.D. Regarding Invalidity of U.S. Patent Nos. 9,610,800 and 10,611,188 dated 12-14-2021 | N/A | N/A | | X | I, H, UP |
| D-140 | Expert Report of Dr. Ronald E. Hanson Regarding Non-Infringement of U.S. Patent Nos. 9,610,800 and 10,611,188 dated 12-28-2021 | N/A | N/A | | X | I, H, UP |
| D-141 | Rebuttal Expert Report of Philip Green dated 12-28-2021 | N/A | N/A | | X | I, H, UP |
| D-142 | Supplemental Expert Report of Dr. Ronald E. Hanson Regarding Non-Infringement of U.S. Patent Nos. 9,610,800 and 10,611,188 | N/A | N/A | | X | I, H, UP |
| D-143 | Engineering CAD File for PCW Wheel | PCW_0006309 | PCW_0006309 | X | | |
| D-144 | Engineering CAD File for PCW Wheel | PCW_0006310 | PCW_0006310 | X | | |
| D-145 | Engineering CAD File for PCW Wheel | PCW_0006311 | PCW_0006311 | X | | |
| D-146 | Conception Document for PCW Wheel | PCW_0012992 | PCW_0012992 | X | | |

SRAM, LLC v. Princeton Carbon Works Inc.
Case No. 9:21-cv-80581-RKA
Defendant's Exhibit List with Plaintiff's Objections

| Exhibit No. | Document Description | BegBates | EndBates | Expects to Use | May Use | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D-147 | Conception Document for PCW Wheel | PCW_0012993 | PCW_0012993 | X | | |
| D-148 | Conception Document for PCW Wheel | PCW_0012994 | PCW_0012994 | X | | |
| D-149 | Conception Document for PCW Wheel | PCW_0012995 | PCW_0012995 | X | | |
| D-150 | Conception Document for PCW Wheel | PCW_0012996 | PCW_0012996 | X | | |
| D-151 | Conception Document for PCW Wheel | PCW_0012997 | PCW_0012997 | X | | |
| D-152 | Conception Document for PCW Wheel | PCW_0012998 | PCW_0012998 | X | | |
| D-153 | Conception Document for PCW Wheel | PCW_0012999 | PCW_0012999 | X | | |
| D-154 | Greenwell et al., Aerodynamic characteristics of low-drag bicycle wheels, Aeronautical Journal, pp. 109-120 (1995) | PCW_0006468 | PCW_0006479 | X | | |
| D-155 | Easton Cycling, Defining, Measuring and Improving Aerodynamic Testing in the Bicycle Industry (2010) | PCW_0006368 | PCW_0006403 | X | | |
| D-156 | Godo et al., An Aerodynamic Study of Bicycle Wheel Performance using CFD, American Institute of Aeronautics and Astronautics (2009) | PCW_0006336 | PCW_0006353 | X | | |
| D-157 | Godo et al., A Comparative Aerodynamic Study of Commercial Bicycle Wheels using CFD, American Institute of Aeronautics and Astronautics (2010) | PCW_0006427 | PCW_0006453 | X | | |
| D-158 | Zdravkovich, Aerodynamics of bicycle wheel and frame, Journal of Wind Engineering and Industrial Aerodynamics, 40, pp. 55-70 (1992) | PCW_0006312 | PCW_0006327 | X | | |
| D-159 | Tew et al., Aerodynamics of yawed racing cycle wheels, Journal of Wind Engineering and Industrial Aerodynamics, 82, pp. 209-222 (1999) | PCW_0006354 | PCW_0006367 | X | | |
| D-160 | Johari et al., Effects of Leading-Edge Protuberances on Airfoil Performance, AIAA Journal, 45:11, pp. 2634-2642 (2007) | PCW_0006480 | PCW_0006488 | X | | |

