# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| SRAM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 9:21-cv-80581 RKA |
| | ) |
| PRINCETON CARBON WORKS INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF SRAM, LLC'S WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i), Local Rule 16.1(e)(10), and the Court's Amended Scheduling Orders (ECF Nos. 91, 147, 154, 164), Plaintiff SRAM, LLC ("SRAM" or "Plaintiff") hereby submits the following numbered, alphabetical witness list, with the actual order of witnesses to be identified in accordance with the parties' agreement as set forth in the Joint Pretrial Stipulation. SRAM has indicated which testimony it may present via deposition; however, SRAM reserves the right to call in its case in chief anyone Defendant Princeton Carbon Works Inc. ("Princeton") intends to call live. Furthermore, in light of the uncertainties surrounding the current COVID-19 pandemic and unknown and/or unavoidable travel restrictions which may be instituted in the future, SRAM reserves the right to call any of the below witnesses by zoom, with the Court's permission, or deposition should such travel restrictions prevent live appearances, and further reserves the right to call necessary rebuttal, impeachment, or foundation witnesses and to alter, amend, or supplement this witness list based on the Court's rulings on motions which are currently pending or which will be filed.

**Witnesses Plaintiff SRAM Expects to Present**

1. Brian Benzer (live), 1000 West Fulton Market, Chicago, Illinois 60607

2. Martin Crotty (by deposition), 383 Herrontown Road, Princeton, New Jersey 08450

3. Paul Daniels (by deposition), 130 Erdenheim Road, Erdenheim, Pennsylvania 19038

4. Jason Fowler (live), 5315 Walt Place, Indianapolis, Indiana 46254

5. Michael Hall (live), 5315 Walt Place, Indianapolis, Indiana 46254

6. Laurens "Lars" E. Howle, Ph.D., P.E. (live, expert witness), 7813 Dairy Ridge Road, Mebane, North Carolina 27302

7. Dimitris Katsanis (live), No. 9 Hall Drive, Beeston, Nottingham, NG94FD, United Kingdom

8. Harrison Macris (by deposition), 36 Denison Avenue, Mystic, Connecticut 06355

9. Glenn W. Perdue, MBA, CVA (live, expert witness), 555 Great Circle Road, Nashville, Tennessee 37228

10. Bradley Werntz (by deposition), 775 Major Potter Road, East Greenwich, Rhode Island 02818

**Witnesses Plaintiff SRAM May Call if the Need Arises**

1. Bob Chen (live or by deposition), No. 1598-8, Chung Shan Road, Sheng Kang District, Taichung 42943, Taiwan

2. Joshua Poertner (live or by deposition), 4531 North Meridian Street, Indianapolis, Indiana 46208

3. Kevin Wesling (live or by deposition), 1000 West Fulton Market, Chicago, Illinois 60607

4. Princeton Corporate Representative (live), Address Unknown

Dated: November 21, 2022

Respectfully submitted,

**LEWIS RICE LLC**

By: /s/ Richard B. Walsh, Jr.
    Richard B. Walsh, Jr., admitted *pro hac vice*
    Michael J. Hickey, admitted *pro hac vice*
    Edward T. Pivin, admitted *pro hac vice*
600 Washington Ave., Suite 2500
St. Louis, Missouri  63101
Telephone:  (314) 444-7600
Facsimile:  (314) 241-6056

**SHUTTS & BOWEN LLP**

By: /s/ Eric Christu
    Eric Christu
525 Okeechobee Boulevard, Suite 1100
West Palm Beach, FL  33401
Telephone:  (561) 650-8556
Facsimile:  (561) 671-5900

*Attorneys for Plaintiff SRAM, LLC*