# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| SRAM, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>PRINCETON CARBON WORKS INC.,<br><br>                      Defendant. | Case No. 9:21-cv-80581 RKA<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT'S TRIAL WITNESS LIST

Pursuant to the Court's Order dated April 22, 2022 [ECF No. 91] and Rule 16.1(e) of the Local Rules for the Southern District of Florida, Defendant Princeton Carbon Works Inc. ("Defendant" or "PCW") respectfully submits its trial witness list. PCW reserves the right to call as witnesses any person identified in Plaintiff's pretrial disclosures. PCW further reserves the right to call witnesses for purposes of rebuttal. Subject to and without waiving the foregoing rights and objections, PCW provides the following preliminary trial witness list:

| Presiding Judge:<br>Hon. Roy K. Altman | Plaintiff's Attorneys:<br>Richard B. Walsh, Jr. Esq.<br>Michael J. Hickey, Esq.<br>Edward T. Pivin, Esq.<br>Lewis Rice LLC<br>600 Washington Ave., Suite 2500<br>St. Louis, MO 63101<br><br>Eric Christu, Esq.<br>525 Okeechobee Blvd., Suite 1100<br>West Palm Beach, FL 33401 | Defendant's Attorneys:<br>James M. Wodarski, Esq.<br>Andrew H. DeVoogd, Esq.<br>Matthew S. Galica, Esq.<br>Mintz, Levin, Cohn, Ferris,<br>Glovsky & Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br><br>David S. Brafman, Esq.<br>Akerman LLP<br>777 South Flagler Drive<br>Suite 1100, West Tower<br>West Palm Beach, FL 33401 |
|---|---|---|
| TRIAL DATE: | Court Reporter: | Courtroom Deputy: |

1

| Dft No. | Live or By Deposition | Direct | Cross | Address | Description of Witness |
|---|---|---|---|---|---|
| 1 | Live | | | 36 Denison Avenue, Mystic, Connecticut 06355 | Harrison Macris (expected to be present) |
| 2 | Live | | | 383 Herrontown Road, Princeton, New Jersey 08450 | Martin Crotty (expected to be present) |
| 3 | By Deposition | | | 775 Major Potter Road, East Greenwich, Rhode Island 02818 | Bradley Werntz |
| 4 | By Deposition | | | 130 Erdenheim Road, Erdenheim, Pennsylvania 19038 | Paul Daniels |
| 5 | By Deposition | | | 4531 North Meridian Street, Indianapolis, Indiana 46208 | Josh Poertner |
| 6 | Live or by Deposition | | | 6044 Carrollton Avenue, Indianapolis, Indiana 46220 | Michael Hall |
| 7 | Potentially by Deposition | | | 27W627 Washington Avenue, Winfield, Illinois 60190 | Brian Gause |
| 8 | Potentially by Deposition | | | 436 South Hillside Avenue, Elmhurst, Illinois 60126 | Lisa Serdynski |
| 9 | Live or by Deposition | | | 5315 Walt Place, Indianapolis, Indiana 46254 | Jason Fowler |
| 10 | Live or by Deposition | | | 1000 West Fulton Market, Chicago, Illinois 60607 | Kevin Wesling |
| 11 | Live or by Deposition | | | No. 1598-8, Chung Shan Road, Sheng Kang District, Taichung 42943, Taiwan | Bob Chen |
| 12 | Live | | | 336 Watson Avenue, Oakville, Ontario, Canada | Dr. Ronald Hanson (Expert Witness) (expected to be present) |
| 13 | Live | | | 7 Wells Avenue, Newton, Massachusetts 02459 | Phil Green (Expert Witness) (expected to be present) |
| 14 | Live | | | | SRAM Corporate Representative (expected to be present) |

| Dft No. | Live or By Deposition | Direct | Cross | Address | Description of Witness |
|---|---|---|---|---|---|
| 15 | | | | | All witnesses listed on Plaintiff's witness list, including experts |
| 16 | | | | | All witnesses deposed in this matter |
| 17 | | | | | All necessary rebuttal, impeachment or foundation witnesses |

Dated: November 21, 2022

Respectfully submitted,

*/s/ David S. Brafman*
David S. Brafman (Florida Bar No. 68289)
Email: david.brafman@akerman.com
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000

*Of Counsel*

James M. Wodarski (admitted *pro hac vice*)
Andrew H. DeVoogd (admitted *pro hac vice*)
Matthew S. Galica (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Facsimile: (617) 542-2241
JWodarski@mintz.com
AHDeVoogd@mintz.com
MSGalica@mintz.com

*Counsel for Defendant Princeton Carbon Works Inc.*