# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| SRAM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 9:21-cv-80581 RKA |
| | ) |
| PRINCETON CARBON WORKS INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF SRAM, LLC'S DEPOSITION DESIGNATIONS

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(ii) and the Court's Amended Scheduling Orders ECF Nos. 91, 147, 154, 164), Plaintiff SRAM, LLC ("SRAM" or "Plaintiff") hereby submits the following trial witness deposition designations. Per discussion with SRAM's counsel, PCW will provide SRAM with additional designations or de-designations for all witnesses at least seven (7) days before January 13, 2023. PCW will also provide its counter-designations of all deposition transcripts by January 13, 2023.

**Deposition of Martin Crotty, dated January 7, 2022:**

| SRAM's Deposition Designations –<br>Martin Crotty |
|---|
| Page 8, lines 7-15 |
| Page 9, line 17 – Page 10, line 2 |
| Page 10, lines 13-18 |
| Page 11, lines 2-14 |
| Page 12, line 22 – Page 13, line 17 |
| Page 14, line 13 – Page 15, line 3 |

| SRAM's Deposition Designations – Martin Crotty |
| --- |
| Page 15, lines 16-24 |
| Page 17, lines 7-16 |
| Page 20, lines 8-10 |
| Page 20, lines 11-13 |
| Page 20, line 20 – Page 21, line 23 |
| Page 22, lines 13-18 |
| Page 23, line 5 – Page 24, line 1 |
| Page 24, line 7 – Page 25, line 4 |
| Page 25, lines 20-22 |
| Page 25, line 23 – Page 26, line 3 |
| Page 26, line 11 – Page 27, line 18 |
| Page 27, line 19 – Page 28, line 23 |
| Page 34, lines 3-14 |
| Page 35, line 24 – Page 37, line 2 |
| Page 44, lines 17-21 |
| Page 46, line 13 – Page 47, line 17 |
| Page 49, line 12 – Page 50, line 17 |
| Page 50, line 8 – Page 51, line 1 |
| Page 52, line 8 – Page 53, line 1 |
| Page 53, line 25 – Page 54, line 2 |
| Page 54, line 24 – Page 55, line 1 |
| Page 56, line 7 – Page 58, line 7 |
| Page 60, line 6 – Page 61, line 2 |

| SRAM's Deposition Designations – Martin Crotty |
|---|
| Page 61, line 20 – Page 62, line 4 |
| Page 62, line 21 – Page 63, line 2 |
| Page 66, lines 16-22 |
| Page 72, line 23 – Page 73, line 12 |
| Page 73, line 19 – Page 74, line 17 |
| Page 78, line 19 – Page 83, line 20 |
| Page 108, lines 10-19 |
| Page 109, line 10-19 |
| Page 111, line 21 – Page 112, line 16 |
| Page 114, lines 2-9 |
| Page 115, line 1 – Page 117, line 17 |
| Page 117, line 20 – Page 120, line 15 |
| Page 122, line 7 – Page 126, line 7 |
| Page 126, line 19 – Page 127, line 20 |
| Page 132, line 24 – Page 133, line 1 |
| Page 133, line 22 – Page 137, line 21 |
| Page 138, line 22 – Page 139, line 7 |
| Page 141, lines 3-11 |
| Page 141, lines 18-21 |
| Page 142, lines 3-6 |
| Page 142, line 14 – Page 143, line 4 |
| Page 143, line 9 – Page 145, line 11 |
| Page 151, line 18 – Page 152, line 19 |

| SRAM's Deposition Designations – Martin Crotty |
|---|
| Page 152, line 23 – Page 155, line 21 |
| Page 156, line 12 – Page 158, line 13 |
| Page 172, line 21 – Page 173, line 16 |
| Page 180, line 9 – Page 181, line 19 |
| Page 184, line 15 – Page 185, line 14 |
| Page 185, lines 20-23 |
| Page 186, lines 3-18 |
| Page 187, lines 2-24 |
| Page 188, lines 9-21 |
| Page 189, line 5 – Page 193, line 23 |
| Page 194, line 23 – Page 195, line 5 |
| Page 199, line 25 – Page 201, line 24 |
| Page 202, line 7 – Page 205, line 4 |
| Page 207, line 19 – Page 209, line 12 |
| Page 209, lines 18-24 |
| Page 210, lines 2-7 |
| Page 211, line 23 – Page 216, line 6 |
| Page 216, lines 9-15 |
| Page 218, line 13 – Page 219, line 3 |
| Page 221, line 18 – Page 224, line 13 |
| Page 224, line 18 – Page 227, line 4 |
| Page 227, line 7 – Page 228, line 6 |
| Page 228, line 23 – Page 230, line 4 |

| SRAM's Deposition Designations – Martin Crotty |
|---|
| Page 230, lines 9-15 |
| Page 230, lines 18-25 |

**Deposition of Paul Daniels, dated January 5, 2022:**

| SRAM's Deposition Designations – Paul Daniels |
|---|
| Page 9, lines 18-23 |
| Page 11, line 18 – Page 12, line 25 |
| Page 15, line 21 – Page 16, line 6 |
| Page 17, line 14 – Page 18, line 15 |
| Page 22, line 19 – Page 23, line 3 |
| Page 23, line 9 – Page 25, line 4 |
| Page 25, line 24 – Page 26, line 7 |
| Page 26, line 23 – Page 28, line 6 |
| Page 30, line 8 – Page 32, line 13 |
| Page 32, line 18 – Page 33, line 10 |
| Page 34, line 21 – Page 35, line 15 |
| Page 46, lines 6-25 |
| Page 47, line 17 – Page 49, line 17 |
| Page 50, line 16 – Page 51, line 20 |
| Page 51, line 23 – Page 52, line 5 |
| Page 52, lines 8-24 |

| SRAM's Deposition Designations – Paul Daniels |
|---|
| Page 58, line 7 – Page 59, line 7 |
| Page 74, line 23 – Page 75, line 4 |
| Page 77, lines 2-13 |
| Page 86, line 24 – Page 87, line 23 |
| Page 88, lines 2-14 |
| Page 88, line 20 – Page 89, line 1 |
| Page 89, line 4 – Page 90, line 6 |
| Page 90, line 9 – Page 92, line 17 |
| Page 94, lines 2-25 |
| Page 96, lines 11-16 |
| Page 97, line 6 – Page 99, line 5 |
| Page 99, line 14 – Page 100, line 15 |
| Page 100, line 19 – Page 101, line 15 |
| Page 101, line 19 – Page 102, line 23 |
| Page 103, line 18 – Page 104, line 17 |
| Page 104, lines 20-25 |
| Page 105, line 3 – Page 106, line 21 |
| Page 108, line 16 – Page 109, line 14 |
| Page 112, lines 3-18 |
| Page 112, line 21 – Page 113, line 15 |
| Page 113, lines 18-20 |
| Page 114, lines 14-15 |
| Page 115, lines 4-16 |

