# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| SRAM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 9:21-cv-80581 RKA |
| | ) |
| PRINCETON CARBON WORKS INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF SRAM, LLC'S PROPOSED QUESTIONS
FOR JURY WRITTEN QUESTIONNAIRE**

Pursuant to the Court's Amended Scheduling Orders (ECF Nos. 91, 147, 154, 164), Plaintiff SRAM, LLC hereby submits the following questions to be included in the written questionnaire to be provided to prospective jurors prior to the commencement of voir dire questioning:

1. If you own a bicycle, what type (for example, road, mountain, gravel, beach bike) and brand of bicycle (for example, Trek, Schwinn, Specialized) do you own?

2. Do you know what brand of components are on your bicycle?

3. Have you ever bought a bicycle wheel separately from a bicycle?

4. If you have participated in competitive sports, in what sport(s) and at what level (high school, college, semi-professional, professional) did you participate?

5. Do you have any family members, friends, or acquaintances who are competitive cyclists or rowers?

4887-4910-2119

Dated: November 21, 2022

Respectfully submitted,

**LEWIS RICE LLC**

By:   /s/ Richard B. Walsh, Jr.
      Richard B. Walsh, Jr., admitted *pro hac vice*
      Michael J. Hickey, admitted *pro hac vice*
      Edward T. Pivin, admitted *pro hac vice*
600 Washington Ave., Suite 2500
St. Louis, Missouri  63101
Telephone:  (314) 444-7600
Facsimile:  (314) 241-6056

**SHUTTS & BOWEN LLP**

By:   /s/ Eric Christu
      Eric Christu
525 Okeechobee Boulevard, Suite 1100
West Palm Beach, FL  33401
Telephone:  (561) 650-8556
Facsimile:  (561) 671-5900

*Attorneys for Plaintiff SRAM, LLC*