# EXHIBIT 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| SRAM, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PRINCETON CARBON WORKS INC.,<br><br>　　　　　　Defendant. | Case No. 9:21-cv-80581 RKA<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT PRINCETON CARBON WORKS INC.'S PROPOSED QUESTIONS FOR *VOIR DIRE* OF PROSPECTIVE JURORS

Pursuant to Local Rule 16.1(e) and this Court's Amended Scheduling Orders (ECF Nos. 91, 147, 154, 164), Defendant Princeton Carbon Works Inc. ("Defendant" or "PCW") respectfully submits the following proposed questions for *voir dire* of prospective jurors. PCW reserves the right to amend its questions for *voir dire.*

1. Have you ever purchased or used any product from either SRAM, Zipp, or PCW? If so, what was your impression of the products and the companies making them?

2. Do you have a background in engineering or design, or have you ever been involved in any way in the engineering, design, manufacture, sale or distribution of bicycles, bicycle wheels, or any other type of consumer product? If so, what does that background or involvement include?

3. Have you ever been involved in a patent infringement claim or dispute or any other type of claim or dispute relating to the alleged theft of an idea? If so, in what way have you been involved?

4.  Is there anyone who believes that just because a lawsuit is going to trial that the defendant is probably liable for something?

5.  Do you know any of the companies, attorneys or law firms involved in this lawsuit? If so, how?

Dated: November 21, 2022

Respectfully submitted,

/s/ David S. Brafman
David S. Brafman (Florida Bar No. 68289)
Email: david.brafman@akerman.com
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000

*Of Counsel*

James M. Wodarski (admitted *pro hac vice*)
Andrew H. DeVoogd (admitted *pro hac vice*)
Matthew S. Galica (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Facsimile: (617) 542-2241
JWodarski@mintz.com
AHDeVoogd@mintz.com
MSGalica@mintz.com

*Counsel for Defendant Princeton Carbon Works Inc.*

**CERTIFICATE OF SERVICE**

On November 21, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by the Federal Rule of Civil Procedure 5(b)(2).

*/s/ David S. Brafman*
David S. Brafman (Florida Bar No. 68289)