**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-80581-CIV-ALTMAN/Reinhart**

**SRAM, LLC,**

    *Plaintiff*,

v.

**PRINCETON CARBON WORKS, INC.,**

    *Defendant*.

_____/

**ORDER ALLOWING ELECTRONICS AND OTHER EQUIPMENT**

The Plaintiff has filed a Motion to Bring Electronic and Other Equipment into the Courthouse (the "Motion") [ECF No. 194]. Being fully informed, we hereby **GRANT** the Motion. SRAM's counsel, support staff, and witnesses (Richard B. Walsh, Jr.; Michael J. Hickey; Edward T. Pivin; Eric C. Christu; Devin A. Hayes; Kristen Noll; Laura Ivory; Jason Rudd; Brian Benzer; Jason Fowler; Michael Hall; Lars Howle; Dimitris Katsanis; and Glenn Perdue) may bring the following equipment into the courthouse for use at *both* (1) the **February 7, 2023** calendar call and (2) the trial that's set for the two-week period beginning **February 13, 2023**:

(a) **electronic equipment**, including laptops, external hard drives, thumb drives, cellular phones, copiers, printers, portable wi-fi devices, and any necessary cables or power supplies for this equipment; and

(b) **physical evidence and equipment**, including bicycles, bicycle wheels, bicycle wheel spokes, bicycle stands, bicycle wheel stands, measuring devices (including calipers, rulers, radial gauges, contour gauges, and dowels), poster boards, easels, and handcarts or trolleys for carrying trial materials.

**DONE AND ORDERED** in the Southern District of Florida on January 31, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record