# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| SRAM, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 9:21-cv-80581 RKA |
| PRINCETON CARBON WORKS INC., | ) ) ) |
| Defendant. | ) |

## DECLARATION OF MICHAEL J. HICKEY

I, Michael J. Hickey, declare as follows:

1. My name is Michael J. Hickey. I am a Partner with the law firm of Lewis Rice LLC and counsel of record for SRAM, LLC ("SRAM") in the above-captioned matter. I am a member in good standing of the State Bars of Missouri and Illinois.

2. I make this declaration in support of SRAM's Memorandum in Opposition to Defendant Princeton Carbon Works, Inc.'s Omnibus Motion *In Limine*, filed concurrently herewith. I have personal knowledge of the facts set forth below, and, if called upon as a witness, I could and would testify to them under oath.

3. Attached hereto as SRAM Exhibit 1 is a true and correct copy of excerpts from Defendants' Exhibit List with Plaintiff's Objections, as of January 25, 2023.

4. Attached hereto as SRAM Exhibit 2 is a true and correct copy of excerpts from the May 12, 2022 Transcript of Zoom Status Conference Hearing Before the Honorable Roy K. Altman, United States District Judge.

5. Attached hereto as <u>SRAM Exhibit 3</u> is a true and correct copy of excerpts from the April 20, 2022 Transcript of *Markman* Hearing Before the Honorable Roy K. Altman, United States District Judge.

6. Attached hereto as <u>SRAM Exhibit 4</u> is a true and correct copy of excerpts from the January 20, 2023 Transcript of Ruling on Defendant's Renewed *Daubert* Motion Before the Honorable Roy K. Altman, United States District Judge.

7. Attached hereto as <u>SRAM Exhibit 5</u> is a true and correct copy of the January 30, 2023 supplement to Expert Report of Glenn W. Perdue.

8. Attached hereto as <u>SRAM Exhibit 6</u> is a true and correct copy of excerpts from the Expert Report of Dr. Ronald E. Hanson Regarding Non-Infringement of U.S. Patent Nos. 9,610,800 and 10,611,188, dated December 28, 2021.

9. Attached hereto as <u>SRAM Exhibit 7</u> is a true and correct copy of excerpts from the Deposition Transcript of Laurens E. Howle, Ph.D, dated March 24, 2022.

10. Attached hereto as <u>SRAM Exhibit 8</u> is a true and correct copy of excerpts from the Deposition Transcript of Harrison Macris, Corporate Designee, dated January 10, 2022.

11. Attached hereto as <u>SRAM Exhibit 9</u> is a true and correct copy of an electronic message from Harrison Macris to Dimitris Katsanis, dated March 29, 2017, marked as Plaintiff's Exhibit P-80 and Bates numbered DKATSANIS_001062.

12. Attached hereto as <u>SRAM Exhibit 10</u> is a true and correct copy of an email exchange between Harrison Macris and Dimitris Katsanis, dated March 29, 2017, marked as Plaintiff's Exhibit P-47 and Bates numbered DKATSANIS_000984-986.

13. Attached hereto as <u>SRAM Exhibit 11</u> is a true and correct copy of an email from Harrison Macris to Dimitris Katsanis, dated March 23, 2018, marked as Plaintiff's Exhibit P-22 and Bates numbered PCW_0006719.

14. Attached hereto as <u>SRAM Exhibit 12</u> is a true and correct copy of an email from Marty Crotty to Richard Furchtgott and others, dated October 17, 2017, marked as Plaintiff's Exhibit P-31 and Bates numbered PCW_0008233, together with a true and correct copy of PCT Application Number WO 2012/101444 A2, which is hyperlinked in the email.

15. On January 31, 2023, I attended a meet-and-confer call with counsel for Princeton to discuss certain of the parties' requests contained in their respective motions *in limine*. During that call, Princeton's counsel agreed to withdraw request No. 7 from Princeton's Memorandum of Law in Support of its Omnibus Motion *In Limine*, titled "To Preclude SRAM from Referring to PCW as Princeton."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2023

*/s/ Michael J. Hickey*

Michael J. Hickey
Lewis Rice LLC
600 Washington Ave., Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7600
Facsimile: (314) 241-6056
mhickey@lewisrice.com