# SRAM EXHIBIT 1

SRAM, LLC v. Princeton Carbon Works Inc.
Case No. 9:21-cv-80581-RKA
Defendant's Exhibit List with Plaintiff's Objections

| Exhibit No. | Document Description | BegBates | EndBates | Expects to Use | May Use | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D-1 | U.S. Patent No. 10,611,188 | SRAM-P 00025 | SRAM-P 00048 | X | | |
| D-2 | U.S. Patent No. 10,611,188 - File History | SRAM-P 00798 | SRAM-P 01358 | X | | |
| D-3 | U.S. Patent No. 9,610,800 | SRAM-P 00001 | SRAM-P 00024 | X | | |
| D-4 | U.S. Patent No. 9,610,800 - File History | SRAM-P 00049 | SRAM-P 00797 | X | | |
| D-5 | 2021-09-07 SRAM's Answers to Princeton Carbon Works' First Set of ROGs (Nos. 1-17) | N/A | N/A | | X | |
| D-6 | 2021-09-07 SRAM's Responses to Princeton Carbon Works' First Set of RFPs (Nos. 1-34) | N/A | N/A | | X | |
| D-7 | 2021-09-15 SRAM's Supplemental Answers to PCW's First Set of ROGs (Nos. 2, 3, 5, 10 and 14) | N/A | N/A | | X | |
| D-8 | 2021-10-15 PCW's Responses to SRAM's First Set of RFPs (Nos. 1-36) | N/A | N/A | | X | |
| D-9 | 2021-10-15 PCW's Responses to SRAM's First Set of ROGs (Nos. 1-10) (CBI) | N/A | N/A | | X | |
| D-10 | 2021-11-11 PCW's Supplemental Response to SRAM's First Set of ROGs (No. 3) (CBI) | N/A | N/A | | X | |
| D-11 | 2021-11-29 SRAM's Supp. Responses to RFPs (Nos. 1,2,4,7,12,13,18,22,25,26, and 31) | N/A | N/A | | X | |
| D-12 | 2021-12-03 SRAM's Supplemental Answers to PCW's First Set of ROGs (No. 5, 10, 12 and 13) | N/A | N/A | | X | |
| D-13 | 2021-12-13 PCW's Supplemental Response to SRAM's First Set of ROGs (Nos. 2 & 3) (CBI) | N/A | N/A | | X | |
| D-14 | 2021-12-13 PCW's Supplemental Responses to SRAM's First Set of RFPs (Nos. 1, 2, 27, and 29) | N/A | N/A | | X | |
| D-15 | 2021-12-15 SRAM's Answers to PCW's Second Set of ROGs (Nos. 18-20) | N/A | N/A | | X | |
| D-16 | 2021-12-15 SRAM's Responses to PCW's Second Set of RFPs (Nos. 35-40) | N/A | N/A | | X | |
| D-17 | 2021-12-15 SRAM's Supp. Resp. to PCW's First Set of RFPs (Nos. 4, 7, 9, 22, 23, 26, and 27) | N/A | N/A | | X | |
| D-18 | 2021-12-15 SRAM's Supp. Resp. to PCW's First Set of ROGs (Nos. 2, 3, 10, and 11) | N/A | N/A | | X | |
| D-19 | 2021-12-23 SRAM's Respone to PCWs RFAs (Nos. 1-90) | N/A | N/A | | X | |
| D-20 | 2022-01-03 PCW's Suppl. Objs. and Responses to SRAM's First Set of ROGs (Nos. 2, 3 & 9) (CBI) | N/A | N/A | | X | |

1

SRAM, LLC v. Princeton Carbon Works Inc.
Case No. 9:21-cv-80581-RKA
Defendant's Exhibit List with Plaintiff's Objections

| Exhibit No. | Document Description | BegBates | EndBates | Expects to Use | May Use | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D-531 | COGS--Master - AEO.xlsx | PCW_0000715 | PCW_0000715 | X | | |
| D-532 | Sales--Operations--10-14-21 - AEO.xlsx | PCW_0000716 | PCW_0000716 | X | | |
| D-533 | Sales--Ledger--10-14-21 - AEO.xlsx | PCW_0000717 | PCW_0000717 | X | | |
| D-534 | Legal--SRAM to PCW--Proposed Royalty--July 2018 | PCW_0000834 | PCW_0000839 | X | | |
| D-535 | 10,611,188 - File History | PCW_0000855 | PCW_0001415 | | X | |
| D-536 | 9,610,800 - File History | PCW_0001554 | PCW_0002302 | | X | |
| D-537 | Exhibit 1005 - 10,611,188 - File History | PCW_0002598 | PCW_0003158 | | X | |
| D-538 | Exhibit 1004 - 9,610,800 - File History | PCW_0003581 | PCW_0004329 | X | | |
| D-539 | Exhibit 1029 - Order Setting Trial and Pre-Trial Schedule | PCW_0004330 | PCW_0004334 | X | | |
| D-540 | 2021-10-28 (00082) Paper 03 - Notice of Filing Date Accorded to Petition | PCW_0004339 | PCW_0004344 | X | | |
| D-541 | 2021-10-21 (00082) Paper 01 - Petition for Inter Partes Review ('188) | PCW_0004345 | PCW_0004443 | X | | |
| D-542 | Exhibit 1005 - 10,611,188 - File History | PCW_0004469 | PCW_0005029 | X | | |
| D-543 | Exhibit 1004 - 9,610,800 - File History | PCW_0005446 | PCW_0006194 | X | | |
| D-544 | 2021-10-21 (00078) Paper 01 - Petition for Inter Partes Review ('800) | PCW_0006200 | PCW_0006298 | X | | |
| D-545 | Re: Wind Tunnel Data Confidencial!!! | PCW_0007352 | PCW_0007353 | | X | |
| D-546 | INEOSwheels110819B | PCW_0007354 | PCW_0007399 | | X | |
| D-547 | Fwd: Marginal Gains | PCW_0007691 | PCW_0007691 | | X | |
| D-548 | Grams of Drag vs Yaw, 6560 2017, 6560 2018, 6560 2020 | PCW_0007692 | PCW_0007692 | | X | |
| D-549 | Wake 6560 Hub Choice | PCW_0008486 | PCW_0008486 | | X | |
| D-550 | Princeton CarbonWorks Data | PCW_0008908 | PCW_0008908 | | X | |
| D-551 | Testing--LA Velo--Cam Wurf--1-21-19--Final | PCW_0008909 | PCW_0008909 | | X | |
| D-552 | Testing--A2--2017--One Pager | PCW_0008910 | PCW_0008910 | | X | |
| D-553 | Re: WAKE 6560 - Custom Wheel - Vancouver | PCW_0008938 | PCW_0008942 | | X | |
| D-554 | Re: Custom Order of GRIT 4540s | PCW_0008943 | PCW_0008947 | | X | |
| D-555 | Re: Wake 6560 info | PCW_0008948 | PCW_0008955 | | X | |
| D-556 | Re: Princeton Wake6560 | PCW_0008956 | PCW_0008960 | | X | |
| D-557 | Re: ultimate climbing wheel - Peak 4550? | PCW_0008961 | PCW_0008964 | | X | |
| D-558 | Re: Custom Wheel Inquiry..... | PCW_0008965 | PCW_0008975 | | X | |
| D-559 | Re: Wheels for my Cannondale CAAD X | PCW_0008976 | PCW_0008978 | | X | |
| D-560 | Re: 4550 Carbon ti hubs and normal black stealth graphic | PCW_0008979 | PCW_0008980 | | X | |