# SRAM EXHIBIT 5
# (To be filed under seal)