# SRAM EXHIBIT 6

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| SRAM, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>PRINCETON CARBON WORKS INC.,<br><br>              Defendant. | Case No. 9:21-cv-80581 RKA<br><br>**JURY TRIAL DEMANDED** |

**EXPERT REPORT OF DR. RONALD E. HANSON REGARDING
NON-INFRINGEMENT OF U.S. PATENT NOS. 9,610,800 AND 10,611,188**

_____

Ronald E. Hanson, Ph.D.
Executed on December 28, 2021

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## VIII. BACKGROUND OF THE ASSERTED PATENTS

52. The Asserted Patents explain that conventional bicycle wheel rims suffer aerodynamic problems, such as "a large amount of drag on the wheel, reducing the speed of the bicycle." ('800 Patent, 1:22-25).[2]

53. To increase aerodynamic performance of a wheel, the Asserted Patents disclose using "leading and/or trailing edges of the rim, and/or one or more of the spokes, with an undulating configuration." ('800 Patent, 1:38-41).

54. The Asserted Patents disclose several different embodiments of wheels incorporating the undulating configuration. A first embodiment is shown in Figure 1, below, in which a bicycle wheel 1 has a tire 6, an annular rim 2, elongate spokes 3, and a central hub 4. The rim 2 has a radially inner surface 5 and side surfaces 7, 8, and the inner surface 5 "defines the inner periphery of the rim 2, i.e. it faces inwardly, towards the central hub 4." ('800 Patent, 7:49-57).



55. The Asserted Patents explain that "[t]he inner surface 5 of the rim 2 defines a plurality of elevations," including support elevations 9 that each "connects to a spoke 3." ('800 Patent, 8:22-26).

---

[2] Because the '800 Patent and the '188 Patent include the same specification and the '188 Patent is a continuation of the '800 Patent, I cite only to the '800 Patent (SRAM-P 00001) for ease of reference. However, the citations apply equally to the '188 Patent (SRAM-P 00025).