# SRAM EXHIBIT 7



# Transcript of Laurens E. Howle, Ph.D.

**Date:** March 24, 2022
**Case:** SRAM, LLC -v- Princeton Carbon Works Inc.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

Transcript of Laurens E. Howle, Ph.D.
Conducted on March 24, 2022

27

| | | |
|---|---|---|
| 1 | conclusion? | 09:34:24 |
| 2 | Q  Well, let me back up. | 09:34:26 |
| 3 | I'm asking if that was Mr. Katsanis' | 09:34:40 |
| 4 | conclusion. | 09:34:44 |
| 5 | A  I see.  Thank you for the clarification. | 09:34:44 |
| 6 | Yes.  That was discussed in his patent. | 09:34:47 |
| 7 | Q  I'm going to introduce another exhibit in | 09:35:21 |
| 8 | the chat.  Let me know when you've downloaded it | 09:35:23 |
| 9 | or if you have any issues downloading it. | 09:35:27 |
| 10 | (A certain document was marked Howle | 09:35:29 |
| 11 | Deposition Exhibit 2 for identification, | |
| 12 | as of 03/24/2022.) | 09:35:45 |
| 13 | BY THE WITNESS: | 09:35:45 |
| 14 | A  Okay.  I have downloaded that document | 09:35:46 |
| 15 | now. | 09:35:48 |
| 16 | BY MR. GALICA: | 09:35:48 |
| 17 | Q  Do you recognize this document? | 09:35:50 |
| 18 | A  Yes. | 09:35:52 |
| 19 | Q  What is it? | 09:35:58 |
| 20 | A  It's the document that we've agreed to | 09:36:00 |
| 21 | call the '800 patent issued to Mr. Katsanis. | 09:36:03 |
| 22 | Q  If you can go down.  It's PDF Page 14. | 09:36:16 |
| 23 | It's Figure 12. | 09:36:19 |
| 24 | A  Figure 12, that's the figure with the four | 09:36:46 |
| 25 | different wheels labeled A, B, C, D. | 09:36:50 |

Transcript of Laurens E. Howle, Ph.D.
Conducted on March 24, 2022
28

| | | |
|---|---|---|
| 1 | Q Yes. | 09:36:52 |
| 2 | A Yes, sir. | 09:36:53 |
| 3 | Q You agree that these are side views of two | 09:36:53 |
| 4 | conventional wheels and then two wheels according | 09:36:56 |
| 5 | to the invention? | 09:36:59 |
| 6 | A Yes, I would agree with that. | 09:37:04 |
| 7 | Q And just for clarification, wheel A would | 09:37:06 |
| 8 | be a conventional wheel; is that correct? | 09:37:10 |
| 9 | A Yes. | 09:37:19 |
| 10 | Q Wheel B would be a wheel according to the | 09:37:19 |
| 11 | invention, correct? | 09:37:21 |
| 12 | A An embodiment of the invention, yes. | 09:37:26 |
| 13 | Q And that's the rim with the variable | 09:37:29 |
| 14 | depth, correct? | 09:37:32 |
| 15 | A B, yes. | 09:37:37 |
| 16 | Q And then C, wheel C, is also a wheel | 09:37:37 |
| 17 | according to the invention; is that correct? | 09:37:40 |
| 18 | A It's a different embodiment than B, yes, | 09:37:43 |
| 19 | that's correct. | 09:37:46 |
| 20 | Q But it's also a rim with a variable depth, | 09:37:47 |
| 21 | correct? | 09:37:50 |
| 22 | A Yes, that's correct. | 09:37:52 |
| 23 | Q And then rounding it out, wheel D is a | 09:37:54 |
| 24 | conventional wheel; is that correct? | 09:37:58 |
| 25 | A Insofar that it has an inner radius that's | 09:38:07 |

Transcript of Laurens E. Howle, Ph.D.
Conducted on March 24, 2022

34

| | | |
|---|---|---|
| 1 | A   Side view, yes, that's correct. | 09:50:03 |
| 2 | Q   And you'd agree that the item designated | 09:50:11 |
| 3 | in the figure as No. 4 is the hub, correct? | 09:50:19 |
| 4 | A   Certainly just looking at this, there is a | 09:50:34 |
| 5 | call-out four that goes toward the splinter of the | 09:50:37 |
| 6 | wheel.  But without having the patent open and | 09:50:44 |
| 7 | looking at their various -- how they label those | 09:50:46 |
| 8 | call-outs, I cannot speak to the patent at this | 09:50:50 |
| 9 | moment just because I don't have that open, but I | 09:50:54 |
| 10 | would say that four points to what many people | 09:50:56 |
| 11 | would consider to be a hub. | 09:51:02 |
| 12 | Q   And I was trying to avoid bouncing back | 09:51:08 |
| 13 | and forth between the documents, but if it's | 09:51:12 |
| 14 | easier, we can turn back to Exhibit 2, the '800 | 09:51:15 |
| 15 | patent.  Let me know when you have that document | 09:51:19 |
| 16 | open. | 09:51:32 |
| 17 | A   Okay.  I'm looking at Figure 1 now from | 09:51:37 |
| 18 | the '800 patent. | 09:51:40 |
| 19 | Q   And you would agree that's the figure we | 09:51:41 |
| 20 | were just looking at in your report? | 09:51:45 |
| 21 | A   Yes. | 09:51:47 |
| 22 | Q   I'll turn your attention to -- it's | 09:51:50 |
| 23 | Column 7, Line 13.  If you'll let me know when you | 09:51:54 |
| 24 | get there. | 09:52:04 |
| 25 | A   Yes, sir.  Bear with me one second.  Let | 09:52:04 |

| | | |
|---|---|---|
| 1 | me -- Mr. Galica, you said Line 13 in Column 7? | 09:52:15 |
| 2 | Q  Yes. | 09:52:20 |
| 3 | A  Okay.  Yes, I see that. | 09:52:21 |
| 4 | Q  And it states Figure 1 is a side view of | 09:52:25 |
| 5 | first embodiment of a wheel according to the | 09:52:28 |
| 6 | invention. | 09:52:30 |
| 7 | You agree with that? | 09:52:31 |
| 8 | A  I agree with that, yes. | 09:52:32 |
| 9 | Q  And then we can go further down in | 09:52:34 |
| 10 | Column 7, Line 49.  It's the beginning of the | 09:52:36 |
| 11 | detailed description, and you can let me know when | 09:52:41 |
| 12 | you've located that. | 09:52:46 |
| 13 | A  Yes, sir.  I'm there now. | 09:52:50 |
| 14 | Q  In the second sentence states:  "The | 09:52:51 |
| 15 | wheel 1 has an annular rim two elongate" -- should | 09:52:55 |
| 16 | be "elongated spokes 3 and a central hub 4." | 09:53:02 |
| 17 | Do you agree with that? | 09:53:06 |
| 18 | A  Yes, I agree that the patent says that, | 09:53:09 |
| 19 | yes. | 09:53:11 |
| 20 | Q  So Figure 1 discloses the three | 09:53:13 |
| 21 | components:  a hub, spokes and a rim. | 09:53:23 |
| 22 | Do you agree? | 09:53:28 |
| 23 | A  Yes, it discloses those three components | 09:53:34 |
| 24 | at least. | 09:53:37 |
| 25 | Q  Now, I want to go to the claims of the | 09:53:45 |