# SRAM EXHIBIT 8
# (To be filed under seal)