# SRAM EXHIBIT 9

15:38

← **Harrison Macris** ⋯

You haven't connected with **Harrison...**



**Harrison Macris**
Founder, President.

——— MAR 29, 2017 ———

**Harrison Macris** · 1:42 pm
Hey Dimitris, would love to touch base about some carbon cycling technology we have been working on. Please be in touch at your earliest convenience.

harrison@macrisindustries.com

Write a message…

**Plaintiff's Exhibit**

**P-80**

DKATSANIS_001062