# SRAM EXHIBIT 10

To: Dimitris Katsanis[dkatsanis@metron.pro]
From: Harrison Macris
Sent: 2017-03-29T16:47:48Z
Importance: High
Subject: Re: LinkedIn contact
Received: 2017-03-29T16:47:50Z

Dimitris,

OK, I understand. Is there any timeline on this license? Our design is most definitely faster than the 454 NSW ;)

Cheers,
H

Harrison Macris
*Macris Industries*
www.macrisindustries.com

C: 860.514.7003
O: 617.249.3446

https://youtu.be/dPjH3XJ8soo

**Confidentiality Notice:** This email, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential, proprietary or privileged information. It should be used or disseminated for the purpose of conducting business with Macris Industries. It may contain Information governed by U.S. Export Control laws and regulations. If export controlled information, it must not be transferred to a foreign person without the proper authorization of the applicable U.S. Government organization. Any unauthorized review, use, disclosure, or distribution is prohibited. If you received this email and are not the intended recipient, please inform the sender by email and destroy all copies of the original message. Thank you for your cooperation.

On Wed, Mar 29, 2017 at 12:42 PM, Dimitris Katsanis <dkatsanis@metron.pro> wrote:

> Hi Harrison
>
> Good to hear from another Greek too.
>
> My wheel patent is now licensed to ZIPP. The recently launched 454 is the first product that is using this patent. Zipp has the exclusive rights to that patent and I don't think they will be interested to allow anyone to share this.
>
> **PLEASE KEEP THE ABOVE INFORMATION CONFIDENTIAL.**
>
> So, unfortunately, I cannot help much here.
>
> If there is anything else I can help, please let me know.
>
> Regards,
>
> Dimitris Katsanis
>
> METRON Advanced Equipment Ltd.

**Plaintiff's Exhibit**

**P-47**

Unit E18, Langham Park

Lows Lane

Stanton-by-Dale

Derbyshire

DE7 4RJ

Tel: + 44 7734 76 88 72

Skype: dkatsanis

www.additive-engineering.co.uk

**From:** Harrison Macris [mailto:harrison@macrisindustries.com]
**Sent:** 29 March 2017 17:06
**To:** Dimitris Katsanis
**Subject:** Re: LinkedIn contact

Hi Dimitris,

Thanks so much for getting back to me! Always great to meet another Greek, especially in the engineering field.

So I would like to give you a little background on our current project. My friend Brad and I were tasked to create a new carbon fiber cycling wheel. With no outside influence, our creation seemed to be incredibly new, novel, and unheard of in the market.

We created prototypes of the wheel, and have gotten over 20,000 test miles on the wheels between the 2 sets. Just recently we did some wind tunnel testing of the wheel and it absolutely destroyed some industry standards.

Now we are rapidly going market with the wheel and through the process, our IP lawyer showed us your patent.

Our design would be very difficult to re-patent I believe based on the claims in your wheel patent (variable depth, variable width geometry).

So we would like to examine the possibility of a limited use license or otherwise. Maybe even work together to make this the best wheel in the world! We have a team of industry professionals lined up to launch and sell our wheel and our discussions with you will be the final piece of the puzzle.

I look forward to hearing back! Stay well-

H

CONFIDENTIAL                                                                                                                                                        DKATSANIS_000985

Harrison Macris

*Macris Industries*

www.macrisindustries.com

C: 860.514.7003

O: 617.249.3446

https://youtu.be/dPjH3XJ8soo

**Confidentiality Notice:** This email, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential, proprietary or privileged information. It should be used or disseminated for the purpose of conducting business with Macris Industries. It may contain Information governed by U.S. Export Control laws and regulations. If export controlled information, it must not be transferred to a foreign person without the proper authorization of the applicable U.S. Government organization. Any unauthorized review, use, disclosure, or distribution is prohibited. If you received this email and are not the intended recipient, please inform the sender by email and destroy all copies of the original message. Thank you for your cooperation.

On Wed, Mar 29, 2017 at 9:59 AM, Dimitris Katsanis <dkatsanis@metron.pro> wrote:

Hi Harrison

Thanks for contacting me via LinkedIn.

Please use this email for communication.

Regards,

Dimitris Katsanis

METRON Advanced Equipment Ltd.

Unit E18, Langham Park

Lows Lane

Stanton-by-Dale

Derbyshire

DE7 4RJ

Tel: + 44 7734 76 88 72

Skype: dkatsanis

www.additive-engineering.co.uk

CONFIDENTIAL