# SRAM EXHIBIT 11
# (To be filed under seal)