# SRAM EXHIBIT 12
# (To be filed under seal)