UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| SRAM, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>PRINCETON CARBON WORKS INC.,<br><br>      Defendant. | Case No. 9:21-cv-80581 RKA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT'S MOTION TO BRING ELECTRONIC AND OTHER EQUIPMENT INTO THE COURTHOUSE FOR USE AT PRE-TRIAL CONFERENCE AND AT TRIAL**

Defendant Princeton Carbon Works Inc. ("Defendant" or "PCW"), through its undersigned counsel, respectfully moves for authorization to bring into court and use, at permitted times, electronic and other equipment at the February 7, 2023 pre-trial conference scheduled in this matter as well as certain other physical exhibits and equipment throughout the trial currently set to start February 13, 2023.

1. PCW requests the Court's permission to use, at permitted times, certain electronic equipment and other equipment (including physical and demonstrative exhibits) for the February 7, 2023 pre-trial conference and throughout the trial currently set to start February 13, 2023.

2. PCW requests the Court's permission to use the following electronic equipment and related items: (i) laptops; (ii) external hard drives and thumb drives; (iii) cellular phones; (iv) copier/printer; (v) portable Wi-Fi devices; (vi) portable monitors; (vii) slide advancers and (viii) any necessary cables or power supplies for the aforementioned equipment (collectively the "Electronic Equipment").

3. Defendant further requests the Court's permission to use the following physical exhibits and equipment (collectively the "Physical Equipment"): (i) bicycle wheels and spokes; (ii) bicycles; (iii) bicycle and bicycle wheel stands; (iv) measuring devices (e.g., calipers, rulers, radial gauges, contour gauges, dowels, etc.), (v) posterboards; (vi) easels; and (vii) handcarts and/or trolleys for document transportation.

4. Defendant acknowledges that the Electronic Equipment is subject to inspection by courthouse security and/or U.S. Marshals.

5. Defendant requests that the following persons be allowed to bring the Electronic Equipment and Physical Equipment into the courthouse for the hearing:

    a. Andrew H. DeVoogd, counsel for Defendant;

    b. James M. Wodarski, counsel for Defendant;

    c. Daniel B. Weinger, counsel for Defendant;

    d. Michael C. Newman, counsel for Defendant;

    e. Todd R. Ehrenreich, counsel for Defendant;

    f. David L. Luck, counsel for Defendant;

    g. Michael J. Wodarski, paralegal;

    h. Jetaleen Ramos, paralegal;

    i. James Doyle, trial tech;

    j. Harrison Macris, PCW witness

    k. Martin Crotty, PCW witness

    l. Bradley Werntz, PCW witness

    m. Ronald Hanson, PCW witness

    n. Philip Green, PCW witness

6. A proposed order granting this motion is attached as Exhibit A.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and permit Defendant's counsel, staff, and witnesses to bring and use certain Electronic Equipment and Physical Equipment for the February 7, 2023 pre-trial conference and throughout the trial currently set to start February 13, 2023, and for such further and other relief as the Court deems just and proper.

| | |
|---|---|
| Dated February 6, 2023 | */s/ David L. Luck*<br>Todd R. Ehrenreich<br>FBN 945900<br>David L. Luck<br>FBN 041379<br>Todd.Ehrenreich@lewisbrisbois.com<br>David.Luck@lewisbrisbois.com<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>2 Alhambra Plaza, Suite 1110<br>Coral Gables, FL 33134<br>Tel.: (786) 353-0210<br>Fax: (786) 513-2249<br><br>James M. Wodarski (admitted pro hac vice)<br>Andrew H. DeVoogd (admitted pro hac vice)<br>Matthew S. Galica (admitted pro hac vice)<br>Daniel B. Weinger (admitted pro hac vice)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 542-6000<br>Fax: (617) 542-2241<br>JWodarski@mintz.com<br>AHDeVoogd@mintz.com<br>MSGalica@mintz.com<br><br>*Counsel for Defendant Princeton Carbon Works Inc.* |

**CERTIFICATE OF SERVICE**

I CERTIFY that on February 6, 2023, a true and correct copy of the foregoing was filed using the court's CM/ECF system, which will send notification to all counsel of record.

By: */s/ David L. Luck*
David L. Luck
FBN 041379