# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| SRAM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 9:21-cv-80581 RKA |
| | ) |
| PRINCETON CARBON WORKS INC., | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF MICHAEL J. HICKEY

I, Michael J. Hickey, declare as follows:

1. My name is Michael J. Hickey. I am a Partner with the law firm of Lewis Rice LLC and counsel of record for SRAM, LLC ("SRAM") in the above-captioned matter. I am a member in good standing of the State Bars of Missouri and Illinois.

2. I make this declaration in support of SRAM's Motion for New Trial and to Alter or Amend the Final Judgment and Incorporated Memorandum in Support, filed concurrently herewith. I have personal knowledge of the facts set forth below, and, if called upon as a witness, I could and would testify to them under oath.

3. Attached hereto as <u>SRAM Exhibit 1</u> is a true and correct copy of excerpts from the February 13, 2023 Transcript of Trial Proceedings Before the Honorable Roy K. Altman, United States District Judge, and a Jury.

4. Attached hereto as <u>SRAM Exhibit 2</u> is a true and correct copy of excerpts from the February 14, 2023 Transcript of Trial Proceedings Before the Honorable Roy K. Altman, United States District Judge, and a Jury.

5. Attached hereto as <u>SRAM Exhibit 3</u> is a true and correct copy of excerpts from the February 15, 2023 Transcript of Trial Proceedings Before the Honorable Roy K. Altman, United States District Judge, and a Jury.

6. Attached hereto as <u>SRAM Exhibit 4</u> is a true and correct copy of excerpts from the February 16, 2023 Transcript of Trial Proceedings Before the Honorable Roy K. Altman, United States District Judge, and a Jury.

7. Attached hereto as <u>SRAM Exhibit 5</u> is a true and correct copy of excerpts from the February 17, 2023 Transcript of Trial Proceedings (Vol. 1) Before the Honorable Roy K. Altman, United States District Judge, and a Jury.

8. Attached hereto as <u>SRAM Exhibit 6</u> is a true and correct copy of excerpts from the February 21, 2023 Transcript of Trial Proceedings Before the Honorable Roy K. Altman, United States District Judge, and a Jury.

9. Attached hereto as <u>SRAM Exhibit 7</u> is a true and correct copy of excerpts from the February 22, 2023 Transcript of Trial Proceedings Before the Honorable Roy K. Altman, United States District Judge, and a Jury.

10. Attached hereto as <u>SRAM Exhibit 8</u> is a true and correct copy of excerpts from the February 23, 2023 Transcript of Trial Proceedings Before the Honorable Roy K. Altman, United States District Judge, and a Jury.

11. Attached hereto as <u>SRAM Exhibit 9</u> is a true and correct copy of excerpts from Defendant Princeton Carbon Works Inc.'s Closing Statement Demonstrative used in the February 23, 2023 Trial Proceedings Before the Honorable Roy K. Altman, United States District Judge, and a Jury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2023

_____
Michael J. Hickey
Lewis Rice LLC
600 Washington Ave., Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7600
Facsimile: (314) 241-6056
mhickey@lewisrice.com

3