# EXHIBIT 1 to HICKEY DECLARATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 21-80581-CIV-RKA

```
SRAM, LLC,                          .
                                    . Miami, Florida
         Plaintiff,                 .
                                    . February 13, 2023
         v.                         . 10:38 A.M.
                                    .
PRINCETON CARBON WORKS, INC.,       .
                                    .
         Defendant.                 .
. . . . . . . . . . . . . . . . . . .
```

- - - - -

Transcript of Trial Proceedings had

before the Honorable Roy K. Altman,

United States District Judge, and a Jury.

- - - - -

VOLUME 1

- - - - -

Proceedings recorded by mechanical stenography,
transcript produced by computer.

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(305)301-3276

1       So the examiner says, Okay, if that's the way you're
2  telling me it's your invention and not Mr. Mercat's, that you
3  have an undulating rim that continuously changes, then I'll let
4  you have that.  He's basically saying, You can have that, but
5  it can't have any areas of constant radial distance.
6       Think about if we were in the Intracoastal or Biscayne
7  Bay, right, and you're in a raft, and you're subject to waves.
8  In a continuously changing circumstance like that, the waves
9  are going to lift you up, bring you down, lift you up, bring
10 you down.  There's never going to be any resting or stopping,
11 right, ladies and gentlemen?  And that's basically what he was
12 trying to claim to distinguish himself from Mr. Mercat.
13      So he gets his '800 patent, ladies and gentlemen.  And
14 the point I want to stress to you from that -- and Dr. Hanson
15 will talk to you about this -- so he didn't get the wheel.  He
16 got something very limited and specific as his invention,
17 right, that is a modification or a change off of a wheel design
18 that someone else had already invented and shared with the
19 world.  But he gets his patent.
20      And the interesting thing is not -- he hears about
21 that he's going to get that patent.  And two weeks later, he
22 goes right back to the Patent Office and says, I want a second
23 patent on my same inventive concept.  So they -- okay, the
24 process starts over.  He applies.  He has to describe in
25 writing what he's seeking as his claim.  And there's something

1  that because here's the two questions I want you to ask as you
2  hear all the evidence.  What did the Patent Office and
3  Mr. Katsanis agree he could actually claim in his patents?  And
4  then, second, once you have an appreciation from that -- of
5  that from the evidence you've heard, do the PCW accused wheels
6  have either of those things?  And I would suggest to you that
7  the evidence is going to show we have neither.  And if we
8  don't, we don't infringe.
9           And I'm going to tell you now, now that you know a
10 little bit about the back and forth of how he got his patents,
11 I'm going to tell you exactly why we don't infringe, because
12 the two things that are at issue in this patent infringement
13 case, we are what Mr. Mercat did.  Remember the judge told you
14 about how a patent can live for a certain life, and then when
15 it's done, the public's free to use it?  Well, Mr. Mercat's
16 patent is now expired.  But what he taught and shared with the
17 world about his invention is still there.  And what we do is
18 Mercat.
19          So our convex -- our region, you know, what he calls
20 convex region in his patent, the peak of it, our is concave
21 like Mr. Mercat shared with the world in his invention.
22          And so you heard something about Mr. Walsh saying,
23 Well, it's only there because they drilled a spoke hole.  It is
24 there before the spoke hole is ever bored.  It is concave.  And
25 when we drill the hole, as you'll hear, for the spoke hole, it