# EXHIBIT 5 to HICKEY DECLARATION

```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF FLORIDA

                           MIAMI DIVISION

                   CASE NO. 21-80581-CIV-RKA




 SRAM, LLC,                       . Miami, Florida
                                  . February 17, 2023
             Plaintiff,           . 9:44 A.M.
                                  .
         v.                       .
                                  .
 PRINCETON CARBON WORKS, INC.,    .
                                  .
             Defendant.           .
 . . . . . . . . . . . . . . . . ..




                           -  -  -  -  -

 Transcript of Testimony of Martin Crotty and Bradley P. Werntz

             before the Honorable Roy K. Altman,

          United States District Judge, and a Jury.

                           -  -  -  -  -

                             VOLUME 1

                           -  -  -  -  -




 Proceedings recorded by mechanical stenography, transcript
 produced by computer.
```

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(305)301-3276

```
 1   some Venezuelan brew.
 2            JUROR NO. 8:  Ah --
 3            THE COURT:  Oh, they left the sugar out?
 4            THE JURORS:  Yes.
 5            THE COURT:  Oh, God.
 6            JUROR NO. 8:  I don't want it.
 7            THE COURT:  Uber Eats.
 8            THE LAW CLERK:  You want sugar?
 9            (Pause)
10            THE COURT:  Let's give the guy zero stars, Meg.
11            (Laughter)
12            THE COURT:  Poor guy.
13            (Discussion had off the record)
14            THE COURT:  All right.
15            She says she's afraid of the no sugar.
16            (Laughter)
17            THE COURT:  All right.  Go ahead, Mr. Walsh.
18            MR. WALSH:  Okay.  Let's go back to Exhibit P45.
19   BY MR. WALSH:
20   Q.  And this has similar language to the one I showed you
21   before, right, in terms of "symmetrical sinusoidal
22   oscillations" in the top paragraph.  And then "structural," it
23   says that "each nipple is at a convex point (apex) in the
24   oscillation."  Do you see that?
25   A.  Yes.
```

CROTTY - CROSS/WALSH

1 Q. And the nipple that's being referred to there is the spoke
2 nipple with the spoke threads into it at the rim, right?
3 A. Yes.
4 Q. And then down at the bottom, at the beginning of the last
5 paragraph, it says: "The trailing edge of the wheel foil is
6 continuously varying." Do you see that?
7 A. Yes.
8 Q. All right. And that's how you describe Princeton's wheel
9 in this particular exhibit, P45.
10 A. Yes.
11 Q. Right? And this is referring to the Wake, right?
12 A. Yes, that's what's in the picture.
13 Q. Okay.
14       MR. WALSH: Can you go to the next page, please.
15 BY MR. WALSH:
16 Q. And this is also listing the Grit 4540. Do you see that?
17 A. Yes.
18 Q. All right. And do you also believe that that has similar
19 characteristics to the Wake that were described in the previous
20 page?
21 A. Do I believe that?
22 Q. Yes.
23 A. The shape is similar. That's exactly what it is, it's
24 similar.
25 Q. You described them as having similar characteristics in

1  Q.  A valley?

2  A.  Sure.

3  Q.  Okay.  Well, you see the word next to it, the word "peak,"

4  right?  You understand what that means, right?

5  A.  Yes.

6  Q.  Okay.  And the peak of the -- this, you're describing an

7  undulating shape with a -- peaks and troughs within that

8  undulating shape, correct?

9  A.  Yes.

10 Q.  Okay.  And if we turn to the next page and look at

11 paragraph 15, okay?  It indicates -- the next line reads:  "The

12 undulating shape is optionally uniform such as in the form of a

13 sine wave."  Do you believe that's an accurate description of

14 the idea that you described as a lightbulb moment?

15 A.  Yes, it's an accurate description in principle.

16 Q.  Okay.  You just qualified that with "in principle."  What

17 do you mean by that?

18 A.  None of our rims have a perfect sine wave shape.

19 Q.  How do you know that?  Have you measured those radial

20 distances yourself?

21 A.  Yes.

22 Q.  Okay.  And you measured the wheels or did you look at CAD

23 drawings?

24 A.  Both.

25 Q.  Okay.  And what radial measurements did you take?

1  A.  With calipers in the space between the spokes as well as
2  the space around the spokes, uhm, at various points around the
3  rims.
4  Q.  Okay.  So you were measuring the radial depth.
5  A.  Yes, the depth at different points.
6  Q.  Okay.  So when -- and just to be clear to the jury, what
7  you were measuring was, you took a caliper, and you took a
8  caliper up -- you put one point of the caliper at the top of a
9  peak and took the other end of the caliper and put it to the
10 outside of the rim, is that right?
11 A.  Yes.
12 Q.  And then you took the caliper, and you put it in the
13 trough, and you put one edge of the caliper on the edge of the
14 trough and put that to the exterior of the rim, correct?
15 A.  In many other points.  It was not only those two points.
16 Q.  Okay.  But that's how you were measuring the radial
17 distance, was by measuring along from the top of the peak to
18 the exterior of the rim and the bottom of the trough to the
19 exterior of the rim, is that right?
20 A.  Yes.
21 Q.  Okay.  And -- now, with respect to -- I'm going to hand you
22 Plaintiff's Exhibit P56.
23         THE COURT:  Let's just break here, since it's 5:59.
24         MR. HICKEY:  I can -- I think I can be finished
25 quickly, Your Honor.