# EXHIBIT 9 to HICKEY DECLARATION

February 23, 2023

# Closing Statement

SRAM, LLC v. Princeton CarbonWorks Inc.
Civil Action No. 9:21-cv-80581 RKA



## Range of Equivalence – Dividing Line

### Dividing Line

**KATSANIS '800 Patent** | **MERCAT**

= **Substantial Difference**

= **NOT** Equivalent



1.5 mm    2.0 mm    6.36 mm

1 mm

DDX-11.36

