IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| SRAM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 9:21-cv-80581 RKA |
| | ) |
| PRINCETON CARBON WORKS INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF SRAM, LLC'S MEMORANDUM IN OPPOSITION
TO DEFENDANT'S MOTION FOR TAXATION OF COSTS**

Subject to and without waiving the positions set forth in its Conformed Amended Motion for New Trial and to Alter or Amend the Final Judgment (ECF No. 281) ("Motion for New Trial"), Plaintiff SRAM, LLC ("SRAM") submits its opposition to Defendant Princeton Carbon Works' ("Princeton") Motion for Taxation of Costs (ECF No. 269), specifically in opposition to the recovery of certain video deposition costs, wherein Princeton has not shown that such video deposition costs were necessary.

In particular, it is true that "[t]he costs of a videographer ***may be taxed*** if the party noticed the deposition to be recorded by non-stenographic means, or by both stenographic and non-stenographic means, and no objection was raised at that time by the other party." *Harrell v. City of Opa-Locka*, No. 20-cv-21927-ALTMAN/GOODMAN, 2022 WL 1609090, at *6 (S.D. Fla. May 3, 2022) (quoting *Procaps v. Patheon, Inc.*, No. 12-24356-CIV, 2016 WL 411017, at *3 (S.D. Fla. Feb. 2, 2016)) (emphasis added). However, as this Court has also recognized, "the party seeking reimbursement must still demonstrate that the transcripts were necessarily obtained for use in the case and where reimbursement for both methods of recording is sought, the prevailing

1

party bears the burden of proving that both methods were necessary." *Harrell*, 2022 WL 1609090, at *6 (quoting *Perfect Web Techs., Inc. v. Infousa, Inc.*, No. 07-80286-CIV, 2009 WL 2407689, at *9 (S.D. Fla. Aug. 4, 2009)); *see also Utopia Provider Sys., Inc. v. Pro-Med Clinical Sys., L.L.C.*, 2009 WL 1210998, at *3 (S.D. Fla. May 1, 2009) (denying duplicative video deposition costs where prevailing party failed to explain why it was necessary to obtain both a videotaped and transcribed copy of depositions).

Here, Princeton seeks $13,751.00 in video deposition costs.[1] *See* ECF No. 269, at 4. Specifically, based on the invoices submitted, Princeton seeks costs for video deposition costs for each of the following witnesses:

- Brian Benzer:  $545 (ECF No. 269-3, at 32)
- Bob Chen:  $1200 (*id.* at 44)
- Martin Crotty:  $500 (*id.* at 37)
- Paul Daniels:  $500 (*id.* at 36)
- Jason Fowler:  $1445 (*id.* at 8)
- Brian Gause:  $470 (*id.* at 30)
- Philip Green:  $500 (*id.* at 18)
- Michael Hall:  $695 (*id.* at 34)
- Ronald Hanson:  $500 (*id.* at 16)
- Laurens Howle:  $1145 (*id.* at 12)
- Dimitris Katsanis:  $1370 (*id.* at 46)

---

[1] The invoices submitted by Princeton reflect a total for video deposition costs of $13,750.00, a difference of $1.00.

- Harrison Macris: $375 (*id.* at 33)

- Glenn Perdue: $995 (*id.* at 15)

- Josh Poertner: $920 (*id.* at 41)

- Lisa Serdynski: $620 (*id.* at 25)

- Bradley Werntz: $375 (*id.* at 5)

- Kevin Wesling: $1595 (*id.* at 49).

However, Princeton provided no specific proof regarding the necessity of video deposition costs compared to written transcripts, only making a generalized statement that "both parties presented video depositions at trial (*e.g.*, Paul Daniels)" which "promoted judicial efficiency". ECF No. 269, at 4.

In fact, Princeton only affirmatively played video deposition excerpts from Mssrs. Daniels, Poertner, and Wesling. SRAM does not contest the video deposition costs associated with those three witnesses, for a total of $3,015. However, because Princeton has not shown the necessity of its video deposition costs for the remaining witnesses, SRAM objects to the taxation of these unnecessary costs in an amount of $10,735.

With respect to the remaining costs sought by Princeton and subject to and without waiving the positions set forth in its Motion for New Trial, SRAM does not oppose Princeton's requests for the following costs totaling $28,459.68:

(1)   $14,447.24 in deposition transcript costs (ECF No. 269, at 3);

(2)   $1,765.00 in court reporter fees (*id.*, at 3);

(3)   $6,675.50 in video conferencing costs for remote depositions (*id.* at 4);

(4)   $3,015.00 in video deposition costs for Mssrs. Daniels, Poertner, and Wesling (see above);

(5)      $739.40 in black-and-white printing costs (*id.*);

(6)      $217.54 in reprographics costs (*id.*); and

(7)      $1,600 in translation costs (*id.* at 5).

Accordingly, without waiving the positions set forth in its Motion for New Trial, SRAM respectfully requests that the Court not tax costs against SRAM more than $28,459.68.

Dated: April 12, 2023          Respectfully submitted,

**LEWIS RICE LLC**

By:    /s/ Richard B. Walsh, Jr.
       Richard B. Walsh, Jr., admitted *pro hac vice*
       Michael J. Hickey, admitted *pro hac vice*
       Edward T. Pivin, admitted *pro hac vice*
   600 Washington Ave., Suite 2500
   St. Louis, Missouri  63101
   Telephone:  (314) 444-7600
   Facsimile:  (314) 241-6056

**SHUTTS & BOWEN LLP**

By:    /s/ Eric Christu
       Eric Christu
   525 Okeechobee Boulevard, Suite 1100
   West Palm Beach, FL  33401
   Telephone:  (561) 650-8556
   Facsimile:  (561) 671-5900

*Attorneys for Plaintiff SRAM, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 12, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record and parties identified on the Service List via transmission of a notice of electronic filing generated by CM/ECF or through other approved means.

By: /s/ Eric C. Christu
COUNSEL

David S. Brafman, Esq.
AKERMAN LLP
777 South Flagler Drive, Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Email: david.brafman@akerman.com
*Attorneys for Defendant Princeton Carbon Works Inc.*

Todd R. Ehrenreich, Esq.
David L. Luck, Esq.
LEWIS BRISBOIS BISGAARD & SMITH
2 Alhambra Plaza, Suite 1110
Coral Gables, FL  33134
Telephone:  (786) 725-3249
Email: todd.ehrenreich@lewisbrisbois.com
Email: david.luck@lewisbrisbois.com
*Attorneys for Defendant Princeton Carbon Works Inc.*

James M. Wodarski,Esq.*
Andre H. DeVoogd, Esq.*
Matthew S. Galica, Esq.*
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC
One Financial Center, Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241
Email: JWodarski@mintz.com
Email: AHDeVoogd@mintz.com
Email: MSGalica@mintz.com
*\* admitted Pro Hac Vice*
*Attorneys for Defendant Princeton Carbon Works Inc.*