SRAM, LLC v. Princeton Carbon Works Inc.
Case No. 9:21-cv-80581-RKA
Defendant's Exhibit List with Plaintiff's Objections

| Exhibit No. | Document Description | BegBates | EndBates | Expects to Use | May Use | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D-161 | Miklosovic et al., Leading-edge tubercles delay stall on humpback whale (Megaptera novaeangliae) flippers, Physics of Fluids, 16:5, L39-L42 (2004) | PCW_0006454 | PCW_0006458 | X | | |
| D-162 | Hansen et al., Performance Variations of Leading-Edge Tubercles for Distinct Airfoil Profiles, AIAA Journal, 49:01, pp. 185194 (2011) | PCW_0006407 | PCW_0006416 | X | | |
| D-163 | US Pat. No. 1,546,722 to Einfeldt | PCW_0006328 | PCW_0006332 | X | | |
| D-164 | Tyler Hamilton, A whale of a tale, Toronto Star, May 14, 2007 | PCW_0006333 | PCW_0006335 | X | | |
| D-165 | Duke University. Mimicking Humpback Whale Flippers May Improve Airplane Wing Design, ScienceDaily, May 13 2004 | PCW_0006404 | PCW_0006406 | X | | |
| D-166 | U.S. Patent No. 6,431,498 to Watts et al. | PCW_0006417 | PCW_0006426 | X | | |
| D-167 | Watts et al., The Influence of Passive, Leading Edge Tubercles on Wing Performance, Applied Fluids Engineering, Inc., August 2001 | PCW_0006459 | PCW_0006467 | X | | |
| D-168 | Conception document | WERNTZ-0000002 | WERNTZ-0000002 | X | | |
| D-169 | Conception document | WERNTZ-0000004 | WERNTZ-0000004 | X | | |
| D-170 | Email from Edward Pivin re SRAM Products dated 12-28-2021 | N/A | N/A | | X | |
| D-171 | DE 2020 2273 Alex | PCW_0000206 | PCW_0000219 | X | | |
| D-172 | EP 0,808,728 Dennis | PCW_0000220 | PCW_0000228 | X | | |
| D-173 | EP 1,262,334 Chen | PCW_0000229 | PCW_0000238 | X | | |
| D-174 | US 2005 0242658 Carlson | PCW_0000239 | PCW_0000253 | X | | |
| D-175 | US 2008 0054712 Urbani | PCW_0000254 | PCW_0000288 | X | | |
| D-176 | US 2009 0236902 Zibkoff | PCW_0000289 | PCW_0000303 | X | | |
| D-177 | US 6,196,638 Mizuno | PCW_0000304 | PCW_0000317 | X | | |
| D-178 | US 6,402,256 Mercat | PCW_0000318 | PCW_0000324 | X | | |
| D-179 | US 6,425,641 Herting | PCW_0000325 | PCW_0000330 | X | | |
| D-180 | US 7,083,239 Okajima | PCW_0000331 | PCW_0000353 | X | | |

SRAM, LLC v. Princeton Carbon Works Inc.
Case No. 9:21-cv-80581-RKA
Defendant's Exhibit List with Plaintiff's Objections