| SRAM's Deposition Designations – Paul Daniels |
| --- |
| Page 116, line 3 – Page 117, line 7 |
| Page 119, line 14 – Page 120, line 6 |
| Page 120, line 9 |
| Page 120, line 21 – Page 121, line 1 |
| Page 121, line 4 |
| Page 121, lines 21-25 |
| Page 122, lines 7-21 |
| Page 123, lines 19-25 |
| Page 126, line 13 – Page 129, line 3 |
| Page 130, line 5 – Page 132, line 21 |
| Page 134, line 14 – Page 138, line 21 |
| Page 138, line 22 – Page 140, line 3 |
| Page 140, lines 7-19 |
| Page 141, line 12 – Page 144, line 24 |
| Page 145, lines 16-22 |
| Page 148, line 25 – Page 150, line 17 |
| Page 151, line 13 – Page 159, line 21 |
| Page 160, line 2 – Page 162, line 21 |
| Page 171, line 25 – Page 174, line 18 |
| Page 176, line 22 – Page 177, line 21 |
| Page 180, line 10 – Page 181, line 14 |
| Page 182, line 8 – Page 183, line 24 |
| Page 184, line 4 – Page 185, line 4 |

| SRAM's Deposition Designations – Paul Daniels |
|---|
| Page 186, line 13 – Page 188, line 4 |
| Page 191, line 24 – Page 192, line 19 |
| Page 193, line 22 – Page 194, line 14 |
| Page 196, lines 5-6 |
| Page 196, line 12 – Page 199, line 16 |
| Page 203, line 17 – Page 205, line 6 |
| Page 206, line 3 – Page 208, line 5 |
| Page 208, lines 16-20 |
| Page 209, lines 8-16 |
| Page 218, lines 4-20 |
| Page 219, line 13 – Page 220, line 22 |
| Page 222, lines 7-12 |
| Page 224, lines 14-18 |
| Page 231, line 16 – Page 232, line 10 |
| Page 232, line 15 – Page 233, line 4 |
| Page 233, line 22 – Page 234, line 4 |
| Page 234, lines 7-15 |
| Page 234, line 22 – Page 235, line 11 |
| Page 238, line 9 – Page 239, line 6 |
| Page 247, line 20 – Page 248, line 19 |
| Page 248, line 25 – Page 249, line 21 |
| Page 250, lines 19-23 |
| Page 251, line 22 – Page 253, line 7 |

| SRAM's Deposition Designations – Paul Daniels |
| --- |
| Page 258, line 2 – Page 259, line 15 |
| Page 260, line 6 – Page 261, line 10 |
| Page 261, line 25 – Page 264, line 11 |
| Page 265, lines 2-19 |
| Page 266, line 13 – Page 267, line 2 |
| Page 269, line 20 – Page 270, line 9 |

**Deposition of Harrison Macris, dated January 10, 2022:**

| SRAM's Deposition Designations – Harrison Macris |
| --- |
| Page 7, line 6 – Page 8, line 2 |
| Page 9, lines 3-8 |
| Page 12, line 22 – Page 13, line 11 |
| Page 13, line 14 – Page 14, line 4 |
| Page 14, lines 5-21 |
| Page 14, line 24 – Page 15, line 7 |
| Page 16, line 16 – Page 17, line 19 |
| Page 18, lines 19-23 |
| Page 18, line 25 – Page 19, line 22 |
| Page 20, line 24 – Page 21, line 24 |
| Page 23, line 21 – Page 26, line 13 |
| Page 27, lines 3-21 |
| Page 29, lines 2-10 |
| Page 30, line 16 – Page 31, line 10 |

| SRAM's Deposition Designations – Harrison Macris |
| --- |
| Page 31, lines 12-19 |
| Page 31, line 21 |
| Page 33, lines 13-24 |
| Page 34, line 7 – Page 36, line 5 |
| Page 40, lines 2-19 |
| Page 41, line 5 – Page 42, line 2 |
| Page 42, line 18 – Page 43, line 12 |
| Page 44, line 15 – Page 45, line 5 |
| Page 45, lines 7-8 |
| Page 45, lines 14-18 |
| Page 46, line 14 – Page 47, line 16 |
| Page 48, line 20 – Page 50, line 16 |
| Page 51, lines 4-11 |
| Page 54, line 5 – Page 57, line 9 |
| Page 57, lines 17-19 |
| Page 58, line 8 – Page 59, line 4 |
| Page 60, lines 9-18 |
| Page 63, lines 13-24 |
| Page 67, lines 4-17 |
| Page 69, lines 14-21 |
| Page 70, lines 7-18 |
| Page 70, line 24 – Page 71, line 15 |
| Page 72, line 17 – Page 74, line 11 |

| SRAM's Deposition Designations – Harrison Macris |
|---|
| Page 75, line 21 – Page 76, line 19 |
| Page 76, line 21 – Page 77, line 9 |
| Page 77, line 16 – Page 78, line 19 |
| Page 85, line 25 – Page 86, line 19 |
| Page 86, line 21 |
| Page 87, lines 7-15 |
| Page 87, line 18-20 |
| Page 99, lines 7-24 |
| Page 100, line 6 – Page 101, line 11 |
| Page 101, lines 13-15 |
| Page 102, lines 17-22 |
| Page 103, lines 2-8 |
| Page 103, lines 17-20 |
| Page 105, lines 10-22 |
| Page 106, lines 9-20 |
| Page 107, lines 13-17 |
| Page 108, line 17 – Page 115, line 19 |
| Page 115, lines 24 – Page 116, line 12 |
| Page 116, line 14 – Page 117, line 12 |
| Page 117, lines 14-16 |
| Page 118, line 8 – Page 119, line 10 |
| Page 119, line 13 – Page 121, line 7 |
| Page 121, line 10 – Page 123, line 1 |

| SRAM's Deposition Designations – Harrison Macris |
|---|
| Page 123, lines 5-9 |
| Page 123, lines 12-13 |
| Page 123, line 22 – Page 124, line 2 |
| Page 124, line 3 – Page 126, line 7 |
| Page 126, line 9 – Page 129, line 3 |
| Page 129, line 7 – Page 130, line 21 |
| Page 130, line 23 – Page 131, line 12 |
| Page 132, line 12 – Page 134, line 7 |
| Page 135, lines 10-16 |
| Page 137, lines 1-6 |
| Page 137, line 9 – Page 138, line 6 |
| Page 138, line 11 – Page 140, line 17 |
| Page 146, line 6 – Page 147, line 19 |
| Page 148, lines 10-23 |
| Page 149, lines 3-17 |
| Page 149, lines 19-23 |
| Page 150, line 25 – Page 151, line 22 |
| Page 152, lines 9-25 |
| Page 153, line 4 – Page 154, line 10 |
| Page 154, lines 12-17 |
| Page 154, line 19 – Page 155, line 7 (up to "infringe") |
| Page 155, line 10 – Page 156, line 12 |
| Page 161, line 23 – Page 162, line 25 |