| Exhibit No. | Document Description | BegBates | EndBates | Expects to Use | May Use | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D-181 | US 2008 0054711 Urbani | PCW_0000354 | PCW_0000400 | X | | |
| D-182 | 09_mavic_elite.jpg | PCW_0000401 | PCW_0000401 | X | | A, R, H |
| D-183 | 3657836513_d8a2ab9c7e_o.jpg | PCW_0000402 | PCW_0000402 | X | | A, R, H |
| D-184 | Catalogue_Fulcrum_2010_Offroad | PCW_0000403 | PCW_0000428 | X | | |
| D-185 | first impressions of the shimano rs-80 wheelset - keefer madness | PCW_0000429 | PCW_0000430 | X | | |
| D-186 | KS EL 09.jfif | PCW_0000431 | PCW_0000431 | X | | A, R, H |
| D-187 | mavic 2009_ new road wheels_ footwear _ clothing - bikeradar | PCW_0000432 | PCW_0000435 | X | | |
| D-188 | Mavic_manual_tecnico_2009 | PCW_0000436 | PCW_0000486 | X | | |
| D-189 | SI-4F90A-001-ENG | PCW_0000487 | PCW_0000487 | X | | |
| D-190 | wrd10106-bj-3_3fd18edf-df93-4582-9400-9adfe1a6fb2b_800x800.jpg | PCW_0000488 | PCW_0000488 | X | | A, R, H |
| D-191 | wrd10106-bj-6_800x800.jpg | PCW_0000489 | PCW_0000489 | X | | A, R, H |
| D-192 | Physical Exhibit - PCW Wheel (Wake 6560) | N/A | N/A | X | | |
| D-193 | Physical Exhibit - PCW Wheel (Grit 4540) | N/A | N/A | X | | |
| D-194 | Physical Exhibit - PCW Wheel (Peak 4550) | N/A | N/A | X | | |
| D-195 | Video Exhibit B to Dr. Hanson's report on non-infringement (12/28/21) | N/A | N/A | X | | |
| D-196 | Video Exhibit C to Dr. Hanson's report on non-infringement (12/28/21) | N/A | N/A | X | | |
| D-197 | Video Exhibit D to Dr. Hanson's report on non-infringement (12/28/21) | N/A | N/A | X | | |
| D-198 | Metron IP Limited - SRAM as Licensee.pdf | SRAM-P01393 | SRAM-P01395 | X | | Duplicate of D-29 |
| D-199 | SKM_C364e18052413560.pdf | SRAM-P01396 | SRAM-P01396 | | | Duplicate of D-32 |
| D-200 | SKM_C364e18062713500.pdf | SRAM-P01397 | SRAM-P01398 | | X | Duplicate of D-33 |
| D-201 | Princeton Carbonworks sublicense agreement 2018-Jul draft 1.docx | SRAM-P01399 | SRAM-P01404 | | X | Duplicate of D-128 |
| D-202 | SRAM Financial Information | SRAM-P01408 | SRAM-P01449 | X | | |
| D-203 | SRAM Financial Information | SRAM-P01450 | SRAM-P01450 | X | | Duplicate of D-94 |
| D-204 | Email re Princeton CarbonWorks ICR Design for Tool Rework | PCW_0007158 | PCW_0007159 | X | | |
| D-205 | Wheel Finder _ Zipp.pdf | PCW_0010163 | PCW_0010175 | X | | |
| D-206 | Princeton CarbonWorks ICR Patent Rebuttal.gdoc | PCW_0010234 | PCW_0010239 | X | | |
| D-207 | SRAM – Metron License Agreement | SRAM-P01393 | SRAM-P01395 | X | | Duplicate of D-29 |

SRAM, LLC v. Princeton Carbon Works Inc.
Case No. 9:21-cv-80581-RKA
Defendant's Exhibit List with Plaintiff's Objections