| SRAM's Deposition Designations – Harrison Macris |
| --- |
| Page 163, line 21 – Page 164, line 23 |
| Page 165, line 22 – Page 166, line 2 |
| Page 170, line 10 – Page 171, line 7 |
| Page 171, line 9 |
| Page 172, lines 8-12 |
| Page 178, line 21 – Page 179, line 5 |
| Page 179, line 8 – Page 180, line 18 |
| Page 180, line 21 (starting with "It has") – Page 181, line 7 |
| Page 184, line 25 – Page 185, line 7 |
| Page 185, line 10 – Page 186, line 6 |
| Page 186, lines 9-25 |
| Page 187, line 19 – Page 188, line 14 |
| Page 192, line 21 – Page 196, line 4 |
| Page 196, lines 6-13 |
| Page 196, line 14 – Page 197, line 4 |
| Page 197, lines 5-24 |
| Page 202, lines 11-13 |
| Page 202, line 15 |
| Page 205, lines 11-21 |
| Page 207, lines 2-17 |
| Page 208, lines 1-6 |
| Page 208, line 15 – Page 210, line 5 |
| Page 210, line 20 – Page 211, line 7 |

| SRAM's Deposition Designations – Harrison Macris |
|---|
| Page 211, line 22 – Page 212, line 8 |

**Deposition of Bradley Werntz, dated January 17, 2022:**

| SRAM's Deposition Designations – Bradley Werntz |
|---|
| Page 6, lines 10-12 |
| Page 6, lines 15-17 |
| Page 8, line 7 – Page 13, line 14 |
| Page 13, line 23 – Page 14, line 1 |
| Page 14, line 6 – Page 15, line 2 |
| Page 15, line 20 – Page 16, line 17 |
| Page 26, line 21 – Page 29, line 9 |
| Page 29, lines 21-23 |
| Page 30, lines 1-21 |
| Page 31, line 7 – Page 32, line 1 |
| Page 33, line 18 – Page 34, line 5 |
| Page 39, line 15 – Page 41, line 7 |
| Page 41, line 8 – Page 45, line 5 |
| Page 45, line 7 – Page 48, line 6 |
| Page 54, line 9 – Page 56, line 2 |
| Page 57, lines 1-22 |
| Page 59, lines 5-22 |
| Page 72, lines 15-24 |
| Page 74, lines 20-25 |

| SRAM's Deposition Designations – Bradley Werntz |
| --- |
| Page 108, lines 9-23 |
| Page 112, line 8 – Page 113, line 7 |
| Page 121, line 14 – Page 124, line 3 |
| Page 126, lines 9-13 |
| Page 136, line 7 – Page 140, line 15 |
| Page 140, line 20 – Page 142, line 10 |
| Page 145, line 7 – Page 147, line 22 |
| Page 165, line 15 – Page 169, line 13 |
| Page 169, line 23 (starting with "So") – Page 170, line 1 |
| Page 170, lines 3-11 |
| Page 182, line 4 – Page 183, line 24 |
| Page 184, line 14 – Page 185, line 3 |
| Page 186, line 12 – Page 187, line 14 |
| Page 187, line 19 – Page 190, line 9 |
| Page 192, line 22 – Page 194, line 13 |
| Page 195, lines 7-19 |
| Page 195, line 23 – Page 196, line 11 |
| Page 199, lines 9-23 |
| Page 205, line 10 – Page 207, line 17 |
| Page 218, lines 3-19 |

**Deposition of Joshua Poertner, dated January 5, 2022:**

| SRAM's Deposition Designations – Joshua Poertner |
| --- |
| Page 8, lines 9-14 |
| Page 17, line 25 – Page 19, line 9 |
| Page 65, lines 3-16 |
| Page 65, line 25 – Page 66, line 8 |
| Page 83, line 11 – Page 87, line 2 |
| Page 91, lines 10-15 |
| Page 130, line 15 – Page 131, line 5 |
| Page 142, line 23 – Page 145, line 14 |
| Page 145, line 16 – Page 146, line 3 |

Dated: November 21, 2022

Respectfully submitted,

**LEWIS RICE LLC**

By:   /s/ Richard B. Walsh, Jr.
       Richard B. Walsh, Jr., admitted *pro hac vice*
       Michael J. Hickey, admitted *pro hac vice*
       Edward T. Pivin, admitted *pro hac vice*
600 Washington Ave., Suite 2500
St. Louis, Missouri  63101
Telephone:  (314) 444-7600
Facsimile:  (314) 241-6056

**SHUTTS & BOWEN LLP**

By:   /s/ Eric Christu
       Eric Christu
525 Okeechobee Boulevard, Suite 1100
West Palm Beach, FL  33401
Telephone:  (561) 650-8556
Facsimile:  (561) 671-5900

*Attorneys for Plaintiff SRAM, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

|  |  |
|---|---|
| SRAM, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>PRINCETON　CARBON　WORKS<br>INC.,<br><br>　　　　　　　　　Defendant. | Case No. 9:21-cv-80581 RKA<br><br>**JURY TRIAL DEMANDED** |

<u>**DEFENDANT'S DEPOSITION COUNTER-DESIGNATIONS & OBJECTIONS**</u>

Pursuant to the Court's Order dated April 22, 2022 [ECF No. 91] and Rule 16.1(e) of the Local Rules for the Southern District of Florida, Defendant Princeton Carbon Works Inc. ("Defendant" or "PCW") respectfully submits its counter-designations and objections to Plaintiff SRAM, LLC ("SRAM" or "Plaintiff") trial witness deposition designations as follows:

PCW reserves the right to : (i) withdraw any of the counter-designations set forth below and to supplement or modify the counter-designations as required as a result of developments before or during trial; to supplement its counter-designations and introduce additional deposition or other sworn testimony as may be required for impeachment or rebuttal; (ii) modify the following counter-designations by deciding not to read or play all of the testimony being hereby designated, based upon its continuing trial preparation; and  (iii) alter, amend, withdraw, or supplement the following counter-designations based on the Court's rulings on motions which are currently pending or which will be filed.

Each of PCW's counter-designations within a particular deposition shall be deemed to apply to any and all designations within that deposition on that same issue. By making these

counter-designations, PCW in no way waives its objections as set forth below.  PCW incorporates its forthcoming Omnibus Motion *in Limine* throughout these objections as if fully set forth herein.

SRAM has designated testimony for witnesses for whom PCW has made its separate designations, including Bradley Werntz, Paul Daniels, and Josh Poertner.  For each such witness, PCW incorporates herein as counter-designations all of the designations it has previously made for that witness and reserves the right to present designated testimony for each witness for whom it has made designations without regard to the segment of the case in which that witness's testimony is presented to the jury.

PCW further objects to SRAM's use of deposition designations for witnesses whom SRAM is able to cross-examine as part of PCW's case-in-chief, specifically with respect to those witnesses whom PCW has already identified will appear live as part of its case-in-chief, namely Harrison Macris and Martin Crotty.

PCW's further specific objections and counter-designations are set forth on the attached table.