| Exhibit No. | Document Description | BegBates | EndBates | Expects to Use | May Use | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D-208 | Amendment to SRAM – Metron License Agreement | SRAM-P01396 | SRAM-P01396 | X | | Duplicate of D-32 |
| D-209 | Amendment to SRAM – Metron License Agreement | SRAM-P01397 | SRAM-P01398 | X | | Duplicate of D-33 |
| D-210 | Proposed License Agreement between SRAM and PCW | SRAM-P01399 | SRAM-P01404 | | X | Duplicate of D-128 |
| D-211 | SRAM Financial Information | SRAM-P01408 | SRAM-P01449 | X | | Duplicate of D-202 |
| D-212 | SRAM Financial Information | SRAM-P01450 | SRAM-P01450 | X | | Duplicate of D-94 |
| D-213 | Sawtooth History by Month.xlsx | SRAM-P02092 | SRAM-P02092 | X | | |
| D-214 | SRAM Financials | SRAM-P05357 | SRAM-P05357 | X | | |
| D-215 | February 2013 - Notes and Completed Tasks | SRAM-P05445 | SRAM-P05447 | X | | |
| D-216 | Email re Meeting.. - Wave-O Rim 2.txt | SRAM-P05536 | SRAM-P05536 | X | | |
| D-217 | Wavy Wheel data Preso.pptx | SRAM-P05575 | SRAM-P05582 | X | | |
| D-218 | SRAM Testing | SRAM-P05924 | SRAM-P05924 | | X | Duplicate of D-51 |
| D-219 | SRAM Testing | SRAM-P05925 | SRAM-P05925 | | X | Duplicate of D-52 |
| D-220 | SRAM Financial Information | SRAM-P06271 | SRAM-P06275 | | X | |
| D-221 | SRAM Financial Information | SRAM-P06276 | SRAM-P06276 | | X | |
| D-222 | SRAM Financial Information | SRAM-P06277 | SRAM-P06281 | | X | |
| D-223 | SRAM Financial Information | SRAM-P06282 | SRAM-P06282 | | X | |
| D-224 | SRAM Financial Information | SRAM-P06283 | SRAM-P06287 | | X | |
| D-225 | SRAM Financial Information | SRAM-P06288 | SRAM-P06293 | | X | |
| D-226 | SRAM Testing | SRAM-P06332 | SRAM-P06332 | | X | Duplicate of D-72 |
| D-227 | SRAM Testing | SRAM-P06333 | SRAM-P06365 | | X | Duplicate of D-73 |
| D-228 | SRAM Communication with Paul Daniels | SRAM-P06528 | SRAM-P06528 | | X | |
| D-229 | SRAM Communication with Dimitris Katsanis | SRAM-P06538 | SRAM-P06540 | | X | Duplicate of D-133 |
| D-230 | SRAM Financial Information | SRAM-P06559 | SRAM-P06559 | | X | |
| D-231 | PCW Redline to SRAM's Proposed SubLicense | SRAM-P06579 | SRAM-P06585 | | X | Duplicate of D-129 |
| D-232 | Wheel Finder / Zipp | SRAM-P06645 | SRAM-P06653 | X | | |
| D-233 | Wheel Finder / Zipp | SRAM-P06654 | SRAM-P06657 | X | | |
| D-234 | 58 Best Road Bike and Gravel Bike Wheels in 2021 / road.cc | SRAM-P06663 | SRAM-P06713 | X | | Duplicate of D-135 |
| D-235 | 10 Best Road Bike Wheels for 2022 / Road Bike Action | SRAM-P06714 | SRAM-P06721 | X | | |
| D-236 | Best Triathlon Wheels / Cyclingnews | SRAM-P06789 | SRAM-P06811 | X | | |
| D-237 | Emails re Princeton Carbonworks - updated dated 6-2018 | SRAM-P06961 | SRAM-P06964 | | X | |
| D-238 | Email re Princeton Carbonworks - update dated 7-2018 | SRAM-P07046 | SRAM-P07049 | | X | |

SRAM, LLC v. Princeton Carbon Works Inc.
Case No. 9:21-cv-80581-RKA
Defendant's Exhibit List with Plaintiff's Objections