**Deposition of Martin Crotty, dated January 7, 2022:**

| SRAM's Deposition Designations – Martin Crotty | PCW's Objections – Martin Crotty | Princeton's Counter-designations – Martin Crotty |
|---|---|---|
| Page 8, lines 7-15 | | |
| Page 9, line 17 – Page 10, line 2 | | |
| Page 10, lines 13-18 | | |
| Page 11, lines 2-14 | | |
| Page 12, line 22 – Page 13, line 17 | Incomplete | Page 13, line 18 - Page 14, line 12 |

| SRAM's Deposition Designations – Martin Crotty | PCW's Objections – Martin Crotty | Princeton's Counter-designations – Martin Crotty |
|---|---|---|
| Page 14, line 13 – Page 15, line 3 | Incomplete | Page 15, line 8-15 |
| Page 15, lines 16-24 | Incomplete | Page 15, line 25 - Page 16, line 17 |
| Page 17, lines 7-16 | Incomplete | Page 18, line 6-15 |
| Page 20, lines 8-10 | Incomplete | Page 20, line 14-19 |
| Page 20, lines 11-13 | | |
| Page 20, line 20 – Page 21, line 23 | | |
| Page 22, lines 13-18 | Incomplete | Page 22, line 19 - Page 23, line 4 |
| Page 23, line 5 – Page 24, line 1 | Incomplete | Page 24, line 2-6 |
| Page 24, line 7 – Page 25, line 4 | | |
| Page 25, lines 20-22 | | |
| Page 25, line 23 – Page 26, line 3 | | |
| Page 26, line 11 – Page 27, line 18 | | |
| Page 27, line 19 – Page 28, line 23 | | |
| Page 34, lines 3-14 | | |
| Page 35, line 24 – Page 37, line 2 | Incomplete | Page 37, line 3 - Page 38, line 8 |
| Page 44, lines 17-21 | | |
| Page 46, line 13 – Page 47, line 17 | | |

| SRAM's Deposition Designations – Martin Crotty | PCW's Objections – Martin Crotty | Princeton's Counter-designations – Martin Crotty |
|---|---|---|
| Page 49, line 12 – Page 50, line 17 | | |
| Page 50, line 8 – Page 51, line 1 | | |
| Page 52, line 8 – Page 53, line 1 | Incomplete | Page 53, line 2-14 |
| Page 53, line 25 – Page 54, line 2 | | |
| Page 54, line 24 – Page 55, line 1 | | |
| Page 56, line 7 – Page 58, line 7 | Incomplete | Page 58, line 8 - Page 59, line 9 |
| Page 60, line 6 – Page 61, line 2 | Incomplete | Page 61, line 3-19 |
| Page 61, line 20 – Page 62, line 4 | Incomplete | |
| Page 62, line 21 – Page 63, line 2 | Incomplete | Page 63, line 3 - Page 64, line 18 |
| Page 66, lines 16-22 | Incomplete | Page 66, line 23 - Page 67, line 7 |
| Page 72, line 23 – Page 73, line 12 | | |
| Page 73, line 19 – Page 74, line 17 | Incomplete | Page 74, line 18 - Page 75, line 7 |
| Page 78, line 19 – Page 83, line 20 | Incomplete | Page 83, line 21 - Page 84, line 11 |
| Page 108, lines 10-19 | Incomplete | Page 108, line 20 - Page 109, line 9 |
| Page 109, line 10-19 | Incomplete | Page 109, line 20 - Page 111, line 20 |
| Page 111, line 21 – Page 112, line 16 | Incomplete | |

| SRAM's Deposition Designations – Martin Crotty | PCW's Objections – Martin Crotty | Princeton's Counter-designations – Martin Crotty |
|---|---|---|
| Page 114, lines 2-9 | | |
| Page 115, line 1 – Page 117, line 17 | Incomplete; vague | Page 117, line 18 |
| Page 117, line 20 – Page 120, line 15 | | |
| Page 122, line 7 – Page 126, line 7 | | |
| Page 126, line 19 – Page 127, line 20 | Incomplete | Page 127, line 21 - Page 128, line 20 |
| Page 132, line 24 – Page 133, line 1 | | |
| Page 133, line 22 – Page 137, line 21 | | |
| Page 138, line 22 – Page 139, line 7 | | |
| Page 141, lines 3-11 | Incomplete | Page 141, line 12-17 |
| Page 141, lines 18-21 | Incomplete | |
| Page 142, lines 3-6 | Incomplete | Page 142, line 7-10 |
| Page 142, line 14 – Page 143, line 4 | Incomplete | |
| Page 143, line 9 – Page 145, line 11 | Incomplete | Page 145, line 12 - Page 146, line 11 |
| Page 151, line 18 – Page 152, line 19 | | Page 152, line 20-21 |
| Page 152, line 23 – Page 155, line 21 | Incomplete; asked and answered; legal conclusion | Page 155, line 22 - Page 156, line 11 |
| Page 156, line 12 – Page 158, line 13 | Incomplete; legal conclusion | Page 158, line 14 - Page 159, line 8 |

| SRAM's Deposition Designations – Martin Crotty | PCW's Objections – Martin Crotty | Princeton's Counter-designations – Martin Crotty |
|---|---|---|
| Page 173, lines 1-16 | | |
| Page 180, line 9 – Page 181, line 19 | | |
| Page 184, line 15 – Page 185, line 14 | | |
| Page 185, lines 20-23 | | |
| Page 186, lines 3-18 | Incomplete; vague | Page 186, line 19 |
| Page 187, lines 2-24 | Incomplete; vague | |
| Page 188, lines 9-21 | Incomplete; vague | Page 188, line 22 - Page 189, line 4 |
| Page 189, line 5 – Page 193, line 23 | Incomplete; vague | Page 193, line 24 - Page 194, line 22 |
| Page 194, line 23 – Page 195, line 5 | Incomplete; vague | |
| Page 199, line 25 – Page 201, line 24 | | |
| Page 202, line 7 – Page 205, line 4 | | |
| Page 207, line 19 – Page 209, line 12 | Incomplete; vague; argumentative; calls for expert opinion | Page 209, line 13-16 |
| Page 209, lines 18-24 | Incomplete; vague; argumentative; calls for expert opinion | Page 209, line 25 |
| Page 210, lines 2-7 | | |
| Page 211, line 23 – Page 216, line 6 | Incomplete; compound; vague | Page 216, line 7 |
| Page 216, lines 9-15 | Incomplete; compound; vague | |
| Page 218, line 13 – Page 219, line 3 | | |

| SRAM's Deposition Designations – Martin Crotty | PCW's Objections – Martin Crotty | Princeton's Counter-designations – Martin Crotty |
|---|---|---|
| Page 221, line 18 – Page 224, line 13 | | |
| Page 224, line 7 – Page 227, line 4 | Incomplete; vague; argumentative | Page 227, line 5 |
| Page 227, line 7 – Page 228, line 6 | Incomplete; vague; argumentative | |
| Page 228, line 23 – Page 230, line 4 | | |
| Page 230, lines 9-15 | | |
| Page 230, lines 18-25 | | |