| Exhibit No. | Document Description | BegBates | EndBates | Expects to Use | May Use | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D-239 | U.S. Patent No. 452,649 - A.G. Powell | SRAM-P07366 | SRAM-P07371 | X | | |
| D-240 | U.S. Patent No. 521,385 - J.T. Mosely | SRAM-P07372 | SRAM-P07373 | X | | |
| D-241 | U.S. Patent No. 1,402,003 - P.M. Miller | SRAM-P07374 | SRAM-P07380 | X | | |
| D-242 | U.S. Patent No. 4,793,659 - Oleff et al. | SRAM-P07381 | SRAM-P07388 | X | | |
| D-243 | U.S. Patent No. 6,991,298 - Ording et al. | SRAM-P07389 | SRAM-P07409 | X | | Duplicate of D-39 |
| D-244 | U.S. Patent No. 7,029,073 - Chen | SRAM-P07410 | SRAM-P07423 | X | | |
| D-245 | U.S. Patent No. 7,140,695 - Passarotto | SRAM-P07424 | SRAM-P07440 | X | | |
| D-246 | U.S. Patent No. 8,757.733 - Smart | SRAM-P07441 | SRAM-P07473 | X | | |
| D-247 | Flow past a square-section cylinder with a wavy stagnation face - Darekar, et al. | SRAM-P07474 | SRAM-P07506 | X | | |
| D-248 | Hydrodynamic design of the humpback flipper - Fish, et al. | SRAM-P07507 | SRAM-P07517 | X | | |
| D-249 | Whalepower Wenvor Blade - Laurens E. Howle, Ph.D. | SRAM-P07518 | SRAM-P07533 | X | | |
| D-250 | Whalepower Wenvor Blade - Laurens E. Howle, Ph.D. | SRAM-P07534 | SRAM-P07549 | X | | |
| D-251 | Hydrodynamic design of the humpback flipper - Fish, et al. | SRAM-P07550 | SRAM-P07559 | X | | |
| D-252 | Effects of Leading-Edge Protuberances on Airfoil Performance - Johari et al. | SRAM-P07560 | SRAM-P07568 | X | | |
| D-253 | Leading-edge tubercles delay stall on humpback whale, D.S. Miklosovic et al. | SRAM-P07569 | SRAM-P07573 | X | | |
| D-254 | The influence of Passive, Leading Edge Tubercles on Wing Performance, Watts et al. | SRAM-P07574 | SRAM-P07582 | X | | |
| D-255 | U.S. Patent No. 7,114,785 - Ording et al. | SRAM-P07583 | SRAM-P07604 | X | | Duplicate of D-40 |
| D-256 | U.S. Patent No. 9,181,994 - Braedt | SRAM-P07605 | SRAM-P07630 | X | | |
| D-257 | U.S. Patent No. 9,216,613 - Poertner | SRAM-P07631 | SRAM-P07639 | X | | |
| D-258 | U.S. Patent No. 9,656,516 - Hall, et al. | SRAM-P07640 | SRAM-P07650 | X | | Duplicate of D-41 |
| D-259 | U.S. Patent No. 9,771,127 - Braedt | SRAM-P07651 | SRAM-P07673 | X | | |
| D-260 | U.S. Patent No. 9,950,561 - Hall et al. | SRAM-P07674 | SRAM-P07695 | X | | Duplicate of D-23 |
| D-261 | U.S. Patent No. 10,189,304 - Braedt | SRAM-P07696 | SRAM-P07716 | X | | |
| D-262 | U.S. Patent No. 10,421,316 - Braedt et al. | SRAM-P07717 | SRAM-P07740 | X | | |
| D-263 | U.S. Patent No. 10,576,781 - Hall et al. | SRAM-P07741 | SRAM-P07762 | X | | Duplicate of D-24 |
| D-264 | U.S. Patent No. 10,946,933 - Braedt | SRAM-P07763 | SRAM-P07784 | X | | |
| D-265 | U.S. Patent No. 11,192,605 - Braedt | SRAM-P07785 | SRAM-P07806 | X | | |
| D-266 | U.S. Patent Appl. No. 2018/0117829 - Brady et al. | SRAM-P07807 | SRAM-P07826 | X | | |
| D-267 | U.S. Design Patent No. D858,401 S - Hall et al. | SRAM-P07827 | SRAM-P07831 | X | | |

SRAM, LLC v. Princeton Carbon Works Inc.
Case No. 9:21-cv-80581-RKA
Defendant's Exhibit List with Plaintiff's Objections