**Deposition of Paul Daniels, dated January 5, 2022:**

| SRAM's Deposition Designations – Paul Daniels | PCW's Objections – Paul Daniels | PCW's Counter-designations – Paul Daniels |
|---|---|---|
| Page 9, lines 18-23 | | |
| Page 11, line 18 – Page 12, line 25 | | |
| Page 15, line 21 – Page 16, line 6 | | |
| Page 17, line 14 – Page 18, line 15 | | |
| Page 22, line 19 – Page 23, line 3 | | |
| Page 23, line 9 – Page 25, line 4 | | |
| Page 25, line 24 – Page 26, line 7 | | |

| SRAM's Deposition Designations – Paul Daniels | PCW's Objections – Paul Daniels | PCW's Counter-designations – Paul Daniels |
|---|---|---|
| Page 26, line 23 – Page 28, line 6 | | |
| Page 30, line 8 – Page 32, line 13 | | |
| Page 32, line 18 – Page 33, line 10 | LF, LPK | Page 33, line 11-17 |
| Page 34, line 21 – Page 35, line 15 | | Page 44, line 2 - Page 45, line 1; Page 45, line 21 - Page 46, line 5 |
| Page 46, lines 6-25 | | |
| Page 47, line 17 – Page 49, line 17 | LF, LPK, H | |
| Page 50, line 16 – Page 51, line 20 | LF, LPK, H | Page 51, line 21 |
| Page 51, line 23 – Page 52, line 5 | LF, LPK | Page 52, line 6 |
| Page 52, lines 8-24 | LF, LPK | Page 52, line 25 |
| Page 58, line 7 – Page 59, line 7 | LF, LPK, NR, P | |
| Page 74, line 23 – Page 75, line 4 | H, NR, P | |
| Page 77, lines 2-13 | LF, LPK, H, NR, P | Page 77, line 14 - Page 78, line 9 |
| Page 86, line 24 – Page 87, line 23 | LF, H, NR, P, IL | Page 86, line 1-10 |
| Page 88, lines 2-14 | LF, H, NR, P | |
| Page 88, line 20 – Page 89, line 1 | LF, LPK, NR, P | Page 89, line 2 |
| Page 89, line 4 – Page 90, line 6 | LF, LPK, NR, P, H | |

| SRAM's Deposition Designations – Paul Daniels | PCW's Objections – Paul Daniels | PCW's Counter-designations – Paul Daniels |
|---|---|---|
| Page 90, line 9 – Page 92, line 17 | LF, LPK, NR, P, H | Page 93, line 6-21 |
| Page 94, lines 2-25 | LF, LPK, NR, P, H | |
| Page 96, lines 11-16 | NR, P, LPK | |
| Page 97, line 6 – Page 99, line 5 | LPK, FRE 408 | |
| Page 99, line 14 – Page 100, line 15 | LPK, FRE 408, H | |
| Page 100, line 19 – Page 101, line 15 | LPK, LF, H, FRE 408 | |
| Page 101, line 19 – Page 102, line 23 | LPK, LF, H, FRE 408 | |
| Page 103, line 18 – Page 104, line 17 | LPK, LF, H, FRE 408 | Page 104, line 18 |
| Page 104, lines 20-25 | LPK, LF, H, FRE 408 | Page 105, line 1 |
| Page 105, line 3 – Page 106, line 21 | LPK, LF, H, FRE 408 | |
| Page 108, line 16 – Page 109, line 14 | LPK, FRE 408 | Page 109, line 15-16; Page 110, line 21 - Page 112, line 1 |
| Page 112, lines 3-18 | LPK, H, FRE 408 | Page 112, 119 |
| Page 112, line 21 – Page 113, line 15 | LPK, FRE 408 | Page 113, line 22 - Page 114, line 2 |
| Page 113, lines 18-20 | LPK, LF | |
| Page 114, lines 14-15 | NR, P | |
| Page 115, lines 4-16 | NR, P | |
| Page 116, line 3 – Page 117, line 7 | H, NR, P, LPK | |

9

| SRAM's Deposition Designations – Paul Daniels | PCW's Objections – Paul Daniels | PCW's Counter-designations – Paul Daniels |
|---|---|---|
| Page 119, line 14 – Page 120, line 6 | LPK, LF, NR, P | Page 120, line 7 |
| Page 120, line 9 | LPK, LF, NR, P | Page 120, line 11-13 |
| Page 120, line 21 – Page 121, line 1 | LPK, LF, NR, P | Page 121, line 2 |
| Page 121, line 4 | LPK, LF, NR, P | |
| Page 121, lines 21-25 | LPK, LF, NR, P, H | |
| Page 122, lines 7-21 | LPK, NR, P, FRE 408 | |
| Page 123, lines 19-25 | NR, P, FRE 408, H | |
| Page 126, line 13 – Page 129, line 3 | LPK, LF, NR, P, FRE 408 | |
| Page 130, line 5 – Page 132, line 21 | LPK, LF, NR, P, FRE 408 | |
| Page 134, line 14 – Page 138, line 21 | LPK, LF, NR, P, FRE 408 | |
| Page 138, line 22 – Page 140, line 3 | LPK, LF, NR, P, FRE 408 | |
| Page 140, lines 7-19 | LPK, LF, NR, P, FRE 408 | |
| Page 141, line 12 – Page 144, line 24 | LPK, LF, NR, P, H | |
| Page 145, lines 16-22 | NR, P | |
| Page 148, line 25 – Page 150, line 17 | LPK, LF, NR, P | |
| Page 151, line 13 – Page 159, line 21 | LPK, LF, NR, P, H | |
| Page 160, line 2 – Page 162, line 21 | LPK, LF, H, FRE 408 | Page 165, line 16-19, 22-25; Page 166, line 5-15 |

| SRAM's Deposition Designations – Paul Daniels | PCW's Objections – Paul Daniels | PCW's Counter-designations – Paul Daniels |
|---|---|---|
| Page 171, line 25 – Page 174, line 18 | LPK, LF, H, NR, P | Page 175, line 3 - Page 176, line 8 |
| Page 176, line 22 – Page 177, line 21 | NR | Page 178, line 7 - Page 179, line 9 |
| Page 180, line 10 – Page 181, line 14 | LPK, LF, NR, P | |
| Page 182, line 8 – Page 183, line 24 | LPK, NR, P | Page 183, line 25 - Page 184, line 3 |
| Page 184, line 4 – Page 185, line 4 | LPK, NR, P | |
| Page 186, line 13 – Page 188, line 4 | LPK, NR, P, LC, ET | |
| Page 191, line 24 – Page 192, line 19 | NR, P | Page 192, line 20 - Page 193, line 13 |
| Page 193, line 22 – Page 194, line 14 | LPK, LF, NR, P | |
| Page 196, lines 5-6 | NR, P | |
| Page 196, line 12 – Page 199, line 16 | NR, P | |
| Page 203, line 17 – Page 205, line 6 | NR, P | Page 205, line 7-16 |
| Page 206, line 3 – Page 208, line 5 | NR, P, LPK, LF, H | |
| Page 208, lines 16-20 | LPK, LF, NR, P, H | |
| Page 209, lines 8-16 | LPK, LF, NR, P, H | |
| Page 218, lines 4-20 | NR, P | |
| Page 219, line 13 – Page 220, line 22 | LPK, LF, NR, P | |