| Exhibit No. | Document Description | BegBates | EndBates | Expects to Use | May Use | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D-268 | AM Lead Time Overview August 2020 (2).xlsx | SRAM-P07840 | SRAM-P07840 | | X | |
| D-269 | AM Lead time overview February 2019.xlsx | SRAM-P07841 | SRAM-P07841 | | X | |
| D-270 | AM Lead time overview July 2019.xlsx | SRAM-P07842 | SRAM-P07842 | | X | |
| D-271 | AM Lead time overview January '19.xlsx | SRAM-P07843 | SRAM-P07843 | | X | |
| D-272 | AM lead time January '18.xlsx | SRAM-P07844 | SRAM-P07844 | | X | |
| D-273 | AM lead time overview January 2020.xlsx | SRAM-P07845 | SRAM-P07845 | | X | |
| D-274 | AM lead time overview March 2019 (1).xlsx | SRAM-P07846 | SRAM-P07846 | | X | |
| D-275 | AM lead time overview June 2018.xlsx | SRAM-P07847 | SRAM-P07847 | | X | |
| D-276 | AM lead time overview October 2020 (1).xlsx | SRAM-P07848 | SRAM-P07848 | | X | |
| D-277 | AM lead time overview November 2020 (1).xlsx | SRAM-P07849 | SRAM-P07849 | | X | |
| D-278 | AM lead time overview September 2018.xlsx | SRAM-P07850 | SRAM-P07850 | | X | |
| D-279 | OE Lead Time Overview November 23 2020 (1).xlsx | SRAM-P07851 | SRAM-P07851 | | X | |
| D-280 | AM Lead time overview April 2018.xlsx | SRAM-P07852 | SRAM-P07852 | | X | |
| D-281 | AM Lead Time Overview August 2020.xlsx | SRAM-P07853 | SRAM-P07853 | | X | |
| D-282 | AM Lead Time Overview July V3.xlsx | SRAM-P07854 | SRAM-P07854 | | X | |
| D-283 | AM Lead time overview July V2.xlsx | SRAM-P07855 | SRAM-P07855 | | X | |
| D-284 | AM lead time overview February 2019 (1).xlsx | SRAM-P07856 | SRAM-P07856 | | X | |
| D-285 | AM lead time overview 26.20.2020 (1).xlsx | SRAM-P07857 | SRAM-P07857 | | X | |
| D-286 | AM lead time overview 26.20.2020.xlsx | SRAM-P07858 | SRAM-P07858 | | X | |
| D-287 | AM lead time overview Augustus 2020.xlsx | SRAM-P07859 | SRAM-P07859 | | X | |
| D-288 | AM lead time overview 14.12.2020.xlsx | SRAM-P07860 | SRAM-P07860 | | X | |
| D-289 | AM lead time overview April 2020.xlsx | SRAM-P07861 | SRAM-P07861 | | X | |
| D-290 | AM lead time overview May 2020.xlsx | SRAM-P07862 | SRAM-P07862 | | X | |
| D-291 | AM lead time overview May 2019.xlsx | SRAM-P07863 | SRAM-P07863 | | X | |
| D-292 | AM lead time overview October.xlsx | SRAM-P07864 | SRAM-P07864 | | X | |
| D-293 | AM lead time overview November 25, 2020.xlsx | SRAM-P07865 | SRAM-P07865 | | X | |
| D-294 | AM lead time overview October 2018.xlsx | SRAM-P07866 | SRAM-P07866 | | X | |
| D-295 | OE Lead Time Overview November 23 2020.xlsx | SRAM-P07867 | SRAM-P07867 | | X | |
| D-296 | Wheel Share Model - MY20_NOV.xlsx | SRAM-P07868 | SRAM-P07868 | X | | Duplicate of D-106 |
| D-297 | Wheel Share Model - MY20_Oct.xlsx | SRAM-P07869 | SRAM-P07869 | X | | |
| D-298 | Wheel Share Model - MY21v2.xlsx | SRAM-P07870 | SRAM-P07870 | X | | |
| D-299 | 20200512_Zipp wheelfinder logic tree.xlsx | SRAM-P07871 | SRAM-P07871 | X | | |
| D-300 | Wheel Share - MY17v2.xlsx | SRAM-P07872 | SRAM-P07872 | X | | |
| D-301 | Wheel Share 2021_July.xlsx | SRAM-P07873 | SRAM-P07873 | X | | |
| D-302 | Wheel Share - MY16v2.xlsx | SRAM-P07874 | SRAM-P07874 | X | | |

SRAM, LLC v. Princeton Carbon Works Inc.
Case No. 9:21-cv-80581-RKA
Defendant's Exhibit List with Plaintiff's Objections