11

| SRAM's Deposition Designations – Paul Daniels | PCW's Objections – Paul Daniels | PCW's Counter-designations – Paul Daniels |
|---|---|---|
| Page 222, lines 7-12 | LPK, NR, P | |
| Page 224, lines 14-18 | LPK, NR, P | |
| Page 231, line 16 – Page 232, line 10 | LPK, NR, P, FRE 408 | |
| Page 232, line 15 – Page 233, line 4 | LPK, NR, P | |
| Page 233, line 22 – Page 234, line 4 | LPK, LF, H, NR, P | |
| Page 234, lines 7-15 | LPK, LF, H, NR, P | Page 234, line 16-21 |
| Page 234, line 22 – Page 235, line 11 | NR, P | |
| Page 238, line 9 – Page 239, line 6 | LPK, LF, NR, P, H | |
| Page 247, line 20 – Page 248, line 19 | | |
| Page 248, line 25 – Page 249, line 21 | | |
| Page 250, lines 19-23 | | Page 250, line 24 - Page 251, line 21 |
| Page 251, line 22 – Page 253, line 7 | | |
| Page 258, line 2 – Page 259, line 15 | | |
| Page 260, line 6 – Page 261, line 10 | LPK, LF, NR, P | Page 261, line 11-23 |
| Page 261, line 25 – Page 264, line 11 | | |
| Page 265, lines 2-19 | | |

| SRAM's Deposition Designations – Paul Daniels | PCW's Objections – Paul Daniels | PCW's Counter-designations – Paul Daniels |
|---|---|---|
| Page 266, line 13 – Page 267, line 2 | | |
| Page 269, line 20 – Page 270, line 9 | | |

**Harrison Macris, dated January 10, 2022:**

| SRAM's Deposition Designations – Harrison Macris | PCW's Objections – Harrison Macris | PCW's Counter-designations – Harrison Macris |
|---|---|---|
| Page 7, line 6 – Page 8, line 2 | | |
| Page 9, lines 3-8 | | |
| Page 12, line 22 – Page 13, line 11 | Incomplete; vague | Page 13, line 12 |
| Page 13, line 14 – Page 14, line 4 | Incomplete; vague | |
| Page 14, lines 5-21 | | |
| Page 14, line 24 – Page 15, line 7 | | |
| Page 16, line 16 – Page 17, line 19 | | |
| Page 18, lines 19-23 | Incomplete; vague; calls for expert opinion | Page 18, line 24 |
| Page 18, line 25 – Page 19, line 22 | Incomplete; vague; calls for expert opinion | Page 19, line 23 - Page 20, line 9 |
| Page 20, line 24 – Page 21, line 24 | Incomplete; vague; questions misstate testimony; calls for expert opinion; compound | Page 21, line 25 - Page 23, line 20 |
| Page 23, line 21 – Page 26, line 13 | Incomplete; vague; questions misstate testimony; calls for expert opinion; compound | Page 26, line 14 - Page 27, line 2 |

| SRAM's Deposition Designations – Harrison Macris | PCW's Objections – Harrison Macris | PCW's Counter-designations – Harrison Macris |
|---|---|---|
| Page 27, lines 3-21 | Incomplete; vague; questions misstate testimony; calls for expert opinion; compound | Page 27, line 22 - Page 28, line 9 |
| Page 29, lines 2-10 | | |
| Page 30, line 16 – Page 31, line 10 | Incomplete; asked and answered | Page 31, line 11 |
| Page 31, lines 12-19 | Incomplete; asked and answered | Page 31, line 20 |
| Page 31, line 21 | | |
| Page 33, lines 13-24 | | |
| Page 34, line 7 – Page 36, line 5 | Incomplete | Page 36, lines 6-24 |
| Page 40, lines 2-19 | Incomplete | Page 40, line 20 - Page 41, line 4 |
| Page 41, line 5 – Page 42, line 2 | Incomplete | Page 42, lines 3-17 |
| Page 42, line 18 – Page 43, line 12 | | |
| Page 44, line 15 – Page 45, line 5 | Incomplete; vague; assumes facts | Page 45, line 6 |
| Page 45, lines 7-8 | Incomplete; vague; assumes facts | Page 45, line 19 - Page 46, line 13 |
| Page 45, lines 14-18 | Incomplete; assumes facts; irrelevant | |
| Page 46, line 14 – Page 47, line 16 | Incomplete; assumes facts; irrelevant | |
| Page 48, line 20 – Page 50, line 16 | | |
| Page 51, lines 4-11 | | |
| Page 54, line 5 – Page 57, line 9 | | |
| Page 57, lines 17-19 | | |

14

| SRAM's Deposition Designations – Harrison Macris | PCW's Objections – Harrison Macris | PCW's Counter-designations – Harrison Macris |
|---|---|---|
| Page 58, line 8 – Page 59, line 4 | Incomplete; argumentative | Page 59, lines 5-21 |
| Page 60, lines 9-18 | | |
| Page 63, lines 13-24 | | |
| Page 67, lines 4-17 | Incomplete; vague; asked and answered; argumentative | Page 67, line 18 - Page 69, line 13 |
| Page 69, lines 14-21 | Incomplete; vague; asked and answered; argumentative | Page 69, line 22 - Page 70, line 6 |
| Page 70, lines 7-18 | Incomplete; vague; asked and answered; argumentative | Page 70, lines 19-23 |
| Page 70, line 24 – Page 71, line 15 | Incomplete; vague; asked and answered; argumentative | Page 71, line 16 - Page 72, line 15 |
| Page 72, line 17 – Page 74, line 11 | Incomplete; vague; asked and answered; argumentative | Page 74, lines 12-21 |
| Page 75, line 21 – Page 76, line 19 | Incomplete; argumentative; assumes facts | Page 76, line 20 |
| Page 76, line 21 – Page 77, line 9 | Incomplete; argumentative; assumes facts | |
| Page 77, line 16 – Page 78, line 19 | Incomplete; argumentative; assumes facts | Page 78, lines 20-25 |
| Page 85, line 25 – Page 86, line 19 | Incomplete; asked and answered; argumentative; calls for expert opinion | Page 86, line 20 |
| Page 86, line 21 | Incomplete; asked and answered; argumentative; calls for expert opinion | Page 86, line 22 - Page 87, line 5 |
| Page 87, lines 7-15 | Incomplete; asked and answered; argumentative; calls for expert opinion | Page 87, lines 16-17 |
| Page 87, line 18-20 | Incomplete; asked and answered; argumentative; calls for expert opinion | |
| Page 99, lines 7-24 | | |