| Exhibit No. | Document Description | BegBates | EndBates | Expects to Use | May Use | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D-303 | Wheel Share - Price points_MY18v2.xlsx | SRAM-P07875 | SRAM-P07875 | X | | |
| D-304 | Wheel Share - MY19v1.xlsx | SRAM-P07876 | SRAM-P07876 | X | | |
| D-305 | AM Lead Time Overview July V3 (1).xlsx | SRAM-P07877 | SRAM-P07877 | | X | |
| D-306 | AM Lead time overview January '19 (1).xlsx | SRAM-P07878 | SRAM-P07878 | | X | |
| D-307 | AM Lead Time overview March 2018.xlsx | SRAM-P07879 | SRAM-P07879 | | X | |
| D-308 | AM lead time overview 02.12.2020 (1).xlsx | SRAM-P07880 | SRAM-P07880 | | X | |
| D-309 | AM lead time overview April 2019.xlsx | SRAM-P07881 | SRAM-P07881 | | X | |
| D-310 | AM lead time overview 14.12.2020 (1).xlsx | SRAM-P07882 | SRAM-P07882 | | X | |
| D-311 | AM lead time overview March 2019.xlsx | SRAM-P07883 | SRAM-P07883 | | X | |
| D-312 | AM lead time overview March 2084.xlsx | SRAM-P07884 | SRAM-P07884 | | X | |
| D-313 | AM lead time overview November 23 2020.xlsx | SRAM-P07885 | SRAM-P07885 | | X | |
| D-314 | AM lead time overview October 2019.xlsx | SRAM-P07886 | SRAM-P07886 | | X | |
| D-315 | AM lead time overview November 2017.xlsx | SRAM-P07887 | SRAM-P07887 | | X | |
| D-316 | AM lead time overview September 14 2020.xlsx | SRAM-P07888 | SRAM-P07888 | | X | |
| D-317 | AM lead time overview September 21 2020.xlsx | SRAM-P07889 | SRAM-P07889 | | X | |
| D-318 | AM lead time overview November 25, 2020 (1).xlsx | SRAM-P07890 | SRAM-P07890 | | X | |
| D-319 | AM lead time overview December '17 (1).xlsx | SRAM-P07891 | SRAM-P07891 | | X | |
| D-320 | AM Lead Time Overview August 2020 (1).xlsx | SRAM-P07892 | SRAM-P07892 | | X | |
| D-321 | OE Lead Time Overview September 2018.xlsx | SRAM-P07893 | SRAM-P07893 | | X | |
| D-322 | AM Lead time overview December '17.xlsx | SRAM-P07894 | SRAM-P07894 | | X | |
| D-323 | AM lead time overview 02.12.2020.xlsx | SRAM-P07895 | SRAM-P07895 | | X | |
| D-324 | AM Lead time overview December '18.xlsx | SRAM-P07896 | SRAM-P07896 | | X | |
| D-325 | AM Lead time overview July 2018.xlsx | SRAM-P07897 | SRAM-P07897 | | X | |
| D-326 | AM lead time overview November 2020.xlsx | SRAM-P07898 | SRAM-P07898 | | X | |
| D-327 | AM Lead time overview May 2018.xlsx | SRAM-P07899 | SRAM-P07899 | | X | |
| D-328 | AM lead time overview August 2018.xlsx | SRAM-P07900 | SRAM-P07900 | | X | |
| D-329 | AM lead time overview September '19.xlsx | SRAM-P07901 | SRAM-P07901 | | X | |
| D-330 | AM lead time overview September 7 2020.xlsx | SRAM-P07902 | SRAM-P07902 | | X | |
| D-331 | AM lead time overview September 28 2020.xlsx | SRAM-P07903 | SRAM-P07903 | | X | |
| D-332 | AM lead time overview October 2020.xlsx | SRAM-P07904 | SRAM-P07904 | | X | |
| D-333 | AM lead time overview July 2020.xlsx | SRAM-P07905 | SRAM-P07905 | | X | |
| D-334 | AM lead time overview November 2018.xlsx | SRAM-P07906 | SRAM-P07906 | | X | |
| D-335 | AM lead time overview November 2017 (1).xlsx | SRAM-P07907 | SRAM-P07907 | | X | |
| D-336 | Wheel Share Model - MY20.xlsx | SRAM-P07908 | SRAM-P07908 | X | | |
| D-337 | Wheel Share Model - MY21v1.xlsx | SRAM-P07909 | SRAM-P07909 | X | | |

SRAM, LLC v. Princeton Carbon Works Inc.
Case No. 9:21-cv-80581-RKA
Defendant's Exhibit List with Plaintiff's Objections