| SRAM's Deposition Designations – Harrison Macris | PCW's Objections – Harrison Macris | PCW's Counter-designations – Harrison Macris |
|---|---|---|
| Page 100, line 6 – Page 101, line 11 | Incomplete; assumes facts; irrelevant | Page 101, line 12 |
| Page 101, lines 13-15 | Incomplete; assumes facts; irrelevant | Page 101, line 17 - Page 102, line 16 |
| Page 102, lines 17-22 | Incomplete; assumes facts; irrelevant | |
| Page 103, lines 2-8 | Incomplete; assumes facts; irrelevant | Page 103, lines 9-16 |
| Page 103, lines 17-20 | Incomplete; assumes facts; irrelevant | Page 103, line 21 - Page 104, line 18 |
| Page 105, lines 10-22 | | |
| Page 106, lines 9-20 | | |
| Page 107, lines 13-17 | Incomplete | Page 107, line 18 - Page 108, line 16 |
| Page 108, line 17 – Page 115, line 19 | Incomplete; calls for legal conclusion; irrelevant; calls for expert testimony; asked and answered; question misstates testimony; argumentative | Page 115, lines 20-23 |
| Page 115, lines 24 – Page 116, line 12 | Incomplete; calls for legal conclusion; irrelevant; calls for expert testimony; asked and answered; question misstates testimony; argumentative | |
| Page 116, line 14 – Page 117, line 12 | Incomplete; calls for legal conclusion; irrelevant; calls for expert testimony; asked and answered; question misstates testimony; argumentative | Page 117, line 13 |
| Page 117, lines 14-16 | Incomplete; calls for legal conclusion; irrelevant; calls for expert testimony; asked and answered; question misstates testimony; argumentative | Page 117, line 18 - Page 118, line 7 |
| Page 118, line 8 – Page 119, line 10 | Incomplete; calls for legal conclusion; irrelevant; calls for expert testimony; asked and answered; question misstates testimony; argumentative | Page 119, lines 11-12 |

| SRAM's Deposition Designations – Harrison Macris | PCW's Objections – Harrison Macris | PCW's Counter-designations – Harrison Macris |
|---|---|---|
| Page 119, line 13 – Page 121, line 7 | Incomplete; calls for legal conclusion; irrelevant; calls for expert testimony; asked and answered; question misstates testimony; argumentative | Page 121, lines 8-9 |
| Page 121, line 10 – Page 123, line 1 | Incomplete; calls for legal conclusion; irrelevant; calls for expert testimony; asked and answered; question misstates testimony; argumentative | Page 123, lines 2-3 |
| Page 123, lines 5-9 | Incomplete; calls for legal conclusion; irrelevant; calls for expert testimony; asked and answered; question misstates testimony; argumentative | Page 123, lines 10-11 |
| Page 123, lines 12-13 | Incomplete; calls for legal conclusion; irrelevant; calls for expert testimony; asked and answered; question misstates testimony; argumentative | Pages 123, lines 15-21 |
| Page 123, line 22 – Page 124, line 2 | Incomplete; calls for legal conclusion; irrelevant; calls for expert testimony; asked and answered; question misstates testimony; argumentative | |
| Page 124, line 3 – Page 126, line 7 | Incomplete; calls for legal conclusion; irrelevant; calls for expert testimony; asked and answered; question misstates testimony; argumentative | Page 126, line 8 |
| Page 126, line 9 – Page 129, line 3 | Incomplete; calls for legal conclusion; irrelevant; calls for expert testimony; asked and answered; question misstates testimony; argumentative | Page 129, lines 4-6 |
| Page 129, line 7 – Page 130, line 21 | Incomplete; calls for legal conclusion; irrelevant; calls for expert testimony; asked and answered; question misstates testimony; argumentative | Page 130, line 22 |
| Page 130, line 23 – Page 131, line 12 | Incomplete; calls for legal conclusion; irrelevant; calls for | Page 131, line 13 - Page 132, line 10 |

| SRAM's Deposition Designations – Harrison Macris | PCW's Objections – Harrison Macris | PCW's Counter-designations – Harrison Macris |
|---|---|---|
| | expert testimony; asked and answered; question misstates testimony; argumentative | |
| Page 132, line 12 – Page 134, line 7 | Incomplete; calls for legal conclusion; irrelevant; calls for expert testimony; asked and answered; question misstates testimony; argumentative | Page 134, line 8 - Page 135, line 8 |
| Page 135, lines 10-16 | Incomplete; calls for legal conclusion; irrelevant; calls for expert testimony; asked and answered; question misstates testimony; argumentative | Page 135, line 17 - Page 136, line 25 |
| Page 137, lines 1-6 | Incomplete; calls for legal conclusion; irrelevant; calls for expert testimony; asked and answered; question misstates testimony; argumentative | |
| Page 137, line 9 – Page 138, line 6 | Incomplete; question missrepresents document | Page 138, lines 7-10 |
| Page 138, line 11 – Page 140, line 17 | Incomplete; question missrepresents document | |
| Page 146, line 6 – Page 147, line 19 | Incomplete; assumes facts; irrelevant; argumentative | Page 147, line 20 - Page 148, line 7 |
| Page 148, lines 10-23 | Incomplete; beyond the scope of 30(b)(6) designation | Page 148, line 24 - Page 149, line 1 |
| Page 149, lines 3-17 | Incomplete; beyond the scope of 30(b)(6) designation | Page 149, line 18 |
| Page 149, lines 19-23 | Incomplete; beyond the scope of 30(b)(6) designation | |
| Page 150, line 25 – Page 151, line 22 | | |
| Page 152, lines 9-25 | | |
| Page 153, line 4 – Page 154, line 10 | Incomplete; calls for speculation; assumes facts; argumentative | Page 154, line 11 |

| SRAM's Deposition Designations – Harrison Macris | PCW's Objections – Harrison Macris | PCW's Counter-designations – Harrison Macris |
|---|---|---|
| Page 154, lines 12-17 | Incomplete; calls for speculation; assumes facts; argumentative | Page 154, line 18 |
| Page 154, line 19 – Page 156, line 12 | Incomplete; improperly omits part of answer | Page 155, lines 7-9; Page 156, lines 17-24; Page 157, line 4 - Page 161, line 22 |
| Page 161, line 23 – Page 162, line 25 | Incomplete | Page 163, lines 1-16 |
| Page 163, line 21 – Page 164, line 23 | Incomplete; compound; vague; argumentative; assumes facts; misstates testimony | Page 164, line 24 - Page 165, line 21 |
| Page 165, line 22 – Page 166, line 2 | Incomplete; compound; vague; argumentative; assumes facts; misstates testimony | Page 166, line 3 - Page 168, line 23; Page 169, line 24 - Page 170, line 6 |
| Page 170, line 10 – Page 171, line 7 | Incomplete; calls for expert opinion; vague | Page 171, line 8 |
| Page 171, line 9 | Incomplete; calls for expert opinion; vague | Page 171, line 11 - Page 172, line 7 |
| Page 172, lines 8-12 | Incomplete; calls for expert opinion; vague | Page 172, lines 13-22 |
| Page 178, line 21 – Page 179, line 5 | Incomplete; calls for legal conclusion; improperly omits part of answer | Page 179, lines 6-7 |
| Page 179, line 8 – Page 181, line 7 | Incomplete; calls for legal conclusion; improperly omits part of answer | Page 180, lines 19-20; Page 181, line 8; Page 184, lines 15-22 |
| Page 184, line 25 – Page 185, line 7 | Incomplete; misstates testimony; calls for expert opinion; irrelevant | Page 185, lines 8-9 |
| Page 185, line 10 – Page 186, line 6 | Incomplete; misstates testimony; calls for expert opinion; irrelevant | Page 186, lines 7-8 |
| Page 186, lines 9-25 | Incomplete; misstates testimony; calls for expert opinion; irrelevant | Page 187, lines 1-18 |
| Page 187, line 19 – Page 188, line 14 | Incomplete; misstates testimony; calls for expert opinion; irrelevant | |