| Exhibit No. | Document Description | BegBates | EndBates | Expects to Use | May Use | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D-338 | Wheel Share Model - MY21_Oct10.xlsx | SRAM-P07910 | SRAM-P07910 | X | | |
| D-339 | Wheel Share Model - MY19v2.xlsx | SRAM-P07911 | SRAM-P07911 | X | | |
| D-340 | Wheel Share - MY17v3.xlsx | SRAM-P07912 | SRAM-P07912 | X | | |
| D-341 | Wheel Share 2021_Dec.xlsx | SRAM-P07913 | SRAM-P07913 | X | | Duplicate of D-105 |
| D-342 | 20200414_Zipp wheelfinder session.pptx | SRAM-P07914 | SRAM-P07929 | X | | Duplicate of D-102 |
| D-343 | Wheel Share - MY16v1.xlsx | SRAM-P07930 | SRAM-P07930 | X | | |
| D-344 | Wheel Share - Price points_MY18v1.xlsx | SRAM-P07931 | SRAM-P07931 | X | | |
| D-345 | Zipp Matrix Overview.pptx | SRAM-P07932 | SRAM-P07935 | X | | Duplicate of D-104 |
| D-346 | AM Lead Time Overview July V3.xlsx | SRAM-P07936 | SRAM-P07936 | | X | |
| D-347 | AM Lead Time Overview July V3.xlsx | SRAM-P07937 | SRAM-P07937 | | X | |
| D-348 | AM lead time overview 02.12.2020.xlsx | SRAM-P07938 | SRAM-P07938 | | X | |
| D-349 | AM lead time overview 02.12.2020.xlsx | SRAM-P07939 | SRAM-P07939 | | X | |
| D-351 | wwwprincetoncarboncom2022-01-10t02-42-13.pdf | SRAM-P07978 | SRAM-P07981 | | X | |
| D-352 | wwwprincetoncarboncom2022-01-10t02-39-09.pdf | SRAM-P07982 | SRAM-P07986 | | X | |
| D-353 | wwwvelonewscom2022-01-10t00-05-17.pdf | SRAM-P07987 | SRAM-P07999 | | X | |
| D-354 | AM Lead Time Estimates March 29, 2021.xlsx | SRAM-P08001 | SRAM-P08001 | | X | |
| D-355 | AM Lead Time Estimates 03.02.2021.xlsx | SRAM-P08002 | SRAM-P08002 | | X | |
| D-356 | AM Lead Time Estimates 15.02.2021.xlsx | SRAM-P08003 | SRAM-P08003 | | X | |
| D-357 | AM Lead Time Estimates March 22, 2021.xlsx | SRAM-P08004 | SRAM-P08004 | | X | |
| D-358 | AM Lead Time Estimates April 20, 2021.xlsx | SRAM-P08005 | SRAM-P08005 | | X | Duplicate of D-91 |
| D-359 | AM Lead Time Estimates 13.01.2021.xlsx | SRAM-P08006 | SRAM-P08006 | | X | |
| D-360 | AM Lead Time Estimates 26.01.2021.xlsx | SRAM-P08007 | SRAM-P08007 | | X | |
| D-361 | 353 454 858 product info through 6-7-22.xlsx | SRAM-P08008 | SRAM-P08008 | | X | |
| D-362 | 353 454 858 product info through 10-22.xlsx | SRAM-P08009 | SRAM-P08009 | | X | |
| D-363 | Peak COGS - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX | PCW_0013222 | PCW_0013222 | | X | |
| D-364 | Sales--MASTER--Complete History--6-23-22 - For Production.xlsx | PCW_0013223 | PCW_0013223 | | X | |
| D-365 | COGS--Worksheet--MASTER--7-7-22.xlsx | PCW_0013224 | PCW_0013224 | | X | |
| D-366 | Pricing--Wholesale--MASTER--1-1-22.xlsx | PCW_0013225 | PCW_0013225 | | X | |
| D-367 | Sales--Master--Complete History--11-3-22.xlsx | PCW_0013226 | PCW_0013226 | | X | |
| D-368 | Compilation of Dr. Ronald E. Hanson's Test Results | N/A | N/A | X | | Reserving objections |

SRAM, LLC v. Princeton Carbon Works Inc.
Case No. 9:21-cv-80581-RKA
Defendant's Exhibit List with Plaintiff's Objections

| Exhibit No. | Document Description | BegBates | EndBates | Expects to Use | May Use | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D-369 | Appendices and Exhibits to Rebuttal Expert Report of Phil Green dated 12-28-2021 | N/A | N/A | X | | R, H |
| D-370 | Demonstratives for Dr. Ronald E. Hanson | N/A | N/A | X | | Reserving objections |
| D-371 | Demonstratives for Phil Green | N/A | N/A | X | | Reserving objections |
| D-372 | Demonstratives for Harrison Macris | N/A | N/A | X | | Reserving objections |
| D-373 | Demonstratives for Marty Crotty | N/A | N/A | X | | Reserving objections |
| D-374 | Mavic Ksyrium Wheel - Physical Exhibit | N/A | N/A | X | | A, R, H |