| SRAM's Deposition Designations – Harrison Macris | PCW's Objections – Harrison Macris | PCW's Counter-designations – Harrison Macris |
|---|---|---|
| Page 192, line 21 – Page 196, line 4 | Incomplete | Page 196, line 5 |
| Page 196, lines 6-13 | Incomplete | |
| Page 196, line 14 – Page 197, line 4 | | |
| Page 197, lines 5-24 | | |
| Page 202, lines 11-13 | | Page 202, line 14 |
| Page 202, line 15 | | |
| Page 205, lines 11-21 | | Page 206, lines 17-24 |
| Page 207, lines 2-17 | | |
| Page 208, lines 1-6 | Incomplete | Page 208, lines 7-14 |
| Page 208, line 15 – Page 210, line 5 | Incomplete | Page 210, lines 6-13 |
| Page 210, line 20 – Page 211, line 7 | Incomplete | Page 211, lines 8-21 |
| Page 211, line 22 – Page 212, line 8 | Incomplete | Page 212, line 15 - Page 213, line 3; Page 213, lines 9-15 |

**Bradley Werntz, dated January 17, 2022:**

| SRAM's Deposition Designations – Bradley Werntz | PCW's Objections – Bradley Werntz | PCW's Counter-designations – Bradley Werntz |
|---|---|---|
| Page 6, lines 10-12 | | |
| Page 6, lines 15-17 | | |
| Page 8, line 17 – Page 13, line 14 | | |

| SRAM's Deposition Designations – Bradley Werntz | PCW's Objections – Bradley Werntz | PCW's Counter-designations – Bradley Werntz |
|---|---|---|
| Page 25, line 12 – Page 26, line 2 | | |
| Page 26, line 5 – Page 29, line 9 | | |
| Page 29, lines 21-23 | | |
| Page 30, lines 1-15 | | |
| Page 31, line 12 – Page 32, line 1 | | |
| Page 33, line 18 – Page 34, line 5 | | |
| Page 39, line 20 – Page 41, line 7 | | |
| Page 41, line 8 – Page 45, line 5 | | |
| Page 45, line 7 – Page 48, line 6 | | Page 48, line 9-12 |
| Page 55, line 14 – Page 56, line 2 | NR, P | |
| Page 57, lines 1-22 | | |
| Page 59, lines 5-22 | | |
| Page 73, line 9 – Page 74, line 25 | | |
| Page 108, lines 9-23 | | |
| Page 112, line 13 – Page 113, line 7 | LPK, LF, NR, P | |
| Page 121, line 14 – Page 124, line 3 | | |
| Page 126, lines 9-13 | | |

| SRAM's Deposition Designations – Bradley Werntz | PCW's Objections – Bradley Werntz | PCW's Counter-designations – Bradley Werntz |
|---|---|---|
| Page 136, line 7 – Page 140, line 15 | | |
| Page 140, line 20 – Page 142, line 10 | | |
| Page 145, line 7 – Page 147, line 22 | | |
| Page 165, line 15 – Page 167, line 11 | | Page 167, line 12-24 |
| Page 170, lines 9-11 | | |
| Page 182, line 4 – Page 183, line 24 | LPK, NR | |
| Page 184, line 14 – Page 185, line 3 | LPK, NR, P | Page 185, line 4 - Page 186, line 5 |
| Page 186, line 12 – Page 187, line 14 | | |
| Page 187, line 19 – Page 190, line 9 | LPK, LF, NR, P | |
| Page 192, line 22 – Page 194, line 13 | LPK, LF, NR, P, LC, ET | |
| Page 195, lines 7-19 | LPK, LF, NR, P | |
| Page 195, line 23 – Page 196, line 11 | | |
| Page 205, line 10 – Page 207, line 17 | LPK, NR, P | |
| Page 218, lines 3-19 | LPK, P | |

**Joshua Poertner, dated January 5, 2022:**

| SRAM's Deposition Designations – Joshua Poertner | PCW's Counter-designations – Joshua Poertner | PCW's ObjectionsCounter-designations – Joshua Poertner |
|---|---|---|
| Page 8, lines 9-14 | | |
| Page 17, line 25 – Page 19, line 9 | | |
| Page 65, lines 3-16 | | |
| Page 65, line 25 – Page 66, line 8 | | |
| Page 83, line 11 – Page 87, line 2 | | |
| Page 91, lines 10-15 | | |
| Page 130, line 15 – Page 131, line 5 | | |
| Page 142, line 23 – Page 145, line 14 | | |
| Page 145, line 16 – Page 146, line 3 | | |

Unless specified, abbreviations for PCW's objections are set forth in the following table:

| LF | Lack of foundation and/or authenticity | FRE 901(b)(1) |
|---|---|---|
| NP | Not produced in discovery | FRE 803(6) |
| H | Hearsay<br>Hearsay within hearsay | FRE 802<br>FRE 805 |
| LPK | Lack of personal knowledge | FRE 602 |
| NR | Not relevant | FRE 401, 402 |
| P | Prejudicial, confusing, misleading, undue delay, wasting time, cumulative | FRE 403 |

23

| FRE 408 | Federal Rule of Evidence 408 | FRE 408 |
|---|---|---|
| A | Argument or demonstrative; not evidence | |
| MIL | Subject of Motion *In Limine* and/or *Daubert* Motion | |
| ISL | Improper submission of law | |
| IP | Improper submission of pleading | |
| IL | Illegible | |
| ID | Improper description/alteration | |
| I | Incomplete document | |
| LC | Seeks an improper legal conclusion from a lay witness | |
| ET | Seeks improper expert testimony from a lay witness | |

Dated: November 21, 2022

Respectfully submitted,

*/s/ David S. Brafman*
David S. Brafman (Florida Bar No. 68289)
Email: david.brafman@akerman.com
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000

*Of Counsel*

James M. Wodarski (admitted *pro hac vice*)
Andrew H. DeVoogd (admitted *pro hac vice*)
Matthew S. Galica (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, PC
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Facsimile: (617) 542-2241

JWodarski@mintz.com
AHDeVoogd@mintz.com
MSGalica@mintz.com

*Counsel for Defendant Princeton Carbon Works Inc.*